UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., <br><br> *Plaintiff*, <br><br> v. <br><br> SPORT-BLX, INC., GLASSBRIDGE ENTERPRISES, INC., GEORGE HALL AND JOSEPH DEPERIO, <br><br> *Defendants*. | Civil Action No. 1:22-cv-01243 <br><br> ECF Case |

## NOTICE OF APPEARANCE

***PLEASE TAKE NOTICE*** that Marc J. Gross, Esq. of the law firm Fox Rothschild LLP, an attorney duly authorized to practice law before this Court, hereby enters his appearance as co-counsel for plaintiff the Cypress Holdings, III, L.P., in connection with the above-captioned proceeding.  Mr. Kaplan's address and telephone number are:

>Fox Rothschild LLP
>101 Park Avenue, 17th Floor
>New York, New York 10017
>Attn: Marc J. Gross, Esq.
>Telephone: (212) 878-7900
>Facsimile: (212) 692-0940
>Email: mgross@foxrothschild.com

Dated:   New York, New York
         March 8, 2022

>FOX ROTHSCHILD, LLP
>
>/s/ Marc J. Gross
>Marc J. Gross, Esq.
>100 Park Avenue, 15th Floor
>New York, New York 10017
>Telephone: (212) 878-7900
>Facsimile: (212) 692-0940
>***Attorney for Plaintiff***

131625731.1