UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P.,<br><br>                       *Plaintiff*,<br><br>v.<br><br>SPORT-BLX, INC., GLASSBRIDGE ENTERPRISES, INC., GEORGE HALL AND JOSEPH DEPERIO,<br><br>                       *Defendants*. | Civil Action No. 1:22-cv-01243<br><br>ECF Case |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jordan B. Kaplan, Esq. of the law firm Fox Rothschild LLP, an attorney duly authorized to practice law before this Court, hereby enters his appearance as co-counsel for plaintiff the Cypress Holdings, III, L.P., in connection with the above-captioned proceeding. Mr. Kaplan's address and telephone number are:

        Fox Rothschild LLP
        101 Park Avenue, 17th Floor
        New York, New York 10017
        Attn: Jordan B. Kaplan, Esq.
        Telephone: (212) 878-7900
        Facsimile: (212) 692-0940
        Email: jbkaplan@foxrothschild.com

Dated:   New York, New York
           March 8, 2022

                                           FOX ROTHSCHILD, LLP

                                           <u>/s/ Jordan B. Kaplan</u>
                                           Jordan B. Kaplan, Esq.
                                           100 Park Avenue, 15th Floor
                                           New York, New York 10017
                                           Telephone: (212) 878-7900
                                           Facsimile: (212) 692-0940
                                           ***Attorney for Plaintiff***