

Application GRANTED.  Cypress shall file its amended complaint by **April 1, 2022**.

Dated:  March 14, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

49 Market Street
Morristown, NJ 07960-5122
Tel (973) 992-4800   Fax (973) 992-9125
www.foxrothschild.com

JORDAN B. KAPLAN
Direct No:  973.994.7819
Email: jbkaplan@foxrothschild.com

March 11, 2022

**VIA ECF**

The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court,
   Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   **Cypress Holdings, III, L.P. v. Sport-BLX, Inc.** *et al.*
             **Civil Action No. 1:22-cv-01243-LGS**

Dear Judge Schofield:

     As Your Honor may recall, we represent plaintiff Cypress Holdings, III, L.P. ("Cypress"). We write, pursuant to Your Honor's direction, in response to the pre-motion letters filed by defendants Sport BLX, Inc., George Hall and Joseph DePeiro (ECF No. 9) and by defendant GlassBridge Enterprises, Inc. (ECF No. 11).

     In light of the issues raised in Defendants' letters, Cypress intends to amend its Complaint, so as to set forth supplemental facts in support of its claims.  In this light, we respectfully request that Cypress be afforded three weeks – to April 1, 2022 – to file an amended complaint.

     As always, we thank the Court for its time and attention to this matter.  Should the Court require anything further from Cypress, please do not hesitate to have Your Honors chambers reach out to me directly.

                                     Respectfully submitted,

                                       Jordan B. Kaplan

cc:   Counsel of Record (*via ECF*)

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington