**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC., <br><br> Plaintiff, <br><br> -against- <br><br> GEORGE HALL, JOSEPH DEPERIO, SPORT-BLX, INC. and GLASSBRIDGE ENTERPRISES, INC., <br><br> Defendants. | Case No. 22-cv-01243 (LGS) <br><br> **NOTICE OF MOTION TO DISQUALIFY FOX ROTHSCHILD LLP** |

PLEASE TAKE NOTICE that, upon the Declaration of Daniel Strauss, with exhibits thereto, and the accompanying Memorandum of Law, both dated May 31, 2022, and all prior proceedings had herein, Defendant GlassBridge Enterprises, Inc., by and through their undersigned counsel, will move this Court, before the Hon. Lorna G. Schofield at the Courthouse located at 40 Foley Square, New York, New York 10007, Courtroom 1106, as soon as counsel can be heard, for an Order disqualifying Plaintiff Cypress Holdings, III, L.P.'s counsel Fox Rothschild LLP, together with such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order dated May 16, 2022, opposition papers, if any, shall be served by June 21, 2022, and reply papers shall be served by June 28, 2022.

Dated: New York, New York
       May 31, 2022

                                            LOEB & LOEB LLP

                                            By: */s/ Christian D. Carbone*
                                                Christian D. Carbone
                                                ccarbone@loeb.com
                                                Danielle C. Quinn
                                                dquinn@loeb.com
                                            345 Park Avenue
                                            New York, NY 10154
                                            Telephone: 212.407.4000

                                            *Attorneys for Defendant GlassBridge Enterprises, Inc.*