**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., *individually and derivatively on behalf of SPORT-BLX, INC.*, <br><br> Plaintiff, <br><br> -against- <br><br> GEORGE HALL, JOSEPH DEPERIO, SPORT-BLX, INC. and GLASSBRIDGE ENTERPRISES, INC., <br><br> Defendants | Case No. 22-cv-01243 (LGS) <br><br> **NOTICE OF MOTION** |

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated May 31, 2022; the Declarations and Exhibits filed therewith; the papers filed by co-Defendant GlassBridge, and all of the prior pleadings and proceedings had herein, Defendants Hall, De Perio, and Sport-BLX will move this Court, before the Honorable Lorna G. Schofield, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, for an Order:

(1) Disqualifying Fox Rothschild from representing Plaintiff; and

(2) Granting any further relief the Court deems appropriate.

    **PLEASE TAKE FURTHER NOTICE** that, as Ordered by the Court (Dkt. No. 25):

(1) These motion papers are being served, by their electronic filing, today, May 31, 2022;

(2) Plaintiff shall file a single memorandum of law in opposition not to exceed 20 pages by June 21, 2022; and

(3) Defendants shall file replies, not to exceed five pages each, by June 28, 2022.

DATED:  May 31, 2022
      Queens, NY

                      /s/
                 _____
                 J. Remy Green
                 **COHEN&GREEN P.L.L.C.**
                 1639 Centre Street, Suite 216
                 Ridgewood, New York 11385
                 (929) 888.9480 (telephone)
                 (929) 888.9457 (facsimile)
                 remy@femmelaw.com