```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CYPRESS HOLDINGS, III, L.P.,                                :
                            Plaintiff,                      :
                                                            :   22 Civ. 1243 (LGS)
            -against-                                       :
                                                            :           ORDER
SPORT-BLX, INC., et al.,                                    :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 3, 2022, required the parties to file a proposed case management plan and joint letter by June 15, 2022, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for June 22, 2022, at 4:20 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **June 17, 2022, at 12:00 P.M.**

Dated: June 16, 2022
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**