

**CHRISTIAN D. CARBONE**
Partner and Co-Chair,
Litigation

345 Park Avenue
New York, NY 10154

Direct 212.407.4852
Main 212.407.4000
Fax 212.937.3683
ccarbone@loeb.com

Via ECF

June 16, 2022

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Cypress Holdings, III, LP v. Sport-BLX, Inc. et al.*, No. 22-cv-01243 (LGS)

Dear Judge Schofield:

     We represent Defendant GlassBridge Enterprises, Inc. ("GlassBridge"). We write with the consent and support of all counsel to request an adjournment of the June 22, 2022 initial conference and the deadline for the parties to file a proposed case management plan. Defendants' motion to disqualify plaintiff's counsel is currently being briefed and we believe that it would be premature to set a case management plan until that motion is decided.

     We thank the Court for its time and consideration of these matters.

Respectfully submitted,

Christian D. Carbone
Loeb & Loeb LLP

cc:  all counsel of record
22354239.1

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.