

June 28, 2022

Hon. Lorna Gail Schofield, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, New York, New York 10007

<u>By Electronic Filing.</u>

      Re:    Case No. 22-cv-01243, <u>Cypress Holdings, III, L.P. v Sport-BLX, Inc., et al</u>.

Dear Judge Schofield:

    Along with Wylie Stecklow, my firm represents Defendants Sport-BLX, George Hall, and Joseph DePerio in the case above. I write, under the Court's Individual Rule III(B)(6) to request oral argument on the pending motions to disqualify Plaintiff's current counsel of record.

    Recognizing that the Court does not ordinarily entertain oral argument, I believe it may be helpful here because the page limitations meant that the papers did not necessarily deal with every issue the Court might believe to be important exhaustively — and some of the factual record, unfortunately, involved the parties talking past one another.

    As always, we thank the Court for its time and consideration.

                                           Respectfully submitted,

                                           /s/
                                    _____

                                   J. Remy Green
                                      *Honorific/Pronouns: Mx., they/their/them*
                                   **COHEN&GREEN P.L.L.C.**
                                   1639 Centre St., Suite 216
                                   Ridgewood, New York 11385

cc:
All counsel of record by ECF.