

**CHRISTIAN D. CARBONE**
Partner and Co-Chair,
Litigation

345 Park Avenue
New York, NY  10154

**Direct**  212.407.4852
**Main**    212.407.4000
**Fax**     212.937.3683
ccarbone@loeb.com

Via ECF

June 28, 2022

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Cypress Holdings, III, L.P. v. Sport-BLX, Inc. et al.*, No. 22-cv-01243

Dear Judge Schofield:

   We represent Defendant GlassBridge Enterprises, Inc. ("GlassBridge").  GlassBridge joins in Co-Defendants' request for oral argument, pursuant to Section III.B.6 of your Honor's Individual Rules and Procedures for Civil Cases.

Respectfully submitted,

/s/ Christian D. Carbone

Christian D. Carbone


cc:  all counsel of record


22402679.1

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.