
**Fox Rothschild LLP**
ATTORNEYS AT LAW

Application GRANTED.  The initial pretrial conference scheduled for August 3, 2022, is adjourned to **September 7, 2022, at 4:20 P.M.**

49 Market Street
Morristown, NJ 07960-5122
Tel (973) 992-4800  Fax (973) 992-9125
www.foxrothschild.com

Dated: July 21, 2022
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

JORDAN B. KAPLAN
Direct No:  973.994.7819
Email: jbkaplan@foxrothschild.com

July 20, 2022

**VIA ECF**

The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court,
    Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

>         Re:    **Cypress Holdings, III, L.P. v. Sport-BLX, Inc.** *et al.*
>                **Civil Action No. 1:22-cv-01243-LGS**

Dear Judge Schofield:

    We represent plaintiff Cypress Holdings, III, L.P. ("Cypress").  In light of Defendants' pending motions to disqualify Cypress' counsel, we write, with the consent of all counsel, to request an adjournment of the August 3, 2022 initial conference and the deadline for the parties to file a proposed case management plan.  As of June 28, 2022, Defendants' motions have been fully briefed and the parties are presently awaiting the Court's decision.  Accordingly, we believe that it would be premature to set a case management plan until the motions are decided

    As always, we thank the Court for its time and attention to this matter.  We look forward to receiving the Court's decision on Defendants' pending motions, so that we may proceed with the initial conference and the expeditious resolution of this litigation.

>                        Respectfully submitted,
>
>                        Jordan B. Kaplan

cc:      Counsel of Record (*via ECF*)

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota
Nevada    New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Washington

136092772.1