

**CHIESA SHAHINIAN & GIANTOMASI PC**

ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

**csglaw.com**

**A. ROSS PEARLSON**
rpearlson@csglaw.com
(O) 973.530.2100
(F) 973.530.2300

September 22, 2022

**_VIA ECF_**
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     ***Cypress Holdings, III, L.P. v. Sport-BLX, Inc., et al.***
        **Civil Action No. 1:22-cv-01243-LGS**

Dear Judge Schofield:

On August 23, 2022, Your Honor entered an Opinion and Order in the above-captioned matter granting Defendant GlassBridge Enterprises, Inc.'s and Defendants George Hall's, Joseph DePerio's, and Sport-BLX, Inc.'s separate motions to disqualify Plaintiff Cypress Holdings, III, L.P.'s ("Plaintiff" or "Cypress") counsel, Fox Rothschild LLP, from its representation of Cypress in this matter. Your Honor's Opinion and Order further ordered that Cypress file a status letter within thirty days to advise the Court with respect to its efforts to secure substitute counsel. In accordance with Your Honor's August 23, 2022 Opinion and Order, I am writing to advise the Court that Cypress has retained my law firm, Chiesa Shahinian & Giantomasi PC, as counsel in this matter. A Notice of Appearance is being filed contemporaneously with this letter.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

_/s/ A. Ross Pearlson_____
A. Ross Pearlson

cc: All Counsel of Record (*via ECF*)

**NEW JERSEY**                              **NEW YORK**