A. Ross Pearlson, Esq.
CHIESA SHAHINIAN & GIANTOMASI PC
11 Times Square, 34th Floor
New York, New York 10036
Telephone: (973) 530-2100
Facsimile: (973) 530-2300
E-Mail: rpearlson@csglaw.com
*Attorneys for Plaintiff*
*Cypress Holdings, III, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
CYPRESS HOLDINGS, III, L.P., individually
and derivatively on behalf of SPORT-BLX, INC.,

                                      **NOTICE OF APPEARANCE**

                                      Docket No.: 1:22-cv-01243-LGS

                Plaintiff,

   - against -

GEORGE HALL, JOSEPH DEPERIO,
SPORT-BLX, INC. and GLASSBRIDGE
ENTERPRISES, INC.,

                Defendants.
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that A. Ross Pearlson, Esq., of Chiesa Shahinian & Giantomasi PC hereby enters his appearance in the above-captioned matter as counsel for Plaintiff Cypress Holdings, III, L.P.  Please serve copies of all pleadings, notices, and other communications upon the undersigned.

Dated: September 22, 2022

                                              **CHIESA SHAHINIAN & GIANTOMASI PC**
                                              *Attorneys for Plaintiff*
                                              *Cypress Holdings, III, L.P.*

                                 By:    */s/ A. Ross Pearlson*
                                         A. ROSS PEARLSON
                                         11 Times Square, 34th Floor
                                         New York, New York 10036
                                         Telephone: (973) 530-2100
                                         Facsimile: (973) 530-2300
                                         E-mail: rpearlson@csglaw.com

## CERTIFICATION OF SERVICE

I, A. Ross Pearlson, hereby certify that I caused a true and correct copy of the foregoing document to be served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system.

                                                                              */s/ A. Ross Pearlson*
                                                                              A. Ross Pearlson

Dated: September 22, 2022