UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
: 
CYPRESS HOLDINGS, III, L.P., individually and : 
derivatively on behalf of SPORT-BLX, INC., : 
: Case No. 22-cv-01243 (LGS)
Plaintiff, : 
: 
-against- : 
: 
GEORGE HALL, JOSEPH DEPERIO, SPORT-BLX, : 
INC. and GLASSBRIDGE ENTERPRISES, INC., : 
: 
Defendants. : 
: 
------------------------------------------------------------------- X

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Civil Rule 1.4, attorney Danielle C. Quinn hereby submits this motion to withdraw as counsel of record for the Defendant GlassBridge Enterprises, Inc. Ms. Quinn will no longer be practicing law with the law firm of Loeb & Loeb, LLP beginning October 10, 2022. The law firm of Loeb & Loeb, LLP, including attorney Christian D. Carbone, will continue to represent Defendant GlassBridge Enterprises, Inc.

WHEREFORE, for the foregoing reasons, attorney Danielle C. Quinn requests the Court remove Ms. Quinn as counsel of record in this case, and discontinue noticing through the CM/ECF system.

Dated: New York, New York
October 7, 2022

LOEB & LOEB LLP

By: */s/ Danielle C. Quinn*
Danielle C. Quinn
345 Park Avenue
New York, NY  10154
Telephone:  212.407.4000
Facsimile:  212.407.4990
dquinn@loeb.com

*Attorneys for Defendant GlassBridge
 Enterprises, Inc.*

22828292