**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X

CYPRESS HOLDINGS, III, L.P., individually and
derivatively on behalf of SPORT-BLX, INC.,

          Plaintiff,

        -against-

GEORGE HALL, JOSEPH DEPERIO, SPORT-
BLX, INC. and GLASSBRIDGE ENTERPRISES,
INC.,

          Defendants.

------------------------------------------------------------ X

:
:   Case No. 22-cv-01243 (LGS)
:
:   Hon. Lorna Schofield
:
:
:
:   **DECLARATION OF SERVICE**
:
:
:
:
:
:
:

I, CHRISTIAN D. CARBONE, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner with Loeb & Loeb LLP, attorneys for Defendant GlassBridge Enterprises, Inc. ("GlassBridge"). I am not a party to this action and am over 18 years of age.

2.      On October 13, 2022, I caused one copy of the Notice of Motion for an Order permitting former Loeb attorney Danielle Quinn to withdraw as counsel of record for Defendant GlassBridge Enterprises, Inc. (the "Notice"), and the supporting Declaration of Christian D. Carbone, dated October 13, 2022, with exhibits thereto (the "Declaration") to be served upon GlassBridge Enterprises, Inc.'s CEO, Daniel Strauss, by Federal Express and electronic transmission.

3.      On October 13, 2022, I caused each of the aforementioned Notice and Declaration to be served electronically upon counsel for all parties to this action using the Court's CM/ECF system.

Dated: New York, New York
      October 13, 2022

*/s/ Christian D. Carbone*

CHRISTIAN D. CARBONE