UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                :

CYPRESS HOLDINGS, III, L.P., individually and     :    Case No. 22-cv-01243 (LGS)
derivatively on behalf of SPORT-BLX, INC.,           :
                                                               :    Hon. Lorna Schofield

                           Plaintiff,                      :

                       -against-                        :    **NOTICE OF APPEARANCE**

GEORGE HALL, JOSEPH DEPERIO, SPORT-         :
BLX, INC. and GLASSBRIDGE ENTERPRISES,    :
INC.,

                           Defendants.                 :

------------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that David A. Forrest of Loeb & Loeb LLP hereby appears as counsel for Defendant GlassBridge Enterprises, Inc., and requests that all parties and interested persons serve copies of any and all papers, notices, and correspondence on the undersigned at the address below.

Dated: New York, New York
         October 13, 2022

                                                                                               LOEB & LOEB LLP

                                                                                        By:   */s/ David A. Forrest*
                                                                                                      David A. Forrest
                                                                                                      345 Park Avenue
                                                                                                      New York, New York 10154-1895
                                                                                                      (212) 407-4000
                                                                                                      dforrest@loeb.com

                                                                      *Attorneys for Defendant GlassBridge Enterprises, Inc.*

1

22859536