UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------ X
                                                                   :
CYPRESS HOLDINGS III, L.P.,                                        :
                              Plaintiff,                           :
                                                                   :    22 Civ. 1243 (LGS)
                -against-                                          :
                                                                   :
SPORT-BLX, INC., ET AL.,                                           :
                              Defendants.                          :
------------------------------------------------------------------ X
                                                                   :
SPORT-BLX, INC.,                                                   :
                              Plaintiff,                           :
                                                                   :    22 Civ. 8111 (LGS)
                -against-                                          :
                                                                   :         ORDER
MICHAEL M. SALERNO, ET AL.,                                        :
                              Defendants.                          :
------------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in these matters is scheduled for October 19, 2022,

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan that are ripe for discussion at this time. It is hereby

**ORDERED** that the October 19, 2022, initial pretrial conference is **cancelled**. If the parties believe that a conference at this time would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

**ORDERED** that the stay of discovery in the *Cypress* action, 22 Civ. 1243, is **lifted**. It is further

**ORDERED** that if Defendants seek to file motions to dismiss, they shall file pre-motion letters pursuant to Individual Rules III.A.1 and III.C.2. It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: October 18, 2022
       New York, New York

                                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE