UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
CYPRESS HOLDINGS, III, L.P., individually and : Case No. 22-cv-01243 (LGS)
derivatively on behalf of SPORT-BLX, INC., :
: Hon. Lorna Schofield
Plaintiff, :
:
-against- : **NOTICE OF MOTION**
:
GEORGE HALL, JOSEPH DEPERIO, SPORT- :
BLX, INC. and GLASSBRIDGE ENTERPRISES, :
INC., :
:
Defendants. :
:
------------------------------------------------------------ X

     PLEASE TAKE NOTICE that, upon the accompanying Declaration of Christian D. Carbone, dated October 13, 2022, with exhibits thereto, and all prior proceedings had herein, Loeb & Loeb LLP ("Loeb"), as counsel for Defendant GlassBridge Enterprises, Inc., will move this Court, before the Hon. Lorna G. Schofield at the Courthouse located at 40 Foley Square, New York, New York 10007, Courtroom 1106, as soon as counsel can be heard, for an Order, pursuant to Local Civil Rule 1.4, permitting former Loeb attorney Danielle Quinn to withdraw as counsel of record for GlassBridge and discontinue noticing through the CM/ECF system, together with such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       October 13, 2022

Application GRANTED.  The Clerk of Court is respectfully directed to terminate Danielle Quinn's receipt of ECF notifications.

Dated: November 1, 2022
New York, New York

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

LOEB & LOEB LLP

By: */s/ Christian D. Carbone*
    Christian D. Carbone
    345 Park Avenue
    New York, New York 10154
    (212) 407-4000

    *Attorneys for Defendant GlassBridge Enterprises, Inc.*