UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC. | Case No. 22-CV-01243 (LGS) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| GEORGE HALL, JOSEPH DEPERIO, SPORT-BLX, INC. and GLASSBRIDGE ENTERPRISES, INC., | |
| Defendants. | |

---

**TO THE CLERK OF THE COURT:**

    **PLEASE TAKE NOTICE** that the undersigned counsel hereby enters their appearance as counsel on behalf of defendant **Joseph De Perio** in the above-captioned matter and requests to receive notice of all docket events via the Court's Electronic Case Filing system.  If any limited service lists are used in the proceeding, the undersigned further requests inclusion thereon.

    I certify that I am admitted to practice before this Court.

Dated: New York, New York
       November 2, 2022

Respectfully submitted,

COLE SCHOTZ P.C.

By: */s/ David S. Gold*
    David S. Gold
    *Attorneys for Joseph De Perio*
    1325 Avenue of the Americas
    19th Floor
    New York, NY 10019
    (212) 752-8000