UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.,

                Plaintiff,

v.

GEORGE HALL, JOSEPH DEPERIO, SPORT-BLX, INC., AND GLASSBRIDGE ENTERPRISES, INC.,

                Defendants.

**NOTICE OF APPEARANCE**

Civil Action No. 1:22-cv-1243-LGS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Sport-BLX, Inc. and George Hall in the above-captioned action, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or email address set forth below.

Dated: New York, New York
        November 17, 2022

        MORVILLO ABRAMOWITZ GRAND
        IASON & ANELLO P.C.

        By: */s/ Edward M. Spiro*
            Edward M. Spiro
        565 Fifth Avenue
        New York, New York 10017
        (212) 856-9600 (phone)
        (212) 856-9494 (fax)
        espiro@maglaw.com

        *Attorneys for Defendants Sport-BLX, Inc.*
        *and George Hall*