UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYPRESS HOLDINGS, III, L.P., individually and
derivatively on behalf of SPORT-BLX, INC.,

                               Plaintiff,

        v.

GEORGE HALL, JOSEPH DEPERIO,
SPORT-BLX, INC., AND GLASSBRIDGE
ENTERPRISES, INC.,

                               Defendants.

**NOTICE OF APPEARANCE**

Civil Action No. 1:22-cv-1243-LGS

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants

Sport-BLX, Inc. and George Hall in the above-captioned action, certifies that he is admitted to

practice before this Court, and requests that copies of all papers be served upon the undersigned

at the address and/or email address set forth below.

Dated:  New York, New York
        November 17, 2022

                        MORVILLO ABRAMOWITZ GRAND
                        IASON & ANELLO P.C.

                        By: _/s/ Jonathan S. Sack_____
                             Jonathan S. Sack
                        565 Fifth Avenue
                        New York, New York 10017
                        (212) 856-9600 (phone)
                        (212) 856-9494 (fax)
                        jsack@maglaw.com

                        *Attorneys for Defendants Sport-BLX, Inc.*
                        *and George Hall*