UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.,<br><br>       Plaintiff,<br>v.<br><br>GEORGE HALL, JOSEPH DEPERIO, SPORT-BLX, INC., AND GLASSBRIDGE ENTERPRISES, INC.,<br><br>       Defendants. | **NOTICE OF APPEARANCE**<br><br>Civil Action No. 1:22-cv-1243-LGS |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Sport-BLX, Inc. and George Hall in the above-captioned action, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or email address set forth below.

Dated: New York, New York
    November 17, 2022

              MORVILLO ABRAMOWITZ GRAND
              IASON & ANELLO P.C.

              By: /s/ W. Alex Harris
                 W. Alex Harris
              565 Fifth Avenue
              New York, New York 10017
              (212) 856-9600 (phone)
              (212) 856-9494 (fax)
              wharris@maglaw.com

              *Attorneys for Defendants Sport-BLX, Inc.*
              *and George Hall*