AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> GEORGE HALL, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 22-cv-01243 (LGS) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A. Ross Pearlson, Esq.
Chiesa Shahinian & Giantomasi PC
11 Time Square, 34th Floor
New York, New York 10036
(212) 973-0572
rpearlson@csglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/31/2023                                                                /s/ P. Canales

*Signature of Clerk or Deputy Clerk*



**Cypress Holdings, III, L.P. v. George Hall, et al.**
**Civil Action No. 22-cv-01243 (LGS)**

**Rider Submitted Pursuant to Section 15.2 of United States District Court for the Southern District of New York's Electronic Case Filing Rules & Instructions, November 1, 2022 Edition**

To: (*Defendant's name and address*)

Clinton Group, Inc.
510 Madison Avenue, 9th Floor
New York, New York 10022

Sport-BLX Securities, Inc.
411 East 57th Street, Suite 1-A
New York, New York 10022

Cesar Baez
90 Rustic Terrace
Fair Haven, New Jersey 07704

Christopher Johnson
510 Madison Avenue, 9th Floor
New York, New York 10022

Francis Ruchalski
28 Bulson Road
Rockville Center, New York 11570

Daniel Strauss
18 East 50th Street, 7th Floor
New York, New York 10022