**CHIESA SHAHINIAN & GIANTOMASI PC**
11 Times Square, 34th Floor
New York, New York 10036
Tel.: (212) 973-0572
E-mail: rpearlson@csglaw.com
A. Ross Pearlson, Esq.
*Attorneys for Plaintiff Cypress Holdings, III, L.P.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP, INC., and GLASSBRIDGE ENTERPRISES, INC., <br><br> Defendants. | Case No.: 22-cv-01243 (LGS) <br><br> Hon. Lorna G. Schofield <br><br> **ACKNOWLEDGMENT OF SERVICE** |

PLEASE TAKE NOTICE that service of the Second Amended Complaint (ECF No. 80) and Summons (ECF No. 82) in the above-captioned action is hereby accepted and acknowledged on behalf of Defendants Francis Ruchalski and Daniel Strauss as of this <u>1st</u> day of February, 2023.

By: _____
Christian D. Carbone, Esq.
**LOEB & LOEB LLP**
345 Park Avenue
New York, New York 10154

                                          Tel.: (212) 407-4852
                                          E-mail: ccarbone@loeb.com
                                          *Attorneys for Defendants Daniel Strauss and Francis Ruchalski*

Dated:  February  1 , 2023