UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.,

                Plaintiff,

v.

GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP, INC., and GLASSBRIDGE ENTERPRISES, INC.,

                Defendants.

**NOTICE OF APPEARANCE**

Civil Action No. 1:22-cv-1243-LGS

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Sport-BLX Securities, Inc., Clinton Group, Inc., Cesar Baez, and Christopher Johnson in the above-captioned action, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or email address set forth below.

Dated: New York, New York
February 10, 2023

        MORVILLO ABRAMOWITZ GRAND
        IASON & ANELLO P.C.

        By: */s/ Jonathan S. Sack*
            Jonathan S. Sack
        565 Fifth Avenue
        New York, New York 10017
        (212) 856-9600 (phone)
        (212) 856-9494 (fax)
        jsack@maglaw.com

*Attorneys for Defendants Sport-BLX Securities, Inc.,
Clinton Group, Inc., Cesar Baez,
and Christopher Johnson*