UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.,

                Plaintiff,

v.

GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP, INC., and GLASSBRIDGE ENTERPRISES, INC.,

                Defendants.

**NOTICE OF APPEARANCE**

Civil Action No. 1:22-cv-1243-LGS

    PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Sport-BLX Securities, Inc., Clinton Group, Inc., Cesar Baez, and Christopher Johnson in the above-captioned action, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or email address set forth below.

Dated:  New York, New York
        February 10, 2023

                                              MORVILLO ABRAMOWITZ GRAND
                                              IASON & ANELLO P.C.

                                              By: */s/ W. Alex Harris*
                                                     W. Alex Harris
                                              565 Fifth Avenue
                                              New York, New York 10017
                                              (212) 856-9600 (phone)
                                              (212) 856-9494 (fax)
                                              wharris@maglaw.com

                                              *Attorneys for Defendants Sport-BLX Securities, Inc.,*
                                              *Clinton Group, Inc., Cesar Baez,*
                                              *and Christopher Johnson*