UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.,

    Plaintiff,

-against-

GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP INC., and GLASSBRIDGE ENTERPRISES, INC.,

    Defendants.

---

Case No. 22-cv-01243 (LGS)

Hon. Lorna Schofield

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Christian D. Carbone of Loeb & Loeb LLP hereby appears as counsel for Defendants Daniel Strauss and Francis Ruchalski, and requests that all parties and interested persons serve copies of any and all papers, notices, and correspondence on the undersigned at the address below.

Dated: New York, New York
       February 10, 2023

                          LOEB & LOEB LLP

                          By: */s/ Christian D. Carbone*
                              Christian D. Carbone
                              345 Park Avenue
                              New York, New York 10154-1895
                              (212) 407-4000
                              ccarbone@loeb.com

                          *Attorneys for Defendants GlassBridge Enterprises, Inc., Daniel Strauss and Francis Ruchalski*

23554910