UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
CYPRESS HOLDINGS, III, L.P., individually and                  :   Case No. 22-cv-01243 (LGS)
derivatively on behalf of SPORT-BLX, INC.,                     :
                                                               :   Hon. Lorna Schofield
                                                               :
              Plaintiff,                                       :
                                                               :
         -against-                                             :   **NOTICE OF APPEARANCE**
                                                               :
GEORGE HALL, JOSEPH DE PERIO, DANIEL                           :
STRAUSS, FRANCIS RUCHALSKI, CESAR                              :
BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX,                          :
INC., SPORT-BLX SECURITIES, INC.,                              :
CLINTON GROUP INC., and GLASSBRIDGE                            :
ENTERPRISES, INC.,                                             :
                                                               :
              Defendants.                                      :
                                                               :
-------------------------------------------------------------- X

    **PLEASE TAKE NOTICE** that David A. Forrest of Loeb & Loeb LLP hereby appears as counsel for Defendants Daniel Strauss and Francis Ruchalski, and requests that all parties and interested persons serve copies of any and all papers, notices, and correspondence on the undersigned at the address below.

Dated: New York, New York
       February 10, 2023

                                            LOEB & LOEB LLP

                                            By:   */s/ David A. Forrest*
                                                  David A. Forrest
                                                  345 Park Avenue
                                                  New York, New York 10154-1895
                                                  (212) 407-4000
                                                  dforrest@loeb.com

                                            *Attorneys for Defendants GlassBridge*
                                            *Enterprises, Inc., Daniel Strauss and*
                                            *Francis Ruchalski*

23554967