UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CYPRESS HOLDINGS, III, L.P.,                                  :
                              Plaintiff,                      :
                                                              :
            -against-                                         :   22 Civ. 1243 (LGS)
                                                              :
SPORT-BLX, INC. et al.,                                       :   **ORDER**
                              Defendants.                     :
------------------------------------------------------------- :
                                                              X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, counsel for Sport-BLX and George Hall sent a letter motion by email to the Chambers inbox on April 26, 2023. The letter was emailed pursuant to the Court's Individual Rules because it purports to contain information that was designated confidential. It is hereby

**ORDERED** that, by May 3, 2023, counsel for Sport-BLX and Mr. Hall shall (1) file a letter under seal on ECF stating what information was designated confidential, why that information should be accorded confidential treatment under Second Circuit case law, and why any such information cannot be protected by redaction rather than sealing the entire letter and (2) shall append a redacted version of the April 26, 20023 letter, as well as an unredacted version.

Dated: May 1, 2023
       New York, New York

_____
              **LORNA G. SCHOFIELD**
              **UNITED STATES DISTRICT JUDGE**