# **<u>Exhibit A</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPORT-BLX, INC., individually and derivatively on behalf of its shareholders,<br><br>         Plaintiff,<br><br>  v.<br><br>MICHAEL M. SALERNO and CYPRESS HOLDINGS, III, L.P.,<br><br>         Defendants. | Civil Action No. 1:22-cv-8111-LGS |

**[PROPOSED] ORDER GRANTING LEAVE
TO WITHDRAW AS ATTORNEY OF RECORD**

The Court, having considered the Motion and Declaration of William Alexander Harris to withdraw as an attorney of record for Plaintiff-Counterclaim Defendant Sport-BLX, Inc., and finding that there are satisfactory reasons for withdrawal and that the requirements of Local Rule 1.4 are otherwise satisfied, it is hereby

**ORDERED** that William Alexander Harris is granted leave to withdraw as an attorney of record for Sport-BLX, Inc; and it is further

**ORDERED** that the Clerk shall terminate William Alexander Harris as an attorney of record for Sport-BLX, Inc. and remove his name and email address from the official docket of this action.

Signed this ____ day of _____, 2023.

                        _____
                         LORNA G. SCHOFIELD
                      UNITED STATES DISTRICT JUDGE