UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                         :
CYPRESS HOLDINGS, III, L.P.,             :
                              Plaintiff,    :
               -against-                        :        22 Civ. 1243 (LGS)
                                                    :
SPORT-BLX, INC. et al.,                    :              **ORDER**
                                Defendants.    :
------------------------------------------------------------- :
                                                       X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, on May 25, 2023, non-party Fox Rothschild filed a letter motion for conference to discuss its intended motion to quash the subpoena served on it by Defendant Sport-BLX, Inc.  Sport-BLX, Inc. filed a letter in opposition, and Cypress Holdings, III, L.P. filed a letter in support of the motion to quash;

     WHEREAS, a telephonic conference was held on June 14, 2023, and the parties were given the opportunity to be heard.  It is hereby

     **ORDERED** that, for the reasons stated during the telephonic conference, the motion to quash Sport-BLX's subpoena on Fox Rothschild is GRANTED.  It is further

     **ORDERED** that by **June 16, 2023**, the parties shall jointly file a letter stating whether they would like a referral to the Magistrate Judge or the Court's Mediation Program.  If not, the parties shall describe the steps they are taking to engage a private mediator to assist in settlement discussions.

     The Clerk of Court is respectfully directed to close the letter motion at Dkt. No. 108.

Dated: June 14, 2023
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE