**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
CYPRESS HOLDINGS, III, L.P.,                                    :
                                                                :
                Plaintiff,     :       22-CV-1243 (LGS) (OTW)
                                                                :
              -against-                        :       **SCHEDULING ORDER**
                                                                :
SPORT-BLX, INC., et al.,                                        :
                                                                :
                Defendants.   :
                                                                :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Scheduling Call on Thursday, July 27, 2023 at 12:30 p.m.** The dial in information is (866) 390-1828, access code 1582687.

      **SO ORDERED.**

                                                                                          *s/ Ona T. Wang*
Dated: June 22, 2023                                        **Ona T. Wang**
        New York, New York                    United States Magistrate Judge