UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CYPRESS HOLDINGS, III, L.P.,                                :
                              Plaintiff,                    :
                                                            :   22 Civ. 1243 (LGS)
            -against-                                       :
                                                            :
SPORT-BLX, INC. et al.,                                     :   ORDER
                              Defendants.                   :
------------------------------------------------------------X
                                                            :
SPORT-BLX, INC.,                                            :
                              Plaintiff,                    :
                                                            :   22 Civ. 8111 (LGS)
            -against-                                       :
                                                            :
SALERNO et al.,                                             :
                              Defendants.                   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Second Amended Civil Case Management Plan and Scheduling Order dated May 23, 2023, extended the fact discovery deadline to July 14, 2023. The pre-motion conference is currently set for July 19, 2023, at 4:20 P.M. It is hereby

**ORDERED** that the pre-motion conference is adjourned to August 9, 2023, at 4:20 P.M. A party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter by July 26, 2023, in the form provided in the Court's Individual Rule III.A.1. Any party wishing to oppose shall file a responsive letter as provided in the same individual rule by August 2, 2023. If no pre-motion letter is timely filed, the August 9 conference will be canceled, and the matter placed on the Court's trial-ready calendar.

Dated: July 12, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**