UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
CYPRESS HOLDINGS, III, L.P.,                :
                                            :
                Plaintiff,                  :         22-CV-1243 (LGS) (OTW)
                                            :
        -against-                           :
                                            :
SPORT-BLX, INC., et al.,                    :         ORDER
                                            :
                Defendants.                 :
------------------------------------------------------------x
SPORT-BLX, INC.,                            :
                                            :
                Plaintiff,                  :         22-CV-8111 (LGS) (OTW)
                                            :
        -against-                           :
                                            :
MICHAEL M. SALERNO et al.,                  :
                                            :
                Defendants.                 :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a pre-settlement conference call on July 27, 2023. As discussed on the call, the parties are directed to submit settlement letters **by Friday, August 11, 2023**, not to exceed five pages. The Court will hold follow-up pre-settlement conference calls on **Wednesday, September 13, 2023, between 3:00 – 5:00 p.m.** Counsel are directed to make themselves available during this time. The specific timing and sequence of the calls will follow in a different order.

SO ORDERED.

Dated: July 27, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge