

CHIESA SHAHINIAN & GIANTOMASI PC

11 Times Square, 34th Floor, New York, NY 10036
csglaw.com

A. ROSS PEARLSON
Member

rpearlson@csglaw.com

O  973.530.2100      F  973.325.1501

**BY ECF**

September 13, 2023

Hon. Ona T. Wang, U.S.M.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

> Re: *Cypress Holdings, III, L.P. v. Hall, et al.*, Docket No. 22-cv-01243 (LGS)
> *Sport-BLX, Inc. v. Salerno, et al.*, Docket No. 22-cv-08111 (LGS)

Dear Judge Wang,

This firm represents Plaintiff Cypress Holdings, III, L.P. ("Cypress") in the action entitled *Cypress Holdings, III, L.P. v. Hall, et al.*, Docket No. 22-cv-01243 (LGS) (the "Cypress Action"). This firm also represents Defendants Michael M. Salerno ("Mr. Salerno") and Cypress (collectively, the "Cypress Parties") in the related action entitled *Sport-BLX, Inc. v. Salerno, et al.*, Docket No. 22-cv-08111 (LGS) (the "Sport-BLX Action") (collectively, with the Cypress Action, the "Actions").

Pursuant to Your Honor's July 27, 2023 Order, all parties are presently scheduled for a pre-settlement conference call this afternoon, September 13, 2023, between 3:00 and 5:00 p.m. (Docket No. 22-cv-08111, ECF. No. 60). I write to request a short, one-hour adjournment of the pre-settlement conference (from 3:00 p.m. to 4:00 p.m.), as I am presently on trial that has run longer than I had anticipated. I thank the Court for its consideration.

Respectfully submitted,

/s/ A. Ross Pearlson
A. Ross Pearlson
Member

4884-5354-2015.v1