# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

| | | |
|---|---|---|
| ELKAN ABRAMOWITZ<br>RICHARD F. ALBERT<br>ROBERT J. ANELLO*<br>KATHLEEN E. CASSIDY<br>BENJAMIN S. FISCHER<br>CATHERINE M. FOTI<br>CHRISTOPHER B. HARWOOD<br>LAWRENCE IASON<br>BRIAN A. JACOBS<br>TELEMACHUS P. KASULIS<br>KAREN R. KING<br>THOMAS A. McKAY<br>ROBERT M. RADICK*<br>JONATHAN S. SACK**<br>EDWARD M. SPIRO<br>JEREMY H. TEMKIN<br>RICHARD D. WEINBERG | 565 FIFTH AVENUE<br>NEW YORK, NEW YORK 10017<br>(212) 856-9600<br>FAX: (212) 856-9494<br><br>www.maglaw.com<br><br>WRITER'S CONTACT INFORMATION<br><br>jsack@maglaw.com<br>212-880-9410 | SENIOR COUNSEL<br>PAUL R. GRAND<br><br>COUNSEL<br>JASMINE JUTEAU<br><br>ROBERT G. MORVILLO<br>1938-2011<br>MICHAEL C. SILBERBERG<br>1940-2002<br>JOHN J. TIGUE, JR.<br>1939-2009<br><br>*ALSO ADMITTED IN WASHINGTON, D.C.<br>**ALSO ADMITTED IN CONNECTICUT |

September 15, 2023

**BY ECF**
The Honorable Lorna G. Schofield
United States District Court Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Cypress Holdings, III, L.P. v. Hall*, No. 1:22-cv-1243 (LGS)
*Sport-BLX, Inc. v. Salerno*, No. 1:22-cv-8111 (LGS)

Dear Judge Schofield:

We represent the Sport-BLX, Inc. Parties in the above-referenced actions. We have received the pre-motion conference letter submitted earlier this afternoon by counsel for Cypress Holdings, III, L.P. and Michael M. Salerno (the "Cypress Parties"), *see* ECF No. 131 (22-cv-1243 case) and ECF No. 67 (22-cv-8111 case). We request the opportunity to file a letter in opposition to the Cypress Parties' pre-motion letter on or before Thursday September 21.

Respectfully submitted,

*/s/ Jonathan S. Sack*

Jonathan S. Sack

cc: Counsel of record (by ECF)

Application GRANTED. The Sport-BLX, Inc. Parties shall file a responsive letter, not to exceed three pages, by **September 21, 2023.**

Dated: September 18, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE