UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   :
CYPRESS HOLDINGS, III, L.P.,   :
                Plaintiff,   :
   :   22 Civ. 1243 (LGS)
       -against-   :
   :
SPORT-BLX, INC. et al.,   :   <u>ORDER</u>
                Defendants.   :
------------------------------------------------------------- X
   :
SPORT-BLX, INC.,   :
               Plaintiff,   :
   :   22 Civ. 8111 (LGS)
       -against-   :
   :
SALERNO et al.,   :
                Defendants.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Cypress Parties filed a letter motion to adjudicate a discovery dispute on September 15, 2023. The Sport-BLX Parties and GlassBridge Parties filed responsive letters on September 20, 2023, and September 21, 2023. It is hereby

**ORDERED** that the parties shall meet and confer for at least an additional forty-five minutes in a sincere effort to resolve or at least narrow these disputes. They shall file a joint letter by **September 28, 2023**, describing any remaining disputes and their respective positions. A conference will be held on **October 3, 2023, at 12 P.M.**, at the Thurgood Marshall United States Courthouse, Courtroom 1106. The conference may be converted to a telephonic conference if the issues are significantly narrowed, and will be cancelled if they are resolved. The Clerk of Court is respectfully directed to close the letter motions at Dkt. 131 in 22 Civ. 1243 and Dkt. 67 in 22 Civ. 8111.

Dated: September 21, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE