

Wylie Stecklow, Esq.<br>
Carnegie Hall Tower<br>
152 West 57th St, 8th Floor<br>
New York, New York 10019<br>
Phone: (212) 566-8000<br>
Fax: (212) 202-4952<br>
Wylie@wylielaw.com

October 12, 2023

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** *Cypress Holdings, III, L.P. v. Hall, et al.*, **Docket No. 22-cv-01243 (LGS)**
*Sport-BLX, Inc. v. Salerno, et al.*, **Docket No. 22-cv-08111 (LGS)**

Dear Honorable Judge:

Please recall that I am co-counsel for the Sport-BLX parties. As per yesterday's court conference, I am writing to the court concerning the schedule the parties have agreed upon for the Rule 23.1 motion the Sport-BLX parties intend to file.

Earlier today, Mr. Pearlson and I had a meet and confer to review our schedules and agree upon a motion schedule.

The parties have agreed on the following schedule:

| Date | Filing |
|---|---|
| 10/27/23 | Moving Brief by Sport-BLX parties |
| 11/17/23 | Opposition Brief by Cypress parties |
| 11/29/23 | Reply Brief by Sport-BLX parties |

Respectfully submitted,

Wylie M. Stecklow

So Ordered,

_____
Hon. Judge Lorna A. Schofield
USDJ SDNY