

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

**Application GRANTED. The Sport-BLX parties shall file their Rule 23.1 motion and memorandum of law, not to exceed 25 pages, by October 27, 2023. The Cypress parties shall file their opposition brief, not to exceed 25 pages, by November 17, 2023. The Sport-BLX parties shall file their reply brief, not to exceed 15 pages, by November 29, 2023. The parties' briefs shall comply with the Court's Individual Rules. By October 20, 2023, the parties shall file a joint letter stating whether they are amenable to hiring a private mediator and convening the principals to discuss resolution.**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dated: October 13, 2023
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Cypress Holdings, III, L.P. v. Hall, et al.*, Docket No. 22-cv-01243 (LGS) *Sport-BLX, Inc. v. Salerno, et al.*, Docket No. 22-cv-08111 (LGS)

Dear Honorable Judge:

Please recall that I am co-counsel for the Sport-BLX parties. As per yesterday's court conference, I am writing to the court concerning the schedule the parties have agreed upon for the Rule 23.1 motion the Sport-BLX parties intend to file.

Earlier today, Mr. Pearlson and I had a meet and confer to review our schedules and agree upon a motion schedule.

The parties have agreed on the following schedule:

| | |
|---|---|
| 10/27/23 | Moving Brief by Sport-BLX parties |
| 11/17/23 | Opposition Brief by Cypress parties |
| 11/29/23 | Reply Brief by Sport-BLX parties |

Respectfully submitted,

Wylie M. Stecklow