

CHIESA SHAHINIAN & GIANTOMASI PC

11 Times Square, 34th Floor, New York, NY 10036
csglaw.com

A. ROSS PEARLSON
Member

rpearlson@csglaw.com

O  973.530.2100      F  973.325.1501

**BY ECF**

October 20, 2023

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   *Cypress Holdings, III, L.P. v. Hall, et al.*, Docket No. 22-cv-01243 (LGS)
>         *Sport-BLX, Inc. v. Salerno, et al.*, Docket No. 22-cv-08111 (LGS)

Dear Judge Schofield,

    This firm represents Plaintiff Cypress Holdings, III, L.P. ("Cypress") in the action entitled *Cypress Holdings, III, L.P. v. Hall, et al.*, Docket No. 22-cv-01243 (LGS) (the "Cypress Action"). This firm also represents Defendants Michael M. Salerno ("Mr. Salerno") and Cypress (collectively, the "Cypress Parties") in the related action entitled *Sport-BLX, Inc. v. Salerno, et al.*, Docket No. 22-cv-08111 (LGS) (the "Sport-BLX Action") (collectively, with the Cypress Action, the "Actions").

    The Cypress Parties submit this letter pursuant to Your Honor's October 13, 2023 Order requiring the parties to submit a joint letter advising this Court as to whether the parties are amenable to private mediation. (Docket No. 22-cv-01243, ECF No. 152). The Cypress Parties respectfully request additional time, until Wednesday, October 25, 2023, to notify the Court as to whether the Cypress Parties are amenable to private mediation. The Sport-BLX Parties do not object to the brief extension.

    We thank the Court in advance for its consideration.

                                                      Respectfully submitted,

                                                      */s/ A. Ross Pearlson*
                                                      A. Ross Pearlson
                                                      Member