UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP, INC., and GLASSBRIDGE ENTERPRISES, INC.,<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>Civil Action No. 1:22-cv-1243-LGS |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Sport-BLX, Inc., Sport-BLX Securities, Inc., George Hall, Clinton Group, Inc., Cesar Baez, and Christopher Johnson in the above-captioned action, certifies that he is admitted to practice before this Court, and requests that copies of all papers be served upon the undersigned at the address and/or email address set forth below.

Dated: New York, New York
October 25, 2023

                                      MORVILLO ABRAMOWITZ GRAND
                                      IASON & ANELLO P.C.

                                      By:  */s/ Joseph P. Klemme*
                                               Joseph P. Klemme
                                      565 Fifth Avenue
                                      New York, New York 10017
                                      (212) 880-9541 (phone)
                                      (212) 856-9494 (fax)
                                      jklemme@maglaw.com

                                      *Attorneys for Defendants Sport-BLX, Inc., Sport-BLX Securities, Inc., George Hall, Clinton Group, Inc., Cesar Baez, and Christopher Johnson*