AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

CYPRESS HOLDINGS, III, LP., et al.
　　　　　　　　Plaintiff (s),
V.
GEORGE HALL, JOSEPH DE PERIO, et al.
　　　　　　　　Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 22-cv-01243 (LGS)

Notice is hereby given that, subject to approval by the court, __CYPRESS HOLDINGS III, LP.__ substitutes
(Party (s) Name)

__Alexander M. Dudelson__, State Bar No. __AD4809__ as counsel of record in
(Name of New Attorney)

place of __A. Ross Pearlson, Esq. and Chiesa, Shahinian & Giantomasi, P.C.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Alexander M. Dudelson, Esq. |
| Address: | 26 Court Street - Suite 2306, Brooklyn, New York 11242 |
| Telephone: | (718) 855-5100    Facsimile (718) 624-9552 |
| E-Mail (Optional): | adesq@aol.com |

I consent to the above substitution.
Date: 10/26/2023
(Signature of Party (s))

I consent to being substituted.
Date: 10/27/2023
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/27/2023
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]