UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CYPRESS HOLDINGS, III, L.P.,                Case No.: 22-cv-01243 (LGS)
individually and derivatively on behalf of
SPORT-BLX, INC.,                            NOTICE OF APPEARANCE

                    Plaintiff,

        -against-

GEORGE HALL, JOSEPH DE PERIO,
DANIEL STRAUSS, FRANCIS
RUCHALSKI, CESAR BAEZ, CHISTOPHER
JONSON, SPORT-BLX, INC., SPORT-BLX
SECURITIES, INC., CLINTON GROUP INC.,
and GLASSBRIDGE ENTERPRISES, INC.,

                    Defendant.
-----------------------------------------------------------X

To:    The clerk of the Court and all parties of record.

       I am admitted to practice in this Court, and I appear in this case as counsel for CYPRESS HOLDINGS, III, L.P..

Dated: October 26, 2023

                                       /s/_____
                                       ALEXANDER M. DUDELSON, ESQ.
                                       *Attorney for Plaintiff*
                                       26 Court Street - Suite 2306
                                       Brooklyn, New York 11242
                                       (718) 855-5100

**Via ECF:**

All parties of record