UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.,

                    Plaintiff,

    v.

GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP INC., and GLASSBRIDGE ENTERPRISES, INC.,

                    Defendants.

------------------------------------------------------------x

Civil Action No. 1:22-cv-1243-LGS

**DEFENDANTS' NOTICE OF MOTION TO DISMISS DERIVATIVE CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23.1**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the Declaration of Jonathan S. Sack dated October 27, 2023, with the exhibits annexed thereto, Defendants Sport-BLX, Inc. ("Sport-BLX"), Sport-BLX Securities, Inc., Clinton Group, Inc., George Hall, Cesar Baez, Christopher Johnson, GlassBridge Enterprises, Inc., Francis Ruchalski, Daniel Strauss, and Joseph De Perio, through their undersigned counsel, will move before the Honorable Lorna G. Schofield, United States District Judge, at 40 Foley Square, New York, New York 10007, on a date and at a time designated by the Court, for an order pursuant to Rule 23.1 of the Federal Rules of Civil Procedure dismissing the derivative claims alleged in the Second Amended Complaint of Plaintiff Cypress Holdings, III, L.P. ("Cypress") on the ground that Cypress does not fairly and adequately represent the interests of shareholders of Sport-BLX who are similarly situated in enforcing the rights of Sport-BLX, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's memo endorsement dated October 13, 2023, Cypress's opposition papers shall be filed on or before November 17, 2023.

Dated: October 27, 2023
New York, New York

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

By: _/s/ Jonathan S. Sack_____
    Jonathan S. Sack
    Edward M. Spiro
    Joseph P. Klemme
565 Fifth Avenue
New York, NY 10017
(212) 856-9600
(212) 856-9494 (fax)

*Attorneys for Defendants Sport-BLX, Inc., Sport-BLX Securities, Inc., Clinton Group, Inc., George Hall, Cesar Baez, and Christopher Johnson*

LOEB & LOEB LLP

By: _/s/ Christian D. Carbone_____
    Christian D. Carbone
    David A. Forrest
345 Park Avenue
New York, New York 10154
(212) 407-4000

*Attorneys for Defendants GlassBridge Enterprises, Inc., Daniel Strauss, and Francis Ruchalski*

COLE SCHOTZ P.C.

By: _/s/ David S. Gold_____
    David S. Gold
25 Main Street
Court Plaza North
Hackensack, New Jersey 07601
(201) 525-6305
(201) 678-6305 (fax)

*Attorneys for Defendant Joseph De Perio*