# EXHIBIT D

Message

| | |
|---|---|
| **To:** | Michael Salerno [msalerno@nppg.com]; George Hall [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3334a7bb79d242e79fc6fc74970e152c-George Hall] |
| **Subject:** | RE: SPORTBLX |
| **Attachments:** | SPORTBLX - SPA_Salerno_041119.docx |

Mike:

Please find enclosed a purchase agreement pursuant to your ROFO notice dated yesterday.

Regarding your desire for a meeting, I can do an update call addressing the items below on Friday, 4/19, anytime before noon or after 2 pm. Please let me know what may work and we can confirm it.

Thanks, Joe


Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@sportblx.com
(212) 377-4252


**From:** Michael Salerno <msalerno@nppg.com>
**Sent:** Thursday, April 11, 2019 9:33 AM
**To:** Joseph De Perio <joseph.deperio@sportblx.com>; George Hall <geh@clinton.com>
**Subject:** RE: SPORTBLX

GM George / Joe,

I would like to exercise my right to purchase my Pro Rata Share of the New Securities per paragraph 1.a of the side letter. Kindly, provide me with the cost of the additional investment, # of shares to be purchased, docs, etc...

Also, as we were communicating last week while I was traveling, we need to schedule first official or unofficial board meeting as I want an update as well as begin addressing things that need attention... how is sometime next week? If not just let me know some alternative dates and we will make something work...

- ConsenSys progress and timeline for launch
- Financial statement review and HR update
- Result of current fundraising efforts
- Pending Fund raising efforts and pipeline
- Rental agreement – market rent and address issue of self-dealing
- Create an executive dashboard for ongoing distribution to board members and appropriate advisors
- Pipeline for potential users and what can be done to assist with process
- List of athletes, horses, etc... (assets) that sport-blx has any economic interest or options.
- Whatever else we need to add to agenda we can do...

Cordially,

Michael M. Salerno
President

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
**NPPG** Investment Services, LLC
**NPPG** Fiduciary Services, LLC
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Registered Investment Advisory Services*
- *Fiduciary Consulting Services*

*121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239  |  Fax: (732) 758-1582

580 White Plains Rd.  Suite 410
Tarrytown, NY  10591
Phone: (914)-332-0688                     | Fax: (914) 332-1712

www.nppg.com

  

You are hereby advised that any tax **or other professional guidance** contained in this communication or any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. **You are further advised that any e-mail communications from Northeast Professional Planning Group, Inc. ("NPPG") or its affiliates may originate from an electronic mailing address associated with any of NPPG or its affiliates, and the electronic mailing address used for any specific communication is not indicative of the entity whose services have been retained.** Confidentiality notice: the document accompanying this communication contains information from NPPG, including its members and affiliates, which is confidential and/or legally privileged.  If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be returned to this firm immediately.  If you have received this communication in error, please notify us by telephone immediately **and before accessing or distributing this communication or any accompanying documents or attachments.**

---

**From:** Joseph De Perio <joseph.deperio@sportblx.com>
**Sent:** Thursday, April 04, 2019 1:29 PM
**To:** Michael Salerno <msalerno@nppg.com>; George Hall <geh@clinton.com>
**Subject:** RE: SPORTBLX

Mike:

I reference 1.A of our side letter dated 2/28/19 and my email from 4/1/19.  Below is the Offering Notice provided to you earlier this week.  As I stated below we have sent out purchase agreements for 2,244 shares at $200.18. per share.  I can

Confidential – Subject to Protective Order                                                                                         SPORTBLX00018154

report today that the purchase agreements are executed.  The purchase agreements are the same form we have used for every fundraising transaction.

Joe


**From:** Joseph De Perio <joseph.deperio@sportblx.com>
**Sent:** Monday, April 01, 2019 3:17 PM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** SPORTBLX

Mike – Pursuant to your side letter, please be advised that by virtue of this email we are providing an Offering Notice, we have sent out purchase agreements for in total 2,244 shares at $200.18 per share.

As a reminder, we have issued in total (prior to the 2,244) 127,145 shares including your two tranches of 5,263 and 2,497.

Best regards, Joe



Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@sportblx.com
(212) 377-4252


**From:** Michael Salerno <msalerno@nppg.com>
**Sent:** Thursday, April 04, 2019 12:46 PM
**To:** George Hall <geh@clinton.com>; Joseph De Perio <joseph.deperio@sportblx.com>
**Subject:** Re: SPORTBLX

Not that I see. As you have said in past, we are a small board and i believe that open lines of communication between us is always best practices and in the best interest of sport-blx.

Joe, I'm out of town so to complete the offering notice kindly send me the nature of the offering and specific terms as well as how much you want me to make the check out for.  Upon receipt I will review and follow the process in the agreement as far as sending you a check.   In the future we can get together to go over the nature and terms before I fund to make it easier.

When I get back we can all schedule a meeting to move things forward as a unified team.  I am truly looking forward to the immense opportunities  that await us!


Cordially,


Michael M. Salerno
President

NORTHEAST PROFESSIONAL PLANNING GROUP, Inc.

**NPPG** Fiduciary Services, LLC
**NPPG** Investment Services, LLC

•Fiduciary Consulting Services
•*Registered Investment Advisory*
•*Employee Benefits & Retirement Planning*
•*Actuarial & Retirement Plan Administration*

121 Monmouth Street
Red Bank, NJ 07701
(732) 758-1577 ext. 239
www.nppg.com

On Apr 3, 2019, at 10:01 AM, George Hall <george.hall@clinton.com> wrote:

Not sure why you added me to this email.  Is there a problem?  I believe Joe is following the agreement and you have a decision to make.  I don't really need to be on the email chain unless there is an issue that needs resolution.  Thanks

**From:** Michael Salerno [mailto:msalerno@nppg.com]
**Sent:** Tuesday, April 02, 2019 1:28 PM
**To:** Joseph De Perio; George Hall; ms@chinvpartners.com
**Subject:** RE: SPORTBLX

*This message was sent securely using Zix*

Thank you.

**From:** Joseph De Perio <joseph.deperio@sportblx.com>
**Sent:** Tuesday, April 02, 2019 1:12 PM
**To:** Michael Salerno <msalerno@nppg.com>; George Hall <geh@clinton.com>; ms@chinvpartners.com
**Subject:** RE: SPORTBLX

Three separate investors, one existing that came in at the $9.5 mm valuation.

Joe

**From:** Michael Salerno <msalerno@nppg.com>
**Sent:** Tuesday, April 02, 2019 11:41 AM
**To:** Joseph De Perio <joseph.deperio@sportblx.com>; George Hall <geh@clinton.com>; ms@chinvpartners.com
**Subject:** RE: SPORTBLX

Joe, Thank you.
Is this a single investor ? if not how many investors make up the total 2,244 shares?

Cordially,

Michael M. Salerno

Confidential – Subject to Protective Order

SPORTBLX00018156

**NPPG** Fiduciary Services

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
**NPPG** Investment Services, LLC
**NPPG** Fiduciary Services, LLC
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Registered Investment Advisory Services*
- *Fiduciary Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239 | Fax: (732) 758-1582

www.nppgfs.com

<image001.jpg><image002.png>

You are hereby advised that any tax **or other professional guidance** contained in this communication or any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. **You are further advised that any e-mail communications from Northeast Professional Planning Group, Inc. ("NPPG") or its affiliates may originate from an electronic mailing address associated with any of NPPG or its affiliates, and the electronic mailing address used for any specific communication is not indicative of the entity whose services have been retained.** Confidentiality notice: the document accompanying this communication contains information from NPPG, including its members and affiliates, which is confidential and/or legally privileged. If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be returned to this firm immediately. If you have received this communication in error, please notify us by telephone immediately **and before accessing or distributing this communication or any accompanying documents or attachments.**

---

**From:** Joseph De Perio <joseph.deperio@sportblx.com>
**Sent:** Monday, April 01, 2019 3:17 PM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** SPORTBLX

Mike – Pursuant to your side letter, please be advised that by virtue of this email we are providing an Offering Notice, we have sent out purchase agreements for in total 2,244 shares at $200.18 per share.

As a reminder, we have issued in total (prior to the 2,244) 127,145 shares including your two tranches of 5,263 and 2,497.

Best regards, Joe


Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@sportblx.com
(212) 377-4252

Confidential – Subject to Protective Order                                          SPORTBLX00018157

DISCLAIMER: Sport-BLX, Inc. makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Sport-BLX, Inc. and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Sport-BLX, Inc. and is not intended for non-professional investors.

This message was secured by Zix®.

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.