# EXHIBIT F

**MARC J. GROSS**
**PARTNER**
Direct Dial: 973-548-3301

June 10, 2019

**VIA REGULAR & CERT. MAIL, R.R.R.**

George Hall, Executive Chairman
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022

   Re:  **Cypress Holdings III, L.P.**

Dear Mr. Hall:

  This office serves as counsel for Cypress Holdings III, L.P. and Michael M. Salerno (collectively "Cypress"). I write in connection with certain potential claims of Cypress in connection with its investment in an ownership interest in Sport-BLX, Inc. ("Sport-BLX"). In this regard, Cypress and Salerno were advised of Sport-BLX's "partnership interest" in an investment fund as well as a management fee which would generate income. Unfortunately, it now seems as though Sport-BLX is representing that Cypress's ownership in Sport-BLX is entirely unrelated to and that it is unable to obtain any benefit from any partnership interest in any investment fund.

  Additionally, apparently Sport-BLX has entered into a lease for certain commercial office space, expending approximately $500,000 per annum for an occupancy for less than five (5) employees. Not only does this sum seem excessively suspect, but we understand that the lessor, Clinton Group, Inc., is an entity to which you have an interest. Thus, absent additional information, Cypress and Salerno have potential claims that may be asserted under law or in equity. Prior to advancing such claims, we ask that your counsel contact my office so that we may discuss these issues and arrive at a mutually agreeable solution.

  I look forward to your prompt response and attention.

            Very truly yours,

            MARC J. GROSS

MJG/mav

96188419

Confidential – Subject to Protective Order  SPORTBLX00015719