# EXHIBIT G

Message

| | |
|---|---|
| **From:** | George Hall [george.hall@clinton.com] |
| **Sent:** | 8/9/2019 5:57:07 PM |
| **To:** | Joseph De Perio [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f8467f793a344ce9df2f976b4e41273-joseph.depe] |
| **Subject:** | Fwd: Re: |

Sent from my iPhone

Begin forwarded message:

> **From:** Michael Salerno <msalerno@nppg.com>
> **Date:** August 9, 2019 at 5:41:05 PM EDT
> **To:** George Hall <george.hall@clinton.com>
> **Subject: Re:**

This message was sent securely using Zix®

Let's discuss as my concern is my estate plan structure which I am not inclined to make public.

Cordially,

Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239
www.nppg.com

On Aug 9, 2019, at 3:38 PM, George Hall <george.hall@clinton.com> wrote:

> Mike, we are trying to get the FINRA application in today.   Simple confirmation.   Are you the sole owner of Cypress , the entity that invested?  Can you confirm or disclose and other ownership ?
>
> Sent from my iPhone
> --
>
>
> Disclaimer

Confidential – Subject to Protective Order

SPORTBLX00050629

Clinton Group makes
every effort to use reliable
information, but cannot make any representation to
the accuracy or
completeness of the information in this email or items attached
to this
email. The recipient should note that any disclaimers presented in
the
attachments are construed to be part of the content transmitted in the body

of the email.  Do not expect us to inform
you if the information contained
herein changes or is updated. We do not
accept any liability relating to
this information, its completeness or
timeliness. This email and the
information contained in it and attached to it
is not an offer to buy or
sell (nor a solicitation of a proposal to buy or
sell) securities, funds or
any financial instrument. Any such offer or solicitation
may be made only
by delivery of a private placement memorandum and other
offering documents.
Clinton Group and/or its employees may have an
investment in, and may
effect transactions in, securities and derivatives of
securities of
companies mentioned in this email. We do not provide tax, legal,
regulatory
or other advice; we recommend that investors seek advice from
independent
advisers. Past performance is not necessarily indicative of future

performance. The information herein may not be redistributed without the
prior
written consent of Clinton Group and is not intended for
non-professional
investors.

This message was secured by Zix®.

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email.  Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents.  Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice

SPORTBLX00050630

from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.

DISCLAIMER: Sport-BLX, Inc. makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Sport-BLX, Inc. and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Sport-BLX, Inc. and is not intended for non-professional investors.

Confidential – Subject to Protective Order

Message

| | |
|---|---|
| **From**: | George Hall [george.hall@clinton.com] |
| **on behalf of** | George Hall <george.hall@clinton.com> [george.hall@clinton.com] |
| **Sent**: | 8/16/2019 11:53:35 AM |
| **To**: | Michael Salerno [msalerno@nppg.com] |
| **Subject**: | Re: |

Give me a call if you can

Sent from my iPhone

On Aug 16, 2019, at 10:51 AM, Michael Salerno <msalerno@nppg.com> wrote:

> This message was sent securely using Zix®

George,  I am willing to provide FINRA with ownership information that they want however I am not willing to provide it to you or any other sport-blx directors as you do not have a right to this information at this time.
Once you provide me with the FINRA representative we will promptly reach out to them to expedite.

Cordially,

Michael M. Salerno
Founder & CEO

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239  |  Fax: (732) 758-1582
*Additional locations in **New York, Florida** and **Michigan***

www.nppg.com

<image001.jpg><image002.png>

You are hereby advised that any tax **or other professional guidance**  contained in this communication or any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. **You are further advised that any e-mail communications from Northeast Professional Planning Group, Inc. ("NPPG") or its affiliates may originate from an electronic mailing address associated with any of NPPG or its affiliates, and the electronic mailing address used for any specific communication is not indicative of the entity whose services have been retained.**  Confidentiality notice: the document accompanying this communication contains information from NPPG, including its members and affiliates, which is confidential and/or legally privileged.  If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be returned to this firm immediately.  If you have received this communication in error, please notify us by telephone immediately **and before accessing or distributing this communication or any accompanying documents or attachments.**

This message was secured by Zix®.

Confidential – Subject to Protective Order

SPORTBLX0140205