# EXHIBIT I

Balance Sheet
December 31, 2021

## ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Cash and Cash Equivalents | $ (132.41) | |
| Accounts Rec | 4,276.38 | |
| Due from Afilliate | 10,984.67 | |
| Loans & Exchanges | 4,809.84 | |
| Total Current Assets | | 19,938.48 |
| **Property and Equipment** | | |
| Total Property and Equipment | | 0.00 |
| **Other Assets** | | |
| Total Other Assets | | 0.00 |
| **Total Assets** | $ | 19,938.48 |

## LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts Payable & Acc Exp | $ 148,413.11 | |
| Accrued Payroll & Payroll Taxe | 726,369.00 | |
| Accrued Interest Payable | 566,019.00 | |
| Due to Affiliate | 101,561.84 | |
| Total Current Liabilities | | 1,542,362.95 |
| **Long-Term Liabilities** | | |
| Notes Payable | 2,866,567.26 | |
| Total Long-Term Liabilities | | 2,866,567.26 |
| **Total Liabilities** | | 4,408,930.21 |
| **Capital** | | |
| Common Stock | 138.56 | |
| Additional Paid in Capital | 5,055,688.50 | |
| Retained Earnings | (9,224,516.34) | |
| Treasury Stock | (338,580.00) | |
| Net Income | 118,277.55 | |
| Total Capital | | (4,388,991.73) |
| **Total Liabilities & Capital** | $ | 19,938.48 |

Unaudited - For Management Purposes Only

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

GBE_0008601