AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

CYPRESS HOLDINGS, III, LP., et al.
                Plaintiff (s),

V.

GEORGE HALL, JOSEPH DE PERIO, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 22-cv-01243 (LGS)

Notice is hereby given that, subject to approval by the court, **CYPRESS HOLDINGS III, LP.** substitutes
(Party (s) Name)

Alexander M. Dudelson, State Bar No. AD4809 as counsel of record in
(Name of New Attorney)

place of A. Ross Pearlson, Esq. and Chiesa, Shahinian & Giantomasi, P.C.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Alexander M. Dudelson, Esq.
    Address: 26 Court Street - Suite 2306, Brooklyn, New York 11242
    Telephone: (718) 855-5100     Facsimile (718) 624-9552
    E-Mail (Optional): adesq@aol.com

I consent to the above substitution.
Date: 10/26/2023
(Signature of Party (s))

I consent to being substituted.
Date: 10/27/2023
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/27/2023
(Signature of New Attorney)

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Application GRANTED. The Clerk of Court is respectfully directed to designate Alexander M. Dudelson as counsel of record for party Cypress Holdings III, LP.

Dated: October 30, 2023
      New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**