LAW OFFICES OF

# ALEXANDER M. DUDELSON

|  |  |  |
|---|---|---|
| ALEXANDER M. DUDELSON | 26 COURT STREET - SUITE 2306<br>BROOKLYN, NEW YORK 11242<br>(718) 855-5100   FAX (718) 624-9552 | OF COUNSEL<br>LOUIS R. ROSENTHAL<br>GEORGE H. VALLARIO, JR.<br><br>YEHUDA FARKAS<br>FABIAN G. PALOMINO<br>(1924 - 2014) |

December 4, 2023

Hon. Lorna Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Cypress Holdings, III, LLP v. George Hall, et al.*
     <u>Case No.: 22-cv-01243 (LGS)</u>

Your Honor:

  I am the attorney for plaintiff Cypress Holdings, III, L.P. ("Cypress"). Please accept this letter a formal application to have Exhibits A-N to the Declaration of Alexander M. Dudelson filed under seal pursuant to Your Honor's Individual Rule (I)(D), 21-mc-13 and § 6 of the SDNY Rules and Instructions. Said documents were exchanged in discovery by the defendants and marked as "Confidential - Subject to Protective Order." It is respectfully requested that access to these documents be restricted to attorneys appearing for filer the following Selected Parties:

  a. Sport-BLX, Inc.;
  b. Glassbridge Enterprises, Inc.;
  c. George Hall;
  d. Joseph Deperio;
  e. Clinton Group, Inc.;
  f. Sport-BLX Securities, Inc.;
  g. Cesar Baez;
  h. Christopher Johnson;
  i. Francis Ruchalski; and
  j. Daniel Strauss.

  Thank you for your consideration.

             Very truly yours,

             /s/ *Alexander Dudelson*

             Alexander M. Dudelson

**Via ECF:** All parties