# EXHIBIT O

CYPRESS_00000007 - Audio File to be submitted pursuant to Individual Practices of Hon. Lorna G. Shofield, U.S.D.J.