# EXHIBIT F

**Schedule B - Shareholder Register**

| | |
|---|---|
| Henry 100% | |
| Employees | |
| George | |

| Shareholders | | Shares | % | Salerno For | Salerno Against |
|---|---|---|---|---|---|
| George E. Hall | 1 | 66,629 | 49.3% | 66,629 | |
| Joseph A. De Perio | 2 | 30,000 | 22.2% | 30,000 | |
| John L. Hall | 3 | 375 | 0.3% | | |
| Peter T. Rawlins | 4 | 375 | 0.3% | | |
| Henry W. Sullivan | 5 | 275 | 0.2% | | |
| Jacob R. Fisch | 6 | 97 | 0.1% | | |
| Imation Enterprises Corp. | 7 | 13,519 | 10.0% | | 13,519 |
| Justin Cupps | 8 | 210 | 0.2% | 210 | |
| Cypress Holdings III, LP (Salerno) | 9 | 7,760 | 5.7% | 7,760 | |
| Jarvis Hollingsworth | 10 | 526 | 0.4% | 526 | |
| Joseph Kenney | 11 | 3,974 | 2.9% | 3,974 | |
| Patrick M. Kerney | 12 | 1,052 | 0.8% | 1,052 | |
| Chet Odle and Maya Odle | 13 | 624 | 0.5% | 624 | |
| James J. Maguire | 14 | 1,052 | 0.8% | 1,052 | |
| Marvin S. Rosen | 15 | 1,052 | 0.8% | 1,052 | |
| Harlan H. Simon | 16 | 1,052 | 0.8% | 1,052 | |
| Troy Taylor | 17 | 260 | 0.2% | 260 | |
| Anthony Vendetti | 18 | 550 | 0.4% | 550 | |
| Alex Koundourakis | 19 | 175 | 0.1% | 175 | |
| Gerard Kenney | 20 | 500 | 0.4% | 500 | |
| Henry Woodhouse | 21 | 125 | 0.1% | 125 | |
| Omar Elassar | 22 | 249 | 0.2% | 249 | |
| 1345 LLC (John Howe) | 23 | 3,122 | 2.3% | | |
| Mote and Kristina Zawalunow | 24 | 950 | 0.7% | 950 | |
| James Ballentine | 25 | 570 | 0.4% | 570 | |
| Justin Heller | 26 | 152 | 0.1% | 152 | |
| Total | | 135,225 | 100.0% | 117,462 | 13,519 |
| @$50 mm | $ | 369.75 | | | |

cesar

| | | | |
|---|---|---|---|
| | | (55,000) | 55,000 |
| Sub-total | | 62,462 | 68,519 |
| | | | 0.506703642 |

**Calculations:**

| | |
|---|---|
| 51% of the O/S | 68,965 |
| Less: Imation Shares | (13,519) |
| Sub-Total | 55,446 |

4,778,842.99

| @55,446 Shares | Shares | Value | | @55,000 Shares | Shares | Value |
|---|---|---|---|---|---|---|
| George E. Hall | 38,232 | $ 14,136,343 | 28,705 | George E. Hall | 37,924 | $ 14,022,696 |
| Joseph A. De Perio | 17,214 | $ 6,364,951 | 12,924 | Joseph A. De Perio | 17,076 | $ 6,313,780 |
| Total | 55,446 | $ 20,501,294 | | Total | 55,000 | $ 20,336,476 |
| | | | 41,629 | | 41,629 | |