UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC., | Civil Action No. 1:22-cv-01243-LGS |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP INC., and GLASSBRIDGE ENTERPRISES, INC., | |
| Defendants. | |

To: The clerk of the Court and all parties of record.

I am admitted to practice in this Court, and I appear in this case as counsel for CYPRESS HOLDINGS, III, L.P..

                                        /s/ Julian K. White
                                        JULIAN K. WHITE, ESQ.
                                        Attorney for Plaintiff
                                        60 East 42nd Street – Suite 4000
                                        New York, New York 10165
                                        (212) 701-4550
                                        (646) 933-5653 FAX

Via ECF:

All parties of record.