

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536 fax

New York

Delaware

Maryland

Texas

Florida

David S. Gold
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6305
Writer's Direct Fax: 201.678.6305
Writer's E-Mail: DGold@coleschotz.com

July 15, 2024

**<u>Via Electronic Case Filing</u>**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   *Cypress Holdings, III, L.P. v. Sport-BLX et al.*
>        Case No. 1:22-cv-1243 (LGS)

Dear Judge Schofield:

      We represent Defendant Joseph De Perio in the above matter. We are writing in response to the Court's request for the following information: (1) whether Mr. De Perio is indemnified against a finding of liability and damages, and if so, by whom and under what circumstances; and (2) whether Mr. De Perio is covered by Directors and Officers Liability Insurance, and, if so, who are the co-insureds who draw from the same fund, and under what circumstances they are covered as relevant here. *See* ECF No. 174.

      Mr. De Perio is a former officer and director of Defendant Sport-BLX, Inc. ("Sport-BLX") and a former director of Defendant Glassbridge Enterprises, Inc. ("Glassbridge"). As a former officer/director of Sport-BLX, it is Mr. De Perio's understanding that he is entitled to indemnification from Sport-BLX for the reasons set forth in Sport-BLX's submission. *See* ECF No. 175. Mr. De Perio is unaware of any other applicable indemnification. To date, Mr. De Perio has not been notified that he is covered through any Directors and Officers Liability Insurance policy. To the extent otherwise relevant and applicable, Mr. De Perio joins in the submissions by Sport-BLX and Glassbridge.

                                           Respectfully submitted,

                                           */s/ David S. Gold*

                                           David S. Gold



Hon. Lorna G. Schofield
July 15, 2024
Page 2

cc: All Counsel of Record (via ECF)

62527/0004-48097103