UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CYPRESS HOLDINGS, III, L.P.,  :
                   Plaintiff,  :
                                                                                                                               22 Civ. 1243 (LGS)
           -against-  :
                                                                                        **ORDER**
SPORT-BLX, INC., et al.,  :
                   Defendants.  :
------------------------------------------------------------- X

WHEREAS, the parties earlier agreed to delay their summary judgment motions pending the outcome of the Rule 23.1 motion. It is hereby

**ORDERED** that by **October 8, 2024**, any party wishing to move for summary judgment shall file a pre-motion letter, not to exceed three pages. Any letter shall include a proposed briefing schedule. By **October 15, 2024**, any party opposing a proposed motion for summary judgment shall file a letter in opposition, not to exceed three pages. It is further

**ORDERED** that a pre-motion conference is scheduled for **October 23, 2024, at 4:20pm**. The parties shall join the conference by dialing (888) 363-4749 and entering access code 558-3333. It is further

**ORDERED** that if the parties would like to request a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a joint letter requesting a referral.

Dated: September 24, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE