# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

jsack@maglaw.com
212-880-9410

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

October 2, 2024

**BY ECF**
The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Cypress Holdings, III, L.P. v. Hall*, No. 1:22-cv-1243 (LGS)

Dear Judge Schofield:

    We represent Sport-BLX, Inc., Sport-BLX Securities, Inc., Clinton Group, Inc., George Hall, Cesar Baez, and Christopher Johnson (the "Sport-BLX Parties") in the above-referenced action. We write, together with counsel for GlassBridge Enterprises, Inc., Francis Ruchalski and Daniel Strauss (collectively, the "GlassBridge Defendants") and counsel for Joseph De Perio, regarding the pre-motion conference summary judgment letters to be submitted on October 8, 2024 (the "Letters") pursuant to Your Honor's September 24, 2024 Order (Dkt. No. 181), to request a page-limit extension for the Letters. Such an extension is needed to provide the Court with a meaningful outline of the summary judgment motions contemplated by the Defendants.

    Although the Court's September 23, 2024 Opinion and Order (Dkt. No. 180) narrowed the scope of the claims in the Second Amended Complaint, numerous direct and derivative claims remain for which Defendants seek summary judgment. Previously, the Defendants addressed these claims in two pre-motion letters dated September 27, 2023 (Dkt. Nos. 140 & 142). Pursuant to leave granted by Your Honor (Dkt. No. 138), those letters covered eight pages (six from the Sport-BLX Parties and two from the GlassBridge Defendants).[1] Because the arguments for summary judgment largely remain the same, the Defendants respectfully request that a similar extension of page limits be granted: the Sport-BLX Parties, together with Defendant Joseph De Perio, to submit a joint letter not to exceed six pages; and the GlassBridge Defendants to submit a letter not to exceed two pages. Altogether, the Rule 56 pre-motion letters

---

[1] The Court deferred consideration of those summary judgment motions pending determination of the Rule 23.1 motion.

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

Hon. Lorna G. Schofield
October 2, 2024
Page 2

will not exceed eight pages in length for the ten Defendants.  We believe these enlarged page limits will assist the Court in conducting a meaningful pre-motion conference.

           Respectfully submitted,

           */s/ Jonathan S. Sack*
           Jonathan S. Sack

cc: Counsel of record (by ECF)