UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CYPRESS HOLDINGS, III, L.P.,

                         Plaintiff(s),   22 Civ. 1243 (LGS)

       -against-   ORDER OF REFERENCE
                                                           TO A
SPORT-BLX, INC., et al.,   MAGISTRATE JUDGE

                        Defendant(s).
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Ona T. Wang United States Magistrate Judge, for the following purpose(s):

\_\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

\_\_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

\_\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

\_\_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

\_\_\_\_\_ HABEAS CORPUS

\_\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_\_ SOCIAL SECURITY

✔ SETTLEMENT

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

\_\_\_\_\_ JURY SELECTION

SO ORDERED.

Dated: October 24, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

* Do not check if already referred for General Pre-Trial.