UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CYPRESS HOLDINGS, III, L.P.,                                :
                              Plaintiff,                    :
                                                            :     22 Civ. 1243 (LGS)
              -against-                                     :
                                                            :     SCHEDULING ORDER
SPORT-BLX, INC., et al.,                                    :
                              Defendants.                   :
------------------------------------------------------------ :
                                                            X

LORNA G. SCHOFIELD, District Judge:

A conference having been held before the Court on October 23, 2024, and the parties having stated their intentions to file cross-motions for summary judgment, it is hereby

**ORDERED** that Defendants shall file any motion for summary judgment, not to exceed twenty-five (25) pages, by **November 22, 2024**.

Plaintiff shall file its opposition and cross-motion for summary judgment, not to exceed forty (40) pages, by **December 23, 2024**.

Defendants shall file their reply and opposition to Plaintiff's cross-motion for summary judgment, not to exceed twenty-five (25) pages, by **January 15, 2025**.

Plaintiff shall file its reply in support of its cross-motion, not to exceed ten (10) pages, by **January 24, 2025**.  It is further

**ORDERED** that, notwithstanding the aforementioned page allocation, the Parties may reallocate the page numbers as they deem appropriate, so long as no Party exceeds fifty (50) pages of briefing in total.  It is further

**ORDERED** that, Defendant GlassBridge Enterprises, Inc., shall file its supplemental briefing at the same time as Defendants' opening and reply/opposition brief.  GlassBridge shall have five (5) pages total to allocate between its two briefs.  It is further

**ORDERED** that the parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated: October 24, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE