**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

CYPRESS HOLDINGS, III, L.P.,                :
                                            :
            Plaintiff,                      :          22-CV-1243 (LGS) (OTW)
                                            :
            -against-                       :          **SCHEDULING ORDER**
                                            :
SPORT-BLX, INC., et al.,                    :
                                            :
            Defendants.                     :
                                            :
                                            :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Scheduling Call on Wednesday,**

**December 04, 2024 at 12:00 p.m.**  The dial in information is (866) 390-1828, access code

1582687.

            **SO ORDERED.**

                                            _s/ Ona T. Wang_
Dated: November 6, 2024                     **Ona T. Wang**
       New York, New York                   United States Magistrate Judge