UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

CYPRESS HOLDINGS, III, L.P., individually
and derivatively on behalf of SPORT-BLX,
INC.,

                     Plaintiff,

v.

GEORGE HALL, JOSEPH DE PERIO,
DANIEL STRAUSS, FRANCIS
RUCHALSKI, CESAR BAEZ,
CHRISTOPHER JOHNSON, SPORT-BLX,
INC., SPORT-BLX SECURITIES, INC.,
CLINTON GROUP INC., and
GLASSBRIDGE ENTERPRISES, INC.,

                     Defendants.

---------------------------------------------------------------- x

Civil Action No. 1:22-cv-1243-LGS

*related case*:
Civil Action No. 1:22-cv-8111-LGS

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the Declaration of Wylie M. Stecklow, dated November 22, 2024, and exhibits annexed thereto; the accompanying Memorandum of Law, November 22, 2024; the accompanying Supplemental Brief of Defendants GlassBridge Enterprises, Inc., Daniel Strauss and Francis Ruchalski; Defendants' Statement of Undisputed Facts pursuant to Local Rule 56.1; and all pleadings and proceedings previously had herein, Defendants Sport-BLX, Inc. ("Sport-BLX"), Sport-BLX Securities, Inc. ("Sport-BLX Securities"), Clinton Group, Inc. ("Clinton Group"), George Hall, Cesar Baez, Joseph De Perio, and Christopher Johnson (together the "Sport-BLX Parties"), Defendants GlassBridge Enterprises, Inc., Daniel Strauss and Francis Ruchalski, Defendants in this Action, and Plaintiff Sport-BLX, Inc. in related case Civil Action No. 1:22-cv-8111, will move before the Honorable Lorna G. Schofield, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York at a date and time to be determined by the Court, for an Order pursuant to

Rule 56 of the Federal Rules of Civil Procedure: (i) holding Michael M. Salerno and Cypress Holdings III, L.P. ("Cypress,") defendants in related case No. 1:22-cv-8111, liable on all claims asserted therein, and (ii) dismissal of all claims asserted by Cypress in this Action No. 1:22-cv-1243.

Dated: New York, New York
November 22, 2024

WYLIE STECKLOW PLLC

Wylie Stecklow, Esq.
Jon Avins, Esq.
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, NY 10019
(212) 566 8000
ECF@WylieLAW.com