UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────── x
CYPRESS HOLDINGS, III, L.P., individually
and derivatively on behalf of SPORT-BLX,
INC.,

                         Plaintiff,

     v.
                                                 Civil Action No. 1:22-cv-1243-LGS

GEORGE HALL, JOSEPH DE PERIO,
DANIEL STRAUSS, FRANCIS
RUCHALSKI, CESAR BAEZ,
CHRISTOPHER JOHNSON, SPORT-BLX,
INC., SPORT-BLX SECURITIES, INC.,
CLINTON GROUP INC., and
GLASSBRIDGE ENTERPRISES, INC.,

                         Defendants.
─────────────────────────────── x

Wylie Stecklow, being an attorney duly admitted to practice before this court, affirms and declares under the penalties of perjury, the following:

1. Attached hereto as Exhibit 1 is a true and accurate copy of a document with a bates stamp SPORTBLX00018535.

2. Attached hereto as Exhibit 2 is a true and accurate copy of a document with a bates stamp CYPRESS_00003165; and attached hereto as Exhibit 4 is a document with a bates stamp CYPRESS_00003456-3457.

3. Attached hereto as Exhibit 3 is a true and accurate copy of the Day 1, May 1, 2023 deposition transcript of Michael Salerno. See pages 22:20-23:10.

4. Attached hereto as Exhibit 3 is a true and accurate copy of the Day 1, May 1, 2023 deposition transcript of Michael Salerno. See pages 32:3-7; 32:20-33:16.

5. Attached hereto as Exhibit 3 is a true and accurate copy of the Day 1, May 1, 2023 deposition transcript of Michael Salerno. See pages. 23:24-24:4; 34:19-35:1; 36:8-10; 38:4-7.

6. Attached hereto as Exhibit 4 is a document with a bates stamp CYPRESS_00003456-3457; and attached hereto as Exhibit 79 is a Form D for Cypress Holdings III dated 2018-12-13.

7. Attached hereto as Exhibit 6 is a true and accurate copy of a document with bates stamp SPORTBLX00000016; and attached hereto as Exhibit 81 is a true and accurate copy of a document with bates stamp SPORTBLX00028994; and attached hereto as Exhibit 82 is a true and accurate copy of a document with bates stamp SPORTBLX00028980.

8. Attached hereto as Exhibit 6 is a true and accurate copy of a document with bates stamp SPORTBLX00000016.

9. Attached hereto as Exhibit 8 is a true and accurate copy of a document with a bates stamp SPORTBLX00018153.

10. Attached hereto as Exhibit 9 is a true and accurate copy of an audio tape with a bates stamp CYPRESS_00000018, listen at 7:34-7:55, 8:59-9:10.

11. Attached hereto as Exhibit 10 is a true and accurate copy of document with a bates stamp SPORTBLX0147230. Also attached as Exhibit 11 is a true and accurate copy of a document with bates stamp CYPRESS_00001539, at 00001549. Attached hereto as Exhibit 3 is a true and accurate copy of the Day 1, May 1, 2023 deposition transcript of Michael Salerno. See pages 167:8-20, 188:2-20.

12. Attached hereto as Exhibit 10 is a true and accurate copy of a document with bates stamp SPORTBLX0147230, see page 147232.

13. Attached hereto as Exhibit 3 is a true and accurate copy of the Day 1, May 1, 2023 deposition transcript of Michael Salerno. See pages 317:8-11, 318:22-24.

14. Attached hereto as Exhibit 12 is a true and accurate copy of a document with a bates stamp of SPORTBLX0139092; and attached hereto as Exhibit 14b is a true and accurate copy of a document with SPORTBLX0139093.

15. Attached hereto as Exhibit 14 is a true and accurate copy of a document with a bates stamp of SPORTBLX00013008.

16. Attached hereto as Exhibit 15 is a true and accurate copy of a document with a bates stamp of SPORTBLX00013010, at 00013011.

17. Attached hereto as Exhibit 14 is a true and accurate copy of a document with a bates stamp of SPORTBLX00013008.

18. Attached hereto as Exhibit 16 is a true and accurate copy of a document with a bates stamp of CYPRESS_00001490.

19. Attached hereto as Exhibit 14 is a true and accurate copy of a document with a bates stamp of SPORTBLX00013008.

20. Attached hereto as Exhibit 17 is a true and accurate copy of a document with a bates stamp of SPORTBLX00050629.

21. Attached hereto as Exhibit 18 is a true and accurate copy of a document with a bates stamp of CYPRESS_00000518.

22. Attached hereto as Exhibit 19 is a true and accurate copy of a document with a bates stamp of DePerio0000021.

23. Attached hereto as Exhibit 19 is a true and accurate copy of a document with a bates stamp of DePerio0000021.

24. Attached hereto as Exhibit 19 is a true and accurate copy of a document with a bates stamp of DePerio0000021.

25. Attached hereto as Exhibit 20 is a true and accurate copy of a document with a bates stamp of CYPRESS_00001793; and attached as Exhibit 21 is a true and accurate copy of a document with a bates stamp of SPORTBLX0140202.

26. Attached hereto as Exhibit 22 is a true and accurate copy of a document with a bates stamp of SPORTBLX 0264404.

27. Attached hereto as Exhibit 9 is a true and accurate copy of an audio recording with a bates stamp of CYPRESS_0000018. Listen at 7:05 – 7:30 and attached as Exhibit 22 is a true and accurate copy of a document with a bates stamp of SPORTBLX0264404.

28. Attached hereto as Exhibit 22 is a true and accurate copy of a document with a bates stamp of SPORTBLX0264404.

29. Attached hereto as Exhibit 22 is a true and accurate copy of a document with a bates stamp of SPORTBLX 0264404.

30. Attached hereto as Exhibit 23 is a true and accurate copy of an audio recording with a bates stamp of CYPRESS00000002, listen at 12:08 – 12:45.

31. Attached hereto as Exhibit 23 is a true and accurate copy of an audio recording with a bates stamp of CYPRESS00000002, listen at 14:40 – 14:55.

32. Attached hereto as Exhibit 24 is a true and accurate copy of a document with a bates stamp of SPORTBLX0265495;, and also attached is a true and accurate copy of an audio recording with a bates stamp of CYPRESS00000002, listen at 1:05:40 – 1:05:50.

33. Attached hereto as Exhibit 23 is a true and accurate copy of an audio recording with a bates stamp of CYPRESS00000002, listen at 1:05:50 – 1:06:22 and attached as Exhibit 24 is a true and accurate copy of a document with a bates stamp of SPORTBLX0265495.

3

34. Attached hereto as Exhibit 23 is a true and accurate copy of an audio recording with a bates stamp of CYPRESS00000002, listen at 1:06:45 – 1:07:21.

35. Attached hereto as Exhibit 23 is a true and accurate copy of an audio recording with a bates stamp of CYPRESS00000002, listen at 1:58:00 – 1:58:22.

36. Attached hereto as Exhibit 25 is a true and accurate copy of a document with a bates stamp of SPORTBLX0283112.

37. Attached hereto as Exhibit 25 is a true and accurate copy of a document with a bates stamp of SPORTBLX0283112.

38. Attached hereto as Exhibit 26 is a true and accurate copy of a document with a bates stamp of SPORTBLX00013059.

39. Attached hereto as Exhibit 3 is a true and accurate copy of the Day 1, May 1, 2023 deposition transcript of Michael Salerno. See pages 273:2-18.

40. Attached hereto as Exhibit 8 is a true and accurate copy of a document with a bates stamp of SPORTBLX00018153.

41. Attached hereto as Exhibit 27 is a true and accurate copy of a document with a bates stamp of SPORTBLX00015719.

42. Attached hereto as Exhibit 28 is a true and accurate copy of a document with a bates stamp of SPORTBLX0142788; and attached as Exhibit 29 is a true and accurate copy of a document with a bates stamp of SPORTBLX0142787.

43. Attached hereto as Exhibit 30 is a true and accurate copy of a document with a bates stamp of SPORTBLX0142590.

44. Attached hereto as Exhibit 31 is a true and accurate copy of a document with a bates stamp of SPORTBLX00023177, See Tab - Detailed P&L; Cell - G64.

45. Attached hereto as Exhibit 10 is a true and accurate copy of a document with a bates stamp of SPORTBLX0147230; and attached as Exhibit 11 is a true and accurate copy of a document with a bates stamp of CYPRESS00001539, at 1549; and attached as Exhibit 3 is a true and accurate copy of the Day 1, May 1, 2023 deposition transcript of Michael Salerno. See pages 135:23-136:8, 167:8-20, 188:2-20.

46. Attached hereto as Exhibit 31 is a true and accurate copy of a document with a bates stamp of SPORTBLX00023177.

47. Attached hereto as Exhibit 32 is a true and accurate copy of a document with a bates stamp of SPORTBLX0284469; and attached as Exhibit 33 is a true and accurate copy of

a document with a bates stamp of SPORTBLX0284465; and attached as Exhibit 34 is a true and accurate copy of a document with a bates stamp of SPORTBLX0266070.

48. Attached hereto as Exhibit 35 is a true and accurate copy of a document with a bates stamp of SPORTBLX00028990, at 6; and attached as Exhibit 36 is a true and accurate copy of a document with a bates stamp of SPORTBLX00028976, at 6.

49. Attached hereto as Exhibit 35 is a true and accurate copy of a document with a bates stamp of SPORTBLX00028990; at 7 attached as Exhibit 36 is a true and accurate copy of a document with a bates stamp of SPORTBLX00028976, at 7.

50. Attached hereto as Exhibit 37 is a true and accurate copy of a document with a bates stamp of SPORTBLX0148243 attached as Exhibit 38 is a true and accurate copy of a document with a bates stamp of SPORTBLX0148250.

51. Attached hereto as Exhibit 10 is a true and accurate copy of a document with a bates stamp of SPORTBLX0147230, at 7232; and attached as Exhibit 39 is a true and accurate copy of a document with a bates stamp of CYPRESS_00001194; and attached as Exhibit 40 is a true and accurate copy of a document with a bates stamp of CYPRESS_00001431; attached as Exhibit 41 is a true and accurate copy of a document with a bates stamp of SPORTBLX00147934 at 7954; and attached as Exhibit 42 is a true and accurate copy of a document with a bates stamp of SPORTBLX0147209; and attached as Exhibit is a true and accurate copy of a document with a bates stamp of SPORTBLX0147958 at 7975.

52. Attached hereto as Exhibit 3 is a true and accurate copy of the Day 1, May 1, 2023 deposition transcript of Michael Salerno. See pages 132:11-24; 133:9-13; and attached as Exhibit 8 is a true and accurate copy of a document with a bates stamp of SPORTBLX00018153; and attached as Exhibit 43 is a true and accurate copy of a document with a bates stamp of SPORTBLX00048150.

53. Attached hereto as Exhibit 6 is a true and accurate copy of a document with a bates stamp of SPORTBLX00000016, at 0018.

54. Attached hereto as Exhibit 44 is a true and accurate copy of a document with a bates stamp of SPORTBLX0264436.

55. Attached hereto as Exhibit 45 is a true and accurate copy of a document with a bates stamp of CYPRESS_00003112.

56. Attached hereto as Exhibit 46 is a true and accurate copy of a document with a bates stamp of SPORTBLX0169975, at 9977; and attached as Exhibit 47 is a true and accurate copy of a document with a bates stamp of CYPRESS_00003379; and attached as Exhibit 44 is a true and accurate copy of a document with a bates stamp of SPORTBLX0264436; and attached as Exhibit 46, is a true and accurate copy of a document with a bates stamp of SPORTBLX0169975, at 9976.

57. Attached hereto as Exhibit 48, is a true and accurate copy of a document with a bates stamp of SPORTBLX0172525.

58. Attached as Exhibit 49 is a true and accurate copy of a document with a bates stamp of SPORTBLX0264432; and attached hereto as Exhibit 50 is a true and accurate copy of the Day 3, June 29, 2023 deposition transcript of George Hall. See pages 719:22-720:5; 720:24-721:4.

59. Attached hereto as Exhibit 51 is a true and accurate copy of a document with a bates stamp of SPORTBLX0172540.

60. Attached hereto as Exhibit 52, is a true and accurate copy of a document with a bates stamp of SPORTBLX0172541.

61. This assertion in paragraph 61 in the statement of facts relates to the absence of a fact, therefore, no Exhibit is cited to prove the absence of that fact.

62. Attached hereto as Exhibit 52 is a true and accurate copy of the Day 3, June 29, 2023 deposition transcript of George Hall. See pages 751:20-752:2.

63. Attached hereto as Exhibit 53 is a true and accurate copy of a document with a bates stamp of SPORTBLX00001105; and attached as Exhibit 54 is a true and accurate copy of the Day 2, June 21, 2023 deposition transcript of George Hall. See pages 504:17-21, 505:7 – 506:3.

64. Attached hereto as Exhibit 53 is a true and accurate copy of a document with a bates stamp of SPORTBLX00001105, at 1106.

65. Attached hereto as Exhibit 53 is a true and accurate copy of a document with a bates stamp of SPORTBLX00001105, at 1110.

66. INTENTIONALLY LEFT BLANK.

67. Attached hereto as Exhibit 53 is a true and accurate copy of a document with a bates stamp of SPORTBLX00001105, at 1114.

68. INTENTIONALLY LEFT BLANK.

69. Attached hereto as Exhibit 53 is a true and accurate copy of a document with a bates stamp of SPORTBLX00001105, at 1114.

70. Attached hereto as Exhibit 50 is a true and accurate copy of the Day 3, June 29, 2023 deposition transcript of George Hall. See pages 733:3-13.

71. INTENTIONALLY LEFT BLANK.

72. Attached hereto as Exhibit 53 is a true and accurate copy of a document with a bates stamp of SPORTBLX00001105, at 1111-1112; and attached as Exhibit 50 is a true and accurate copy of the Day 3, June 29, 2023 deposition transcript of George Hall. See pages 739:7-21.

73. Attached hereto as Exhibit 50 a is a true and accurate copy of the Day 3, June 29, 2023 deposition transcript of George Hall. See pages 733:21-734:1; 743:1-6, 734:12-24, 735:4-14 and attached hereto as Exhibit 54 is a true and accurate copy of a document with a bates stamp of SPORTBLX0264438.

74. Attached hereto as Exhibit 49 is a true and accurate copy of a document with a bates stamp of SPORTBLX0264432.

75. Attached hereto as Exhibit 52 is a true and accurate copy of a document with a bates stamp of SPORTBLX0172541and attached as Exhibit 55 is a true and accurate copy of a document with a bates stamp of SPORTBLX0172592.

76. Attached hereto as Exhibit 56 is a true and accurate copy of a document with a bates stamp of SPORTBLX0264418.

77. Attached hereto as Exhibit 57 is a true and accurate copy of a document with a bates stamp of   and attached as Exhibit 3 is a true and accurate copy of the Day 3, June 29, 2023 deposition transcript of George Hall. See pages 751:16-20.

78. INTENTIONALLY LEFT BLANK.

79. Attached hereto as Exhibit 57 a is a true and accurate copy of a document with a bates stamp of .

80. Attached hereto as Exhibit 46 is a true and accurate copy of a document with a bates stamp of SPORTBLX0264418, at 4419.

81. Attached hereto as Exhibit 57 a is a true and accurate copy of a document with a bates stamp of

82. Attached hereto as Exhibit 50 is a true and accurate copy of the Day 3, June 29, 2023 deposition transcript of George Hall. See pages 701:23-702:11.

83. Attached hereto as Exhibit 56 is a true and accurate copy of a document with a bates stamp of SPORTBLX0264418, at 4419; and attached as Exhibit 50 is a true and accurate copy of the Day 3, June 29, 2023 deposition transcript of George Hall. See pages 744:19-745:16; and attached hereto as Exhibit a is a true and accurate copy of a document with a bates stamp of GBE000791.

84. Attached hereto as Exhibit 58 is a true and accurate copy of the Expert Report of Mahdi Eslamimehr ("Eslamimehr Report"), at p. 15, ¶¶ 33-34.]

85. Attached hereto as Exhibit 58 is a true and accurate copy of the _ Expert Report of Mahdi Eslamimehr ("Eslamimehr Report"), at p. 8-9, ¶¶ 17-19; p. 10, ¶ 23, p. 12 ¶ 25.]

86. Attached hereto as Exhibit 58 is a true and accurate copy of the _ Expert Report of Mahdi Eslamimehr ("Eslamimehr Report"), at p. 15-16, ¶¶ 33-35.]

87. Cypress has not submitted an expert valuation of the Platform requires no Exhibit as it is the absence of an Exhibit that proves the fact.

88. Attached hereto as Exhibit 59 is a true and accurate copy of a document with a bates stamp of SPORTBLX0260336.

89. Attached hereto as Exhibit 60 is a true and accurate copy of a document with a bates stamp of GBE0000978.

90. Attached hereto as Exhibit 61 is a true and accurate copy of a document with a bates stamp of GBE001146, at 1148.

91. Attached hereto as Exhibit 62 is a true and accurate copy of a document with a bates stamp of CLINTON00033969.

92. Attached hereto as Exhibit 62 is a true and accurate copy of a document with a bates stamp of CLINTON00033969.

93. Attached hereto as Exhibit 63 a is a true and accurate copy of the Day 2, June 21, 2023 deposition transcript of George Hall. See pages 518:13-16; and attached hereto as Exhibit 50 is a true and accurate copy of the Day 3, June 29, 2023 deposition transcript of George Hall. See pages 590:15-20, 686:10-14.

94. Attached hereto as Exhibit 94 is a true and accurate copy of a document with a bates stamp of GBE0000978.

95. Attached hereto as Exhibit 61 is a true and accurate copy of a document with a bates stamp of GBE001146, at 1148.

96. Attached hereto as Exhibit 61 a is a true and accurate copy of a document with a bates stamp of GBE001146, at 1148 and attached as Exhibit 60 is a true and accurate copy of a document with a bates stamp of GBE0000978; and attached hereto as Exhibit 63 is a true and accurate copy of the Day 2, June 21, 2023 deposition transcript of George Hall. See pages 524:19-525.

97. Attached hereto as Exhibit 60 is a true and accurate copy of the Day 2, June 21, 2023 deposition transcript of George Hall. See pages 524:19-23, 525:4-12; 562:3-8.

98. Attached hereto as Exhibit 64 is a true and accurate copy of a document with a bates stamp of CYPRESS_00001194; and attached as Exhibit 40 is a true and accurate copy of a document with a bates stamp CYPRESS00001431; and attached as Exhibit 41 is a true and accurate copy of a document with a bates stamp of SPORTBLX00147933; and attached as Exhibit 42 is a true and accurate copy of a document with a bates stamp of SPORTBLX0147209; and attached as Exhibit 10 is a true and accurate copy of a document with a bates stamp of SPORTBLX0147230.

99. Attached hereto as Exhibit 61 is a true and accurate copy of a document with a bates stamp of GBE001146, at 1148; and attached hereto as Exhibit 63 is a true and accurate copy of the Day 2, June 21, 2023 deposition transcript of George Hall. See pages 521:8-24; 539:5-14, 519:15-24.

100. Attached hereto as Exhibit 63 is a true and accurate copy of the Day 2, June 21, 2023 deposition transcript of George Hall. See pages 521:25-522:10, 523:6-14, 523:22-524:5.

101. Attached hereto as Exhibit 63 is a true and accurate copy of the Day 2, June 21, 2023 deposition transcript of George Hall. See pages 519:18-19.

102. Attached hereto as Exhibit 23 is a true and accurate copy of an audio tape with a bates stamp CYPRESS00000002, listen at 1:29:08.

103. Attached hereto as Exhibit 64 is a true and accurate copy of a document with a bates stamp of CYPRESS00001194; and attached as Exhibit 40 is a true and accurate copy of a document with a bates stamp CYPRESS00001431; and attached as Exhibit 41 is a true and accurate copy of a document with a bates stamp of SPORTBLX00147934; and attached as Exhibit 42 is a true and accurate copy of a document with a bates stamp of SPORTBLX0147209; and attached as Exhibit 10 is a true and accurate copy of a document with a bates stamp of SPORTBLX0147230.

104. Attached hereto as Exhibit 3 is a true and accurate copy of the Day 1, May 1, 2023 deposition transcript of Michael Salerno. See pages 90:19-23.

105. Attached hereto as Exhibit 6 is a true and accurate copy of a document with bates stamp SPORTBLX00000016; and attached hereto as Exhibit 81 is a true and accurate copy of a document with bates stamp SPORTBLX00028994; and attached hereto as Exhibit 82 is a true and accurate copy of a document with bates stamp SPORTBLX00028980.

106. Attached hereto as Exhibit 3 is a true and accurate copy of the Day 1, May 1, 2023 deposition transcript of Michael Salerno. See pages 91:12-92:13, 91:7-11.

107. Attached hereto as Exhibit 31 is a true and accurate copy of a document with a bates stamp of SPORTBLX00023177, at: Tab - Detailed P&L; Cell - G65; and attached

as Exhibit 3 is a true and accurate copy of the Day 1, May 1, 2023 deposition transcript of Michael Salerno. See pages 90:24-91:6.

108. Attached as Exhibit 65 is a true and accurate copy of the Day 1, deposition transcript of George Hall. See pages 135:9-17, 136:21-137:3, 137:20-138:1; and attached as Exhibit 66 is a true and accurate copy of a document with a bates stamp of SPORTBLX00021294.

109. Attached hereto as Exhibit 67 is a true and accurate copy of a document with a bates stamp of CLINTON00034105, See Article I, page 6; and attached hereto as Exhibit 83 is a true and accurate copy of a document with a bates stamp of CLINTON00033973.

110. Attached hereto as Exhibit 67 is a true and accurate copy of a document with a bates stamp of CLINTON00034105 at 00034108.

111. Attached hereto as Exhibit 67 is a true and accurate copy of a document with a bates stamp of CLINTON00034105 at 00034109.

112. Attached hereto as Exhibit 68 is a true and accurate copy of the Second Amended Complaint, Docket 80 at ¶ 10.

113. Attached hereto as Exhibit 69 is a true and accurate copy of the May 31, 2022 declaration of Joseph De Perio, See ¶ 17.

114. Attached hereto as Exhibit 69 is a true and accurate copy of the May 31, 2022 declaration of Joseph De Perio, See ¶ 17.

115. Attached hereto as Exhibit 69 is a true and accurate copy of the May 31, 2022 declaration of Joseph De Perio, See ¶¶ 18-19

116. Attached hereto as Exhibit 69 is a true and accurate copy of the May 31, 2022 declaration of Joseph De Perio, See ¶ 24; and attached hereto as Exhibit 70 is a true and accurate copy of a document bate stamp GBE0015466.

117. Attached hereto as Exhibit 69 is a true and accurate copy of the May 31, 2022 declaration of Joseph De Perio, See ¶ 20.

118. Attached hereto as Exhibit 69 is a true and accurate copy of the May 31, 2022 declaration of Joseph De Perio, See ¶ 21.

119. Attached hereto as Exhibit 69 is a true and accurate copy of the May 31, 2022 declaration of Joseph De Perio, See ¶ 22.

120. This paragraph left intentionally blank.

121. Attached hereto as Exhibit 34 is a true and accurate copy of a document with a bates stamp of SPORTBLX0266070.

122. Attached hereto as Exhibit 71 is a true and accurate copy of a document with a bates stamp of GBE0009062.

123. Attached hereto as Exhibit 72 is a true and accurate copy of a document with a bates stamp of GBE0015714.

124. Attached hereto as Exhibit 73 is a true and accurate copy of a document with a bates stamp of GBE0015693.

125. Attached hereto as Exhibit 68 is a true and accurate copy of the Second Amended Complaint, Docket 80 at ¶¶ 53, 103, 153.

126. Attached hereto as Exhibit 74 is a true and accurate copy of a document with a bates stamp of GBE0015701.

127. Attached hereto as Exhibit 75 is a true and accurate copy of a document with a bates stamp of GBE0015689.

128. Attached hereto as Exhibit 76 is a true and accurate copy of a document with a bates stamp of SPORTBLX0000018.

129. Attached hereto as Exhibit 68 is a true and accurate copy of the Second Amended Complaint, Docket 80. See ¶¶ 153.

130. This assertion in paragraph 130 in the statement of facts relates to the absence of a fact, therefore, no Exhibit is cited to prove the absence of that fact.

131. This assertion in paragraph 131 of the Statement of facts relates to the absence of a fact, therefore, no Exhibit is cited to prove the absence of that fact.

132. Attached hereto as Exhibit 34, a is a true and accurate copy of a document with a bates stamp of SPORTBLX0266070 and attached as Exhibit 77, is a true and accurate copy of a document with a bates stamp of SPORTBLX0284468-69.

133. This assertion in paragraph 131 of the Statement of facts relates to the absence of a fact, therefore, no Exhibit is cited to prove the absence of that fact.

134. Attached hereto as Exhibit 34 a is a true and accurate copy of a document with a bates stamp of SPORTBLX0266070; and attached as Exhibit 77 is a true and accurate copy of a document with a bates stamp of SPORTBLX0284468-69.

11

135. Attached hereto as Exhibit 34 is a true and accurate copy of a document with a bates stamp of SPORTBLX0266070; and attached as Exhibit 77 is a true and accurate copy of a document with a bates stamp of SPORTBLX0284468-69.

136. Attached hereto as Exhibit 34 a is a true and accurate copy of a document with a bates stamp of SPORTBLX0266070; and attached as Exhibit 7 is a true and accurate copy of a document with a bates stamp of SPORTBLX0284468-69.

Dated: New York, New York
November 22, 2024

WYLIE STECKLOW PLLC

Wylie Stecklow, Esq.
Jon Avins, Esq.
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, NY 10019
(212) 566 8000
ECF@WylieLAW.com