| | |
|---|---|
| Message | |
| From: | Michael Salerno [msalerno@nppg.com] |
| Sent: | 2/28/2019 12:27:02 PM |
| To: | Joseph De Perio [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f8467f793a344ce9df2f976b4e41273-joseph.depe] |
| CC: | geh@clinton.com |
| Subject: | RE: Docs |

Joe, thanks for clarity...
We are good... I am going to need wiring instructions.
I saw that my attorney didn't update agreements with my holding company name... I will do that and send over signed docs.

See you later...


Cordially,

Michael M. Salerno
**NPPG** Fiduciary Services

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
**NPPG** Investment Services, LLC
**NPPG** Fiduciary Services, LLC
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Registered Investment Advisory Services*
- *Fiduciary Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239  |  Fax: (732) 758-1582

www.nppgfs.com




You are hereby advised that any tax **or other professional guidance** contained in this communication or any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. **You are further advised that any e-mail communications from Northeast Professional Planning Group, Inc. ("NPPG") or its affiliates may originate from an electronic mailing address associated with any of NPPG or its affiliates, and the electronic mailing address used for any specific communication is not indicative of the entity whose services have been retained.** Confidentiality notice: the document accompanying this communication contains information from NPPG, including its members and affiliates, which is confidential and/or legally privileged. If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be returned to this firm immediately. If you have received this communication in error, please notify us by telephone immediately **and before accessing or distributing this communication or any accompanying documents or attachments.**

Confidential – Subject to Protective Order                                                                                                        SPORTBLX00018535

**From:** Joseph De Perio <joseph.deperio@sportblx.com>
**Sent:** Thursday, February 28, 2019 12:25 PM
**To:** Michael Salerno <msalerno@nppg.com>
**Cc:** geh@clinton.com
**Subject:** RE: Docs

Mike – It is prior to your transaction as the rep is for only stock issued and outstanding as of 2/28/19.

If you are trying to synch the numbers, here is a recap:

100,000 founder shares + 19,624 shares issued in the founders round @ $95.00 per share = 119,624

Shares issued to you at $95.00 = 5,263 for a total of $499,985; at which point the pro forma total is 124,887

At a $25 mm pre-money valuation, the price per share is therefore $200.181 per share.  And then therefore rounded to whole number shares, your second subscription is 2,497 shares at $200.181 for a total of $499,852.

Please let me know if you have questions.

Joe


**From:** Michael Salerno <msalerno@nppg.com>
**Sent:** Thursday, February 28, 2019 12:10 PM
**To:** Joseph De Perio <joseph.deperio@sportblx.com>
**Cc:** geh@clinton.com
**Subject:** RE: Docs

Joe, when looking at the cap chart it shows third parties  = $1,864,280 …. 19,624 shares  on both the SPA $95 founders and the Series A agreements.
Do these figures include shares and $ raised from me or is this cap table prior to my transaction ?


Cordially,

Michael M. Salerno
**NPPG** Investment Services

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
**NPPG** Investment Services, LLC
**NPPG** Fiduciary Services, LLC
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Registered Investment Advisory Services*

- *Fiduciary Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239 | Fax: (732) 758-1582

www.nppgis.com



You are hereby advised that any tax **or other professional guidance** contained in this communication or any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. **You are further advised that any e-mail communications from Northeast Professional Planning Group, Inc. ("NPPG") or its affiliates may originate from an electronic mailing address associated with any of NPPG or its affiliates, and the electronic mailing address used for any specific communication is not indicative of the entity whose services have been retained.** Confidentiality notice: the document accompanying this communication contains information from NPPG, including its members and affiliates, which is confidential and/or legally privileged. If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be returned to this firm immediately. If you have received this communication in error, please notify us by telephone immediately **and before accessing or distributing this communication or any accompanying documents or attachments.**

**From:** Joseph De Perio <joseph.deperio@sportblx.com>
**Sent:** Thursday, February 28, 2019 11:09 AM
**To:** Michael Salerno <msalerno@nppg.com>
**Cc:** geh@clinton.com
**Subject:** RE: Docs

Mike – Enclosed reflects the redlines and what should be execution versions based on an acceptance of your two outstanding points below.

We look forward to seeing you later this evening.

Rgds, Joe


Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@sportblx.com
(212) 377-4252



**From:** Michael Salerno <msalerno@nppg.com>
**Sent:** Thursday, February 28, 2019 10:25 AM

Confidential – Subject to Protective Order                                                                                      SPORTBLX00018537

**To:** Joseph De Perio <joseph.deperio@sportblx.com>
**Cc:** geh@clinton.com
**Subject:** RE: Docs

Joe, we are good with majority of your responses as is. For clarity we would like to:

1. I understand some things have changed since the cap table in the data room was prepared. We would like to add a current cap table inclusive of these transactions that includes all outstanding shares, warrants, options and convertible securities.

2. Add a rep that there is no material outstanding debt other than that which is incurred in the ordinary course of business and to Consensys.

We can discuss tonight at dinner and If these are acceptable we can execute and fund asap.


Cordially,

Michael M. Salerno
**NPPG** Investment Services

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
**NPPG** Investment Services, LLC
**NPPG** Fiduciary Services, LLC
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Registered Investment Advisory Services*
- *Fiduciary Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239  |  Fax: (732) 758-1582

www.nppgis.com




You are hereby advised that any tax **or other professional guidance** contained in this communication or any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. **You are further advised that any e-mail communications from Northeast Professional Planning Group, Inc. ("NPPG") or its affiliates may originate from an electronic mailing address associated with any of NPPG or its affiliates, and the electronic mailing address used for any specific communication is not indicative of the entity whose services have been retained.** Confidentiality notice: the document accompanying this communication contains information from NPPG, including its members and affiliates, which is confidential and/or legally privileged. If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be returned to this firm immediately. If you have received this communication in error, please notify us by telephone immediately **and before accessing or distributing this communication or any accompanying documents or attachments.**

**From:** Joseph De Perio <joseph.deperio@sportblx.com>
**Sent:** Sunday, February 24, 2019 10:18 AM
**To:** Michael Salerno <msalerno@nppg.com>
**Cc:** geh@clinton.com
**Subject:** Docs

Mike – We worked through your comments. Here is where we are. Please let me know if there is anything left open pending your review. Rgds. Joe


Purchase Agreement:
- We took your comments on shares and capitalization reps
- We are unable to produce 12/31 financials and thus can't rep either the financials and undisclosed liabilities, and frankly they won't be instructive given our operations and their inception date. We hope you get comfortable with the materials in the data room. There is no opex, since Clinton is bearing the cost prior the closing of the pre-series A round. And the liabilities are tied to the consensys agreement (in the data room), and our legal counsel.
- We took the litigation rep. We added knowledge qualifiers on the compliance and patent infringement. Given we are a moving target, there are a number of items in multiple jurisdictions pending.
- We took your comments on the termination of the ROFR and tag along rights

Side Letter:
- We cannot accept the proposal on maintaining the board seat with dilution below 2.5%. You have heard us say that we want our board to be small and agile, and that have members who are significant holders. And, we have heard you say in the past there is an interest in investing upwards of $5 mm in subsequent rounds. We believe there is a lot of cushion below your proposed ownership today and the 2.5% proposed. If you get diluted but are still contributing to the company, we would gladly keep you on the board.
- We accepted your comments on the anti-dilution


DISCLAIMER: Sport-BLX, Inc. makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Sport-BLX, Inc. and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Sport-BLX, Inc. and is not intended for non-professional investors.