# EXHIBIT 2

# [FILED UNDER SEAL]
# CYPRESS_00003165