# EXHIBIT 4

# [FILED UNDER SEAL]
# CYPRESS00003456