# EXHIBIT 9
# [FILED UNDER SEAL]
# CYPRESS_0000018