# EXHIBIT 11

**[FILED UNDER SEAL]
CYPRESS_0000153
9**