| | |
|---|---|
| **Message** | |
| From: | Ken Norensberg [ken@luxorbd.com] |
| on behalf of | Ken Norensberg <ken@luxorbd.com> [ken@luxorbd.com] |
| Sent: | 7/30/2019 1:13:28 PM |
| To: | John Hall [john.hall@clinton.com]; George Hall [george.hall@clinton.com]; Joe Deperio [joseph.deperio@clinton.com]; Operations Department [Operations@luxorbd.com] |
| Subject: | Re: FINRA Request |
| Attachments: | FINRA Request_BLX_July 2019.docx |

Gentleman, I received the attached request from FINRA and would like to respond ASAP.

Please review and let's set up a call to discuss.

All the best,

Ken


--
Ken Norensberg, Managing Director
Luxor Financial Group, Inc
29 Frost Lane
Lawrence, NY 11559
Tel: 347-247-9977


**View Website    Ken's Bio**
Any information or service provided by Luxor Financial Group ("LFG") or its representatives is not to be construed or represented as legal advice/opinion .LFG is not a Broker Dealer or Registered Investment Adviser. Neither LFG or its representatives sell or solicit the sale of securities. Additionally, LFG recommends that before acting or utilizing any advice, documents or information provided by LFG that you consult with your attorney, accountant or regulator.

Confidential – Subject to Protective Order                                       SPORTBLX0139092