Message

**From:** Michael Salerno [msalerno@nppg.com]
**Sent:** 8/12/2019 1:42:02 PM
**To:** Joseph De Perio [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f8467f793a344ce9df2f976b4e41273-joseph.depe]
**Subject:** RE: SportBLX

Joe,

I am taken back by the minutes. It was my understanding per my emails with George that the July 13th meeting was postponed to this Wednesday (8-14-19). I was by told by George that we would make the meeting August 14th. However, you held the meeting without sending out any board packet or agenda and you made decisions on matters, including the lease, that I have voiced concern over. This is very troubling to me to say the least.

In addition, you called a meeting , again without providing any board packet or agenda, on the morning of July 26 to be held that very same afternoon when you knew I was not going to be available pursuant to my email on July 11. These actions appear to have been taken to deliberately and inappropriately exclude me. You knew that the lack of notice you provided made it impossible for me to attend, voice my opinion and be a part of the decision making process to guide Sport-BLX.

You are running this business without my insight, involvement, etc... What good is my board seat if you purposely go around me and make decisions without me??

Cordially,

Michael M. Salerno
Founder & CEO

NORTHEAST PROFESSIONAL PLANNING GROUP, Inc.

- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239 | Fax: (732) 758-1582
*Additional locations in* ***New York, Florida*** *and* ***Michigan***

www.nppg.com







You are hereby advised that any tax **or other professional guidance** contained in this communication or any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. **You are further advised that any e-mail communications from Northeast Professional Planning Group, Inc. ("NPPG") or its affiliates may originate from an electronic mailing address associated with any**

**of NPPG or its affiliates, and the electronic mailing address used for any specific communication is not indicative of the entity whose services have been retained.** Confidentiality notice: the document accompanying this communication contains information from NPPG, including its members and affiliates, which is confidential and/or legally privileged. If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be returned to this firm immediately. If you have received this communication in error, please notify us by telephone immediately **and before accessing or distributing this communication or any accompanying documents or attachments.**

---

**From:** Joseph De Perio <joseph.deperio@sportblx.com>
**Sent:** Thursday, August 08, 2019 10:03 AM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** RE: SportBLX

Mike – Please find enclosed two sets of minutes from the last two board meetings.

I also would like to follow-up on the beneficial owners of Cypress. We require this information for ongoing FINRA compliance and to advance our business.

Joe

Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@sportblx.com
(212) 377-4252

---

**From:** Joseph De Perio
**Sent:** Monday, August 05, 2019 1:11 PM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** SportBLX

Mike-

As a matter of normal course with our FINRA review, they have asked us to note who the beneficial owners are of Cypress Holdings, the shareholder of record. Can you please advise so we can complete their interrogatories?

On the two board meetings, we will send you minutes tomorrow.

Thanks, Joe

Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@sportblx.com
(212) 377-4252

DISCLAIMER: Sport-BLX, Inc. makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Sport-BLX, Inc. and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Sport-BLX, Inc. and is not intended for non-professional investors.