# EXHIBIT 16

# [FILED UNDER SEAL]

# CYPRESS_0000149 0