# EXHIBIT 18

**[FILED UNDER SEAL]**

**CYPRESS_0000051 8**