# EXHIBIT 20

# [FILED UNDER SEAL] CYPRESS_0001793