MINUTES OF THE SPECIAL MEETING
OF THE BOARD OF DIRECTORS
OF SPORT-BLX, INC.

**September 10, 2019**

The Board of Directors (the "***Board***") of Sport-BLX, Inc. (the "***Corporation***") held a special meeting (the "***Meeting***") on Tuesday, September 10, 2019 commencing at approximately 3:30 pm Eastern Time pursuant to a call made by the President of the Corporation:

All of the members of the Board were present at the Meeting without objection to the calling or convening of the Meeting:

    George E. Hall, Executive Chairman
    Joseph A. De Perio
    Francis A. Ruchalski
    Michael Salerno
    Daniel A. Strauss

Mr. G. Hall presided at the Meeting.

Mr. De Perio served as Secretary of the Meeting.

The Executive Chairman reported that notice of the Meeting was waived by each director present in accordance with the Bylaws, that a quorum was present and that the Meeting was open.

### Approval of Prior Meeting's Minutes

Mr. G. Hall led a discussion on the draft of minutes for the Corporation's regular quarterly board meeting dated August 14, 2019. The draft minutes were presented to members of the Board on August 30, 2019. All of the members of the Board affirmed their approval of the draft as presented with the exception of Mr. Salerno who stated his desire to review the draft with his legal counsel and further stated that, in his opinion, several sections required edit. Mr. De Perio inquired from Mr. Salerno what specific sections were in question, and Mr. Salerno stated his desire to present comments at a later date. Mr. De Perio also reminded the entire Board that the draft minutes were presented 10 days in advance of the Meeting, and that, as a matter of good corporate governance, members of the Board should comment prior to the meeting of the Board. Upon a motion duly made and seconded, the members of the Board present resolved to adopt the minutes in a vote of four in favor, one against, the one against being the vote cast by Mr. Salerno.

### FINRA Application

Mr. G. Hall led a discussion of the existing application for the registration of the Company's wholly-owned subsidiary, BLX Trading Corp. ("***BLX Trading***"), as a broker-dealer. Mr. De Perio led a discussion of BLX Trading's current activities in furtherance of the existing application for registration as a broker-dealer. Mr. De Perio noted the multiple requests made to Cypress Holdings III, L.P. ("***Cypress***"), an entity which Mr. Salerno has represented that he controls, to identify and disclose the identity of its beneficial owners with unsuccessful results (Exhibit A).

---

Mr. G. Hall informed the Board that he sought the advice from the Company's broker-dealer advisor, Ken Norensburg, CEO of Luxor Financial Group, who had been working with the Company for several months. Mr. G. Hall reported that a failure of Cypress to identify and disclose its beneficial owners would disqualify any broker-dealer application by BLX Trading. Mr. G. Hall cited advice from Ken Norensberg that the topic of Cypress' beneficial ownership was "not a topic that could be avoided," and that FINRA's mandate is to ensure the safety of financial markets for the public and the compliance of its members. Mr. G. Hall reported that Mr. Norensberg also noted that any other response to the FINRA interrogatory of beneficial ownership would be fatal to any BLX Trading broker-dealer application.

Mr. G. Hall noted that prior to the Meeting, there was an email exchange between Mr. Salerno and himself regarding Cypress (Exhibit B). In the email, Mr. Salerno requested that he speak to FINRA directly. Mr. Salerno further stated in the email that the members of the Board "do not have a right to this information at this time." In addition, Mr. Salerno ardently reiterated his position that Cypress was not willing to identify and disclose its beneficial owners, notwithstanding the requirements of any broker-dealer application by BLX Trading. Mr. G. Hall then stated that it was in the best interests of the Company that no board member or his investment entity, if relevant, should contact to FINRA regarding the Company's matters without the expressed consent of the Company.

Mr. G. Hall informed the Board that he sought the advice of the Company's outside counsel, William Mack, Esq., of Greenberg Traurig, LLP ("*GT*"), in these matters. Mr. De Perio noted that Mr. Mack is a co-chair of the Financial Regulatory and Compliance Practice of GT, and prior to his association with GT, was a Principal Counsel for Enforcement at FINRA. Mr. G. Hall reported to the Board that Mr. Mack's view was that it was inappropriate for FINRA to have a conversation or meeting with a shareholder of an applicant, and that such shareholder would have no standing in the matters of an application made by a corporate entity such as BLX Trading. Mr. G. Hall stated that Mr. Mack added that the SEC rules and FINRA regulations permit FINRA to require that an applicant for FINRA membership (*e.g.*, BLX Trading) identify and disclose its beneficial owners, including all entities in the chain of ownership until reaching natural persons. Mr. G. Hall also reported to the Board that Mr. Mack opined that any other response to the FINRA interrogatory of beneficial ownership would be fatal to any BLX Trading broker-dealer application.

Mr. Salerno suggested that a possible solution was for his and Cypress' outside counsel to contact FINRA. Mr. G. Hall responded that his was not a viable solution since BLX Trading was required to submit the identity of its beneficial owners.

## Alternate Path Forward

Mr. G. Hall led a discussion of the Company's business plan to date and the current requirement to alter that business plan to preserve the pursuit of shareholder value creation. Given that the Company's inability to disclose Cypress' beneficial owners, and therefore, the Company's beneficial owners, would preclude BLX Trading from successfully applying to register as a broker-dealer, it was his view that the best course of action forward was to refocus the business plan of the Company. Mr. G. Hall noted that the Company could focus on technology development and look to monetize its technology in alternate ways. Mr. G. Hall also suggested the Company could enter into a licensing agreement for its platform to a third-party broker-dealer or another broker or dealer formed by stockholders of the Company who are willing and able to identify and disclose their beneficial owners as required for a successful broker-dealer application. A discussion ensued, and several members remarked that the Company potentially could prosper by monetizing its technology in other avenues other than sports.

A discussion ensued. Upon a motion duly made and seconded, the members of the Board present unanimously resolved to take steps to look at alternative ways to monetize the Company's technology and

examine adaptations to the Company's business plan.  The executive team pledged to revert with structuring options as soon as possible.

Thereafter, being no further business before the Board.  The Meeting adjourned at 4:15 p.m. Eastern Time.

_____
George E. Hall, Executive Chairman

ATTEST:

_____
Joseph A. De Perio, President and Secretary

Confidential – Subject to Protective Order                                                                          SPORTBLX0264406

Exhibit A.

| | |
|---|---|
| From: | George Hall |
| To: | Joseph De Perio |
| Subject: | Fwd: Re: |
| Date: | Friday, August 09, 2019 5:57:13 PM |

Sent from my iPhone

Begin forwarded message:

> **From:** Michael Salerno <msalerno@nppg.com>
> **Date:** August 9, 2019 at 5:41:05 PM EDT
> **To:** George Hall <george.hall@clinton.com>
> **Subject: Re:**
>
> This message was sent securely using Zix®
>
> Let's discuss as my concern is my estate plan structure which I am not inclined to make public.
>
> Cordially,
>
> Michael M. Salerno
> Founder & CEO
> **NPPG** Fiduciary Services, LLC
>
> **N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
> - *Employee Benefits & Retirement Planning*
> - *Actuarial & Retirement Plan Administration*
> - *Administrative Fiduciary & Consulting Services*
>
> 121 Monmouth Street
> Red Bank, NJ 07701
> Phone: (732) 758-1577 ext. 239
> www.nppg.com
>
> On Aug 9, 2019, at 3:38 PM, George Hall <george.hall@clinton.com> wrote:
>
>> Mike, we are trying to get the FINRA application in today.   Simple confirmation.   Are you the sole owner of Cypress , the entity that invested?  Can you confirm or disclose and other ownership ?
>>
>> Sent from my iPhone
>> --

Confidential – Subject to Protective Order                                                                                          SPORTBLX0264407

Disclaimer

Clinton Group makes
every effort to use reliable
information, but cannot make any representation to
the accuracy or
completeness of the information in this email or items attached
to this
email. The recipient should note that any disclaimers presented in
the
attachments are construed to be part of the content transmitted in the
body

of the email.  Do not expect us to inform
you if the information contained
herein changes or is updated. We do not
accept any liability relating to
this information, its completeness or
timeliness. This email and the
information contained in it and attached to it
is not an offer to buy or
sell (nor a solicitation of a proposal to buy or
sell) securities, funds or
any financial instrument. Any such offer or solicitation
may be made only
by delivery of a private placement memorandum and other
offering documents.
Clinton Group and/or its employees may have an
investment in, and may
effect transactions in, securities and derivatives of
securities of
companies mentioned in this email. We do not provide tax, legal,
regulatory
or other advice; we recommend that investors seek advice from
independent
advisers. Past performance is not necessarily indicative of future

performance. The information herein may not be redistributed
without the
prior
written consent of Clinton Group and is not intended for
non-professional
investors.

This message was secured by Zix®.

Confidential – Subject to Protective Order                                                                                          SPORTBLX0264408

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email.  Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents.  Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.

DISCLAIMER: Sport-BLX, Inc. makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Sport-BLX, Inc. and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Sport-BLX, Inc. and is not intended for non-professional investors.

Exhibit B.

| From: | George Hall |
|---|---|
| To: | Joseph De Perio |
| Subject: | FW: |
| Date: | Friday, August 16, 2019 12:01:48 PM |
| Attachments: | image002.png |

**From:** Michael Salerno [mailto:msalerno@nppg.com]
**Sent:** Friday, August 16, 2019 10:51 AM
**To:** George Hall
**Cc:** 'Marc Gross'
**Subject:**

*This message was sent securely using Zix®*

George, I am willing to provide FINRA with ownership information that they want however I am not willing to provide it to you or any other sport-blx directors as you do not have a right to this information at this time.
Once you provide me with the FINRA representative we will promptly reach out to them to expedite.

Cordially,

Michael M. Salerno

Founder & CEO

NORTHEAST PROFESSIONAL PLANNING GROUP, Inc.
- Employee Benefits & Retirement Planning
- Actuarial & Retirement Plan Administration
- Administrative Fiduciary & Consulting Services

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239  |  Fax: (732) 758-1582
Additional locations in New York, Florida and Michigan

www.nppg.com




You are hereby advised that any tax **or other professional guidance** contained in this communication or any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. **You**

are further advised that any e-mail communications from Northeast Professional Planning Group, Inc. ("NPPG") or its affiliates may originate from an electronic mailing address associated with any of NPPG or its affiliates, and the electronic mailing address used for any specific communication is not indicative of the entity whose services have been retained.  Confidentiality notice: the document accompanying this communication contains information from NPPG, including its members and affiliates, which is confidential and/or legally privileged.  If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be returned to this firm immediately.  If you have received this communication in error, please notify us by telephone immediately **and before accessing or distributing this communication or any accompanying documents or attachments.**

This message was secured by **Zix®**.

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email.  Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents.  Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.

DISCLAIMER: Sport-BLX, Inc. makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Sport-BLX, Inc. and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Sport-BLX, Inc. and is not intended for non-professional investors.