# EXHIBIT 23
# [FILED UNDER SEAL]
# CYPRESS_00000002