Message
***

**From**:          Michael Salerno [msalerno@nppg.com]
on behalf of    Michael Salerno <msalerno@nppg.com> [msalerno@nppg.com]
**Sent**:          12/16/2019 7:25:44 AM
**To**:            George Hall [george.hall@clinton.com]
**Subject**:       Re: SportBLX

***

This message was sent securely using Zix®

Geroge, I think that would make sense.

Cordially,

Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
 Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239
www.nppg.com

On Dec 13, 2019, at 1:40 PM, George Hall <george.hall@clinton.com> wrote:

> Michael, As we have said over the last few months an application to FINRA is not tenable given that we
> have not been able provide disclosure regarding the beneficial owners of SportBLX , namely Cypress.   As
> you know we have pivoted to a technology model, which we can effectuate without such disclosure.   If
> you are suggesting now that you are willing to make the required disclosures, I will gladly put it on the
> agenda for the next board meeting.  Joe will coordinate the schedule for the next board
> meeting     George
>
> Sent from my iPhone

> > On Dec 13, 2019, at 9:57 AM, Michael Salerno <msalerno@nppg.com> wrote:
> >
> >
> > This message was sent securely using Zix®
> >
> > George, I think it would be good to pursue being a broker/ dealer as well.
> > I trust that like me, you too see plenty of upside there.

> > **From:** George Hall <george.hall@clinton.com>
> > **Sent:** Thursday, December 12, 2019 10:20 AM

Confidential – Subject to Protective Order

**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** Re: SportBLX

Hard to communicate by email some times.    So to be clear.  I did not know what you meant by designated person.    So I asked.   When you used blx and SportBLX interchangeably, I wasn't sure what you meant.   Then I didn't understand why you said ask my attorney.  They were all questions
So we think it's a good idea for you to disclose who the beneficial  owners are.  We always assumed it was you but we see now that may not be the case.   As far as FINRa,  as you know we withdrew our application and changed our business plan to a technology model as we discussed in many meetings.   Are you suggesting something else?

Sent from my iPhone

On Dec 12, 2019, at 8:17 AM, Michael Salerno <msalerno@nppg.com> wrote:

This message was sent securely using Zix®

Not sure I understand your question about legal please clarify ?

Yes I was using blx and sport blx synonymously, if I was wrong please advise?

At end of the day, I just want to know once we provide the ownership information of cypress what individuals will see it?

Cordially,

Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC

Nᴏʀᴛʜᴇᴀsᴛ Pʀᴏғᴇssɪᴏɴᴀʟ Pʟᴀɴɴɪɴɢ Gʀᴏᴜᴘ, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
 Red Bank, NJ 07701
 Phone: (732) 758-1577 ext. 239
 www.nppg.com

On Dec 12, 2019, at 7:11 AM, George Hall <george.hall@clinton.com> wrote:

I don't see how this is a legal issue and why attorneys are involved.  Just a question I was asking for

Confidential – Subject to Protective Order

clarity.   didn't know what you meant by designated person. In your next email you mention employees of blx , shareholders at blx and then a less specific who at SportBLX.   Are blx and sport blx the same?

Sent from my iPhone

On Dec 11, 2019, at 9:06 PM, Michael Salerno <msalerno@nppg.com> wrote:

This message was sent securely using Zix®

Hi

We simply want to know who involved with sportblx is going to know the ownership of Cypress, which is strictly confidential?

If you still don't understand then please elaborate on what you don't understand or ask your attorney to assist you.

Cordially,

Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
 Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239
www.nppg.com

On Dec 11, 2019, at 6:50 PM, George Hall <george.hall@clinton.com> wrote:

I'm still not sure I understand.  Happy to

SPORTBLX0283114

talk tomorrow late afternoon or anytime on Friday.   Thanks.

Sent from my iPhone

On Dec 11, 2019, at 3:37 PM, Michael Salerno <msaler no@np pg.com > wrote:

This message was sent securely usi

Not every employ ee of blx should have access to this very confide ntial informa tion detailin g all the blx shareh olders. We are asking who at sportbl x will be dealing

Confidential – Subject to Protective Order

with FINRA on this thus will be provided access to the ownership information?

---

**From:** George Hall <[george.hall@clinton.com](mailto:george.hall@clinton.com)>
**Sent:** Wednesday, December 11, 2019 3:04 PM
**To:** Michael Salerno <[msalerno@nppg.com](mailto:msalerno@nppg.com)>
**Subject:** Re: SportBLX

I don't understand. What do you mean by designated party?

SPORTBLX0283116

Sent from my iPhone

On Dec 11, 2019, at 2:50 PM, Michael Salerno <msalerno