Message
---

| | |
|---|---|
| **From**: | Michael Salerno [msalerno@nppg.com] |
| **Sent**: | 12/16/2019 1:04:43 PM |
| **To**: | Joseph De Perio [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f8467f793a344ce9df2f976b4e41273-joseph.depe] |
| **CC**: | franruch@clinton.com; Daniel Strauss [dstrauss@glassbridge.com]; Christopher Johnson [christopher@thelaightgroup.com]; Cesar A Baez 212 660 2239 [cesar@baez.com]; George Hall [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3334a7bb79d242e79fc6fc74970e152c-George Hall] |
| **Subject**: | Re: SB Board Minutes |

Joe, I did not speak to george or ask for a call so now sure what you are referring to. However, Let me see if I can rearrange schedule for you Wednesday as Thursday i am not available. I will get back to you asap

Cordially,
Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC
**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239
www.nppg.com

On Dec 16, 2019, at 12:56 PM, Joseph De Perio <joseph.deperio@sportblx.com> wrote:

> Fellow Directors: Does 4 pm EST work on Thursday for a board call?
> Mike - I was asked to call a meeting by George at the request of you and him.
> Joe
> Joseph A. De Perio
> Sport-BLX, Inc.
> 510 Madison Avenue, 9th Floor
> New York, NY 10022
> jad@sportblx.com
> (212) 377-4252
>
> **From:** Michael Salerno <msalerno@nppg.com>
> **Sent:** Monday, December 16, 2019 12:00 PM
> **To:** Joseph De Perio <joseph.deperio@sportblx.com>
> **Cc:** franruch@clinton.com; Daniel Strauss <dstrauss@glassbridge.com>; Christopher Johnson <christopher@thelaightgroup.com>; Cesar A Baez 212 660 2239 <cesar@baez.com>; George Hall <geh@clinton.com>
> **Subject:** Re: SB Board Minutes
> What are the topics for discussion? I currently have a meeting scheduled at 4.
> Please do not include my approval on any minutes at this time.
>
> Cordially,
> Michael M. Salerno
> Founder & CEO
> **NPPG** Fiduciary Services, LLC
> **N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
> - *Employee Benefits & Retirement Planning*

Confidential – Subject to Protective Order                                    SPORTBLX00013059

- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

<u>121 Monmouth Street</u>
<u>Red Bank, NJ 07701</u>
Phone: <u>(732) 758-1577 ext. 239</u>
<u>www.nppg.com</u>

On Dec 16, 2019, at 8:58 AM, Joseph De Perio <<u>joseph.deperio@sportblx.com</u>> wrote:

> Fellow Directors: I would like to convene a board call for 4 pm EST on Wednesday. Please let me know your availability by responding to this email.
> We are also happy to take any comments to the minutes for the December 6 and 9 meetings previously provided. For Daniel and Mike who didn't attend the reconvened session on the 9th, the minutes will reflect your approval of the session you attended.
> Joe
> Joseph A. De Perio
> Sport-BLX, Inc.
> 510 Madison Avenue, 9th Floor
> New York, NY 10022
> <u>jad@sportblx.com</u>
> (212) 377-4252
>
> **From:** Joseph De Perio
> **Sent:** Thursday, December 12, 2019 1:31 PM
> **To:** Michael Salerno <<u>msalerno@nppg.com</u>>; <u>franruch@clinton.com</u>; Daniel Strauss <<u>dstrauss@glassbridge.com</u>>; Christopher Johnson <<u>christopher@thelaightgroup.com</u>>; Cesar A Baez 212 660 2239 <<u>cesar@baez.com</u>>; George Hall <<u>geh@clinton.com</u>>
> **Subject:** SB Board Minutes
> Fellow Directors: Please see enclosed draft minutes from the December 6 and December 9 meetings. We are happy to take comments by phone or redline.
> Thank you, Joe
> Joseph A. De Perio
> Sport-BLX, Inc.
> 510 Madison Avenue, 9th Floor
> New York, NY 10022
> <u>jad@sportblx.com</u>
> (212) 377-4252
>
> **From:** Joseph De Perio <<u>joseph.deperio@sportblx.com</u>>
> **Sent:** Saturday, December 07, 2019 3:19 PM
> **To:** Michael Salerno <<u>msalerno@nppg.com</u>>; <u>franruch@clinton.com</u>; Daniel Strauss <<u>dstrauss@glassbridge.com</u>>; Christopher Johnson <<u>christopher@thelaightgroup.com</u>>; Cesar A Baez 212 660 2239 <<u>cesar@baez.com</u>>; George Hall <<u>geh@clinton.com</u>>
> **Subject:** Re: SportBLX Board Meeting
> Fellow Directors: I would like to call a meeting of our board for 5 pm EST on Monday afternoon (12/9) to discuss further annual meeting items and other business. Please confirm your availability with an email back to this group. Thank you, Joe
> Joseph A. De Perio
> (212) 377-4252
> (917) 539-5027 (cell)
> <u>jad@sportblx.com</u>
>
> ---
>
> **From:** Joseph De Perio <<u>joseph.deperio@sportblx.com</u>>
> **Sent:** Wednesday, December 4, 2019 18:10
> **To:** Michael Salerno; 'George Hall'; <u>franruch@clinton.com</u>; Daniel Strauss; Christopher Johnson; Cesar A Baez 212 660 2239
> **Subject:** RE: SportBLX Board Meeting

Confidential – Subject to Protective Order   SPORTBLX00013060

Fellow Directors:

I'd like to call a brief board call on Friday at 6:15 pm EDT. Agenda would be to approve the 9/10 minutes. Please confirm with an email back to this group, and upon a quorum, we will confirm.

Joe

Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@sportblx.com
(212) 377-4252

**From:** Joseph De Perio
**Sent:** Tuesday, December 03, 2019 11:59 AM
**To:** Michael Salerno <msalerno@nppg.com>; 'George Hall' <geh@clinton.com>; franruch@clinton.com; Daniel Strauss <dstrauss@glassbridge.com>; Christopher Johnson <christopher@thelaightgroup.com>; Cesar A Baez 212 660 2239 <cesar@baez.com>
**Subject:** RE: SportBLX Board Meeting

Fellow Directors:

Following up on last week's meeting, please see a redline and clean version of minutes from the 9/10 and 11/22 meetings of the board, and UWC for approving the 9/10 minutes.

Please send back an executed UWC for our records.

Thanks, Joe

Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@sportblx.com
(212) 377-4252

**From:** Joseph De Perio
**Sent:** Tuesday, November 26, 2019 8:40 AM
**To:** Michael Salerno <msalerno@nppg.com>; George Hall <geh@clinton.com>; 'franruch@clinton.com' <franruch@clinton.com>; 'Daniel Strauss' <dstrauss@glassbridge.com>; 'Christopher Johnson' <christopher@thelaightgroup.com>; 'Cesar A Baez 212 660 2239' <cesar@baez.com>
**Subject:** RE: SportBLX Board Meeting

Fellow Directors – Please find enclosed additional material for today's meeting. Best regards, Joe

Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@sportblx.com
(212) 377-4252

**From:** Joseph De Perio
**Sent:** Friday, November 22, 2019 5:52 PM
**To:** Michael Salerno <msalerno@nppg.com>; George Hall <geh@clinton.com>; franruch@clinton.com; Daniel Strauss <dstrauss@glassbridge.com>; Christopher Johnson <christopher@thelaightgroup.com>; Cesar A Baez 212 660 2239 <cesar@baez.com>
**Cc:** FRANCIS RUCHALSKI <francis.ruchalski@clinton.com>
**Subject:** RE: SportBLX Board Meeting

Fellow Directors:

Please find enclosed a package for the upcoming board meeting on Tuesday, November 26th at 4 pm EST.
Thank you, Joe
Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@sportblx.com
(212) 377-4252
-----Original Appointment-----
**From:** Joseph De Perio
**Sent:** Friday, November 22, 2019 5:38 PM
**To:** Michael Salerno; George Hall; franruch@clinton.com; Daniel Strauss; Christopher Johnson; Cesar A Baez 212 660 2239
**Cc:** FRANCIS RUCHALSKI
**Subject:** SportBLX Board Meeting
**When:** Tuesday, November 26, 2019 4:00 PM-6:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://link.zixcentral.com/u/24dd4fd1/IKqQJwwg6hGKHUILg-oQLQ?u=https%3A%2F%2Fzoom.us%2Fj%2F404012497%3Fpwd%3DL3NIZUlQeHc4cHBSekw1R2pIUTVIUT09 or 510 Madison Avenue, 9th Floor
Joseph De Perio is inviting you to a scheduled Zoom meeting.
Join Zoom Meeting
https://link.zixcentral.com/u/24dd4fd1/IKqQJwwg6hGKHUILg-oQLQ?u=https%3A%2F%2Fzoom.us%2Fj%2F404012497%3Fpwd%3DL3NIZUlQeHc4cHBSekw1R2pIUTVIUT09
Meeting ID: 404 012 497
Password: 036406
One tap mobile
+16465588656,,404012497# US (New York)
+17207072699,,404012497# US (Denver)
Dial by your location
+1 646 558 8656 US (New York)
+1 720 707 2699 US (Denver)
Meeting ID: 404 012 497
Find your local number: https://link.zixcentral.com/u/020be6b1/hqiRJwwg6hGKHUILg-oQLQ?u=https%3A%2F%2Fzoom.us%2Fu%2Falj1c8UWM
DISCLAIMER: Sport-BLX, Inc. makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Sport-BLX, Inc. and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Sport-BLX, Inc. and is not intended for non-professional investors.

Confidential – Subject to Protective Order

Links contained in this email have been replaced by ZixProtect Link Protection. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced by ZixProtect Link Protection. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Confidential – Subject to Protective Order                                    SPORTBLX00013063