| | |
|---|---|
| **Message** | |
| **From:** | Joseph De Perio [joseph.deperio@sportblx.com] |
| **on behalf of** | Joseph De Perio <joseph.deperio@sportblx.com> [joseph.deperio@sportblx.com] |
| **Sent:** | 2/24/2019 10:18:09 AM |
| **To:** | Michael Salerno [msalerno@nppg.com] |
| **CC:** | geh@clinton.com |
| **Subject:** | Docs |
| **Attachments:** | Sport-BLX - Side Letter_SB022419.docx; SPORTBLX - SPA_$95 per share-022419.docx; SPORTBLX - SPA_Salerno Pre-Series A_SB022419.docx; SPORTBLX - SPA_Salerno Pre-Series A_SB022419_REDLINE.pdf; SPORTBLX - SPA_$95 per share-SB022419_REDLINE.pdf; Sport-BLX - Side Letter_revised_redline.pdf |

Mike – We worked through your comments.  Here is where we are.  Please let me know if there is anything left open pending your review.  Rgds. Joe


Purchase Agreement:
- We took your comments on shares and capitalization reps
- We are unable to produce 12/31 financials and thus can't rep either the financials and undisclosed liabilities, and frankly they won't be instructive given our operations and their inception date.  We hope you get comfortable with the materials in the data room.  There is no opex, since Clinton is bearing the cost prior the closing of the pre-series A round.  And the liabilities are tied to the consensys agreement (in the data room), and our legal counsel.
- We took the litigation rep.  We added knowledge qualifiers on the compliance and patent infringement.   Given we are a moving target, there are a number of items in multiple jurisdictions pending.
- We took your comments on the termination of the ROFR and tag along rights

Side Letter:
- We cannot accept the proposal on maintaining the board seat with dilution below 2.5%.  You have heard us say that we want our board to be small and agile, and that have members who are significant holders.  And, we have heard you say in the past there is an interest in investing upwards of $5 mm in subsequent rounds.   We believe there is a lot of cushion below your proposed ownership today and the 2.5% proposed.  If you get diluted but are still contributing to the company, we would gladly keep you on the board.
- We accepted your comments on the anti-dilution


DISCLAIMER: Sport-BLX, Inc. makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Sport-BLX, Inc. and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Sport-BLX, Inc. and is not intended for non-professional investors.