# EXHIBIT 31

# Excel File SPORTBLX00023177