Message

| | |
|---|---|
| **From:** | Michael Salerno [msalerno@nppg.com] |
| **on behalf of** | Michael Salerno <msalerno@nppg.com> [msalerno@nppg.com] |
| **Sent:** | 2/19/2019 4:52:38 PM |
| **To:** | Joseph De Perio [joseph.deperio@clinton.com] |
| **Subject:** | FW: Sport-BLX |
| **Attachments:** | SPORTBLX - SPA_Salerno Pre-Series A-3620213-v1.DOCX; SPORTBLX - SPA_$95 per share-3619612-v1.DOCX; Sport-BLX - Side Letter_revised-3620607-v1.DOCX |

Hi joe,

See attached.  Let me know if you would like to discuss… ttyl


Cordially,

Michael M. Salerno
**NPPG** Fiduciary Services

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
**NPPG** Investment Services, LLC
**NPPG** Fiduciary Services, LLC
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Registered Investment Advisory Services*
- *Fiduciary Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239  |  Fax: (732) 758-1582

www.nppgfs.com

 

You are hereby advised that any tax **or other professional guidance**  contained in this communication or any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. **You are further advised that any e-mail communications from Northeast Professional Planning Group, Inc. ("NPPG") or its affiliates may originate from an electronic mailing address associated with any of NPPG or its affiliates, and the electronic mailing address used for any specific communication is not indicative of the entity whose services have been retained.**  Confidentiality notice: the document accompanying this communication contains information from NPPG, including its members and affiliates, which is confidential and/or legally privileged.  If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be returned to this firm immediately.  If you have received this communication in error, please notify us by telephone immediately **and before accessing or distributing this communication or any accompanying documents or attachments.**

Confidential – Subject to Protective Order

SPORTBLX0148243

**From:** Philip D. Forlenza <PForlenza@ghclaw.com>
**Sent:** Tuesday, February 19, 2019 4:33 PM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** Sport-BLX

Michael:

Please see redlined copies of the Stock Purchase Agreements and side letter showing suggested changes.

| | | |
|---|---|---|
| **Giordano** **Halleran &** **Ciesla** Attorneys at Law | Philip D. Forlenza, Esq. Shareholder www.ghclaw.com www.njcorporatelaw.com Direct Dial: (732) 219-5483 · F: (732) 224-6599 125 Half Mile Road · Suite 300 · Red Bank, NJ 07701-6777 | **website | biography | vcard** |

**From:** Michael Salerno [mailto:msalerno@nppg.com]
**Sent:** Tuesday, February 12, 2019 6:39 PM
**To:** Philip D. Forlenza <PForlenza@ghclaw.com>
**Subject:** RE: DOCS

Phil I will call u tomorrow around 1030ish... thanks   see below caps

**From:** Philip D. Forlenza <PForlenza@ghclaw.com>
**Sent:** Tuesday, February 12, 2019 10:41 AM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** RE: DOCS

Michael:
I have reviewed the documents.  The following are the issues I would like to discuss with you:

1.   Why are there two Stock Purchase Agreements with different pricing?
I AM INVESTING 500K AT 9.5MM AND 500K AT 25MM WITH DOWNSIDE PROTECTION IN THE EVENT THEY DO NOT DO NEXT ROUND ABOVE OR AT 25MM
2.   Consideration should be given to expanding the representations being made by Sport –BLX, Inc. (e.g., capitalization, financial statements, no litigation, intellectual property).
AGREED
3.   the right of first refusal you are being asked to grant should terminate when the company goes public.
WE CAN DISCUSS BUT SOUNDS RESONABLE
4.   Do you want to request tag-along rights so that you can participate in a sale if the Founders decide to sell their shares?
YES
5.   Why does anti-dilution protection only apply to the shares purchased under the second stock purchase agreement?
IT SHOULD APPLY TO BOTH
6.   Is the ant-dilution protection trigger of $1,500,000 too high?
LETS DISCUSS

Let me know when you would like to speak.

| | | |
|---|---|---|
| **Giordano** | Philip D. Forlenza, Esq. Shareholder | **website | biography | vcard** |

Confidential – Subject to Protective Order

**Halleran &
Ciesla**
Attorneys at Law

www.ghclaw.com
www.njcorporatelaw.com
Direct Dial: (732) 219-5483 · F: (732) 224-6599
125 Half Mile Road · Suite 300 · Red Bank, NJ 07701-6777

---

**From:** Michael Salerno [mailto:msalerno@nppg.com]
**Sent:** Thursday, February 07, 2019 4:50 PM
**To:** Philip D. Forlenza <PForlenza@ghclaw.com>
**Subject:** Re: DOCS

Ty

Cordially,

Michael M. Salerno
President

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
**NPPG** Fiduciary Services, LLC
**NPPG** Investment Services, LLC

•Fiduciary Consulting Services
•*Registered Investment Advisory*
•*Employee Benefits & Retirement Planning*
•*Actuarial & Retirement Plan Administration*

121 Monmouth Street
Red Bank, NJ 07701
(732) 758-1577 ext. 239
www.nppg.com

On Feb 7, 2019, at 3:08 PM, Philip D. Forlenza <PForlenza@ghclaw.com> wrote:

Michael: I will review and get back to you.

**Giordano
Halleran &
Ciesla**
Attorneys at Law

Philip D. Forlenza, Esq.          **website | biography | vcard**
Shareholder
www.ghclaw.com
www.njcorporatelaw.com
Direct Dial: (732) 219-5483 · F: (732) 224-6599
125 Half Mile Road · Suite 300 · Red Bank, NJ 07701-6777

---

**From:** Michael Salerno [mailto:msalerno@nppg.com]
**Sent:** Wednesday, February 06, 2019 7:12 PM
**To:** Philip D. Forlenza <PForlenza@ghclaw.com>
**Subject:** FW: DOCS

Confidential – Subject to Protective Order

Phil,
I believe paul sent you my docs… also, See revised docs for review per below…

Lmk when u want to discuss…

Michael

---

**From:** Joseph De Perio <joseph.deperio@sportblx.com>
**Sent:** Wednesday, February 06, 2019 6:41 PM
**To:** Michael Salerno <msalerno@nppg.com>
**Cc:** geh@clinton.com; Henry Sullivan <hws@clinton.com>
**Subject:** RE: DOCS

Mike – As per the email exchange, please see a revised set of docs enclosed.  I added the redlines of what changed.  Looking forward to our meeting tomorrow.,

Best regards, Joe



Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@sportblx.com
(212) 377-4252



---

**From:** Joseph De Perio <joseph.deperio@clinton.com>
**Sent:** Friday, February 01, 2019 2:36 PM
**To:** Michael Salerno <msalerno@nppg.com>
**Cc:** geh@clinton.com; Henry Sullivan <hws@clinton.com>
**Subject:** DOCS

Mike – Thanks for the patience here.  Enclosed please find  two purchase agreements and a shareholder agreement as per our discussions and email traffic below.  Please feel free to email me or contact me at my office or cell (below) with any questions.  Countersignatures will follow immediately; share certificates will take a few weeks.

Set forth also below is a link to our data room for your diligence records and wiring instructions.    Best regards, Joe


**Data room:**

https://www.dropbox.com/sh/vl5secfhvyfkkww/AAA1hrydo0UkUOHpEg4GAy96a?dl=0


**Wiring:**

Confidential – Subject to Protective Order                                                        SPORTBLX0148246

**Account Name:**
SPORT-BLX, Inc.

**Address:**
510 MADISON AVENUE FL 9
NEW YORK NY, 10022

**Account Number:**
1503337610 money market

**ABA:**
026013576

Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@clinton.com
(212) 377-4252
(917) 539-5027 (CELL)

On Tue, Jan 29, 2019 at 17:53 Michael Salerno <msalerno@nppg.com> wrote:

This message was sent securely using Zix®

Joe, yes we are in agreement.  Lookin forward to working with you, George and your team.


Cordially,


Michael M. Salerno
President

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
**NPPG** Fiduciary Services, LLC
**NPPG** Investment Services, LLC


•Fiduciary Consulting Services
•*Registered Investment Advisory*
•*Employee Benefits & Retirement Planning*
•*Actuarial & Retirement Plan Administration*


121 Monmouth Street
Red Bank, NJ 07701
(732) 758-1577 ext. 239

Confidential – Subject to Protective Order

www.nppg.com

On Jan 29, 2019, at 5:52 PM, Joseph De Perio <joseph.deperio@clinton.com> wrote:

Mike – We are good with what we discussed.

1.  $500k funded at closing at the founders round  $9.5 mm pre-money valuation

2.  $500k funded at closing at the pre-series A round of $25 mm pre-money valuation

   a.  Price protection in the event the pre series A round comes in inside of $25 mm (in the form of additional shares issued)

3.  Non-transferrable pro rata rights for subsequent investment

4.  Board appointment at closing

If you can respond in the positive to this email, I can have our lawyers prepare a revised purchase agreement.  And, Henry will get you a data room link for diligence files for your records.

Thanks, Joe

Joseph A. De Perio

Clinton Group, Inc.

510 Madison Avenue, 9th Floor

New York, NY 10022

jad@clinton.com

(212) 377-4252

Confidential – Subject to Protective Order

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.

This message was secured by Zix&#174.

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.

This message was secured by Zix®.

This message was secured by Zix®.

SPORTBLX0148249