# EXHIBIT 39

# [FILED UNDER SEAL]

**CYPRESS_0000119 4**