# EXHIBIT 40

# [FILED UNDER SEAL]
# CYPRESS_0000143 1