

SPORTBLX0147934

# INTRODUCING:



Enabling fans and investors to use their knowledge to passionately engage and invest in the sports they love.



Note: Wireframes are subject to final design.

Strictly Confidential. Not for Distribution. | 1

Confidential – Subject to Protective Order

SPORTBLX0147935

CONFIDENTIAL

# BACKGROUND







### Digital Marketplaces

Since the advent of the Internet, digital marketplaces have paired buyers and sellers to enable the transacting of goods and services that were never before possible. The world became more connected and accessible.

### Sharing Economies

Recently, sharing economy marketplaces have been pairing buyers and sellers essentially creating fractional usage of assets that can be sold. The world has now become more convenient and accessible.

### Democratized Ownership of Unique Assets

Ownership of unique assets, both passive and fractional interest, enabled by a distributed ledger and consumer facing user interface have business use cases in sports, and have the power to be disruptive.

Confidential – Subject to Protective Order

SPORTBLX0147936



We offer professional athletes and owners of unique assets a new economy intended to monetize their enterprise value while enhancing their global business access and brand value.

# SPORT BLX

has designed an ecosystem for structured digital share offerings backed by these interests and a digital marketplace.

Fans and investors can buy and trade a fractional interest (revenue share in the earnings of the professional athletes *or* equity in a team or asset) in something they love and take part in the value creation that comes with success in sports.



Note: Wireframes are subject to final design.

CONFIDENTIAL





Fans and investors can manage their portfolio of unique sport assets, monitor other digital shares, and review details on new offerings. Unique sport assets can also be fractional interest in a race horse, a F1 team or a professional sports team.

Note: Wireframes are subject to final design.

CONFIDENTIAL





Fans and investors can access information on their offerings, monitor news and results of the underlying athlete, and eventually view unique media content.

Note:  Wireframes are subject to final design.

Strictly Confidential. Not for Distribution.  | 5

SPORTBLX0147939

CONFIDENTIAL





To access the offerings in The United States, fans and investors must be accredited. Upon the verification and standard KYC/AML checks, an investor can buy digital shares with a wire transfer of U.S. Dollars.  Our Offshore operation will execute trades for investors all over the world.

Note:  Wireframes are subject to final design.

# HOW DOES IT WORK?



**Step 1:**
The athlete, agent and business managers determine (i) the percentage of the athlete's earnings that he/she would contribute in exchange for cash today and (ii) the term.
SPORTBLX would guide to 10-40% of the athlete's earnings and a term determined by the athlete's age.
We would also consider off-the field earnings as well if mutually agreed upon.



**Step 2:**
Together with SPORTBLX, the athlete determines the price to execute a sale to the marketplace and the cadence of the offering to ensure the best price execution.

**Step 3:**
The athlete's digital shares are offered to the market. As shares are sold, cash is routed to the athlete. Going forward, the athlete will forego the contributed percentage of his earnings during the pre-determined term.

**% OF EARNINGS**     **CASH**



**OWNERSHIP SHARE / REVENUE INTEREST**     **FRACTIONALIZATION**     **MARKET**



**CASH**

Strictly Confidential. Not for Distribution.  |  7

CONFIDENTIAL

# MARKET OPPORTUNITY - SUPPLY



**TAM**

Athletes: All current global athlete lifetime earnings both on and off-field (endorsements are estimated to be 20% of on-field contracts)

Teams: Current valuation of top 100 global sports teams

**SAM**

Athletes: On-field tokenizable contract earnings of athletes in top tier leagues.   Estimates that 15% of on-field earnings are tokenizable

Teams:  Estimated that 15% of club ownership is assumed to be tokenizable

Source:  Industry data synthesized by Consensys Solutions.

Confidential – Subject to Protective Order

SPORTBLX0147942

CONFIDENTIAL

# MARKET OPPORTUNITY – DEMAND; U.S. ONLY



**TAM** — Investable wealth controlled by accredited investors currently dedicated to alternative assets (e.g., art, wine)

**SAM** — Accredited investors who are interested in using SPORTBLX in their alternative portfolio, based on sample survey results

$50+ Billion - $1.5 Trillion

$15 Billion - $150 Billion

Total Addressable Market ("TAM")

Serviceable Addressable Market ("SAM")

Source: Industry data synthesized by Consensys Solutions.

Strictly Confidential. Not for Distribution. | 9

SPORTBLX0147943

CONFIDENTIAL

# WHY WOULD AN ATHLETE DO THIS?

SPORTBLX can design a transaction tailored to the athlete's needs while still delivering value to the fans and investors on our platform.

Enhanced fan engagement
Globalization of brand
Opens corporate sponsorship
Diversifies revenue
Data harvesting

De-risking transaction
Downside protection from poor
    performance or injury

A portion or all of the capital received can
    be re-invested in an advantageous way
Tax advantages



Value Creation

Risk Management

Capital Reinvestment

Confidential – Subject to Protective Order

SPORTBLX0147944

CONFIDENTIAL

# AN ATHLETE CAN REDEFINE HIS/HER PLACE IN THE MARKET

**Create a Lifestyle Brand**
Michael Jordan
Roger Federer

**Own a Sports Team**
Serena/Venus
Michael Jordan

**Give Back**
Larry Fitzgerald
Warrick Dunn





**Invest in Tech VC**
Kobe Bryant
Steph Curry
Derek Jeter

**Be a Real Estate Mogul**
Magic Johnson
Emmitt Smith

Strictly Confidential. Not for Distribution. | 11

SPORTBLX0147945

# OUR REVENUE MODEL



Asset Owner or Athlete

EQUITY OR
REVENUE SHARE

FRACTIONALIZATION

MARKET

**7%**

7% of on-boarded product

**3%**

3% of every trade (1.5% to each
the buyer and seller)

Strictly Confidential. Not for Distribution.  | 12

CONFIDENTIAL

# STRATEGIC PLAYERS: WHY WOULD THEY PARTNER?



**Content Creation**

- Voice more of the stories that fans and investors want
- Leads to a voracious consumption of all content formats (short form video, blog posts, breaking news, print, etc.)
- Turn the fantasy of sports into something real, personal and valuable to the fan/consumer



**Cross Promotion**

- Promote and create interoperability between different properties and for new/rising stars, along with monetizing them through a new revenue stream
- A way to draw in new viewership to emerging sports/leagues and manage churn/ARPU



**Opportunity Creation through Technology**

- Enhance and leverage existing technologies to drive shared costs down and increase business asset values, while answering the inevitable question of:

  "What are you doing in Blockchain?"

  Answer: We use **SPORTBLX**



**Accretive Business Model**

- Our model is designed to generate high-margin free cash flows without a lot of capital expenditures
- SPORTBLX will break down industry ownership paradigms and revolutionize engagement in sports, while creating democratic investment value for all participants involved










Strictly Confidential. Not for Distribution.  | 13

SPORTBLX0147947

CONFIDENTIAL

# PROTOCOL





**Based on ERC-721***

**Provides unique, verified ownership and identification**

- ✓ Unique
- ✓ Non-Interchangeable
- ✓ Non-Fungible
- ✓ Private
- ✓ Verified



**Based on ERC-20 ***

**Provides documentation and processes for sale**

- ✓ Divisible
- ✓ Interchangeable
- ✓ Fungible
- ✓ Self-Generating
- ✓ Verified

**Why ETHEREUM?**

The Protocol is being built on the Ethereum blockchain because of the prevalence of users in the community and ease of adoption. Ethereum allows for an efficient integration of smart contract parameters with stores of funds. Our goal would be to build our protocol to be blockchain agnostic.

* ERC-721 is a free, open standard that describes how to build non-fungible or unique digital shares on the Ethereum blockchain. ERC-20 is a technical standard used for smart contracts on the Ethereum blockchain for implementing tokens.

Strictly Confidential. Not for Distribution. | 14

SPORTBLX0147948

# ROADMAP

**2018**

**2019**

| DECEMBER | JANUARY | FEBRUARY | MARCH | APRIL | MAY | JUNE |

Ongoing
Development

Close
Founders' Class
Investor Round

First iteration
of minimum
viable product

Recruit initial
content for
launch

Beta test
product

Finalize initial
content for
launch

Launch

Marketing Blitz

More Product

Growth and
Scaling



Strictly Confidential. Not for Distribution. | 15

SPORTBLX0147949

# TEAM

### George E. Hall
*Executive Chairman and CEO, Co-Founder*

George Hall has decades of experience in financial services having founded and lead Clinton Group, a multi-strategy investment firm since 1991. As the founder and CEO of Clinton Group, Mr. Hall is responsible for all final investment and trading decisions, risk management, and quantitative analysis at the firm and has been responsible for the application of applying cutting edge technologies to asset management.

### Joseph A. De Perio
*Founder and President*

Mr. De Perio oversees the operations of Sport-BLX, Inc. full time. Prior to founding SPORTBLX with George Hall, Mr. De Perio was a senior portfolio manager at Clinton Group overseeing fundamental public equities, private equity and venture capital. He has over 15 years of experience in corporate finance, including over 12 years as an investment analyst, private equity executive and portfolio manager.

### Terence G. Richards
*EVP, Development*

Mr. Richards has more than 20 years experience successfully leading global corporate business growth and development in sports, media, technology consumer products and finance.

### John L. Hall
*EVP, Operations*

Mr. Hall oversees all matters related to the operations and execution of transaction on SPORTBLX as well as interfacing with external auditors and regulatory bodies in the U.S. and offshore domiciles. Prior to his appointment, Mr. Hall oversaw client relations, business development and fund administration at Clinton Group, having joined the firm in 1995.

### Peter Rawlins
*EVP, Trading*

Mr. Rawlins is responsible for all aspects of trading and client experience at SPORTBLX. Prior to his appointment, Mr. Rawlins oversaw financing, cash management and operations functions at Clinton Group, having joined the firm in 1995.

### Henry Sullivan
*EVP, Institutional Investment*

Mr. Sullivan brings more than twenty years of Wall Street trading, selling and marketing experience to SPORTBLX. Mr. Sullivan also serves as the Director of Marketing of Clinton Group and his network of transacted tested investors includes: endowments, foundations, family offices, sovereign wealth funds, pensions and high net worth investors.

### Consensys
*Outsourced CTO*

Consensys has been selected to be a partner in the technology product build (platform, protocol, etc.). They will handle front-end GUI, backend protocols and systems architecture. SPORTBLX is in the process of transitioning the technology vertical in-house during the maturation of the initial build.

### Francis Ruchalski
*Chief Financial Officer*

Mr. Ruchalski also serves in a similar capacity for Clinton Group having responsibilities in financial management since 1997.

### Head of Consumer Marketing
*EVP, Marketing*

SPORTBLX is in active search for this key position.

## Consultants and Partners



CONSENSYS

DLA PIPER

Schulte Roth&Zabel

COVINGTON
COVINGTON & BURLING LLP

MINTZ LEVIN

Turner

Strictly Confidential. Not for Distribution.  |  16

SPORTBLX0147950

CONFIDENTIAL

# FUNDRAISING STATUS

- **SPORTBLX** raised a Founders' Class Round in late 2018
- Terms were as follows:
  - Common Equity
  - $2 million
  - Pre-Money Valuation of $9.5 million

- We are currently contemplating doing a follow-on raise or a pre-Series A round
  - Use of proceeds would be to accelerate both the marketing budget and the creation of our offshore affiliate and for general corporate purposes
- Proposed terms were as follows (based on received anchor orders):
  - Common Equity
  - $2.5 million
  - Pre-Money Valuation of $25 million

Strictly Confidential. Not for Distribution.  | 17

SPORTBLX0147951

# CLINTON GROUP

Incepted in 1991, Clinton Group is a SEC Registered Investment Advisor that invests globally across alternative investment strategies.

As directed by its Founder and CEO, George E. Hall, Clinton Group has a longstanding history of investment expertise in research with a focus on quantitative modeling, asset securitizations and machine learning.

SPORTBLX was created by executives of Clinton Group and incubated internally initially. In November 2018, SPORTBLX became its own independent entity.

Strictly Confidential. Not for Distribution. | 18

Confidential – Subject to Protective Order

SPORTBLX0147952

CONFIDENTIAL

 **Corporate Office:**

510 Madison Ave

9th Floor

New York, NY 10022


**Contacts:**

Joseph A. De Perio, President

Tel: +1 (212) 825-0400

Email: jad@sportblx.com

Strictly Confidential. Not for Distribution.  |  19

SPORTBLX0147953

CONFIDENTIAL

# DISCLAIMER

In general. This disclaimer applies to this document and the verbal or written comments of any person presenting it. This document, taken together with any such verbal or written comments, is referred to herein as the "Presentation." The information contained in this Presentation is provided for informational purposes only, is not complete, and does not contain certain material information about the Sport-BLX, Inc. and Clinton Group, Inc., including important disclosures and risk factors. No representation or warranty is made concerning the completeness or accuracy of this information. To the extent that you rely on the Presentation in connection with an investment decision, you do so at your own risk.

No offer to purchase or sell securities. This Presentation does not constitute an offer to sell, or the solicitation of an offer to buy, and may not be relied upon in connection with the purchase of any security, including an interest in or shares of Sport-BLX, Inc. and its affiliates (collectively, "Sport-BLX"). Any such offer would only be made to qualified investors by means of Sport-BLX's offering documents (i.e., stock purchase agreement).

No tax, legal, accounting or investment advice. The Presentation is provided for illustration and discussion purposes only and is not intended to provide, and should not be relied upon for, tax, legal, accounting or investment advice or as a recommendation to purchase or sell an interest in Sport-BLX. Before making any investment, you should thoroughly review the related documents with your financial and tax advisor to determine whether an investment in Sport-BLX is suitable for you.

Confidentiality. This Presentation is confidential and is the property of Sport-BLX. It is intended only for the use of the person to whom it is given and may not be reproduced or redistributed in any form. By accepting or reading any portion of the Presentation, you agree that you will treat the Presentation confidentially. Sport-BLX expressly prohibits any redistribution of the Presentation without its prior written consent. The Presentation is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use is contrary to law, rule or regulation.

Risk of loss. An investment in the Sport-BLX will be highly speculative, and there can be no assurance that the company's objectives will be achieved. Investors must be prepared to bear the risk of a total loss of their investment

For more information, contact Joseph A. De Perio at jad@sportblx.com.

Confidential – Subject to Protective Order

SPORTBLX0147954

CONFIDENTIAL

# <u>PLAYER X</u>:   MODELING ON-COURT EARNINGS

 Athlete exceeds expectations, becomes a supermax player for multiple years

 Most likely case for earnings for the next few years

Determination on age and health

 Factors in underperformance or injury potential

Only guaranteed earnings



Confidential – Subject to Protective Order

SPORTBLX0147955

CONFIDENTIAL

# INVESTMENT CASE STUDY: PRICING THE REVENUE SHARE INTEREST



## COMPARABLE PLAYERS ANALYSIS

For every player, we will model comparable players based on their position on the court, draft position, general statistics and sabermetrics.

### LEAGUE AND MARKET FACTORS

We look at salary cap models, factor in inflation, and predict allocations to players under the CBAs





## IDIOSYNCRATIC FACTORS

For every player, we will consider factors like their age, skill level, the team they play on, and model different scenarios for their career.

### EARNINGS MODELS AND PRICING MODELS

The summary earnings model cumulates all the variables in the backup analyses. The pricing models ascertain risk and come up with net present value calculations for various scenarios. We will use a number of quantitative and machine learning strategies to optimize.



Confidential – Subject to Protective Order

SPORTBLX0147956

CONFIDENTIAL

# PLAYER X:  MODELING OFF-COURT EARNINGS





Top NBA players today can make $13 to $40 million per year off-the-court.
Their range in social media following is 10 to 35 million.

We model an athletes status quo earnings and model certain scenarios for their level of success off-the-field.







Confidential – Subject to Protective Order

SPORTBLX0147957