CONFIDENTIAL



**fractional ownership and trading in sport assets**

Enabling enthusiasts and investors to use their knowledge to passionately engage and invest in the sports they love.

Confidential – Subject to Protective Order

SPORTBLX0147209

1