| Message | |
|---|---|
| **From:** | George Hall [george.hall@clinton.com] |
| **Sent:** | 5/29/2019 4:00:57 PM |
| **To:** | Joseph De Perio [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f8467f793a344ce9df2f976b4e41273-joseph.depe] |
| **Subject:** | Fwd: RE: |

Sent from my iPhone

Begin forwarded message:

> **From:** George Hall <george.hall@clinton.com>
> **Date:** May 29, 2019 at 2:42:27 PM EDT
> **To:** Michael Salerno <msalerno@nppg.com>
> **Subject:** RE:
>
> Correct that there will be a board meeting as soon as we can schedule, around end of June. To clarify, I said you would get a board package that had all of the appropriate and required information for the board. I did not say you would get answers to all your questions. I did point out that I frankly didn't understand a number of your questions, and that they seemed irrelevant. I am still confused about the fund and your concerns. . Happy to discuss at some point if you can articulate a little better what you are worried about and how you feel damaged. I don't want you to feel that way. Feel free to call me next week if you want to explain that a little better to me.
>
> As far as buy out, that price is a non-starter.
>
> **From:** Michael Salerno [mailto:msalerno@nppg.com]
> **Sent:** Wednesday, May 29, 2019 1:58 PM
> **To:** George Hall
> **Subject:**

<div style="background:#555;color:#fff;text-align:center">This message was sent securely using Zix®</div>

> George,
>
> Per our conversation, you stated that there will be a board meeting the end of June at which time most of the information that I have requested will be provided which I expressed I am fine with. In addition I expressed that it is only appropriate for you to identify any items that you are not intending to provide to me prior to the board meeting along with the reason why. If you believe that any of the items are not germane then of course I will give your reasoning due consideration. In the event you need a couple extra days to provide this to me then let me know.
>
> As I stated, regardless of us disagreeing on certain points I do appreciate the open dialogue we were able to have.
>
> Lastly, I have contemplated your offer to facilitate a buy out of my interest on a best efforts basis and would like to take you up on it. At the present time, I am willing to sell my position for $2,000,000.
>
> As always, do not hesitate to contact me if I can be of assistance to further the Sport-BLX mission…

SPORTBLX00048150

**From:** Michael Salerno
**Sent:** Wednesday, May 22, 2019 10:35 PM
**To:** George Hall <george.hall@clinton.com>
**Subject:** RE: RE:

I'm fine with that. How is 10am this Friday?

---

**From:** George Hall <george.hall@clinton.com>
**Sent:** Tuesday, May 21, 2019 2:44 PM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** RE:

I suggest a quick phone call.  With counsel or not.  Up to you.  Ok?

---

**From:** Michael Salerno [mailto:msalerno@nppg.com]
**Sent:** Tuesday, May 21, 2019 2:03 PM
**To:** George Hall
**Cc:** 'Marc Gross'
**Subject:**
**Importance:** High

| This message was sent securely using Zix® |
|---|

Hello George,

See attached request for information as we discussed.

Cordially,

Michael M. Salerno
Founder & CEO

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239  |  Fax: (732) 758-1582

www.nppgfs.com




You are hereby advised that any tax **or other professional guidance** contained in this communication or any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. **You are further advised that any e-mail communications from Northeast Professional Planning Group, Inc. ("NPPG") or its affiliates may originate from an electronic mailing address associated with any of NPPG or its affiliates, and the electronic mailing address used for any specific communication is not indicative of the entity whose services have been retained.** Confidentiality notice: the document accompanying this communication contains information from NPPG, including its members and affiliates, which is confidential and/or legally privileged. If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be returned to this firm immediately. If you have received this communication in error, please notify us by telephone immediately **and before accessing or distributing this communication or any accompanying documents or attachments.**

This message was secured by Zix®.

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.

This message was secured by Zix®.

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.

DISCLAIMER: Sport-BLX, Inc. makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Sport-BLX, Inc. and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Sport-BLX, Inc. and is not intended for non-professional investors.