# MINUTES OF THE REGULAR MEETING
# OF THE BOARD OF DIRECTORS
# OF SPORT-BLX, INC.

## October 06, 2021

The Board of Directors (the "**Board**") of Sport-BLX, Inc. (the "**Corporation**") held a meeting (the "**Meeting**") on Wednesday, October 06, 2021 commencing at approximately 10:30 am Eastern Time pursuant to notice provided pursuant to the Company's Bylaws:

The majority of the board was present at the Meeting without objection to the calling or convening of the Meeting.

    George E. Hall, Executive Chairman
    Peter Rawlins
    Joseph A. De Perio
    Francis A. Ruchalski
    Daniel A. Strauss

Mr. Hall presided at the Meeting. Mr. Rawlins recorded the meeting minutes.

Mr. Hall explained that the company was looking to raise capital and that a viable way to do that was through a Regulation Crowd Funding offering on the Wefunder funding portal.

Mr. Hall then mentioned the possibility of expanding the Board of Directors. Mr. Hall had two individuals in mind that he thought would make sense to invite to join the board. Jaclynn Fischman and Leland Hardy. Jaclynn has experience in technology and digital media, Leland is a former Professional Boxer, holds an MBA from the Wharton School and is fluent in multiple languages.

At this time there was a motion to approve the increased size of the board pending final agreement with the two individuals, and to pursue the Regulation CF fundraise.

Daniel Strauss Motioned and Joseph De Perio second the motion.

The remaining board members voted in favor.

Mr. Hall further explained that there would need to be an audit done of SportBLX Inc. for 2019 and 2020 to complete the capital campaign.

Mr. Hall then moved on to the SportBLX/PJWashington offering and explained that he was working on finding an anchor investor.

Before adjourning the meeting Mr. Hall let the board members know that the Glassbridge demand note had been transferred and was now held at a new and supportive entity.

With no more questions, the meeting adjourned at 10:40 am

_____
George E. Hall, Executive Chairman

ATTEST:

_____
Joseph A. De Perio, President and Secretary