# EXHIBIT 45

**[FILED UNDER SEAL]
CYPRESS_0000311
2**