# EXHIBIT 47

# [FILED UNDER SEAL]
# CYPRESS_0000337 9