| | |
|---|---|
| From: | George Hall [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1a5937415dc74d6bbcc21f8eabb87b54-george.hall] |
| Sent: | 10/19/2021 9:53:18 AM |
| To: | Michael Salerno [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3aae7b269544903a85c7781514f3b10-Michael Sal] |
| Subject: | Re: <no subject> |

I will pass on your allegations to the board and they will take the appropriate action.   Given the allegations it is not appropriate to pursue  public offering of shares.   Someone from the board may contact you for details.

**From:** Michael Salerno <msalerno@nppg.com>
**Date:** Monday, October 18, 2021 at 7:03 PM
**To:** George Hall <george.hall@sportblx.com>
**Subject:** Re: <no subject>

Antagonistic, That is the pot calling the kettle black.

Clearly Blx is very valuable.

Unfortunately, you have siphened money out of Blx for your benefit and now try to portray that you are doing a capital raise but yet aren't providing financial information in the process.

I am open to hearing what you have to say.  Lmk if u r available anytime 730 to 845am wed morning before my meetings?

Cordially,

Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC

**N**ATIONAL **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

  494 Sycamore Ave.
  Shrewsbury, NJ 07702
  Phone: (732) 758-1577 ext. 239
  www.nppg.com


On Oct 18, 2021, at 6:24 PM, George Hall <george.hall@sportblx.com> wrote:

I am the only one still here mike   You met Joe and Henry and invested even after I told you not too   Well they are both gone   And I can't seem to find anyone else to work on it   So despite the fact that I have been attempting to save t  hi is through a capital raise you want to be antagonistic   So be it

Sent from my iPhone

Confidential – Subject to Protective Order     SPORTBLX0172525

On Oct 18, 2021, at 6:01 PM, Michael Salerno <msalerno@nppg.com> wrote:

I ll let u know what schedule permits.

The fate of company will be as it has been- manipulated by you.

Cordially,

Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC

**N**ATIONAL **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

494 Sycamore Ave.
Shrewsbury, NJ 07702
Phone: (732) 758-1577 ext. 239
www.nppg.com


On Oct 18, 2021, at 5:25 PM, George Hall <george.hall@sportblx.com> wrote:

Discussion would be about other issues.   If you don't want to have it then the fate of the company is sealed.

Sent from my iPad


On Oct 18, 2021, at 5:20 PM, Michael Salerno <msalerno@nppg.com> wrote:

 You made  a comment that I don't  have  a right to the information yet fail to express why.  What are you going to tell me that you cant email me.

**From:** George Hall <george.hall@sportblx.com>
**Sent:** Monday, October 18, 2021 5:16 PM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** Re: <no subject>

You should call me

Sent from my iPhone



On Oct 18, 2021, at 5:05 PM, Michael Salerno <msalerno@nppg.com> wrote:

There is nothing in the text about why you think I am not entitled to this information.

Confidential – Subject to Protective Order                                                                                              SPORTBLX0172526

**From:** George Hall <george.hall@sportblx.com>
**Sent:** Monday, October 18, 2021 3:22 PM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** Re: <no subject>

Look at the text I sent you before

Sent from my iPhone

On Oct 18, 2021, at 2:33 PM, Michael Salerno <msalerno@nppg.com> wrote:

Yes , email me as I would like to know why you don't think I am entitled to this information.

**From:** George Hall <george.hall@sportblx.com>
**Sent:** Monday, October 18, 2021 9:49 AM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** <no subject>

I am in of your letter receipt.   I do not believe you are entitled the information requested.   If you retain counsel the company would be happy to share the I am happy to discuss if you would like to speak.

On a separate note the company is attempting to raise capital at the current time.   If you want to pursue any frivolous legal action , as you have done in the past, you will jeopardize the capital raise, and the company will have to be liquidated.   Or instead, you could help the company if you chose to do so.  I am free to discuss anytime.
DISCLAIMER: Sport-BLX, Inc. makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Sport-BLX, Inc. and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Sport-BLX, Inc. and is not intended for non-professional investors.

Confidential – Subject to Protective Order                                                                                              SPORTBLX0172527