**From**: George Hall [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1A5937415DC74D6BBCC21F8EABB87B54-GEORGE.HALL]
**Sent**: 10/20/2021 5:29:38 PM
**To**: Michael Salerno [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3aae7b269544903a85c7781514f3b10-Michael Sal]

```
Board had a meeting today   Unanimous agreement that we can't go forward with a public capital raise with
allegations of "siphoning"    Pass on whatever evidence you think you have to the board.   I'm the
meantime the company is out of cash and only one employee remains  temporarily    If you have interest
in the software please express it to the board

Sent from my iPhone
```

Confidential – Subject to Protective Order                                                                                                    SPORTBLX0172540