**From**: George Hall [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1A5937415DC74D6BBCC21F8EABB87B54-GEORGE.HALL]
**Sent**: 10/21/2021 10:31:00 AM
**To**: Michael Salerno [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3aae7b269544903a85c7781514f3b10-Michael Sal]

```
Please forward any evidence of "siphoning " directly to the board
Sent from my iPhone
```

Confidential – Subject to Protective Order                                                                                    SPORTBLX0172541