| | |
|---|---|
| **From**: | George Hall [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1A5937415DC74D6BBCC21F8EABB87B54-GEORGE.HALL] |
| **Sent**: | 11/12/2021 11:48:52 AM |
| **To**: | Michael Salerno [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3aae7b269544903a85c7781514f3b10-Michael Sal] |

As I said, I forwarded on your comments to all of the board members and I assume you have been in touch with them to share specifics     I have also started to alert shareholders to your allegations  Some of them may reach out to you for specifics    They have also been made aware that there is no way we can raise capital as planned    Again I wait for evidence of a proper purpose for books and records demand.    Financials are available subject to certain conditions.

Sent from my iPhone

Confidential – Subject to Protective Order    SPORTBLX0172592