| | |
|---|---|
| Subject: | SportBLX Board Call |
| Start: | Tuesday, September 10, 2019 3:30 PM EDT |
| End: | Tuesday, September 10, 2019 4:30 PM EDT |
| Location: | https://zoom.us/j/233789159 |
| Show Time As: | Tentative |
| Organizer: | Joseph De Perio |
| Attendees: | George Hall, Michael Salerno, franruch@clinton.com, Daniel Strauss |

Joseph De Perio is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://zoom.us/j/233789159

One tap mobile
+16465588656,,233789159# US (New York)
+17207072699,,233789159# US (Denver)

Dial by your location
    +1 646 558 8656 US (New York)
    +1 720 707 2699 US (Denver)
Meeting ID: 233 789 159
Find your local number: https://zoom.us/u/alj1c8UWM

DISCLAIMER: Sport-BLX, Inc. makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Sport-BLX, Inc. and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Sport-BLX, Inc. and is not intended for non-professional investors.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

GBE_0011466