# EXHIBIT 64
# [FILED UNDER SEAL]
# CYPRESS_0001194