MINUTES OF THE SPECIAL MEETING
OF THE BOARD OF DIRECTORS
OF SPORT-BLX, INC.

July 13, 2019

The Board of Directors (the "*Board*") of Sport-BLX, Inc. (the "*Corporation*") held a special meeting (the "*Meeting*") on Thursday, July 12, 2019 commencing at approximately 5:30 pm Eastern Time pursuant to notice duly given to each director.

The following directors of the Corporation, constituting a quorum, were present at the Meeting:

    George E. Hall, Executive Chairman
    Joseph A. De Perio
    Francis A. Ruchalski

Also present at the Meeting was Daniel Strauss, Chief Executive Officer of GlassBridge Enterprises, Inc., (*"GlassBridge"*) a shareholder of the Corporation.

Unable to attend the Meeting was Michael Salerno.

Mr. Hall presided at the Meeting.

Mr. De Perio served as Secretary of the Meeting.

The Chairman reported that notice of the meeting was waived by each director present in accordance with the Corporation's Articles of Incorporation, that a quorum was present and that the meeting was open.

### Board Appointment

Mr. Hall lead a discussion on the appointment of Daniel A. Strauss to the Board pursuant to a letter agreement between the Corporation and GlassBridge dated January 4, 2019. Upon a motion that was duly made and seconded, the directors present voted unanimously to appoint Mr. Strauss to the Board.

### Office Space

Mr. Hall lead a discussion on the Corporation's current and expected office space needs. The Board discussed various options and asked questions to Mr. Hall and Mr. De Perio. Mr. De Perio noted that the Corporation was incurring monthly rent expense consistent with the financial model presented to investors, but further noted, there was an anticipated need for more space in the future. Mr. De Perio also noted that the current headcount in the NYC office was at present 13 payed employees and 6 unpaid interns. In addition, Mr. De Perio added that space was required to accommodate (i) numerous consultant and unpaid development personnel all who use both the workspace and meeting space for activities benefitting the Corporation, (ii) meetings with potential investors, both debt and equity, for offerings and the holding company, and (iii) an expected increase in salesforce personnel given the upcoming release of share offerings. Mr. Hall agreed to present a proposal to the Board in the near-term, and the shareholders of the Corporation for their approval soon thereafter. Such proposal would consider

Confidential – Subject to Protective Order    SPORTBLX00021294

the cost, the need for more space due to continued growth and the need to have appropriate meeting space for meetings with premier professional athletes, their agents, their wealth managers and families.

## Option Plan

Mr. Hall lead a discussion regarding the proposed employee option plan of the Corporation. Mr. De Perio stated that an employee option plan was critical for the retention and recruitment of key executives and employees of the Corporation. Mr. De Perio stated that a draft option plan would be circulated to the Board and discussed the appropriateness of having a shareholder vote to approve the plan.

## Shareholder Meeting

Mr. Hall lead a discussion regarding a proposed upcoming shareholder's meetings. The Board resolved to seek a date in the future to have such a meeting.

Thereafter, being no further business before the Board. The Meeting adjourned at 6:00 p.m.

_____
George E. Hall, Executive Chairman

ATTEST:

_____
Joseph A. De Perio, President and Secretary

Confidential – Subject to Protective Order                                    SPORTBLX00021295