# GLASSBRIDGE PROXY CARD

**PROXY OF STOCKHOLDERS OF SPORT-BLX, INC. (THE "COMPANY") IN CONNECTION WITH THE COMPANY'S 2019 ANNUAL MEETING OF STOCKHOLDERS:**

**THIS PROXY SOLICITATION IS BEING MADE BY GLASSBRIDGE ENTERPRISES, INC.**

**THIS SOLICITATION IS BEING MADE BY CLINTON AND THE NOMINEES, NOT ON BEHALF OF THE BOARD OF DIRECTORS OF THE COMPANY (THE "BOARD")**

The undersigned appoints Daiana Sersea, Secretary of GlassBridge Enterprises, Inc., and attorneys and agents with full power of substitution to vote all shares of common stock, par value $0.01 per share (the "Common Stock"), of the Company, which the undersigned would be entitled to vote if personally present at the Annual Meeting of Stockholders of the Company.

The undersigned hereby revokes any other proxy or proxies heretofore given to vote or act with respect to the shares of Common Stock held by the undersigned, and hereby ratifies and confirms all action the herein named attorneys and proxies, their substitutes, or any of them may lawfully take by virtue hereof. If properly executed, this proxy will be voted as directed in the discretion of the herein named attorneys and proxies or their substitutes with respect to any other matters as may properly come before the Annual Meeting that are unknown to GlassBridge a reasonable time before this solicitation.

**IF NO DIRECTION IS INDICATED WITH RESPECT TO THE PROPOSALS, THIS PROXY WILL BE VOTED "FOR ALL NOMINEES" PURSUANT TO PROPOSAL 1, "FOR" PROPOSAL 2, "FOR" PROPOSAL 3, AND "FOR" PROPOSAL 4.**

This proxy will be valid until the sooner of one year from the date indicated on the reverse side and the completion of the Annual Meeting.

1. The election of Cesar A. Baez, Joseph A. De Perio, George E. Hall, Francis A. Ruchalski, Christopher Johnson, Harlan Simon, and Daniel A. Strauss to serve as directors on the Board.

| [X] For All Nominees | [ ] Withhold Authority to Vote for all Nominees | [ ] For all Nominees Except |
|---|---|---|

**INSTRUCTIONS:** IF YOU DO NOT WISH YOUR SHARES OF COMMON STOCK TO BE VOTED "FOR" A PARTICULAR NOMINEE, MARK THE "FOR ALL NOMINEES EXCEPT" BOX AND WRITE THE NAME(S) OF THE NOMINEE(S) YOU DO NOT SUPPORT ON THE LINE BELOW. YOUR SHARES OF COMMON STOCK WILL BE VOTED FOR THE REMAINING NOMINEE(S).

_____

_____

18559917.2
233797-10008

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GBE_0015701

2. To approve the Company's Proposal 2 for an amendment to the Company's Certificate of Incorporation, as amended, to increase the number of authorized shares of the Company's common stock, $.001 par value per share to 2,000,000.

   [X] FOR      [ ] AGAINST      [ ] ABSTAIN

3. To approve the Company's Proposal 3 for the Company's 2019 Employee Stock Plan.

   [X] FOR      [ ] AGAINST      [ ] ABSTAIN

4. To approve the Company's Proposal 4 to adjourn or postpone the Annual Meeting, if requested by the Chairman of the Board.

   [X] FOR      [ ] AGAINST      [ ] ABSTAIN

**IN ORDER FOR YOUR PROXY TO BE VALID, IT MUST BE DATED.**

Date: DECEMBER 20th, 2019

Signature: [signed]

Signature (if held jointly): ___

Name of Stockholder: GLASSBRIDGE ENTERPRISES, INC.

Name of Stockholder (if held jointly): ___

Title(s) (if an entity): SECRETARY

Please sign exactly as name appears on stock certificates. When shares of Common Stock are held by joint tenants, both should sign. In case of joint owners, EACH joint owner should sign. When signing as attorney, executor, administrator, trustee, guardian, corporate officer, etc., give full title as such.

18559917.2
233797-10008

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GBE_0015702