

# SPORTS ASSET INVESTMENT FUND

March 2019

DRAFT – NOT FOR DISTRIBUTION

Confidential – Subject to Protective Order

SPORTBLX0147958

# SPORTS ASSET INVESTMENT FUND

A fund created to seek short-term gains, recurring income and long-term capital appreciation from investing in unique sports assets. **Unique sports assets can be an equity interest in a professional sports team or a revenue share interest in an individual's earnings.**

The Fund has an advantageous affiliation with SPORTBLX, an exciting, revolutionary financial technology company which has developed a marketplace for fans and investors to buy digital shares of their favorite sports assets. The Fund will benefit from (i) the origination of new assets by SPORTBLX and (ii) the liquidity/exit options of the public marketplace to provide crowdsourced funding at the highest price.

.

Confidential – Subject to Protective Order

SPORTBLX0147959



## Seeking Uncorrelated Absolute Return from Unique Sports Assets

The sports assets have (i) fixed income characteristics from high credit quality due to limited counterparty risk and the prevalence of guaranteed contracts and (ii) equity characteristics derived from variances in player performance.  The Fund will benefit from active management of these securities and the liquidity/exit options from the unique relationship with SPORTBLX.

Confidential – Subject to Protective Order

SPORTBLX0147960

# MARKET OPPORTUNITY

―――



**TAM**

Athletes: All current global athlete lifetime earnings both on and off-field (endorsements are estimated to be 20% of on-field contracts)

Teams: Current valuation of top 100 global sports teams

**SAM**

Athletes: On-field tokenizable contract earnings of athletes in top tier leagues.   Estimates that 15% of on-field earnings are tokenizable

Teams:  Estimated that 15% of club ownership is assumed to be tokenizable



$257 Billion

$34 Billion

Total Addressable Market ("TAM")    Serviceable Addressable Market ("SAM")

Source:  Industry data synthesized by Consensys Solutions.

Strictly Confidential. Not for Distribution.  |  4

Confidential – Subject to Protective Order

SPORTBLX0147961

# PLAYER SALARIES CONTINUE TO INCREASE

Athletes have been making more money every year. Players in team sports such as Basketball, Baseball, Football, Hockey, and Soccer make over $20 billion today compared to $16 billion five years ago, a compound annual growth rate of 6%.



Salaries in the NBA have increased the most among team sports in the past five years. The total salary for the 2014/15 season was just under $2 billion, and today, it is over $3.4 billion, growing at 14% per annum.



Similarly, salaries in the NFL have grown dramatically totaling $3.3 billion in 2014/15 increasing to $4.9 billion in 2018/19, a 10% growth rate per annum.

Individual sports purses and winnings are also increasing. In 2018, Formula 1 paid out $921 million in total prize money, while the PGA paid over $370 million.



Source: Global Sports Salaries, pgatour.com, and crash.net.

Strictly Confidential. Not for Distribution. | 5

SPORTBLX0147962

# SPORTS TEAMS CONTINUE TO EXPERIENCE EXTRAODINARY VALUE CREATION

Since 2000,  the value of sports teams has grown rapidly, especially in the "Big Four" sports leagues in the United States.  The total valuation of the teams has risen from $30.6 billion in 2000 to $199.9 billion in 2018, a compound annual growth rate of 11%.



 Value creation of teams has a direct positive correlation with athletes' earnings.

 Since 2010, the NBA and NFL total team value has increased 21% and 16% per annum, respectively.

 Experts believe that legalization of sports gambling will demonstrably increase franchise value

 Global soccer teams and leagues are more progressive on ownership models today.  We believe the trend for the "Big Four" to adapt has momentum

Source:  Includes NBA, NFL, NHL and MLB.  NFL data from Statista.  NBA, NHL and MLB fata from *Forbes* and Sports Facility Reports.

Strictly Confidential. Not for Distribution.  |  6

SPORTBLX0147963

# WHY WOULD AN ATHLETE DO THIS?

We can design a transaction tailored for the athlete's needs while still delivering value to the our fund investors.



Enhanced fan engagement
Globalization of brand
Opens corporate sponsorship
Diversifies revenue
Data harvesting



De-risking transaction
Downside protection from poor
    performance  or injury



A portion or all of the capital received can
    be re-invested in an advantageous way
Tax advantages



The Fund will also prioritize the betterment of the athlete's long-term financial position.  We will have a number of wealth managers available for the athletes and would endeavor to give back a portion of our fund manger economics for social benefit programs for the athletes.

Strictly Confidential. Not for Distribution.  | 7

SPORTBLX0147964

# AN ATHLETE CAN REDEFINE HIS/HER PLACE IN THE MARKET

**Create a Lifestyle Brand**
Michael Jordan
Roger Federer

**Own a Sports Team**
Serena/Venus
Michael Jordan

**Give Back**
Larry Fitzgerald
Warrick Dunn







**Invest in Tech VC**
Kobe Bryant
Steph Curry
Derek Jeter

**Be a Real Estate Mogul**
Magic Johnson
Emmitt Smith

Strictly Confidential. Not for Distribution.  |  8

# INVESTMENT CASE STUDY: TOP 5 NBA DRAFT PICKS FROM '02-'14

We examined the top 5 picks in each of the NBA drafts from 2002 through 2014. We indexed the players' salaries against the salary cap for each year to normalize for inflation, and then re-calculated the earnings appreciation as if everyone was drafted in year 1.

 **Variability**
The cumulative earnings for the data set vary from the average of $118 million to the top decile $171 million and bottom decile of $42 million.

 **Fixed Income**
Early in the career, a securitization of the earnings stream resembles a bond with a tight range of cash flow outcomes.

 **Equity**
Later in the career, after a rookie contract, a securitization of the earnings stream resembles equity with varied outcomes.



Source: Hoops Hype and Basketball Reference.

Strictly Confidential. Not for Distribution.  | 9

SPORTBLX0147966

# INVESTMENT CASE STUDY: PRICING THE REVENUE SHARE INTEREST



**COMPARABLE PLAYERS ANALYSIS**

For every player, we will model comparable players based on their position on the court, draft position, general statistics and sabermetrics.

**LEAGUE AND MARKET FACTORS**

We look at salary cap models, factor in inflation, and predict allocations to players under the CBAs

**IDIOSYNCRATIC FACTORS**

For every player, we will consider factors like their age, skill level, the team they play on, and model different scenarios for their career.



**EARNINGS MODELS AND PRICING MODELS**

The summary earnings model cumulates all the variables in the backup analyses. The pricing models ascertain risk and come up with net present value calculations for various scenarios. We will use a number of quantitative and machine learning strategies to optimize.

Strictly Confidential. Not for Distribution. | 10

SPORTBLX0147967

# INTRODUCING:





SPORTBLX has designed an ecosystem for structured digital share offerings backed by unique sports assets and a digital marketplace.

Fans and investors can buy and trade a fractional interest (revenue share in the earnings of the professional athletes or equity in a team or asset) in something they love and take part in the value creation that comes with success in sports.

Strictly Confidential. Not for Distribution.  |  11

Confidential – Subject to Protective Order

# The Fund's relationship with SPORT BLX is a gamechanger

Investment Funds' biggest concerns are addressed: (i) origination at a fare price and (ii) exits and monetization at the full price.  The relationship should  also bend the cost curve on fund manager economics.

ORIGINATION



EXIT / LIQUIDITY OPTIONS



Strictly Confidential. Not for Distribution.  | 12

SPORTBLX0147969



Confidential – Subject to Protective Order

SPORTBLX0147970

# FUND INVESTMENT OPTIONS

## Buy and Sell to Public



The Fund could provide the initial risk capital to close the transaction with the athlete and subsequently sell its interest to retail on the SPORTBLX platform.

The Fund would benefit from "Bridge Economics" or "Bought Deal Economics" to add to its return profile.



## Buy and Hold

The Fund could hold income producing assets or those long-term value appreciation prospects.

## Buy, Season and Sell



Rather than just buying the position at the onset and selling the position in its entirety, the Fund could opportunistically sell interests in the short-term and medium-term and recycle the capital to the next opportunity.

Increasing the velocity of the money leads to higher overall equity returns.

Confidential – Subject to Protective Order

SPORTBLX0147971

# SYNERGIES



Investment Fund

### INCREASE EXECUTION POTENTIAL

SPORTBLX, equipped with a well-funded partner can act decisively with players in negotiations and remove the market risk for players.

### CROWDSOURCED LIQUIDITY AT THE HIGHEST PRICE

Fans and investors all over the world will ensure the best pricing for unique sports assets on the SPORTBLX platform.  Given the scarcity of the assets and the fans' utility of owning something they love (in addition to an expectation of a return, the Fund will have pre-wired liquidity options.

### ENHANCED ANALYTICS

Both parties can collaborate and share best practices on modeling, quantitative analysis and application of machine learning technologies.

### MARKET MAKING

The Fund can act as a de facto market maker with merchant activities on the SPORTBLX platform.  SPORTBLX users benefit from better execution and smoother bid/ask spreads.

Confidential – Subject to Protective Order

SPORTBLX0147972

JD: to update

About our company

# INVESTMENT TEAM

### X [ ]

Donec sed odio dui. Mantis sed posuere consectetur est at pod lobortis. Aenean eu leo quam.

### D [ ]

Donec sed odio dui. Mantis sed posuere consectetur est at pod lobortis. Aenean eu leo quam.

### S [ ]

Donec sed odio dui. Mantis sed posuere consectetur est at pod lobortis. Aenean eu leo quam.

### O [ ]

Donec sed odio dui. Mantis sed posuere consectetur est at pod lobortis. Aenean eu leo quam.

### ; [ ]

Donec sed odio dui. Mantis sed posuere consectetur est at pod lobortis. Aenean eu leo quam.

### , [ ]

Donec sed odio dui. Mantis sed posuere consectetur est at pod lobortis. Aenean eu leo quam.

Drop Image Here

Confidential – Subject to Protective Order

SPORTBLX0147973



TARGET SIZE

$800 million to $1 billion.

FEES

Management fee of 2% and Incentive fee of 20%.

TERM

5 year investment period.

NEXT



Confidential – Subject to Protective Order

SPORTBLX0147974

# DISCLAIMER

In general. This disclaimer applies to this document and the verbal or written comments of any person presenting it. This document, taken together with any such verbal or written comments, is referred to herein as the "Presentation." The information contained in this Presentation is provided for informational purposes only, is not complete, and does not contain certain material information about the Sport-BLX, Inc. and Clinton Group, Inc., including important disclosures and risk factors. No representation or warranty is made concerning the completeness or accuracy of this information. To the extent that you rely on the Presentation in connection with an investment decision, you do so at your own risk.

No offer to purchase or sell securities. This Presentation does not constitute an offer to sell, or the solicitation of an offer to buy, and may not be relied upon in connection with the purchase of any security, including an interest in or shares of Sport-BLX, Inc. and its affiliates (collectively, "Sport-BLX"). Any such offer would only be made to qualified investors by means of Sport-BLX's offering documents (i.e., stock purchase agreement).

No tax, legal, accounting or investment advice. The Presentation is provided for illustration and discussion purposes only and is not intended to provide, and should not be relied upon for, tax, legal, accounting or investment advice or as a recommendation to purchase or sell an interest in Sport-BLX. Before making any investment, you should thoroughly review the related documents with your financial and tax advisor to determine whether an investment in Sport-BLX is suitable for you.

Confidentiality. This Presentation is confidential and is the property of Sport-BLX. It is intended only for the use of the person to whom it is given and may not be reproduced or redistributed in any form. By accepting or reading any portion of the Presentation, you agree that you will treat the Presentation confidentially. Sport-BLX expressly prohibits any redistribution of the Presentation without its prior written consent. The Presentation is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use is contrary to law, rule or regulation.

Risk of loss. An investment in the Sport-BLX will be highly speculative, and there can be no assurance that the company's objectives will be achieved. Investors must be prepared to bear the risk of a total loss of their investment

For more information, contact Joseph A. De Perio at jad@sportblx.com.

Confidential – Subject to Protective Order

SPORTBLX0147975

# APPENDIX — NATURE OF SPORTS CONTRACTS

| League | Rookie Contracts | Free Agency | Salary Cap | Contract Guarantees |
|---|---|---|---|---|
| NFL | • Rookie contracts are scaled based on draft selection<br>• All contracts a 4 years, and first round picks have an option for a 5th year<br>• Contract guarantees are scaled based on draft selection | • If a player's contract ends after 3 seasons, he become a restricted free agent<br>• Players with 4 or more accrued seasons can become unrestricted free agents<br>• Unrestricted free agents can be "franchise tagged" 3 times; the franchise tag is a 1 year contract worth the greater of the average salaries of the Top 5 contracts at the player's position or 120% of the player's previous salary | • "Hard" salary cap – teams may not exceed the upper limit<br>• Teams must also spend more than the lower limit<br>• Salary cap is a function of revenue and changes yearly | • Guaranteed money is negotiated between the player and the team<br>• Guarantees for rookies are slotted by draft pick |
| NBA | • Rookie contracts are scaled based on draft selection<br>• For 1st-round picks, two years are guaranteed with an additional two team option years (must submit Qualifying Offer in 5th year to retain player's rights)<br>• 2nd round contracts are not generally guaranteed | • Restricted free agents: 4th-year players who are submitted a qualifying offer, veterans with 3 or fewer years of experience, players coming off two-way contracts<br>• All other free agents are unrestricted | • "Soft" salary cap – teams can exceed the salary cap in certain circumstances<br>• These circumstances include: re-signing current players, mid-level exception free agent, signing rookies, minimum contracts, players with year-long injuries<br>• Salary cap is a function of revenue | • Veteran contracts are generally fully guaranteed (must specifically negotiate clauses for lack of skill, death, basketball-related injury, mental disability)<br>• First-round rookies are guaranteed two years of salary<br>• All other rookies do not receive guarantees unless otherwise specified |
| NHL | • Rookie contracts are for 3 years with a maximum annual salary of $925,000<br>• Maximum signing bonus = 10% of salary<br>• Maximum performance bonuses = $2,850,000 | • A player is unrestricted if they are over age 27 or have played at least 7 seasons (must play at least 10 games for a season to count)<br>• All other free agents are restricted | • "Hard" salary cap<br>• Teams must also spend more than the cap "floor"<br>• Salary cap is a function of revenue | • One-way contracts (given to established players): the player is paid the same amount in the NHL or the minors<br>• Two-way contracts (rookies and borderline players): the player is paid different salaries if they are in NHL or the minors<br>• Only salaries can be bought out; ex-bonuses<br>• For players bought out under age 26, they are paid 1/3 of salary over 2x the remaining years<br>• For players bought out at 26 or older, they are paid 2/3 the remaining salary over twice the remaining years |
| MLB | • Players with 0, 1, or 2 years of "service time" (on MLB roster for at least 172 of 187 regular season days) generally make around the league minimum | • Players with 3, 4, or 5 years of "service time" are eligible for arbitration; the team retains a player's rights for these years<br>• Players with 6 or more years of "service time" are unrestricted | • No salary cap or salary floor<br>• "Luxury tax" – if a team spends more than a certain threshold, they must pay a penalty<br>• Luxury tax penalties: 20% on all overages in in year 1, 30% in year 2, and 50% in year 3 or later<br>• The luxury tax penalty resets if a team goes below the threshold | • Major league contracts are fully guaranteed<br>• Players on minor league contracts earn a prorated portion of their major league salary for each day they are on the major league roster |

Strictly Confidential. Not for Distribution.   |   19

SPORTBLX0147976