**From:** Michael Salerno
**Sent:** Tuesday, August 13, 2019 8:03 AM EDT
**To:** George Hall <george.hall@clinton.com>
**Subject:** Re:

George, I too believe our recent interaction is moving the relationship in a better direction. I am hoping we can discuss all these matters at tomorrow's meeting.


Cordially,

Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239
www.nppg.com

On Aug 12, 2019, at 10:01 PM, George Hall <george.hall@clinton.com> wrote:


Mike, I had hoped out most recent conversations would lead to more productive interaction. I read your email to Joe. The meetings were consistent with the corporate by laws and you had an opportunity to participate. You were unfortunately not reachable. However a quorum was present, the meeting was valid and the minutes were distributed as you see. We also decided that certain issues may be taken directly to shareholders and we intend to have a shareholder meeting in the near future. Everything was done in an appropriate fashion. Happy to discuss more at the next board meeting. Separately, we need to have answers for FINRA on the ownership of cypress or we will have to make some modifications to our application. I trust that you will provide the information by the board meeting. Thanks. George

Sent from my iPhone
--


Disclaimer



Clinton Group makes
every effort to use reliable
information, but cannot make any representation to
the accuracy or
completeness of the information in this email or items attached
to this
email. The recipient should note that any disclaimers presented in
the
attachments are construed to be part of the content transmitted in the body

of the email. Do not expect us to inform
you if the information contained
herein changes or is updated. We do not
accept any liability relating to
this information, its completeness or
timeliness. This email and the
information contained in it and attached to it
is not an offer to buy or
sell (nor a solicitation of a proposal to buy or
sell) securities, funds or
any financial instrument. Any such offer or solicitation
may be made only
by delivery of a private placement memorandum and other
offering documents.

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**                                                                                       CYPRESS_00001657

Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future

performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**                                                                                           **CYPRESS_00001658**