UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————— x

CYPRESS HOLDINGS, III, L.P., individually
and derivatively on behalf of SPORT-BLX,
INC.,

                                    Plaintiff,

            v.                                          Civil Action No. 1:22-cv-1243-LGS

GEORGE HALL, JOSEPH DE PERIO,
DANIEL STRAUSS, FRANCIS
RUCHALSKI, CESAR BAEZ,
CHRISTOPHER JOHNSON, SPORT-BLX,
INC., SPORT-BLX SECURITIES, INC.,
CLINTON GROUP INC., and
GLASSBRIDGE ENTERPRISES, INC.,

                                    Defendants.
———————————————————— x

Wylie Stecklow, being an attorney duly admitted to practice before this court, affirms and
declares under the penalties of perjury, the following:

1. Attached hereto as Exhibit 1 is a true and accurate copy of a document with a bates stamp
   SPORTBLX00018535.

2. Attached hereto as Exhibit 2 is a true and accurate copy of a document with a bates stamp
   CYPRESS_00003165; and attached hereto as Exhibit 4 is a document with a bates stamp
   CYPRESS_00003456-3457.

3. Attached hereto as Exhibit 3 is a true and accurate copy of the Day 1, May 1, 2023
   deposition transcript of Michael Salerno. See pages 22:20-23:10.

4. Attached hereto as Exhibit 3 is a true and accurate copy of the Day 1, May 1, 2023
   deposition transcript of Michael Salerno. See pages 32:3-7; 32:20-33:16.

5. Attached hereto as Exhibit 3 is a true and accurate copy of the Day 1, May 1, 2023
   deposition transcript of Michael Salerno. See pages. 23:24-24:4; 34:19-35:1; 36:8-10;
   38:4-7.

6. Attached hereto as Exhibit 4 is a document with a bates stamp CYPRESS_00003456-
   3457; and attached hereto as Exhibit 79 is a Form D for Cypress Holdings III dated 2018-
   12-13.

135.    Attached hereto as Exhibit 34 is a true and accurate copy of a document with a bates stamp of SPORTBLX0266070; and attached as Exhibit 77 is a true and accurate copy of a document with a bates stamp of SPORTBLX0284468-69.

136.    Attached hereto as Exhibit 34 a is a true and accurate copy of a document with a bates stamp of SPORTBLX0266070; and attached as Exhibit 7 is a true and accurate copy of a document with a bates stamp of SPORTBLX0284468-69.

Dated: New York, New York
        November 22, 2024

WYLIE STECKLOW PLLC

Wylie Stecklow, Esq.
Jon Avins, Esq.
Carnegie Hall Tower
152 W. 57th Street, 8th Floor
New York, NY 10019
(212) 566 8000
ECF@WylieLAW.com

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**