

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

December 3, 2024

**BY ECF**
The Honorable Ona T. Wang
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Cypress Holdings, III, L.P. v. Hall*, No. 1:22-cv-1243 (LGS)

Dear Judge Wang:

We represent Sport-BLX, Inc. ("Sport-BLX"), Sport-BLX Securities, Inc. ("Sport-BLX Securities"), Clinton Group, Inc. ("Clinton Group"), and George Hall, (together the "Sport-BLX Parties") in the above-referenced action. I write today with the consent of all parties. Due to a calendaring error, I am unavailable for tomorrow's scheduled call with the Court. We are respectfully requesting that the call be adjourned until the afternoon of December 17, 2024, when we understand the Court has availability.

Respectfully submitted,

/s/ Wylie Stecklow

Wylie Stecklow