UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————— x

CYPRESS HOLDINGS, III, L.P., individually
and derivatively on behalf of SPORT-BLX,
INC.,

                Plaintiff,                Civil Action No. 1:22-cv-1243-LGS

v.                               *related case*:
                                                      Civil Action No. 1:22-cv-8111-LGS

GEORGE HALL, JOSEPH DE PERIO,
DANIEL STRAUSS, et al.

                Defendants.             **NOTICE OF MOTION**
——————————————————————— x

      PLEASE TAKE NOTICE that upon the Declaration of Wylie M. Stecklow, dated December 3, 2024, and exhibits annexed thereto; the accompanying Memorandum of Law, December 3, 2024; the accompanying Supplemental Brief of Defendants GlassBridge Enterprises, Inc., Daniel Strauss and Francis Ruchalski; Defendants' Statement of Undisputed Facts pursuant to Local Rule 56.1; and all pleadings and proceedings previously had herein, Defendants Sport-BLX, Inc. ("Sport-BLX"), Sport-BLX Securities, Inc. ("Sport-BLX Securities"), Clinton Group, Inc. ("Clinton Group"), George Hall, Cesar Baez, Joseph De Perio, and Christopher Johnson (together the "Sport-BLX Parties"), Defendants GlassBridge Enterprises, Inc., Daniel Strauss and Francis Ruchalski, Defendants in this Action, will move before the Honorable Lorna G. Schofield, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York at a date and time to be determined by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure: (i) dismissal of all claims asserted by Cypress in this Action No. 1:22-cv-1243.

Dated: New York, New York
December 3, 2024

                                             WYLIE STECKLOW PLLC

                                             /s/ Wylie Stecklow

                                             Wylie Stecklow, Esq.
                                             Jon Avins, Esq.
                                             Carnegie Hall Tower
                                             152 W. 57th Street, 8th Floor
                                             New York, NY 10019
                                             (212) 566 8000
                                             ECF@WylieLAW.com