UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x
CYPRESS HOLDINGS, III, L.P., individually
and derivatively on behalf of SPORT-BLX,
INC.,

                          Plaintiff,

    v.                                          Civil Action No. 1:22-cv-1243-LGS

GEORGE HALL, JOSEPH DE PERIO,
DANIEL STRAUSS, FRANCIS
RUCHALSKI, CESAR BAEZ,
CHRISTOPHER JOHNSON, SPORT-BLX,
INC., SPORT-BLX SECURITIES, INC.,
CLINTON GROUP INC., and
GLASSBRIDGE ENTERPRISES, INC.,

                          Defendants.
───────────────────────────────── x

Wylie Stecklow, being an attorney duly admitted to practice before this court, affirms and declares under the penalties of perjury, the following:

1. Attached hereto as Exhibit 1 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX00018535.

2. There is no Exhibit 2.

3. Attached hereto as Exhibit 3 is a true and accurate copy of pages from Day 1, May 1, 2023 deposition transcript of Michael Salerno.

4. Attached hereto as Exhibit 4 are true and accurate copy of pages from a document starting at Bates stamp CYPRESS_00003456-3457.

5. Attached hereto as Exhibit 5 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX00028976.

6. Attached hereto as Exhibit 6 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX00000016.

7. Attached hereto as Exhibit 7 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX00028990.

8. Attached hereto as Exhibit 8 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX00018153.

9. Attached hereto as Exhibit 9 is a true and accurate copy of an audio recording with a Bates stamp of CYRESS_00000018.

10. Attached hereto as Exhibit 10 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0147230.

11. Attached hereto as Exhibit 11 are true and accurate copy of pages from a document starting at Bates stamp CYPRESS_00001539.

12. Attached hereto as Exhibit 12 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0139092.

13. Attached hereto as Exhibit 13 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0139093.

14. Attached hereto as Exhibit 14 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX00013008.

15. Attached hereto as Exhibit 15 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0283469.

16. Attached hereto as Exhibit 16 are true and accurate copy of pages from a document starting at Bates stamp CYPRESS_00001490.

17. Attached hereto as Exhibit 17 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX00050629.

18. Attached hereto as Exhibit 18 are true and accurate copy of pages from a document starting at Bates stamp CYPRESS_00000518.

19. Attached hereto as Exhibit 19 are true and accurate copy of pages from a document starting at Bates stamp DePerio0000021.

20. Attached hereto as Exhibit 20 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0100322.

21. Attached hereto as Exhibit 21 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0140202.

22. Attached hereto as Exhibit 22 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX 0264404.

23. Attached hereto as Exhibit 23 is a true and accurate copy of an audio recording with a Bates stamp of CYRESS_00000002.

24. Attached hereto as Exhibit 24 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0265497.

25. Attached hereto as Exhibit 25 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0283016.

26. Attached hereto as Exhibit 26 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX00013059.

27. Attached hereto as Exhibit 27 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX00015719.

28. Attached hereto as Exhibit 28 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX00046459.

29. Attached hereto as Exhibit 29 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0142787.

30. Attached hereto as Exhibit 30 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0142590.

31. Attached hereto as Exhibit 31 is true and accurate copy of an Excel spreadsheet with Bates stamp SPORTBLX00023177.

32. Attached hereto as Exhibit 32 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0284469.

33. Attached hereto as Exhibit 33 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0284465.

34. Attached hereto as Exhibit 34 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0266070.

35. Attached hereto as Exhibit 35 is a true and accurate copy of pages from Day 3, July 20, 2023 deposition transcript of Michael Salerno.

36. Attached hereto as Exhibit 36 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0264432.

37. Attached hereto as Exhibit 37 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0148243.

38. There is no Exhibit 38.

39. Attached hereto as Exhibit 39 are true and accurate copy of pages from a document starting at Bates stamp CYPRESS_00001194.

40. Attached hereto as Exhibit 40 are true and accurate copy of pages from a document starting at Bates stamp CYPRESS_00001431.

41. Attached hereto as Exhibit 41 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX00147934.

42. Attached hereto as Exhibit 42 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0147209.

43. Attached hereto as Exhibit 43 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX00048150.

44. Attached hereto as Exhibit 44 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0264436.

45. Attached hereto as Exhibit 45 are true and accurate copy of pages from a document starting at Bates stamp CYPRESS_00003112.

46. Attached hereto as Exhibit 46 are true and accurate copy of pages from a document starting at Bates stamp CYPRESS_00000029.

47. Attached hereto as Exhibit 47 are true and accurate copy of pages from a document starting at Bates stamp CYPRESS_00003379.

48. Attached hereto as Exhibit 48 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0172525.

49. There is no Exhibit 49.

50. Attached hereto as Exhibit 50 is a true and accurate copy of pages from Day 3, June 29, 2023 deposition transcript of George Hall.

51. Attached hereto as Exhibit 51 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0172540.

52. Attached hereto as Exhibit 52 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0172541.

53. Attached hereto as Exhibit 53 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX00001105.

54. Attached hereto as Exhibit 54 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0264438.

55. Attached hereto as Exhibit 55 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0172592.

56. Attached hereto as Exhibit 56 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0264418.

57. Attached hereto as Exhibit 57 are true and accurate copy of pages from Glassbridge Enterprises, Inc. Form 10-K SEC Filing for Fiscal Year 2021.

58. Attached hereto as Exhibit 58 are true and accurate copy of pages from the Expert Report of Dr. Mahdi Eslamimehr, PhD.

59. Attached hereto as Exhibit 59 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0260336.

60. Attached hereto as Exhibit 60 are true and accurate copy of pages from a document starting at Bates stamp GBE0000978.

61. Attached hereto as Exhibit 61 are true and accurate copy of pages from a document starting at Bates stamp GBE0001146.

62. Attached hereto as Exhibit 62 are true and accurate copy of pages from a document starting at Bates stamp CLINTON00033969.

63. Attached hereto as Exhibit 63 is a true and accurate copy of pages from Day 2, June 21, 2023 deposition transcript of George Hall.

64. Attached hereto as Exhibit 64 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0169975.

65. Attached hereto as Exhibit 65 is a true and accurate copy of pages from Day 1, June 14, 2023 deposition transcript of George Hall.

66. Attached hereto as Exhibit 66 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX00021294.

67. Attached hereto as Exhibit 67 are true and accurate copy of pages from a document starting at Bates stamp CLINTON00034105.

68. There is no Exhibit 68.

69. There is no Exhibit 69.

70. Attached hereto as Exhibit 70 are true and accurate copy of pages from a document starting at Bates stamp GBE10015466.

71. Attached hereto as Exhibit 71 are true and accurate copy of pages from a document starting at Bates stamp GBE0009062.

72. Attached hereto as Exhibit 72 are true and accurate copy of pages from a document starting at Bates stamp GBE0015714.

73. Attached hereto as Exhibit 73 are true and accurate copy of pages from a document starting at Bates stamp GBE0015693.

74. Attached hereto as Exhibit 74 are true and accurate copy of pages from a document starting at Bates stamp GBE0015701.

75. Attached hereto as Exhibit 75 are true and accurate copy of pages from a document starting at Bates stamp GBE0015689.

76. There is no Exhibit 76.

77. Attached hereto as Exhibit 77 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0284468.

78. Attached hereto as Exhibit 78 are true and accurate copy of pages from a document starting at Bates stamp SPORTBLX0147958.

79. Attached hereto as Exhibit 79 is a true and accurate copy of a Form D filed with the SEC by Plaintiff Cypress Holdings.

80. Attached hereto as Exhibit 80 are true and accurate copy of pages from a document starting at Bates stamp GBE007971.

81. There is no Exhibit 81.

82. There is no Exhibit 82.

83. Attached hereto as Exhibit 83 are true and accurate copy of pages from a document starting at Bates stamp CLINTON00033973

84. Attached hereto as Exhibit 84 are true and accurate copy of pages from a document starting at Bates stamp CLINTON00013754.

85. Attached hereto as Exhibit 85 are true and accurate copy of pages from a document starting at Bates stamp CLINTON00031376.

Dated: New York, New York
       December 3, 2024

                                       WYLIE STECKLOW PLLC

                                       _____
                                       Wylie Stecklow, Esq.
                                       Jon Avins, Esq.
                                       Carnegie Hall Tower
                                       152 W. 57th Street, 8th Floor
                                       New York, NY 10019
                                       (212) 566 8000
                                       ECF@WylieLAW.com