**Message**

| | |
|---|---|
| **To**: | Michael Salerno [msalerno@nppg.com]; George Hall [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3334a7bb79d242e79fc6fc74970e152c-George Hall] |
| **Subject**: | RE: SPORTBLX |
| **Attachments**: | SPORTBLX - SPA_Salerno_041119.docx |

Mike:

Please find enclosed a purchase agreement pursuant to your ROFO notice dated yesterday.

Regarding your desire for a meeting, I can do an update call addressing the items below on Friday, 4/19, anytime before noon or after 2 pm. Please let me know what may work and we can confirm it.

Thanks, Joe


Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@sportblx.com
(212) 377-4252


**From:** Michael Salerno <msalerno@nppg.com>
**Sent:** Thursday, April 11, 2019 9:33 AM
**To:** Joseph De Perio <joseph.deperio@sportblx.com>; George Hall <geh@clinton.com>
**Subject:** RE: SPORTBLX

GM George / Joe,

I would like to exercise my right to purchase my Pro Rata Share of the New Securities per paragraph 1.a of the side letter. Kindly, provide me with the cost of the additional investment, # of shares to be purchased, docs, etc…

Also, as we were communicating last week while I was traveling, we need to schedule first official or unofficial board meeting as I want an update as well as begin addressing things that need attention… how is sometime next week? If not just let me know some alternative dates and we will make something work…

- ConsenSys progress and timeline for launch
- Financial statement review and HR update
- Result of current fundraising efforts
- Pending Fund raising efforts and pipeline
- Rental agreement – market rent and address issue of self-dealing
- Create an executive dashboard for ongoing distribution to board members and appropriate advisors
- Pipeline for potential users and what can be done to assist with process
- List of athletes, horses, etc… (assets) that sport-blx has any economic interest or options.
- Whatever else we need to add to agenda we can do…

Cordially,