Message

| | |
|---|---|
| **From**: | Michael Salerno [msalerno@nppg.com] |
| **Sent**: | 8/9/2019 3:32:36 PM |
| **To**: | Joseph De Perio [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f8467f793a344ce9df2f976b4e41273-joseph.depe] |
| **Subject**: | Re: SportBLX |

We can discuss at the board meeting.

Cordially,
Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC
**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239
www.nppg.com

On Aug 9, 2019, at 2:22 PM, Joseph De Perio <joseph.deperio@sportblx.com> wrote:

> Mike – I wanted to follow-up again on the FINRA interrogatory on our shareholding. We are prepared to disclose beneficial ownership of all investment entities within our shareholding with the exception of Cypress.
> We would like your cooperation here to push forward the FINRA compliance to advance our business. If not, we will take structural steps with Sport-BLX, Inc. and our broker-dealer sub to make sure we are compliant.
> Joe
> Joseph A. De Perio
> Sport-BLX, Inc.
> 510 Madison Avenue, 9th Floor
> New York, NY 10022
> jad@sportblx.com
> (212) 377-4252
>
> **From:** Joseph De Perio
> **Sent:** Thursday, August 08, 2019 10:03 AM
> **To:** Michael Salerno <msalerno@nppg.com>
> **Subject:** RE: SportBLX
> Mike – Please find enclosed two sets of minutes from the last two board meetings.
> I also would like to follow-up on the beneficial owners of Cypress. We require this information for ongoing FINRA compliance and to advance our business.
> Joe
> Joseph A. De Perio
> Sport-BLX, Inc.
> 510 Madison Avenue, 9th Floor
> New York, NY 10022
> jad@sportblx.com
> (212) 377-4252

Confidential – Subject to Protective Order                                                                                           SPORTBLX00013008

**From:** Joseph De Perio
**Sent:** Monday, August 05, 2019 1:11 PM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** SportBLX

Mike-

As a matter of normal course with our FINRA review, they have asked us to note who the beneficial owners are of Cypress Holdings, the shareholder of record. Can you please advise so we can complete their interrogatories?

On the two board meetings, we will send you minutes tomorrow.

Thanks, Joe

Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@sportblx.com
(212) 377-4252

DISCLAIMER: Sport-BLX, Inc. makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Sport-BLX, Inc. and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Sport-BLX, Inc. and is not intended for non-professional investors.