Message
───────────────────────────────────────────────────────────────

| | |
|---|---|
| From: | George Hall [george.hall@clinton.com] |
| on behalf of | George Hall <george.hall@clinton.com> [george.hall@clinton.com] |
| Sent: | 12/16/2019 1:11:12 PM |
| To: | Michael Salerno [msalerno@nppg.com] |
| Subject: | Re: SportBLX |

Did I misinterpret this chain of emails?  I thought you wanted to discuss disclosure and re visiting  broker dealer options.  If not I don't think we need to have the board meeting Wednesday.

Sent from my iPhone


On Dec 16, 2019, at 7:25 AM, Michael Salerno <msalerno@nppg.com> wrote:

> This message was sent securely using Zix®

Geroge, I think that would make sense.

Cordially,

Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
 Red Bank, NJ 07701
 Phone: (732) 758-1577 ext. 239
 www.nppg.com

On Dec 13, 2019, at 1:40 PM, George Hall <george.hall@clinton.com> wrote:

> Michael, As we have said over the last few months an application to FINRA is not tenable given that we have not been able provide disclosure regarding the beneficial owners of SportBLX , namely Cypress.   As you know we have pivoted to a technology model, which we can effectuate without such disclosure.   If you are suggesting now that you are willing to make the required disclosures, I will gladly put it on the agenda for the next board meeting.  Joe will coordinate the schedule for the next board meeting     George
>
> Sent from my iPhone
>
>> On Dec 13, 2019, at 9:57 AM, Michael Salerno <msalerno@nppg.com> wrote:

Confidential – Subject to Protective Order                                                                                       SPORTBLX0283469