Message

| | |
|---|---|
| **From:** | George Hall [george.hall@clinton.com] |
| **Sent:** | 8/9/2019 5:57:07 PM |
| **To:** | Joseph De Perio [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f8467f793a344ce9df2f976b4e41273-joseph.depe] |
| **Subject:** | Fwd: Re: |

Sent from my iPhone

Begin forwarded message:

> **From:** Michael Salerno <msalerno@nppg.com>
> **Date:** August 9, 2019 at 5:41:05 PM EDT
> **To:** George Hall <george.hall@clinton.com>
> **Subject: Re:**

This message was sent securely using Zix®

Let's discuss as my concern is my estate plan structure which I am not inclined to make public.

Cordially,

Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239
www.nppg.com

On Aug 9, 2019, at 3:38 PM, George Hall <george.hall@clinton.com> wrote:

> Mike, we are trying to get the FINRA application in today.   Simple confirmation.   Are you the sole owner of Cypress , the entity that invested?  Can you confirm or disclose and other ownership ?
>
> Sent from my iPhone
> --
>
>
> Disclaimer

Confidential – Subject to Protective Order