SPORT-BLX INC
Income Statement
For the Six Months Ending June 30, 2019

|  | Current Month | | Year to Date | |
|---|---:|---:|---:|---:|
| Revenues | | | | |
| Interest Income | $ 3.02 | 100.00 | $ 865.53 | 100.00 |
| Total Revenues | 3.02 | 100.00 | 865.53 | 100.00 |
| Cost of Sales | | | | |
| Total Cost of Sales | 0.00 | 0.00 | 0.00 | 0.00 |
| Gross Profit | 3.02 | 100.00 | 865.53 | 100.00 |
| Expenses | | | | |
| Platform Development Expenses | 19,533.39 | 546,800.99 | 1,370,523.13 | 158,344.96 |
| Inv Expenses-Race Horses | 0.00 | 0.00 | 2,800.00 | 323.50 |
| Salaries and Benefits | 243,699.54 | 8,069,521. | 916,412.10 | 105,878.72 |
| Professional Expenses | 22,848.02 | 756,556.95 | 407,294.28 | 47,057.21 |
| Travel & Entertainment | 47,868.49 | 1,585,049. | 184,711.72 | 21,340.88 |
| Rent & Rent Taxes | 11,923.35 | 394,812.91 | 185,091.39 | 21,384.75 |
| Market Data | 0.00 | 0.00 | 21,230.63 | 2,452.91 |
| Office Expenses | 12,630.48 | 418,227.81 | 37,167.18 | 4,294.15 |
| Income Taxes | 0.00 | 0.00 | 505.00 | 58.35 |
| Total Expenses | 358,503.27 | 11,870,969 | 3,125,735.43 | 361,135.42 |
| Net Income | $ (358,500.25) | (11,870,86 | $ (3,124,869.90) | (361,035.4 |

For Management Purposes Only

Confidential – Subject to Protective Order                                    SPORTBLX0100322