Message
_____

**From:**         George Hall [george.hall@clinton.com]
**on behalf of**  George Hall <george.hall@clinton.com> [george.hall@clinton.com]
**Sent:**         8/16/2019 10:57:24 AM
**To:**           Michael Salerno [msalerno@nppg.com]
**CC:**           Marc Gross [Mgross@foxrothschild.com]
**Subject:**      Re:


I don't think that is a viable option.   I also see that you added Marc Gross to your email.  What is his interest in this issue?

Sent from my iPhone

On Aug 16, 2019, at 10:51 AM, Michael Salerno <msalerno@nppg.com> wrote:

> This message was sent securely using Zix®

George,  I am willing to provide FINRA with ownership information that they want however I am not willing to provide it to you or any other sport-blx directors as you do not have a right to this information at this time.
Once you provide me with the FINRA representative we will promptly reach out to them to expedite.


Cordially,

Michael M. Salerno
Founder & CEO

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239  |  Fax: (732) 758-1582
*Additional locations in* **New York, Florida** *and* **Michigan**


www.nppg.com

<image001.jpg><image002.png>

You are hereby advised that any tax **or other professional guidance**  contained in this communication or any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. **You are further advised that any e-mail communications from Northeast Professional Planning Group, Inc. ("NPPG") or its affiliates may originate from an electronic mailing address associated with any of NPPG or its affiliates, and the electronic mailing address used for any specific communication is not indicative of the entity whose services have been retained.**  Confidentiality notice: the document accompanying this communication contains information from NPPG, including its members and affiliates, which is confidential and/or legally privileged.  If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be returned to this firm immediately.  If you have received this communication in error, please notify us by telephone immediately **and before accessing or distributing this communication or any accompanying documents or attachments.**