**Message**

| | |
|---|---|
| **From**: | Michael Salerno [msalerno@nppg.com] |
| on behalf of | Michael Salerno <msalerno@nppg.com> [msalerno@nppg.com] |
| **Sent**: | 12/13/2019 9:57:45 AM |
| **To**: | George Hall [george.hall@clinton.com] |
| **Subject**: | RE: SportBLX |

*This message was sent securely using Zix®*

George, I think it would be good to pursue being a broker/ dealer as well.
I trust that like me, you too see plenty of upside there.

---

**From:** George Hall <george.hall@clinton.com>
**Sent:** Thursday, December 12, 2019 10:20 AM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** Re: SportBLX

Hard to communicate by email some times.   So to be clear.  I did not know what you meant by designated person.    So I asked.    When you used blx and SportBLX interchangeably, I wasn't sure what you meant.   Then I didn't understand why you said ask my attorney.  They were all questions
So we think it's a good idea for you to disclose who the beneficial  owners are.  We always assumed it was you but we see now that may not be the case.   As far as FINRa,  as you know we withdrew our application and changed our business plan to a technology model as we discussed in many meetings.   Are you suggesting something else?

Sent from my iPhone


> On Dec 12, 2019, at 8:17 AM, Michael Salerno <msalerno@nppg.com> wrote:

*This message was sent securely using Zix®*

Not sure I understand your question about legal please clarify ?

Yes I was using blx and sport blx synonymously, if I was wrong please advise?

At end of the day, I just want to know once we provide the ownership information of cypress what individuals will see it?

Cordially,

Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*