**Message**

| | |
|---|---|
| **From:** | Michael Salerno [msalerno@nppg.com] |
| **Sent:** | 12/16/2019 1:04:43 PM |
| **To:** | Joseph De Perio [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f8467f793a344ce9df2f976b4e41273-joseph.depe] |
| **CC:** | franruch@clinton.com; Daniel Strauss [dstrauss@glassbridge.com]; Christopher Johnson [christopher@thelaightgroup.com]; Cesar A Baez 212 660 2239 [cesar@baez.com]; George Hall [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3334a7bb79d242e79fc6fc74970e152c-George Hall] |
| **Subject:** | Re: SB Board Minutes |

Joe, I did not speak to george or ask for a call so now sure what you are referring to. However, Let me see if I can rearrange schedule for you Wednesday as Thursday i am not available. I will get back to you asap

Cordially,
Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC
**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239
www.nppg.com

On Dec 16, 2019, at 12:56 PM, Joseph De Perio <joseph.deperio@sportblx.com> wrote:

> Fellow Directors: Does 4 pm EST work on Thursday for a board call?
> Mike - I was asked to call a meeting by George at the request of you and him.
> Joe
> Joseph A. De Perio
> Sport-BLX, Inc.
> 510 Madison Avenue, 9th Floor
> New York, NY 10022
> jad@sportblx.com
> (212) 377-4252
>
> **From:** Michael Salerno <msalerno@nppg.com>
> **Sent:** Monday, December 16, 2019 12:00 PM
> **To:** Joseph De Perio <joseph.deperio@sportblx.com>
> **Cc:** franruch@clinton.com; Daniel Strauss <dstrauss@glassbridge.com>; Christopher Johnson <christopher@thelaightgroup.com>; Cesar A Baez 212 660 2239 <cesar@baez.com>; George Hall <geh@clinton.com>
> **Subject:** Re: SB Board Minutes
> What are the topics for discussion? I currently have a meeting scheduled at 4.
> Please do not include my approval on any minutes at this time.
>
> Cordially,
> Michael M. Salerno
> Founder & CEO
> **NPPG** Fiduciary Services, LLC
> **N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
> - *Employee Benefits & Retirement Planning*

Confidential – Subject to Protective Order    SPORTBLX00013059