Message
---

| | |
|---|---|
| **From:** | Joseph De Perio [joseph.deperio@clinton.com] |
| on behalf of | Joseph De Perio <joseph.deperio@clinton.com> [joseph.deperio@clinton.com] |
| **Sent:** | 2/1/2019 2:35:57 PM |
| **To:** | Michael Salerno [msalerno@nppg.com] |
| **CC:** | geh@clinton.com; Henry Sullivan [hws@clinton.com] |
| **Subject:** | DOCS |
| **Attachments:** | SPORTBLX - SPA_Salerno Pre-Series A.DOCX; SPORTBLX - SPA_Salerno.docx; Sport-BLX - Side Letter.docx |

Mike -- Thanks for the patience here. Enclosed please find two purchase agreements and a shareholder agreement as per our discussions and email traffic below. Please feel free to email me or contact me at my office or cell (below) with any questions. Countersignatures will follow immediately; share certificates will take a few weeks.

Set forth also below is a link to our data room for your diligence records and wiring instructions.   Best regards, Joe


Data room:

https://www.dropbox.com/sh/vl5secfhvyfkkww/AAA1hrydo0UkUOHpEg4GAy96a?dl=0


Wiring:

**Account Name:**
SPORT-BLX, Inc.

**Address:**
510 MADISON AVENUE FL 9
NEW YORK NY, 10022

**Account Number:**
1503337610 money market

**ABA:**
026013576


Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@clinton.com
(212) 377-4252
(917) 539-5027 (CELL)


On Tue, Jan 29, 2019 at 17:53 Michael Salerno <msalerno@nppg.com> wrote:

> This message was sent securely using Zix

Joe, yes we are in agreement. Lookin forward to working with you, George and your team.

Confidential – Subject to Protective Order                                                                                                      SPORTBLX0142590