# EXHIBIT 31

## Native File Submitted Separately