

1212 Avenue of the Americas, 24th Floor
New York, New York 10036
+1 212 297 0720 Main
+ 1 212 297 1710 Fax

## Sport-BLX, Inc. – ANNUAL MEETING OF STOCKHOLDERS
### December 23, 2019
### INSPECTOR OF ELECTION CERTIFICATION

I, Charles Garske, the undersigned, for and on behalf of Sport-BLX, Inc., duly appointed as Inspector of Sport-BLX, Inc., do hereby certify:

1. That a meeting of stockholders Sport-BLX, Inc. (the "Company") was held at David Burke Tavern, 135 East 62nd Street, New York, NY 10065 on December 23, 2019, pursuant to due notice.
2. That before entering upon the discharge of our duties, we were duly sworn and the oath so taken by us is hereto annexed.
3. That as of the close of business on December 13, 2019, the record date for the Meeting, 135,225 Common Shares of the Company were outstanding and entitled to vote.
4. That we inspected the signed proxies used at the Meeting and found the same to be in proper form.
5. There were represented at the Meeting 132,819 Common Shares.
6. That no challenges were made to any determinations by the Inspector of Election.
7. That I did receive the votes of the stockholders by ballot with respect to the following items:

   1. Election of Directors until the next Annual Meeting of the Company:

   | DIRECTOR NOMINEES | FOR | AGAINST | ABSTAIN |
   |---|---|---|---|
   | 1. Cesar A. Baez | 132,819 | 0 | 0 |
   | 2. Joseph A. De Perio | 132,819 | 0 | 0 |
   | 3. George E. Hall | 132,819 | 0 | 0 |
   | 4. Christopher Johnson | 132,819 | 0 | 0 |
   | 5. Francis A. Ruchalski | 132,819 | 0 | 0 |
   | 6. Michael Salerno | 49,638 | 1,122 | 0 |
   | 7. Daniel A. Strauss | 132,819 | 0 | 0 |
   | 8. Harlan Simon | 82,059 | 0 | 0 |

2. To approve an amendment to the Company's Certificate of Incorporation, as amended, to increase the number of authorized shares of our common stock, $.001 par value per share to 2,000,000;

| FOR: | AGAINST: | ABSTAIN: |
|---|---|---|
| 121,688 | 10,882 | 249 |

3. To approve the Company's 2019 Employee Stock Plan;

| FOR: | AGAINST: | ABSTAIN: |
|---|---|---|
| 125,059 | 7,760 | 0 |

4. To adjourn or postpone the Annual Meeting, if requested by the Chairman of the Board;

| FOR: | AGAINST: | ABSTAIN: |
|---|---|---|
| 132,570 | 0 | 249 |

Dated: December 23, 2019

_____
Lisa Patel
Vice President
Okapi Partners LLC

STRATEGIC ADVICE AND EXECUTION FOR PROXY SOLICITATION AND INVESTOR RESPONSE CAMPAIGNS

Confidential – Subject to Protective Order