| | |
|---|---|
| **Message** | |
| **From:** | Mercer, Tammy [TMercer@ycst.com] |
| **Sent:** | 1/7/2020 7:50:08 PM |
| **To:** | 'George Hall' [george.hall@clinton.com]; Joseph De Perio [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f8467f793a344ce9df2f976b4e41273-joseph.depe] |
| **CC:** | Paschetto, John [jpaschetto@ycst.com] |
| **Subject:** | FW: Sport-BLX, Inc. |
| **Attachments:** | Sport-BLX -- report of inspector of elections 12-23-19.pdf |

FYI.



**Tammy Mercer**, Partner
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P: 302.571.6556 | F: 302.576.3468
TMercer@ycst.com | www.youngconaway.com | vCard

This message may contain confidential attorney-client communications or other protected information. If you believe you are not an intended recipient (even if this message was sent to your e-mail address), you may not use, copy, or retransmit it. If you believe you received this message by mistake, please notify us by return e-mail, and then delete this message. Thank you for your cooperation.

**From:** Mercer, Tammy <TMercer@ycst.com>
**Sent:** Tuesday, January 07, 2020 7:49 PM
**To:** 'Kole, Edward' <ekole@wilentz.com>; Paschetto, John <jpaschetto@ycst.com>
**Cc:** mackw@gtlaw.com
**Subject:** RE: Sport-BLX, Inc.

Ed,

Thanks for your email. I am not sure exactly what you are looking for, but attached is a copy of the inspector's report from the annual meeting that shows the votes for/against the various board nominees. If you are looking for something else, please let me know. We do not know the rationale for each stockholder's vote, so we cannot provide that to you.

Thanks,
Tammy



**Tammy Mercer**, Partner
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
P: 302.571.6556 | F: 302.576.3468
TMercer@ycst.com | www.youngconaway.com | vCard

Confidential – Subject to Protective Order                                                                                               SPORTBLX0284465