**Shareholder Register of Sport-BLX, Inc. - 12/13/19**

| **Shareholders** | | Shares | % |
|---|---|---:|---:|
| George E. Hall | 1 | 28,705 | 21.2% |
| Joseph A. De Perio | 2 | 12,924 | 9.6% |
| John L. Hall | 3 | 375 | 0.3% |
| Peter T. Rawlins | 4 | 375 | 0.3% |
| Henry W. Sullivan | 5 | 275 | 0.2% |
| Jacob R. Fisch | 6 | 97 | 0.1% |
| Justin Cupps | 7 | 210 | 0.2% |
| Cypress Holdings III, LP (Salerno) | 8 | 7,760 | 5.7% |
| Jarvis Hollingsworth | 9 | 526 | 0.4% |
| Joseph Kenney | 10 | 3,974 | 2.9% |
| Patrick M. Kerney | 11 | 1,052 | 0.8% |
| Chet Odle and Maya Odle | 12 | 624 | 0.5% |
| James J. Maguire | 13 | 1,052 | 0.8% |
| Marvin S. Rosen | 14 | 1,052 | 0.8% |
| Harlan H. Simon | 15 | 1,052 | 0.8% |
| Troy Taylor | 16 | 260 | 0.2% |
| Anthony Vendetti | 17 | 550 | 0.4% |
| Alex Koundourakis | 18 | 175 | 0.1% |
| Gerard Kenney | 19 | 500 | 0.4% |
| Henry Woodhouse | 20 | 125 | 0.1% |
| Omar Elassar | 21 | 249 | 0.2% |
| 1345 LLC (John Howe) | 22 | 3,122 | 2.3% |
| Mote and Kristina Zawalunow | 23 | 950 | 0.7% |
| James Ballentine | 24 | 570 | 0.4% |
| Justin Heller | 25 | 152 | 0.1% |
| GlassBridge Enterprises, Inc. | 26 | 55,000 | 40.7% |
| Imation Enterprises Corp. | 27 | 13,519 | 10.0% |
| Total | | 135,225 | 100.0% |