Page 1

```
UNITED STATES DISTRICT COURT?
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
CYPRESS HOLDINGS, III, L.P., individually
and derivatively on behalf of SPORT-BLX,
INC.,

                  Plaintiff,

     -V-              Civil Action No.:
                      1:22-cv-1243-LGS

GEORGE HALL, JOSEPH DE PERIO, DANIEL
STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ,
CHRISTOPHER JOHNSON, SPORT-BLX INC.,
SPORT-BLX SECURITIES, INC., CLINTON GROUP
INC., AND GLASSBRIDGE ENTERPRISES INC.,

                  Defendants.
-----------------------------------------X
SPORT-BLX, INC., individually and
derivatively on behalf of its shareholders,

                  Plaintiff,

     -V-              Case No.:
                      1:22-cv-8111-LGS

MICHAEL M. SALERNO, CYPRESS HOLDINGS, III,
L.P

                  Defendants.
-----------------------------------------X
            DATE: July 20, 2023
            TIME: 9:35  A.M.


        VIDEOTAPED EXAMINATION BEFORE
TRIAL of the Defendant, Michael Salerno,
taken by Mr. Sack, pursuant to Order, held
at the offices of Hindy Freilich, a Notary
Public of the State of New York.
```



```
 1
 2   purchase -- more than recent sales of the
 3   stock, the implied price at 2 million
 4   dollars more than recent sales of Sport-BLX
 5   stock?
 6            MR. PEARLSON:  Also asked and
 7       answered.
 8            Go ahead.
 9       A.   Again, I don't think that they
10   shared those transactions with me.
11       Q.   Were you offered a buyout at a
12   different price?
13       A.   I was.
14       Q.   What was that price?
15       A.   I think when Mike Staisil was
16   in my office, maybe 1.6 million, and I told
17   Michael that, no, I think 2 million is a
18   very fair number, again, given the fact
19   that Mr. De Perio said, you know, that the
20   company's value is six to seven times in
21   the money compared to my initial investment
22   and was valued at around 50 million
23   dollars, my 2 million dollars was very
24   fair.  And then Mr. Hall basically made me
25   believe that it was not a sincere offer,
```



```
 1
 2   and said, well, 1.6 is now 1.3.  So I told
 3   Mr. Staisil that there was no reason for us
 4   to continue the conversation.
 5        Q.   What did -- 1.6 million was
 6   conveyed to you as a counter to the 2
 7   million, is that a fair statement?
 8        A.   Yes.
 9        Q.   And then did you seek to
10   negotiate some price between 1.6 and 2?
11        A.   No.  My negotiation was, I
12   think, that 2 million dollars is very fair
13   and that's what I would like for my shares.
14   And then Mr. Hall's statement was, well,
15   now I'm only offering you 1.3 million.
16        Q.   Well, I'm sorry.  We have to
17   back up.
18             So you asked for 2, Mr. Hall
19   indicated a buyout might be done at 1.6.
20   Did you respond to that 1.6 counter?
21        A.   Yes.
22        Q.   And that's where you said you
23   would not move off of 2 million?
24        A.   That's right.
25        Q.   And then what did Mr. Hall say
```

