| | |
|---|---|
| **Message** | |
| **From:** | Michael Salerno [msalerno@nppg.com] |
| **on behalf of** | Michael Salerno <msalerno@nppg.com> [msalerno@nppg.com] |
| **Sent:** | 2/19/2019 4:52:38 PM |
| **To:** | Joseph De Perio [joseph.deperio@clinton.com] |
| **Subject:** | FW: Sport-BLX |
| **Attachments:** | SPORTBLX - SPA_Salerno Pre-Series A-3620213-v1.DOCX; SPORTBLX - SPA_$95 per share-3619612-v1.DOCX; Sport-BLX - Side Letter_revised-3620607-v1.DOCX |

Hi joe,

See attached.  Let me know if you would like to discuss… ttyl


Cordially,

Michael M. Salerno
**NPPG** Fiduciary Services

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
**NPPG** Investment Services, LLC
**NPPG** Fiduciary Services, LLC
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Registered Investment Advisory Services*
- *Fiduciary Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239  |  Fax: (732) 758-1582

www.nppgfs.com




You are hereby advised that any tax **or other professional guidance**  contained in this communication or any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. **You are further advised that any e-mail communications from Northeast Professional Planning Group, Inc. ("NPPG") or its affiliates may originate from an electronic mailing address associated with any of NPPG or its affiliates, and the electronic mailing address used for any specific communication is not indicative of the entity whose services have been retained.**  Confidentiality notice: the document accompanying this communication contains information from NPPG, including its members and affiliates, which is confidential and/or legally privileged.  If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be returned to this firm immediately.  If you have received this communication in error, please notify us by telephone immediately **and before accessing or distributing this communication or any accompanying documents or attachments.**

**From:** Philip D. Forlenza <PForlenza@ghclaw.com>
**Sent:** Tuesday, February 19, 2019 4:33 PM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** Sport-BLX

Michael:

Please see redlined copies of the Stock Purchase Agreements and side letter showing suggested changes.

**Giordano Halleran & Ciesla**
Attorneys at Law

Philip D. Forlenza, Esq.
Shareholder
www.ghclaw.com
www.njcorporatelaw.com
Direct Dial: (732) 219-5483 • F: (732) 224-6599
125 Half Mile Road • Suite 300 • Red Bank, NJ 07701-6777

website | biography | vcard

---

**From:** Michael Salerno [mailto:msalerno@nppg.com]
**Sent:** Tuesday, February 12, 2019 6:39 PM
**To:** Philip D. Forlenza <PForlenza@ghclaw.com>
**Subject:** RE: DOCS

Phil I will call u tomorrow around 1030ish… thanks   see below caps

---

**From:** Philip D. Forlenza <PForlenza@ghclaw.com>
**Sent:** Tuesday, February 12, 2019 10:41 AM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** RE: DOCS

Michael:
I have reviewed the documents. The following are the issues I would like to discuss with you:

1. Why are there two Stock Purchase Agreements with different pricing?
I AM INVESTING 500K AT 9.5MM AND 500K AT 25MM WITH DOWNSIDE PROTECTION IN THE EVENT THEY DO NOT DO NEXT ROUND ABOVE OR AT 25MM
2. Consideration should be given to expanding the representations being made by Sport –BLX, Inc. (e.g., capitalization, financial statements, no litigation, intellectual property).
AGREED
3. the right of first refusal you are being asked to grant should terminate when the company goes public.
WE CAN DISCUSS BUT SOUNDS RESONABLE
4. Do you want to request tag-along rights so that you can participate in a sale if the Founders decide to sell their shares?
YES
5. Why does anti-dilution protection only apply to the shares purchased under the second stock purchase agreement?
IT SHOULD APPLY TO BOTH
6. Is the ant-dilution protection trigger of $1,500,000 too high?
LETS DISCUSS

Let me know when you would like to speak.

**Giordano**

Philip D. Forlenza, Esq.
Shareholder

website | biography | vcard

Confidential – Subject to Protective Order                                    SPORTBLX0148244