CONFIDENTIAL



# fractional ownership and trading in sport assets

Enabling enthusiasts and investors to use their knowledge to passionately engage and invest in the sports they love.

Confidential – Subject to Protective Order

1

SPORTBLX0147209