Message
---

**From:** George Hall [george.hall@clinton.com]
**Sent:** 5/29/2019 4:00:57 PM
**To:** Joseph De Perio [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f8467f793a344ce9df2f976b4e41273-joseph.depe]
**Subject:** Fwd: RE:

Sent from my iPhone

Begin forwarded message:

> **From:** George Hall <george.hall@clinton.com>
> **Date:** May 29, 2019 at 2:42:27 PM EDT
> **To:** Michael Salerno <msalerno@nppg.com>
> **Subject:** RE:
>
> Correct that there will be a board meeting as soon as we can schedule, around end of June. To clarify, I said you would get a board package that had all of the appropriate and required information for the board. I did not say you would get answers to all your questions. I did point out that I frankly didn't understand a number of your questions, and that they seemed irrelevant. I am still confused about the fund and your concerns. . Happy to discuss at some point if you can articulate a little better what you are worried about and how you feel damaged. I don't want you to feel that way. Feel free to call me next week if you want to explain that a little better to me.
>
> As far as buy out, that price is a non-starter.
>
> **From:** Michael Salerno [mailto:msalerno@nppg.com]
> **Sent:** Wednesday, May 29, 2019 1:58 PM
> **To:** George Hall
> **Subject:**
>
> *This message was sent securely using Zix*
>
> George,
>
> Per our conversation, you stated that there will be a board meeting the end of June at which time most of the information that I have requested will be provided which I expressed I am fine with. In addition I expressed that it is only appropriate for you to identify any items that you are not intending to provide to me prior to the board meeting along with the reason why. If you believe that any of the items are not germane then of course I will give your reasoning due consideration. In the event you need a couple extra days to provide this to me then let me know.
>
> As I stated, regardless of us disagreeing on certain points I do appreciate the open dialogue we were able to have.
>
> Lastly, I have contemplated your offer to facilitate a buy out of my interest on a best efforts basis and would like to take you up on it. At the present time, I am willing to sell my position for $2,000,000.
>
> As always, do not hesitate to contact me if I can be of assistance to further the Sport-BLX mission...

Confidential – Subject to Protective Order                                SPORTBLX00048150