| | |
|---|---|
| **From**: | George Hall [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1a5937415dc74d6bbcc21f8eabb87b54-george.hall] |
| **Sent**: | 10/19/2021 9:53:18 AM |
| **To**: | Michael Salerno [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3aae7b269544903a85c7781514f3b10-Michael Sal] |
| **Subject**: | Re: <no subject> |

I will pass on your allegations to the board and they will take the appropriate action.   Given the allegations it is not appropriate to pursue  public offering of shares.   Someone from the board may contact you for details.

---

**From:** Michael Salerno <msalerno@nppg.com>
**Date:** Monday, October 18, 2021 at 7:03 PM
**To:** George Hall <george.hall@sportblx.com>
**Subject:** Re: <no subject>

Antagonistic, That is the pot calling the kettle black.

Clearly Blx is very valuable.

Unfortunately, you have siphened money out of Blx for your benefit and now try to portray that you are doing a capital raise but yet aren't providing financial information in the process.

I am open to hearing what you have to say.  Lmk if u r available anytime 730 to 845am wed morning before my meetings?

Cordially,

Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC

**N**ATIONAL **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

 494 Sycamore Ave.
 Shrewsbury, NJ 07702
 Phone: (732) 758-1577 ext. 239
 www.nppg.com


On Oct 18, 2021, at 6:24 PM, George Hall <george.hall@sportblx.com> wrote:

I am the only one still here mike   You met Joe and Henry and invested even after I told you not too   Well they are both gone   And I can't seem to find anyone else to work on it   So despite the fact that I have been attempting to save t  hi is through a capital raise you want to be antagonistic   So be it

Sent from my iPhone

Confidential – Subject to Protective Order                                                                                                    SPORTBLX0172525