MINUTES OF THE R MEETING
OF THE BOARD OF DIRECTORS
OF SPORT-BLX, INC.

## October 13, 2020

The Board of Directors (the "***Board***") of Sport-BLX, Inc. (the "***Corporation***") held a regular board meeting commencing at approximately 5:00 pm Eastern Time on October 13, 2020 (the "***Meeting***") pursuant to a call made by the President of the Corporation:

The following members of the Board were present at the Meeting without objection to the calling or convening of the Meeting:

    George E. Hall, Executive Chairman
    Cesar A. Baez
    Joseph A. De Perio
    Christopher Johnson
    Francis A. Ruchalski
    Daniel A. Strauss

Mr. G. Hall presided at the Meeting.

Mr. De Perio served as Secretary of the Meeting.

### General Update on the Company

Mr. G. Hall led a discussion on the Company's progress since the last board meeting in late July 2020. Mr. G. Hall discussed a number of offerings which have been listed on the Company's platform in partnership with Sport-BLX Securities, Inc.

### Agreement with Sport-BLX Securities, Inc.

Mr. G. Hall led a discussion of the need to renegotiate the business agreement with Sport-BLX Securities, Inc. Mr. G. Hall cited the recent departure of the Company's Chief Technology Officer for another opportunity. Mr. De Perio and Mr. Strauss commented on the situation. The Board asked Mr. Baez, as Chairman of the Related Party Transaction Committee ("RPTC") of the Board, to examine the situation and opine on behalf of disinterested shareholders.

Thereafter, being no further business before the Board. The Meeting adjourned at 5:25 a.m. Eastern Time.

Confidential – Subject to Protective Order                    SPORTBLX0264438