Message

| | |
|---|---|
| **From:** | Daniel Strauss [dstrauss@glassbridge.com] |
| on behalf of | Daniel Strauss <dstrauss@glassbridge.com> [dstrauss@glassbridge.com] |
| **Sent:** | 11/20/2018 10:49:22 AM |
| **To:** | geh@clinton.com |
| **CC:** | jad@clinton.com; Danny Zheng [dzheng@glassbridge.com] |
| **Subject:** | PBGC Meeting |

You are all set for tomorrow at 1 pm with Cynthia Wong at the PBGC.

Address and contact info are:

Cynthia Wong
Corporate Finance & Restructuring
Pension Benefit Guaranty Corporation
1200 K St NW, Washington, DC 20005
T  202  326  4070  x3033  |  M  202  246  7538
E-mail:  wong.cynthia@pbgc.gov

DISCLAIMER: GlassBridge Enterprises, Inc., GlassBridge Asset Management, LLC, their respective affiliates and the respective directors, officers, employees, and consultants of each of the foregoing (collectively, "GlassBridge") endeavor to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect GlassBridge to inform you if the information contained herein changes or is updated. GlassBridge does not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. GlassBridge may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. GlassBridge does not provide tax, legal, regulatory or other advice; GlassBridge cautions investors to seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of GlassBridge and is not intended for non-professional investors.

Confidential – Subject to Protective Order                                                                                                CLINTON00033969