MINUTES OF THE REGULAR MEETING
OF THE BOARD OF DIRECTORS
OF GLASSBRIDGE ENTERPRISES, INC.

December 9, 2019

The Board of Directors (the "*Board*") of GlassBridge Enterprises, Inc. (the "*Corporation*") held a regular meeting (the "*Meeting*") on Friday, December 9th, 2019 commencing at approximately 6:30 PM Eastern Time pursuant to notice duly given to each director. The members of the Board indicated below participated telephonically on a telephone line on which all persons present could hear one another.

The following directors of the Corporation, constituting a quorum, were present at the Meeting:

- Joseph De Perio
- Robert Searing
- Alex Spiro
- Robert Torricelli

Also present at the Meeting were:

- Daniel Strauss, Chief Executive Officer, Chief Operating Officer
- Francis Ruchalski Chief Financial Officer
- Daiana Sersea, Secretary

Mr. De Perio presided at the Meeting.

Ms. Sersea served as Secretary of the Meeting.

Mr. De Perio called the Meeting to Order

[Nonresponsive]

### Daniel Strauss Employment

Mr. De Perio informed the Board that Mr. Strauss resigned from Clinton Group, Inc. The board discussed and expressed their desire to retain Mr. Strauss as CEO. The Board authorized Mr. Searing, the Compensation Committee Chairman, to negotiate terms of employment with Mr. Strauss. and report back to the Board.

### Office Move

Management informed the Board that the company's office is moving to a smaller office starting 12/12/19.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                GBE_0009062

### Orix Transaction

Mr. De Perio discussed the proposed transaction with the first Sport-BLX athlete. Mr. Strauss noted that Orix is interested in funding this transaction. The Board asked questions discussed and deliberated.

At the request of the Board, Mr. De Perio excused himself and left the meeting at 6:47PM

The Meeting continued and Management suggested to the Board that acquiring additional ownership in SportBLX from Mrs. De Perio and Hall could be beneficial to the Company. It would give the Company voting control of SportBLX. The board asked questions, discussed and deliberated. Upon a motion duly made and seconded, the Board authorized Management to negotiate a transaction with Mrs. De Perio and Hall and report back to the Board.

Mr. De Perio rejoined the Meeting at 6:55 PM.

Nonresponsive

The Meeting adjourned at 7:05 PM.

ATTEST:

_____
Daniel Strauss, CEO & COO


_____
Robert Searing, Director


_____
Daiana Sersea, Secretary

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GBE_0009063