

# SPORTS ASSET INVESTMENT FUND

March 2019

DRAFT – NOT FOR DISTRIBUTION

Confidential – Subject to Protective Order  SPORTBLX0147958

# DISCLAIMER

In general. This disclaimer applies to this document and the verbal or written comments of any person presenting it. This document, taken together with any such verbal or written comments, is referred to herein as the "Presentation." The information contained in this Presentation is provided for informational purposes only, is not complete, and does not contain certain material information about the Sport-BLX, Inc. and Clinton Group, Inc., including important disclosures and risk factors. No representation or warranty is made concerning the completeness or accuracy of this information. To the extent that you rely on the Presentation in connection with an investment decision, you do so at your own risk.

No offer to purchase or sell securities. This Presentation does not constitute an offer to sell, or the solicitation of an offer to buy, and may not be relied upon in connection with the purchase of any security, including an interest in or shares of Sport-BLX, Inc. and its affiliates (collectively, "Sport-BLX"). Any such offer would only be made to qualified investors by means of Sport-BLX's offering documents (i.e., stock purchase agreement).

No tax, legal, accounting or investment advice. The Presentation is provided for illustration and discussion purposes only and is not intended to provide, and should not be relied upon for, tax, legal, accounting or investment advice or as a recommendation to purchase or sell an interest in Sport-BLX. Before making any investment, you should thoroughly review the related documents with your financial and tax advisor to determine whether an investment in Sport-BLX is suitable for you.

Confidentiality. This Presentation is confidential and is the property of Sport-BLX. It is intended only for the use of the person to whom it is given and may not be reproduced or redistributed in any form. By accepting or reading any portion of the Presentation, you agree that you will treat the Presentation confidentially. Sport-BLX expressly prohibits any redistribution of the Presentation without its prior written consent. The Presentation is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use is contrary to law, rule or regulation.

Risk of loss. An investment in the Sport-BLX will be highly speculative, and there can be no assurance that the company's objectives will be achieved. Investors must be prepared to bear the risk of a total loss of their investment

For more information, contact Joseph A. De Perio at jad@sportblx.com.

Confidential – Subject to Protective Order                                                                                                                                SPORTBLX0147975