Message

| | |
|---|---|
| **From:** | Joseph De Perio [joseph.deperio@clinton.com] |
| on behalf of | Joseph De Perio <joseph.deperio@clinton.com> [joseph.deperio@clinton.com] |
| **Sent:** | 1/15/2019 11:11:36 AM |
| **To:** | Michael Salerno [msalerno@nppg.com] |
| **CC:** | Henry Sullivan [henry.sullivan@clinton.com] |
| **Subject:** | RE: SPORT-BLX |
| **Attachments:** | Draft_3rd party_salerno011519.docx |

Mike – Please see a draft enclosed. Happy to chat or do a walk through when free.

Joe

Joseph A. De Perio
Clinton Group, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@clinton.com
(212) 377-4252


**From:** Michael Salerno [mailto:msalerno@nppg.com]
**Sent:** Monday, January 14, 2019 6:56 PM
**To:** Joseph De Perio
**Cc:** Henry Sullivan
**Subject:** Re: SPORT-BLX

This message was sent securely using Zix®

All good. Talk to you tomorrow

Cordially,

Michael M. Salerno
President

NORTHEAST PROFESSIONAL PLANNING GROUP, Inc.
NPPG Fiduciary Services, LLC
NPPG Investment Services, LLC

• Fiduciary Consulting Services
• *Registered Investment Advisory*
• *Employee Benefits & Retirement Planning*
• *Actuarial & Retirement Plan Administration*

121 Monmouth Street
Red Bank, NJ 07701
(732) 758-1577 ext. 239

Confidential – Subject to Protective Order    CLINTON00013754

www.nppg.com

On Jan 14, 2019, at 6:47 PM, Joseph De Perio <joseph.deperio@clinton.com> wrote:

Mike – We spent the better half of the day running down a new development on our soccer club situation and the business plan for pushing forward Cayman. Ergo, I wont have something until tomorrow so will plead for our patience. Best regards, Joe

**From:** Michael Salerno [mailto:msalerno@nppg.com]
**Sent:** Monday, January 14, 2019 2:05 PM
**To:** Joseph De Perio; Henry Sullivan
**Subject:** RE: SPORT-BLX

This message was sent securely using Zix®

Joe,
Sounds good...

Cordially,

Michael M. Salerno
**NPPG** Fiduciary Services

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
**NPPG** Investment Services, LLC
**NPPG** Fiduciary Services, LLC
- Employee Benefits & Retirement Planning
- Actuarial & Retirement Plan Administration
- Registered Investment Advisory Services
- Fiduciary Consulting Services

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239  |  Fax: (732) 758-1582

www.nppgfs.com

<image001.jpg><image002.png>
The department of treasury recently revised guidelines for tax practitioners known as circular 230. In accordance with these guidelines, you are hereby advised that any tax advice contained in this communication, including any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. Products and services available through Northeast Professional Planning Group and its affiliates, unless stated to the contrary, are not FDIC insured and are subject to risk including possible loss of the principal amount invested. Confidentiality notice: the document accompanying this communication contains information from Northeast Professional Planning Group, Inc., including its members and affiliates, which is confidential and/or legally privileged. If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be returned to this firm immediately. If you have received this communication in error, please notify us by telephone immediately.

**From:** Joseph De Perio <joseph.deperio@clinton.com>
**Sent:** Monday, January 14, 2019 11:19 AM

**To:** Henry Sullivan <henry.sullivan@clinton.com>; Michael Salerno <msalerno@nppg.com>
**Subject:** RE: SPORT-BLX

Mike – I will also be back to you later this afternoon on a response on an overall proposal to work together with you.

We can chat after you receive.

Joe

---

**From:** Henry Sullivan [mailto:henry.sullivan@clinton.com]
**Sent:** Monday, January 14, 2019 11:18 AM
**To:** msalerno@nppg.com
**Cc:** Joseph De Perio
**Subject:** FW: SPORT-BLX

Mike: thanks for the quick turnaround. Fully executed NDA is attached. I will send you an investor package under separate cover.

Regards,

Henry Sullivan
Director of Marketing
Clinton Group, Inc.
510 Madison Ave.
9th Floor
New York, NY 10022
hws@clinton.com
o-212-825-0400
c-917-968-9972

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.

---

**From:** Joseph De Perio [mailto:joseph.deperio@clinton.com]
**Sent:** Monday, January 14, 2019 11:11 AM
**To:** Henry Sullivan
**Subject:** RE: SPORT-BLX

---

**From:** Henry Sullivan [mailto:henry.sullivan@clinton.com]
**Sent:** Monday, January 14, 2019 10:59 AM
**To:** Joseph De Perio
**Subject:** FW: SPORT-BLX

Confidential – Subject to Protective Order

CLINTON00013756