UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP INC., and GLASSBRIDGE ENTERPRISES, INC.,<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 1:22-cv-1243-LGS |

# DECLARATION OF ALEXANDER M. DUDELSON IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFF'S CROSS- MOTION FOR SUMARY JUDGMENT

I, ALEXANDER M. DUDELSON, declare as follows:

1. I am a member of the Bar of the State of New York and am admitted to practice before this Court. I am counsel for Plaintiff CYPRESS HOLDINGS, III, L.P. I make this declaration in opposition to Defendant's motion for summary judgment and in support of Plaintiff's motion for summary judgment.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Stock Purchase Agreements for Cypress's investment in Sport-Blx, Inc. produced in discovery and bearing bates numbers SPORTBLX00028990-99, SPORTBLX00028976-95/

3. Annexed hereto as Exhibit 2 is a true and correct copy of excerpts of Joseph De Perio's deposition testimony in this action on July 6, 2023.

4. Annexed hereto as Exhibit 3 is a true and correct copy of an email chain among Michael Salerno and George Hall dated July 20, 2019, produced in discovery in this action bearing bates numbers CLINTON00007033-43.

5. Annexed hereto as Exhibit 4 is a true and correct copy of a portion of a Cap Table produced in discovery bearing bates numbers SPORTBLX02273990.

6. Annexed hereto as Exhibit 5 is a true and correct copy of the Minutes of the Special Meeting of the Board of Directors of Sport-BLX, Inc. on December 9, 2019 produced in discovery bearing bates numbers GBE_0000507-9.

7. Annexed hereto as Exhibit 6 is a true and correct copy of the Minutes of the December 9, 2019, GlassBridge Enterprises, Inc. board meeting produced in discovery bearing bates numbers GBE_0009062-3.

8. Annexed hereto as Exhibit 7 is a true and correct copy of an email containing the minutes of the 2020 annual shareholder meeting for Sport-BLX, Inc. and the proxy statement of GlassBridge Enterprises, Inc. produced in discovery bearing bates numbers SPORTBLX0265510-1, GBE_0015554-61.

9. Annexed hereto as Exhibit 8 is a true and correct copy of the Minutes of the Regular Meeting of the Board of Directors of Sport-BLX, Inc. on October 20, 2021 produced in discovery bearing bates numbers JOHNSON00000021-4.

10. Annexed hereto as Exhibit 9 is a true and correct copy of an email chain among Michael Salerno and George Hall dated December 23, 2019, produced in discovery in this action bearing bates numbers SPORTBLX00052396-7.

11. Annexed hereto as Exhibit 10 is a true and correct copy of a document bearing bates numbers SPORTBLX0267833.

12. Annexed hereto as Exhibit 12 of pages from is a true and correct copy of pages from the 2019 FY Form 10_K for Glassbridge Enterprises, Inc.

13. Annexed hereto as Exhibit 13 of pages from is a true and correct copy of pages from the 2020 FY Form 10_K for Glassbridge Enterprises, Inc.

14. Annexed hereto as Exhibit 14 of pages from is a true and correct copy of pages from the 2021 FY Form 10_K for Glassbridge Enterprises, Inc.

15. Annexed hereto as Exhibit 15 is a true and correct copy of a document bearing bates numbers SPORTBLX0264430-1.

16. Annexed hereto as Exhibit 16 is a true and correct copy of a document bearing bates numbers GBE_0014667-71.

I declare under penalty of perjury pursuant to U.S.C. § 1746 that the foregoing is true and correct.

Executed this 6th day of January 2025, in Brooklyn, New York.

 /s/ Alexander M. Dudelson
ALEXANDER M. DUDELSON, ESQ.
26 Court Street – Suite 2306
Brooklyn, New York 11242
(718) 855-5100
(718) 624-9552 FAX