Message

| | |
|---|---|
| **From**: | George Hall [george.hall@clinton.com] |
| on behalf of | George Hall <george.hall@clinton.com> [george.hall@clinton.com] |
| **Sent**: | 7/20/2019 12:06:30 PM |
| **To**: | Michael Salerno [msalerno@nppg.com] |
| **Subject**: | Re: RE: |

This is why we can't put a high class board together with your idiotic behavior.   So we will have to work around you.  It will not be as good for the company but we'll manage.

Sent from my iPhone

On Jul 20, 2019, at 8:42 AM, Michael Salerno <msalerno@nppg.com> wrote:

> This message was sent securely using Zix®
>
> That is the question , hiding acts of malfeasance?
>
> Cordially,
>
> Michael M. Salerno
> Founder & CEO
> **NPPG** Fiduciary Services, LLC
>
> **N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
> - *Employee Benefits & Retirement Planning*
> - *Actuarial & Retirement Plan Administration*
> - *Administrative Fiduciary & Consulting Services*
>
> 121 Monmouth Street
> Red Bank, NJ 07701
> Phone: (732) 758-1577 ext. 239
> www.nppg.com
>
> On Jul 20, 2019, at 8:28 AM, George Hall <george.hall@clinton.com> wrote:
>
>> Diversion from what?  Your right to invest at the moat recent valuation is clear.  It's not going away and I don't see what your issue is.  Joe will get you the paperwork in due course.
>>
>> Sent from my iPhone
>>
>> On Jul 20, 2019, at 8:13 AM, Michael Salerno <msalerno@nppg.com> wrote:
>>
>>> This message was sent securely using Zix®
>>>
>>> Another george hall  delay and diversion tactic.
>>> When I don't get what was promised it is important and you should be aware so I will include you.
>>>
>>> Cordially,

Michael M. Salerno
Founder & CEO
**NPPG** Fiduciary Services, LLC

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239
www.nppg.com

On Jul 20, 2019, at 8:05 AM, George Hall <george.hall@clinton.com> wrote:

> Joe is traveling on company business.  More urgent  than your requests.   You were in no rush when you were supposed to wire the money originally so be patient.   You will have the opportunity to add capital as per the agreement.   And I asked you to stop emailing us both.
>
> Sent from my iPhone
>
> On Jul 20, 2019, at 7:25 AM, Michael Salerno <msalerno@nppg.com> wrote:
>
>> This message was sent securely using Zix®
>>
>> Joe /George
>> I have not received info yet?
>>
>> Cordially,
>>
>> Michael M. Salerno
>> Founder & CEO
>> **NPPG** Fiduciary Services, LLC
>>
>> **N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
>> - *Employee Benefits & Retirement Planning*
>> - *Actuarial & Retirement Plan Administration*
>> - *Administrative Fiduciary & Consulting Services*
>>
>> 121 Monmouth Street
>> Red Bank, NJ 07701
>> Phone: (732) 758-1577 ext. 239
>> www.nppg.com

Confidential – Subject to Protective Order

On Jul 18, 2019, at 11:40 AM, Michael Salerno <msalerno@nppg.com> wrote:

This is what I requested. thank you

1. On April 4th you disclosed that a purchase agreement was sent to an investor for 2,244 shares at $200.18. per share. Please list each purchase agreement that has been prepared since then - include for each the # of shares, the price per share and whether or not the purchase agreement was funded.

2. copy of our D&O liability policy.

Cordially,

Michael M. Salerno
Founder & CEO

**N**ORTHEAST
**P**ROFESSIONAL
**P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*

Confidential – Subject to Protective Order

CLINTON00007035

- *Administrative Fiduciary & Consulting Services*

121 Monmouth Street
Red Bank, NJ 07701
Phone: (732) 758-1577 ext. 239 | Fax: (732) 758-1582
*Additional locations in* **New York, Florida** *and* **Michigan**

www.nppg.com

<image001.jpg><image 002.png>

You are hereby advised that any tax **or other professional guidance** contained in this communication or any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. **You are further advised that any e-mail communications from Northeast Professional Planning Group, Inc. ("NPPG") or its affiliates may originate from an electronic mailing address associated with any of NPPG or its affiliates, and the electronic mailing address used for any specific communication is not indicative of the entity whose services have been retained.** Confidentiality notice: the document accompanying this communication contains information from NPPG, including its members and affiliates, which is confidential and/or legally privileged. If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be

returned to this firm immediately. If you have received this communication in error, please notify us by telephone immediately **and before accessing or distributing this communication or any accompanying documents or attachments.**

---

**From:** Joseph De Perio <joseph.deperio@sportblx.com>
**Sent:** Thursday, July 18, 2019 11:08 AM
**To:** Michael Salerno <msalerno@nppg.com>; George Hall <george.hall@clinton.com>
**Subject:** Re:

Mike - I am traveling today. Also when reading the email string's two emails it is unclear what you want me to send. Please elaborate. Joe


Joseph A. De Perio
(212) 377-4252
(917) 539-5027 (cell)
jad@sportblx.com

---

**From:** Michael Salerno <msalerno@nppg.com>
**Sent:** Thursday, July 18, 2019 6:26:16 AM
**To:** George Hall <george.hall@clinton.com>; Joseph De Perio <joseph.deperio@sportblx.com>
**Subject:** RE:

Joe, per below please send info

Confidential – Subject to Protective Order

CLINTON00007037

Cordially,

Michael M. Salerno
Founder & CEO

NORTHEAST
PROFESSIONAL
PLANNING GROUP, Inc.
.   Employee Benefits &
Retirement Planning
.   Actuarial &
Retirement Plan
Administration
.   Administrative
Fiduciary & Consulting
Services

 121 Monmouth Street
 Red Bank, NJ 07701
 Phone: (732) 758-1577
ext. 239  |  Fax: (732)
758-1582
 Additional locations in
New York, Florida and
Michigan

 www.nppg.com

You are hereby advised that any tax or other professional guidance  contained in this communication or any attachments is not intended or written to be used, nor can it be used for the purpose of (i) avoiding any tax-related penalties under the internal revenue code or (ii) supporting, marketing or recommending any tax-related matters contained in this communication. You are further advised that any e-mail communications from Northeast Professional Planning Group, Inc.

Confidential – Subject to Protective Order

("NPPG") or its affiliates may originate from an electronic mailing address associated with any of NPPG or its affiliates, and the electronic mailing address used for any specific communication is not indicative of the entity whose services have been retained.  Confidentiality notice: the document accompanying this communication contains information from NPPG, including its members and affiliates, which is confidential and/or legally privileged.  If you are not the intended recipient named above, you are hereby notified that any disclosure, copying, or distribution of the information is strictly prohibited, and the documents should be returned to this firm immediately.  If you have received this communication in error, please notify us by telephone immediately and before accessing or distributing this communication or any accompanying documents or attachments.

-----Original Message-----
From: George Hall <george.hall@clinton.com>
Sent: Tuesday, July 16, 2019 10:48 AM

To: Michael Salerno <msalerno@nppg.com>
Subject:

Joe will send you relevant information.

Sent from my iPhone

--


Disclaimer


Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body

of the email.  Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial

Confidential – Subject to Protective Order

CLINTON00007040

instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents.

Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future

performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.

DISCLAIMER: Sport-BLX, Inc. makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted

Confidential – Subject to Protective Order

CLINTON00007041

in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Sport-BLX, Inc. and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Sport-BLX, Inc. and is not intended for non-professional investors.

Confidential – Subject to Protective Order

CLINTON00007042

This message was secured by **Zix**®.

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.

This message was secured by **Zix**®.

Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.

This message was secured by **Zix**®.