Message

| | |
|---|---|
| **From**: | George Hall [george.hall@clinton.com] |
| **Sent**: | 12/23/2019 9:12:52 PM |
| **To**: | Joseph De Perio [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f8467f793a344ce9df2f976b4e41273-joseph.depe] |
| **Subject**: | Fwd: SB Board Minutes |

FYI

Sent from my iPhone

Begin forwarded message:

> **From:** Michael Salerno <msalerno@nppg.com>
> **Date:** December 23, 2019 at 7:52:27 PM EST
> **To:** George Hall <george.hall@clinton.com>
> **Subject: RE: SB Board Minutes**
>
> This message was sent securely using Zix®
>
> Sorry for some reason this was stuck in outbox...
>
> Like you, I like the broker/ dealer model.
> As for the finra application, I am more than happy to provide the Cypress ownership information to be included in the application as I have communicated prior. That said, I would just like to be assured that such information will be maintained on a confidential basis, within the company.
>
> **From:** George Hall <george.hall@clinton.com>
> **Sent:** Tuesday, December 17, 2019 7:53 AM
> **To:** Michael Salerno <msalerno@nppg.com>
> **Subject:** Re: SB Board Minutes
>
> Do you want to discuss broker dealer at the board level or not?   The company has moved on from this potential opportunity because we had to withdraw our FINRA application.   We have made the appropriate changes at the company level to pursue monetizing the companies technology.  If you want to discuss another strategy, you can present it to the board for consideration.
>
> Sent from my iPhone
>
>> On Dec 16, 2019, at 2:25 PM, Michael Salerno <msalerno@nppg.com> wrote:
>>
>> This message was sent securely using Zix®
>>
>> Joe,
>> I just  Clarified with george. It is up to him if he wants to have a call.
>>
>> Cordially,

Confidential – Subject to Protective Order   SPORTBLX00052396

Michael M. Salerno
Founder & CEO
**N**PPG Fiduciary Services, LLC

**N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
- *Employee Benefits & Retirement Planning*
- *Actuarial & Retirement Plan Administration*
- *Administrative Fiduciary & Consulting Services*

<u>121 Monmouth Street</u>
<u>Red Bank, NJ 07701</u>
Phone: <u>(732) 758-1577 ext. 239</u>
www.nppg.com

On Dec 16, 2019, at 1:28 PM, Joseph De Perio <joseph.deperio@sportblx.com> wrote:

> Mike – We must have misunderstood your desire to have a board call. So, as such, there is no need to have call on Wednesday or Thursday now.
>
> Thanks, Joe
>
>
>
> Joseph A. De Perio
> Sport-BLX, Inc.
> 510 Madison Avenue, 9th Floor
> New York, NY 10022
> jad@sportblx.com
> (212) 377-4252
>
> ---
>
> **From:** Michael Salerno <msalerno@nppg.com>
> **Sent:** Monday, December 16, 2019 1:05 PM
> **To:** Joseph De Perio <joseph.deperio@sportblx.com>
> **Cc:** franruch@clinton.com; Daniel Strauss <dstrauss@glassbridge.com>; Christopher Johnson <christopher@thelaightgroup.com>; Cesar A Baez 212 660 2239 <cesar@baez.com>; George Hall <geh@clinton.com>
> **Subject:** Re: SB Board Minutes
>
> Joe, I did not speak to george or ask for a call so now sure what you are referring to. However, Let me see if I can rearrange schedule for you Wednesday as Thursday i am not available. I will get back to you asap
>
> Cordially,
>
> Michael M. Salerno
> Founder & CEO
> **N**PPG Fiduciary Services, LLC
>
> **N**ORTHEAST **P**ROFESSIONAL **P**LANNING **G**ROUP, Inc.
> - *Employee Benefits & Retirement Planning*
> - *Actuarial & Retirement Plan Administration*
> - *Administrative Fiduciary & Consulting Services*

Confidential – Subject to Protective Order                                                                                SPORTBLX00052397