Message

| | |
|---|---|
| **From**: | George Hall [george.hall@clinton.com] |
| **Sent**: | 12/27/2019 11:02:37 PM |
| **To**: | Joseph De Perio [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7f8467f793a344ce9df2f976b4e41273-joseph.depe] |
| **Subject**: | Re: SportBLX |

He really seems a little crazy    Makes no sense.

Sent from my iPhone

On Dec 27, 2019, at 10:20 PM, Joseph De Perio <joseph.deperio@sportblx.com> wrote:

Joseph A. De Perio
(212) 377-4252
(917) 539-5027 (cell)
jad@sportblx.com

---

**From:** Michael Salerno <msalerno@nppg.com>
**Sent:** Friday, December 27, 2019 11:57
**To:** Joseph De Perio
**Subject:** RE: SportBLX

Joe,

I do not agree with many of your statements. That said,
I have always been for maximizing shareholder value and want transparency. Nothing has changed.

Per our board call in December George agreed to have my counsel speak to BLX counsel, Mr. Mack. When they spoke my counsel communicated to Mr. Mack that I am willing to provide Cypress ownership for the FINRA application. Mr. Mack directed us to communicate same to George which I did. I left it in George's hands whether or not to have a call last week and obviously he decided to cancel the call.

Michael

---

**From:** Joseph De Perio <joseph.deperio@sportblx.com>
**Sent:** Monday, December 23, 2019 2:54 PM
**To:** Michael Salerno <msalerno@nppg.com>
**Subject:** SportBLX

Mike:

I understand you had a conversation with Cesar late last week regarding your potential disclosure of shareholders of Cypress.
As you know, we have moved in an alternate direction from a broker dealer model to preserve shareholder value. While moving the ship is challenging given the decisions made in the last few months, if you now are willing to disclose Cypress shareholders as FINRA requires, and you are

Confidential – Subject to Protective Order                                                        SPORTBLX00052409

suggesting that the company switch back to a broker dealer model, then that is a discussion for the next board meeting.

I am further surprised by what Cesar transcribed given the cryptic email exchange you had with George last week in which we tried to call a board meeting on Wednesday only to be confused by your actual intentions. The back and forth isn't productive.

I am struggling to figure out your agenda in all of this. You don't provide comments to minutes and summarily object to them, you vote against existing directors standing for election, and you vote against other matters in ordinary course. A lot of damage to shareholder value has resulted from all of your actions, and management's struggle to work with you despite extraordinary efforts is debilitating to SportBLX's progress.


Joe


Joseph A. De Perio
Sport-BLX, Inc.
510 Madison Avenue, 9th Floor
New York, NY 10022
jad@sportblx.com
(212) 377-4252

DISCLAIMER: Sport-BLX, Inc. makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents. Sport-BLX, Inc. and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Sport-BLX, Inc. and is not intended for non-professional investors.


Disclaimer

Clinton Group makes every effort to use reliable information, but cannot make any representation to the accuracy or completeness of the information in this email or items attached to this email. The recipient should note that any disclaimers presented in the attachments are construed to be part of the content transmitted in the body of the email. Do not expect us to inform you if the information contained herein changes or is updated. We do not accept any liability relating to this information, its completeness or timeliness. This email and the information contained in it and attached to it is not an offer to buy or sell (nor a solicitation of a proposal to buy or sell) securities, funds or any financial instrument. Any such offer or solicitation may be made only by delivery of a private placement memorandum and other offering documents.  Clinton Group and/or its employees may have an investment in, and may effect transactions in, securities and derivatives of securities of companies mentioned in this email. We do not provide tax, legal, regulatory or other advice; we recommend that investors seek advice from independent advisers. Past performance is not necessarily indicative of future performance. The information herein may not be redistributed without the prior written consent of Clinton Group and is not intended for non-professional investors.