**Historical Capital Raises**

**Founders**

| | | Certificate # | | | Dollars | Shares | |
|---|---|---|---|---|---|---|---|
| George E. Hall | | | | | | 70,000 | 70% |
| Joseph A. De Perio | | | | | | 30,000 | 30% |
| Founders | | | | | | 100,000 | 100% |

**1st Round of Financing**

| | | Certificate # | | Per Share | Dollars | Shares | |
|---|---|---|---|---|---|---|---|
| George E. Hall | | 22 | | | | 70,000 | 56.1% |
| Joseph A. De Perio | | 2 | | | | 30,000 | 24.0% |
| John L. Hall | Buyback - 10/24/19 | 35 | $ | 95.00 | $ 35,625 | 375 | 0.3% |
| Peter T. Rawlins | Buyback - 10/24/19 | 34 | $ | 95.00 | $ 35,625 | 375 | 0.3% |
| Henry W. Sullivan | Buyback - 10/24/19 | 36 | $ | 95.00 | $ 26,125 | 275 | 0.2% |
| Jacob R. Fisch | Buyback - 10/24/19 | 37 | $ | 95.00 | $ 9,215 | 97 | 0.1% |
| Justin Cupps | 12/21/2018 | 8 | $ | 95.00 | $ 19,950 | 210 | 0.2% |
| Jarvis Hollingsworth | 1/30/2019 | 21 | $ | 95.00 | $ 49,970 | 526 | 0.4% |
| Joseph Kenney | 12/21/2018 | 7 | $ | 95.00 | $ 199,975 | 2,105 | 1.7% |
| Patrick M. Kerney | 12/21/2018 | 6 | $ | 95.00 | $ 99,940 | 1,052 | 0.8% |
| James J. Maguire | 12/21/2018 | 5 | $ | 95.00 | $ 99,940 | 1,052 | 0.8% |
| Marvin S. Rosen | 1/3/2019 | 9 | $ | 95.00 | $ 99,940 | 1,052 | 0.8% |
| Harlan H. Simon | 12/21/2018 | 3 | $ | 95.00 | $ 99,940 | 1,052 | 0.8% |
| Cypress Holdings III, LP (Salerno) | 2/28/2019 | 12 | $ | 95.00 | $ 499,985 | 5,263 | 4.2% |
| GlassBridge Enterprises, Inc. | 1/4/2019 | 10 | $ | 95.00 | $ 999,970 | 10,526 | 8.4% |
| Troy Taylor | 12/21/2018 | 4 | $ | 95.00 | $ 24,700 | 260 | 0.2% |
| Anthony Vendetti | 2/1/2019 | 20 | $ | 95.00 | $ 52,250 | 550 | 0.4% |
| Sub-Total (1st Round Investors) | | | $ | 95.00 | $ 2,353,150 | 24,770 | 19.9% |
| Total (Pro Forma Post 1st Round) | | | | | | 124,770 | 100.0% |

**2nd Round of Financing**

| | | | | | Dollars | Shares | |
|---|---|---|---|---|---|---|---|
| Cypress Holdings III, LP (Salerno) | 2/28/2019 | 13 | $ | 200.1800 | $ 499,849 | 2,497 | 1.9% |
| 1347 LLC (John Howe) | 3/26/2019 | 15 | $ | 200.1800 | $ 249,825 | 1,248 | 1.0% |
| Chet Odle and Maya Odle | 3/26/2019 | 17 | $ | 200.1800 | $ 49,845 | 249 | 0.2% |
| Joseph Kenney | 3/27/2019 | 19 | $ | 200.1800 | $ 149,534 | 747 | 0.6% |
| Alex Koundourakis | 5/10/2019 | 24 | $ | 200.1800 | $ 35,032 | 175 | 0.1% |
| Gerald Kenney | 5/15/2019 | 25 | $ | 200.1800 | $ 100,090 | 500 | 0.4% |
| Henry Woodhouse | 4/30/2019 | 27 | $ | 200.1800 | $ 25,023 | 125 | 0.1% |
| Omar Elassar | 4/30/2019 | 23 | $ | 200.1800 | $ 49,845 | 249 | 0.2% |
| Sub-Total (2nd Round Investors) | | | | | $ 1,159,042 | 5,790 | 4.4% |
| Total (Pro Forma Post 2nd Round) | | | | | | 130,560 | 100.0% |

**3rd Round of Financing**

| | | | | | Dollars | Shares | |
|---|---|---|---|---|---|---|---|
| Mote and Kristina Zawalunow | 6/28/2019 | 28 | $ | 263.4074 | $ 250,237 | 950 | 0.7% |
| James Ballentine | 7/2/2019 | 29 | $ | 263.4074 | $ 150,142 | 570 | 0.4% |
| Justin Heller | 9/16/2019 | 32 | $ | 263.4074 | $ 40,038 | 152 | 0.1% |
| GlassBridge Enterprises | 9/16/2019 | 31 | $ | 263.4074 | $ 178,854 | 679 | 0.5% |
| Imation Enterprises Corp. | 10/18/2019 | 33, 34 | $ | 263.4074 | $ 609,525 | 2,314 | 1.7% |
| Sub-Total (New 3rd Round Investors) | | | | | $ 1,228,796 | 4,665 | 3.4% |
| Total (Pro Forma Post 3rd Round) | | | | | | 135,225 | 100.0% |

**Pro Forma for Option Plan and Consensys**

| | | | | | | Shares | |
|---|---|---|---|---|---|---|---|
| Founders Stock | | | | | | 100,000 | 74.0% |
| 1st Round | | | | | | 24,770 | 18.3% |
| 2nd Round | | | | | | 5,790 | 4.3% |
| 3rd Round | | | | | | 4,665 | 3.4% |
| Option Plan (1) | | | | | | TBD | TBD |
| | | | | | | 135,225 | 100.0% |

**Other**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Michael Abboud (Cancelled) | | 11 | | | 1,000 | | |
| George Hall (Cancelled ) | | 1 | | | 70,000 | | |
| Consensys (Cancelled) | | 26 | | | 3,436 | | |
| GlassBridge (Cancelled) | | 10, 31, 33 | | | 11,205 | 13,519 | |

(1) This option plan has not been finalized.

Confidential – Subject to Protective Order

SPORTBLX0267833

**Sharfeholder Register - 12/1/19**

| Shareholders | | Shares | % |
|---|---|---:|---:|
| George E. Hall | 1 | 66,629 | 49.3% |
| Joseph A. De Perio | 2 | 30,000 | 22.2% |
| John L. Hall | 3 | 375 | 0.3% |
| Peter T. Rawlins | 4 | 375 | 0.3% |
| Henry W. Sullivan | 5 | 275 | 0.2% |
| Jacob R. Fisch | 6 | 97 | 0.1% |
| Justin Cupps | 7 | 210 | 0.2% |
| Cypress Holdings III, LP (Salerno) | 8 | 7,760 | 5.7% |
| Jarvis Hollingsworth | 9 | 526 | 0.4% |
| Joseph Kenney | 10 | 3,974 | 2.9% |
| Patrick M. Kerney | 11 | 1,052 | 0.8% |
| Chet Odle and Maya Odle | 12 | 624 | 0.5% |
| James J. Maguire | 13 | 1,052 | 0.8% |
| Marvin S. Rosen | 14 | 1,052 | 0.8% |
| Harlan H. Simon | 15 | 1,052 | 0.8% |
| Troy Taylor | 16 | 260 | 0.2% |
| Anthony Vendetti | 17 | 550 | 0.4% |
| Alex Koundourakis | 18 | 175 | 0.1% |
| Gerald Kenney | 19 | 500 | 0.4% |
| Henry Woodhouse | 20 | 125 | 0.1% |
| Omar Elassar | 21 | 249 | 0.2% |
| 1345 LLC (John Howe) | 22 | 3,122 | 2.3% |
| Mote and Kristina Zawalunow | 23 | 950 | 0.7% |
| James Ballentine | 24 | 570 | 0.4% |
| Justin Heller | 25 | 152 | 0.1% |
| Imation Enterprises Corp. | 26 | 13,519 | 10.0% |
| Sub-Total | | 135,225 | 100.0% |

**Pro Forma for Option Plan**

| | Shares |
|---|---:|
| George E. Hall | 66,629 |
| Joseph A. De Perio | 30,000 |
| 1st Round | 24,770 |
| 2nd Round | 5,790 |
| 3rd Round | 4,665 |
| Other (Secondary) | 3,371 |
| Sub-Total | 135,225 |
| Option Plan (1) | 33,806 |
| Total | 169,031 |

(1)  This option plan has not been finalized.  We intend on creating an option plan at the onset equivalent to approximately 25% of the outstanding stock (pre-dilution).  We have not allocated options.  At this point, the founders would compromise half of the allocation, leaving room for key hires and role definition.

Confidential – Subject to Protective Order                                                                                           SPORTBLX0267834