MINUTES OF THE R MEETING
OF THE BOARD OF DIRECTORS
OF SPORT-BLX, INC.

July 31, 2020

The Board of Directors (the "**Board**") of Sport-BLX, Inc. (the "**Corporation**") held a regular board meeting commencing at approximately 8:30 am Eastern Time on July 31, 2020 (the "**Meeting**") pursuant to a call made by the President of the Corporation:

The following members of the Board were present at the Meeting without objection to the calling or convening of the Meeting:

    George E. Hall, Executive Chairman
    Cesar A. Baez
    Joseph A. De Perio
    Christopher Johnson
    Francis A. Ruchalski
    Daniel A. Strauss

John Hall, CEO of Adara Asset Management, and Peter T. Rawlins, Executive Vice President of the Corporation, were also in attendance at the invitation of the Executive Chairman.

Mr. G. Hall presided at the Meeting.

Mr. De Perio served as Secretary of the Meeting.

### Acknowledgement of Mr. Harlan Simon

Mr. G. Hall commented on the recent passing of Mr. Harlan H. Simon and expressed his gratitude for Mr. Simon's service.

### Business Strategy and Agreement with Sport-BLX Securities, Inc.

Mr. G. Hall led a discussion of the overall business strategy and the recently signed technology services agreement with Sport-BLX Securities, Inc. Mr. Baez, as Chairman of the Related Party Transaction Committee ("RPTC") of the Board, reported that he had several conversations with the Corporation's management team regarding the arrangement, and that the RPTC had reviewed the document. A discussion ensued on the merits of the arrangement. Upon a motion duly made and seconded, the Board members present unanimously resolved to ratify the arrangement documentation with Sport-BLX, Securities, Inc.

### Current Operations

Mr. G. Hall asked Mr. Rawlins to provide an update on the Company's latest offers. Mr. Rawlins provide an update on recently closed offering for SportBLX Thoroughbreds Corp. and the upcoming offering for Annestes Thoroughbreds Inc. and SportBLX/PJ Washington Inc.

Confidential – Subject to Protective Order    SPORTBLX0264430

### Go to Market Strategies

Mr. G. Hall asked Mr. De Perio to provide a recap of the Company's offering of SportBLX Thoroughbreds Corp. vis a vis the go to market strategy. A discussion ensued on the public relations efforts of the Company and the digital and social media strategies.

### Asset Management

Mr. G. Hall led a discussion on potential asset management activities going forward for the athlete corporations. While the efforts were being conducted at Adara Asset Management, Mr. G. Hall discussed the possibility of Adara approaching the Corporation in the future about using the SportBLX name for its activities.

### SportBLX/PJ Washington Inc.

Mr. G. Hall led a discussion on the formation of SportBLX/PJ Washington Inc. and its relationship with Sport-BLX Securities, Inc., and in turn, the relationship between Sport-BLX Securities, Inc. and Sport-BLX, Inc. through the previously discussed agreement between the latter two parties. Mr. G. Hall discussed the appropriateness of Sport-BLX Securities, Inc. as the sponsor and shareholder of SportBLX/PJ Washington Inc. A discussion ensued on the structure. Upon a motion duly made and seconded, the Board members present unanimously resolved to ratify the arrangements between Corporation and the two entities.

Thereafter, being no further business before the Board. The Meeting adjourned at 9:15 a.m. Eastern Time.

_____
George E. Hall, Executive Chairman

ATTEST:

_____
Joseph A. De Perio, President and Secretary

Confidential – Subject to Protective Order                                                                     SPORTBLX0264431