

CHRISTIAN D. CARBONE
Partner and Co-Chair,
Litigation

345 Park Avenue
New York, NY 10154

Direct   212.407.4852
Main    212.407.4000
Fax     212.937.3683
ccarbone@loeb.com

Via ECF

January 16, 2025

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Cypress Holdings, III, LP v. Sport-BLX, Inc. et al.*, No. 22-cv-01243

Dear Judge Schofield:

      We represent Defendants GlassBridge Enterprises, Inc., Daniel Strauss and Francis Ruchalski (collectively, the "GlassBridge Parties") in the above-referenced action and write pursuant to Rule III.B.1. of Your Honor's Individual Rules and Procedures to respectfully request a three-page enlargement of the page limit for the GlassBridge Parties' supplemental briefing.

      Your Honor's October 24, 2024 Scheduling Order (ECF #191) allocated Sport-BLX, Inc., Sport-BLX Securities, Inc., Clinton Group, Inc., George Hall, Cesar Baez, and Christopher Johnson a total of 50 pages between their opening and reply briefs, and the GlassBridge Parties a total of five pages between their supplemental opening and reply briefs.

      While Defendants made every effort to avoid duplication of issues, the legal and factual complexities of this case required the GlassBridge Parties to file a five-page supplemental moving brief. In order to submit a reply brief responding to Plaintiff Cypress's arguments in opposition and highlight additional issues that apply only to them, the GlassBridge Parties require an additional three pages. We believe these enlarged page limits will assist the Court in ruling on the parties' motions for summary judgment.

Respectfully submitted,

*/s/ Christian D. Carbone*

Christian D. Carbone
Loeb & Loeb LLP

cc:  All counsel of record (via ECF)

**Application GRANTED.** GlassBridge may file a reply brief not to exceed three pages.

Dated: January 17, 2025
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE