UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
CYPRESS HOLDINGS, III, L.P., individually
and derivatively on behalf of SPORT-BLX,
INC.,

                         Plaintiff,

      v.

GEORGE HALL, JOSEPH DE PERIO,
DANIEL STRAUSS, FRANCIS
RUCHALSKI, CESAR BAEZ,
CHRISTOPHER JOHNSON, SPORT-BLX,
INC., SPORT-BLX SECURITIES, INC.,
CLINTON GROUP INC., and
GLASSBRIDGE ENTERPRISES, INC.,

                         Defendants.
———————————————————————— x

**STECKLOW DECLARATION**

Civil Action No. 1:22-cv-1243-LGS

Wylie Stecklow, being an attorney duly admitted to practice before this court, affirms and declares under the penalties of perjury, the following:

1. Attached hereto as Exhibit 61A is a true and accurate copy of additional pages from a document starting at Bates stamp GBE0001146. For ease of use, this exhibit includes the entirety of Exhibit 61 and 61A.

2. Attached hereto as Exhibit 63A is a true and accurate copy of additional pages from Day 2, June 21, 2023 deposition transcript of George Hall.

3. Attached hereto as Exhibit 86 is a true and accurate copy of an audio recording with a Bates stamp of CYRESS_00000004.

4. Attached hereto as Exhibit 87 is a true and accurate copy of pages from Day 2, June 7, 2023 deposition transcript of Michael Salerno.

5. Attached hereto as Exhibit 88 is a true and accurate copy of an audio recording with a Bates stamp of CYRESS_00000007.

6. Attached hereto as Exhibit 89 is a true and accurate copy of an audio recording with a Bates stamp of CYRESS_00000016.

7. Attached hereto as Exhibit 90 are true and accurate copy of pages from a document starting at Bates stamp GBE0000925.

Dated: New York, New York
      January 24, 2025

                                WYLIE STECKLOW PLLC

                                _____
                                Wylie Stecklow, Esq.
                                Jon Avins, Esq.
                                Carnegie Hall Tower
                                152 W. 57th Street, 8th Floor
                                New York, NY 10019
                                (212) 566 8000
                                ECF@WylieLAW.com