EXHIBIT 86
(slip sheet for audio file)