# EXHIBIT 87

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
CYPRESS HOLDINGS, III, L.P.,
individually and derivatively on
behalf of SPORT-BLX, INC.,
          Plaintiff,     Civil Action No.:
                              22-cv-01243(LGS)
    -against-
GEORGE HALL, JOSEPH DE PERIO,
DANIEL STRAUSS, FRANCIS RUCHALSKI,
CESAR BAEZ, CHRISTOPHER JOHNSON,
SPORT-BLX, INC., SPORT-BLX SECURITIES,
INC., CLINTON GROUP INC., and
GLASSBRIDGE ENTERPRISES, INC.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - x

SPORT-BLX, INC., individually and
derivatively on behalf of its
shareholders,

          Plaintiff,     Case No.:
                              22-cv-08111(LGS)
    -against-

MICHAEL M. SALERNO and CYPRESS
HOLDINGS, III, L.P.,
          Defendants.
- - - - - - - - - - - - - - - - - - - - - x
(Caption continued on the following page.)
```

MAGNA LEGAL SERVICES
320 West 37th Street, 12th Floor
New York, New York 10018
(866) 624-6221



```
                                                    Page 105
 1              M. Salerno
 2          Go ahead.                               12:21:12
 3      A.  I wouldn't say it was guaranteed,       12:21:18
 4  no, but I would say it was guaranteed in the    12:21:24
 5  context of making the commitment that the      12:21:28
 6  fund would be a part of Sport-BLX.             12:21:33
 7      Q.  When you say, the fund, what fund      12:21:35
 8  are you referring to by the fund?              12:21:38
 9      A.  That's how Mr. Hall and Mr. De         12:21:41
10  Perio referred to it as, the fund.             12:21:45
11      Q.  So you understood when you             12:21:47
12  invested, there was no fund, but as part of    12:21:48
13  the company's business model, it would seek    12:21:51
14  to create a fund and get revenue from it, is   12:21:55
15  that a fair statement?                         12:21:59
16      A.  Yes, I believe so.                     12:22:01
17      Q.  What were you told about what          12:22:02
18  Sport-BLX' relationship with the fund would    12:22:10
19  be?                                            12:22:14
20      A.  I think I just answered this.  The     12:22:17
21  same answer.                                   12:22:20
22      Q.  Please.                                12:22:21
23          THE WITNESS:  Can you read it back?    12:22:23
24      Q.  No, no, please.                        12:22:24
25          What relationship were you told        12:22:26
```

