EXHIBIT 88
(slip sheet for audio file)