EXHIBIT 89

(slip sheet for audio file)