**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

CYPRESS HOLDINGS, III, L.P.,                         :
                                                              :
                    Plaintiff,                            :        22-CV-1243 (LGS) (OTW)
                                                              :
                    -against-                            :        **SCHEDULING ORDER**
                                                              :
SPORT-BLX, INC., et al.,                              :
                                                              :
                    Defendants.                        :
                                                              :
                                                              :
------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

            1.      The Court will hold a **Pre-Settlement Conference Call on Monday,**

**February 10, 2025 at 11:30 a.m.** for Defendants Francis Ruchalski, Daniel Strauss, and

GlassBridge Enterprises Inc., ONLY.

            2.      Please call Chambers at 212-805-0260 when all counsel are on the line.

       **SO ORDERED.**


                                    *s/ Ona T. Wang*

Dated: January 28, 2025                      **Ona T. Wang**
      New York, New York            United States Magistrate Judge