**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
CYPRESS HOLDINGS, III, L.P.,                        :
                                                    :
                    Plaintiff,                      :      22-CV-1243 (LGS) (OTW)
                                                    :
        -against-                                   :      SCHEDULING ORDER
                                                    :
SPORT-BLX, INC., et al.,                            :
                                                    :
                    Defendants.                     :
                                                    :
                                                    :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Call on Monday, February 10, 2025 at 12:00 p.m.** for Defendants George Hall, Sport-BLX Securities, Inc., and Clinton Group Inc. ONLY.

Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Dated: January 28, 2025  
  New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge