UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CYPRESS HOLDINGS, III, L.P., :
:
               Plaintiff, :      22-CV-1243 (LGS) (OTW)
:
               -against- :      **SCHEDULING ORDER**
:
SPORT-BLX, INC., et al., :
:
             Defendants. :
:
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Call on Monday, February 10, 2025 at 12:30 p.m.** for Defendants Joseph De Perio. Please call Chambers at 212-805-0260 when all counsel are on the line.

      **SO ORDERED.**

                                                            _s/ Ona T. Wang_
Dated: January 28, 2025                           **Ona T. Wang**
       New York, New York           United States Magistrate Judge