UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CYPRESS HOLDINGS, III, L.P.,

        Plaintiff,

        -against-

SPORT-BLX, INC., et al.,

        Defendants.

---

22-CV-1243 (LGS) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Call on Monday, February 10, 2025 at 2:30 p.m.** for Plaintiffs ONLY.  Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Dated: January 28, 2025
       New York, New York

                        *s/ Ona T. Wang*
                        **Ona T. Wang**
                        United States Magistrate Judge