UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CYPRESS HOLDINGS, III, L.P.,

                Plaintiff,

                -against-

SPORT-BLX, INC., et al.,

                Defendants.

------------------------------------------------------------x

22-CV-1243 (LGS) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Call on Monday, February 10, 2025 at 3:00 p.m.** for Defendants Cesar Baez and Christopher Johnson ONLY.  Please call Chambers at 212-805-0260 when all counsel are on the line.

      **SO ORDERED.**

Dated: January 28, 2025
      New York, New York

               *s/ Ona T. Wang*
               **Ona T. Wang**
               United States Magistrate Judge