UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.,

           Plaintiff,

v.

GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP INC., and GLASSBRIDGE ENTERPRISES, INC.,

           Defendants.

-----------------------------------------------------------------X

INDEX 22-CV-1243
ECF CASE

Notice of Appearance

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for DEFENDANTS – GEORGE HALL, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP INC., and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
      March 5, 2025


/s/JON AVINS
Jon Avins, Esq.
Co-Counsel for Defendants
GEORGE HALL, CESAR BAEZ,
CHRISTOPHER JOHNSON, SPORT-BLX,
INCL, SPORT-BLX SECURITIES, INC.,
CLINTON GROUP INC.
141 Nihan Road
Lisbon, NH 0385
(917) 653 7945