

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

Via ECF
March 12, 2025

The Honorable Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Cypress Holdings, III, LP v. Sport-BLX, Inc. et al.*, No. 22-cv-01243
*SPORT-BLX, Inc. v. Salerno et al.*, No. 22-cv-08111

Dear Judge Schofield:

      We represent Defendants Sport-BLX, Inc., Sport-BLX Securities, Inc., Clinton Group, Inc., George Hall, Cesar Baez, and Christopher Johnson (collectively, the "Sport-BLX Parties") in the first above-referenced action, and plaintiff Sport-BLX in the second-above referenced action. We write, pursuant to Your Honor's Individual Rule I.D., and your order of March 7, 2025 (Docket 246). Please find attached to this letter the Pre Motion Letter to file a Rule 11 Sanctions motion (Exhibit D - Redacted), the 2025-01-27 Rule 11 Safe Harbor letter to Cypress (Exhibit A - Redacted), the 2025-02-12 Sanctions Memorandum of Law (Exhibit B – Redacted) and 2025-03-04 Letter from Cypress replying to the safe harbor letter (Exhibit C).

Respectfully submitted,

Wylie M. Stecklow

cc: All counsel of record (via ECF)