LAW OFFICES OF
# ALEXANDER M. DUDELSON

26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100   FAX (718) 624-9552

ALEXANDER M. DUDELSON

OF COUNSEL
LOUIS R. ROSENTHAL
JULIAN K. WHITE
YEHUDA FARKAS

FABIAN G. PALOMINO
(1924 - 2014)

March 4, 2025

Wylie Stecklow, Esq.
Wylie Stecklow PLLC
152 West 57th Street - 8th Floor
New York, New York 10019

Re:   *Cypress Holdings, III, L.P. v. Hall*, No. 1:22-cv-1243 (LGS)
      *Sport-BLX v. Salerno, et al*, 22-cv-08111 (LGS)

Dear Mr. Stecklow:

    I am writing in response to your letter dated February 4, 2025 and subsequent correspondence regarding your allegations of violations of Federal Rules of Civil Procedure R. 11 on behalf of my office and my client in the above referenced matters. After a thorough review of your specific allegations of false representations made in our motion papers, we are willing to correct the following statement in our brief that includes "the diversion of the $3,983,000 success fee to Hall's Clinton Group." The amount of the diverted success fee should be $2,634,615.

    We view the remainder of your allegations to be without merit. Our responses to your Statement of Undisputed Facts as well as the statements in our motion papers were adequately supported by the record. Further, we strongly deny and object to your allegations that we made any statements to the Court that were knowingly false.

    Thank you.

Very truly yours,

*Alexander Dudelson*

Alexander M. Dudelson