UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CYPRESS HOLDINGS, III, L.P.,          :
                                       :
                        Plaintiff,     :          22 Civ. 1243 (LGS)
                                       :
            -against-                  :          22 Civ. 08111 (LGS)
                                       :
SPORT-BLX, INC., et al.,               :          **ORDER**
                                       :
                        Defendant.     :
-------------------------------------------------------------:
                                       X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 20, 2025, denied the motions to seal at Dkt. Nos.

211, 224, 244 and 247 without prejudice to reraising by August 27, 2025.

WHEREAS, no renewed motions to seal were filed by either party.

WHEREAS, nothing has been filed on the Docket since August 20, 2025.

The Clerk of the Court is respectfully directed to unseal the documents at Dkt. Nos. 212,

213, 214, 231, 232 and 245; and to docket this Order in both cases.

Dated: August 28, 2025
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**