

Wylie Stecklow, Esq.
Carnegie Hall Tower
152 West 57th St, 8th Floor
New York, New York 10019
Phone: (212) 566-8000
Fax: (212) 202-4952
Wylie@wylielaw.com

October 10, 2025

**BY ECF**
The Honorable Lorna G. Schofield
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Cypress Holdings, III, L.P. v. Hall*, No. 22-cv-1243 (LGS)
*Sport-BLX v. Salerno, et al*, 22-cv-08111 (LGS)

Dear Judge Schofield:

We represent Sport-BLX, Inc. ("Sport-BLX"), Sport-BLX Securities Inc. ("Sport-BLX Securities"), Clinton Group, Inc. ("Clinton Group") and George Hall, (together the "Sport-BLX Parties") in the above-referenced action. I write today in response to the Court order contained on page 40 of the Summary Judgment opinion (Docket 252).

We have conferred with Mr. Dudelson, and the parties agree on consolidation of the two matters for trial. Additionally, I have conferred with Mr. Gold and Mr. Carbone, who represent co-defendants in the Cypress matter, and they do not object.

Respectfully submitted,

/s/

Wylie Stecklow