**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

CYPRESS HOLDINGS, III, L.P.,

                Plaintiff,

                -against-

SPORT-BLX, INC., et al.,

                Defendants.

------------------------------------------------------------x

22-CV-1243 (LGS) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Thursday, December 18, 2025 at 3:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Dated: November 13, 2025
       New York, New York

                                        *s/ Ona T. Wang*
                                        **Ona T. Wang**
                              United States Magistrate Judge