UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CYPRESS HOLDINGS, III, L.P., individually and          Civil Action No. 1:22-cv-1243-LGS
derivatively on behalf of SPORT-BLX, INC.

                              Plaintiff,

                   v.


GEORGE HALL, JOSEPH DE PERIO, DANIEL
STRAUSS, FRANCIS RUCHALSKI, CESAR
BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX,
INC., SPORT-BLX SECURITIES, INC.,
CLINTON GROUP INC., and GLASSBRIDGE
ENTERPRISES, INC.,
                              Defendants.
-----------------------------------------------------------------x

SPORT-BLX, INC.,                                        Civil Action No. 1:22-cv-8111-LGS

                              Plaintiff,

                   v.


CYPRESS HOLDINGS, III, L.P., and
MICHAEL M. SALERNO,

                              Defendants.
-----------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

       PLEASE TAKE NOTICE that Michael S. Schachter of Willkie Farr & Gallagher LLP is

admitted or otherwise authorized to practice in this Court, and hereby appears as counsel of record

for George Hall and Sport-BLX, Inc. in the above-captioned matters and respectfully requests that

copies of all papers in this action be served upon the undersigned.

DATED: November 19, 2025
      New York, New York

/s/ *Michael S. Schachter*
WILLKIE FARR & GALLAGHER LLP
Michael S. Schachter (MS0326)
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8102
mschachter@willkie.com
*Counsel for George Hall and Sport-BLX, Inc.*

2