UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.

          Plaintiff,

v.

GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP INC., and GLASSBRIDGE ENTERPRISES, INC.,

          Defendants.

Civil Action No. 1:22-cv-1243-LGS

---------------------------------------------------------------x

SPORT-BLX, INC.,

          Plaintiff,

v.

CYPRESS HOLDINGS, III, L.P., and MICHAEL M. SALERNO,

          Defendants.

Civil Action No. 1:22-cv-8111-LGS

---------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Shaimaa M. Hussein of Willkie Farr & Gallagher LLP is admitted or otherwise authorized to practice in this Court, and hereby appears as counsel of record for George Hall and Sport-BLX, Inc. in the above-captioned matters and respectfully requests that copies of all papers in this action be served upon the undersigned.

DATED: November 19, 2025
      New York, New York

                                              /s/ *Shaimaa M. Hussein*
                                              WILLKIE FARR & GALLAGHER LLP
                                              Shaimaa M. Hussein (SH9276)
                                              787 Seventh Avenue
                                              New York, NY 10019
                                              Tel: (212) 728-8638
                                              Fax: (212) 728-9638
                                              shussein@willkie.com
                                              *Counsel for George Hall and Sport-BLX, Inc.*