UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.

                        Plaintiff,

v.

GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP INC., and GLASSBRIDGE ENTERPRISES, INC.,

                        Defendants.

------------------------------------------------------------x

Civil Action No. 1:22-cv-1243-LGS

NOTICE OF MOTION *IN LIMINE*

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant George Hall, by his attorneys, shall move before the Honorable Lorna G. Schofield, U.S.D.J., of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States District Courthouse, 500 Pearl Street, New York, New York, on November 19, 2025, for an Order Precluding Monetary Damages Evidence and Limiting Plaintiff to Nominal Damages (MIL No. 4).

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, are to be filed with the Court and served on counsel for the Defendant on or before Wednesday, November 26, 2025.

Dated: November 19, 2025

                                        Respectfully submitted,

                                        /s/ *Michael S. Schachter*
                                        WILLKIE FARR & GALLAGHER LLP
                                        Michael S. Schachter (MS0326)
                                        Shaimaa M. Hussein (SH9276)
                                        787 Seventh Avenue
                                        New York, NY 10019-6099
                                        (212) 728-8000
                                        mschacter@willkie.com
                                        shussein@willkie.com

                                        *Counsel for Defendants*