UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

CYPRESS HOLDINGS, III, L.P., individually and
derivatively on behalf of SPORT-BLX, INC.

Plaintiff,

v.

GEORGE HALL, JOSEPH DE PERIO, DANIEL
STRAUSS, FRANCIS RUCHALSKI, CESAR
BAEZ, CHRISTOPHER JOHNSON, SPORT-
BLX, INC., SPORT-BLX SECURITIES, INC.,
CLINTON GROUP INC., and GLASSBRIDGE
ENTERPRISES, INC.,

Defendants.

-------------------------------------------------------------x

Civil Action No. 1:22-cv-1243-LGS

NOTICE OF MOTIONS *IN LIMINE*

## NOTICE OF MOTIONS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant George Hall, by his attorneys, shall move before the Honorable Lorna G. Schofield, U.S.D.J., of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States District Courthouse, 500 Pearl Street, New York, New York, on November 19, 2025, for an order precluding argument or evidence regarding: (1) unrelated investigations (MIL No. 5); (2) personal harm to Mr. Salerno or any entity apart from Cypress (MIL No. 6); (3) liability insurance (MIL No. 7); and settlement negotiations (MIL No. 8).

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, are to be filed with the Court and served on counsel for the Defendant on or before Wednesday, November 26, 2025.

Dated:  November 19, 2025

Respectfully submitted,

/s/ *Michael S. Schachter*

WILLKIE FARR & GALLAGHER LLP
Michael S. Schachter (MS0326)
Shaimaa M. Hussein (SH9276)
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
mschacter@willkie.com
shussein@willkie.com

*Counsel for Defendants*