**COLE SCHOTZ P.C.**
David S. Gold
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 525-6305
dgold@coleschotz.com
*Attorneys for Joseph De Perio*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.<br><br>                    Plaintiff,<br><br>        v.<br><br>GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP INC., and GLASSBRIDGE ENTERPRISES, INC.<br><br>                    Defendants. | Case No. 22-cv-01243 (LGS) |

**DEFENDANT JOSEPH DE PERIO'S JOINDER OF DEFENDANTS' MOTIONS *IN LIMINE***

Defendant, Joseph De Perio, by and through undersigned counsel, hereby joins in Defendants George Hall, Sport-BLX, Inc., Sport-BLX Securities, Inc., and Clinton Group, Inc.'s (together, the "Sport-BLX Defendants") motions *in limine*, filed on November 19, 2025 (Dkt. 259-268). Mr. De Perio hereby incorporates by reference all arguments made by the Sport-BLX Defendants in their supporting memoranda of law to the extent applicable to the sole remaining claim against Mr. De Perio (Count Two) and, for the reasons set forth therein, respectfully requests that the Court grant the motions in their entirety.

62527/0004-51849004

| | |
|---|---|
| Dated:   Hackensack, New Jersey<br>         November 19, 2025 | Respectfully Submitted,<br><br>**COLE SCHOTZ P.C.**<br><br>By: */s/ David S. Gold*<br>David S. Gold<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 525-6305<br>dgold@coleschotz.com<br>*Attorneys for Joseph De Perio* |