UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC. | Civil Action No. 1:22-cv-1243-LGS |
| Plaintiff, | |
| v. | |
| GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP INC., and GLASSBRIDGE ENTERPRISES, INC., | |
| Defendants. | |

---------------------------------------------------------------x

| | |
|---|---|
| SPORT-BLX, INC., | Civil Action No. 1:22-cv-8111-LGS |
| Plaintiff, | |
| v. | |
| CYPRESS HOLDINGS, III, L.P., and MICHAEL M. SALERNO, | |
| Defendants. | |

---------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

     PLEASE TAKE NOTICE that Meredith E. Mayer-Dempsey of Willkie Farr & Gallagher LLP is admitted or otherwise authorized to practice in this Court, and hereby appears as counsel of record for George Hall and Sport-BLX, Inc. in the above-captioned matters and respectfully requests that copies of all papers in this action be served upon the undersigned.

DATED: November 20, 2025
      New York, New York

                                  /s/ *Meredith E. Mayer-Dempsey*
                                  WILLKIE FARR & GALLAGHER LLP
                                  Meredith E. Mayer-Dempsey (5213202)
                                  787 Seventh Avenue
                                  New York, NY 10019
                                  Tel: (202) 305-1156
                                  Fax: (202) 303-2000
                                  mmayer-dempsey@willkie.com
                                  *Counsel for George Hall and Sport-BLX, Inc.*