LAW OFFICES OF
# Alexander M. Dudelson

26 Court Street - Suite 2306
Brooklyn, New York 11242
(718) 855-5100    Fax (718) 624-9552

ALEXANDER M. DUDELSON

OF COUNSEL
LOUIS R. ROSENTHAL
JULIAN K. WHITE
YEHUDA FARKAS
FABIAN G. PALOMINO
(1924 - 2014)

December 12, 2025

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Cypress Holdings, III, LLP v. George Hall, et al.*
      Case No.: 22-cv-01243 (LGS)

Your Honor:

I am the attorney for plaintiff Cypress Holdings, III, L.P. ("Cypress"), and Michael Salerno ("Salerno"), in related case 1:22-cv-0811 (LGS). On October 15, 2025, Your Honor issued a Scheduling Order, which directed that joint requests to charge, joint voir dire, joint verdict form and any memorandum of law, as provided in the Court's individual rules, shall be filed by December 12, 2025. Plaintiff received defendants' respective proposals late last night. Due to the undersigned's schedule today, which included touring a school for my son this morning, the plaintiff will be unable to meet this Court's deadline. It is respectfully requested that the parties time to file the joint requests to charge, joint voir dire, joint verdict form and any memorandum of law be extended to December 15, 2025. This is the first application for an extension of the deadlines. This request is made on the consent of Michael Schachter, Esq., David Forrest, Esq., and David Gold, Esq., counsel for the respective defendants and plaintiff on the companion action.

Thank you for your consideration.

Very truly yours,

*Alexander Dudelson*

Alexander M. Dudelson

**Via ECF:** All parties