UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.

Plaintiff,

v.

GEORGE HALL, JOSEPH DE PERIO, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP INC., and GLASSBRIDGE ENTERPRISES, INC.,

Defendants.

Civil Action No. 1:22-cv-1243-LGS

------------------------------------------------------------x

SPORT-BLX, INC.,

Plaintiff,

v.

CYPRESS HOLDINGS, III, L.P., and MICHAEL M. SALERNO,

Defendants.

Civil Action No. 1:22-cv-8111-LGS

------------------------------------------------------------x

**NOTICE OF FILING – JOINT PROPOSED VOIR DIRE**

Pursuant to Rule 47 of the Federal Rules of Civil Procedure, the Court's October 15, 2025 Order, Dkt. No. 254, and Rule I(A)(3) of the Court's Individual Trial Rules and Procedures, Defendants George Hall, Joseph De Perio, Sport-BLX, Inc. ("Sport-BLX"), Sport-BLX Securities, Inc. ("S-BLX Securities"), Clinton Group, Inc. ("Clinton Group"), and GlassBridge Enterprises, Inc. ("GlassBridge," and together with Hall, De Perio, Sport-BLX, S-BLX Securities, and Clinton Group, the "Sport-BLX Parties") and Plaintiff Cypress Holdings, III, L.P. ("Cypress") and Michael Salerno (together with Cypress, the "Cypress Parties") respectfully submit these joint proposed, case-specific voir dire questions for the Court's consideration.

Dated: December 15, 2025					Respectfully submitted,

								*/s/ Michael S. Schachter*
								WILLKIE FARR & GALLAGHER LLP
								Michael S. Schachter (MS0326)
								Shaimaa M. Hussein (SH9276)
								Meredith E. Mayer-Dempsey (5213202)
								787 Seventh Avenue
								New York, NY 10019-6099
								(212) 728-8000
								mschacter@willkie.com
								shussein@willkie.com
								mmayer-dempsey@willkie.com

								*Counsel for Defendants*

								*/s/ Alexander Dudelson*
								Alexander M. Dudelson, Esq.

								*Counsel for Cypress Holdings, III, L.P.*