# Exhibit A

**JOINT PROPOSED CASE SPECIFIC VOIR DIRE**

1. Have you ever started a business or been a partial owner of a business? What kind of business and what was your involvement?

2. Have you ever felt that a business associate broke a promise to you, lied to you, or otherwise wronged you? What were the circumstances?

3. Have you ever pursued, or considered pursuing, a claim or complaint related to any investment loss (for example, against a broker, advisor, or a public company)? If yes, please describe.

4. Do you have strong views – positive or negative – about hedge funds? If yes, please explain.

5. Have you or any member of your immediate family ever invested in a private company, a "startup," or a small business (other than purchasing stock on a public stock exchange)?

6. Have you ever lost money as a result of an investment? Did you feel cheated or deceived?

7. Do you have any views about horse racing? If yes, please explain.

8. Have you ever received compensation for participating in a sport? As an athlete, coach, or in some other capacity?

9. Have you ever applied for a broker-dealer or other securities license from FINRA?