UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.

                Plaintiff,

v.

GEORGE HALL, JOSEPH DE PERIO, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP INC., and GLASSBRIDGE ENTERPRISES, INC.,

                Defendants.

Civil Action No. 1:22-cv-1243-LGS

------------------------------------------------------------x

SPORT-BLX, INC.,

                Plaintiff,

v.

CYPRESS HOLDINGS, III, L.P., and MICHAEL M. SALERNO,

                Defendants.

Civil Action No. 1:22-cv-8111-LGS

------------------------------------------------------------x

## **NOTICE OF FILING - JOINT PROPOSED VERDICT FORM**

Pursuant to Rule 49 of the Federal Rules of Civil Procedure, the Court's October 15, 2025 Order, Dkt. No. 254, and Rule I(A)(3) of the Court's Individual Trial Rules and Procedures, Defendants George Hall, Joseph De Perio, Sport-BLX, Inc. ("Sport-BLX"), Sport-BLX Securities, Inc. ("S-BLX Securities"), Clinton Group, Inc. ("Clinton Group"), and GlassBridge Enterprises, Inc. ("GlassBridge," and together with Hall, De Perio, Sport-BLX, S-BLX Securities, and Clinton Group, the "Sport-BLX Parties") and Plaintiff Cypress Holdings, III, L.P. ("Cypress") and Michael Salerno (together with Cypress, the "Cypress Parties") respectfully submit this proposed verdict form for the Court's consideration.

Text accepted by all parties is shown in black. Text proposed by Cypress and objected to by the Sport-BLX Parties is shown in red. Text proposed by Sport-BLX and objected to by the Cypress Parties is shown in blue.

The Parties reserve their rights to submit supplemental and modified requests as may become necessary or appropriate in light of the proceedings.

Dated: December 15, 2025                    Respectfully submitted,

/s/ *Michael S. Schachter*
WILLKIE FARR & GALLAGHER LLP
Michael S. Schachter (MS0326)
Shaimaa M. Hussein (SH9276)
Meredith E. Mayer-Dempsey (5213202)
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
mschacter@willkie.com
shussein@willkie.com
mmayer-dempsey@willkie.com

*Counsel for Defendants*


s/ *Alexander Dudelson*
Alexander M. Dudelson, Esq.

*Counsel for Cypress Holdings, III, L.P.*

ii