UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

CYPRESS HOLDINGS, III, L.P., individually and
derivatively on behalf of SPORT-BLX, INC.

                    Plaintiff,

          v.

GEORGE HALL, JOSEPH DE PERIO, SPORT-
BLX, INC., SPORT-BLX SECURITIES, INC.,
CLINTON GROUP INC., and GLASSBRIDGE
ENTERPRISES, INC.,

                    Defendants.

Civil Action No. 1:22-cv-1243-LGS

-------------------------------------------------------------x

SPORT-BLX, INC.,

                    Plaintiff,

          v.

CYPRESS HOLDINGS, III, L.P., and
MICHAEL M. SALERNO,

                    Defendants.

Civil Action No. 1:22-cv-8111-LGS

-------------------------------------------------------------x

## <u>NOTICE OF FILING - JOINT PROPOSED JURY INSTRUCTIONS</u>

Pursuant to Rule 51 of the Federal Rules of Civil Procedure, the Court's October 15, 2025

Order, Dkt. No. 254, and Rule I(A)(3) of the Court's Individual Rules of Practice, Defendants

George Hall, Joseph De Perio, Sport-BLX, Inc. ("Sport-BLX"), Sport-BLX Securities, Inc.

("S-BLX Securities"), Clinton Group, Inc. ("Clinton Group"), and GlassBridge Enterprises, Inc.

("GlassBridge," and together with Hall, De Perio, Sport-BLX, S-BLX Securities, and Clinton

Group, the "Sport-BLX Parties") and Plaintiff Cypress Holdings, III, L.P. ("Cypress") and Michael

Salerno (together with Cypress, the "Cypress Parties") respectfully submit these joint proposed,

case-specific instructions to the jury for the Court's consideration. Citations to supporting legal authority appear at the bottom of each individual proposed instruction. Text accepted by all parties is shown in black. Text proposed by Cypress and objected to by the Sport-BLX Parties is shown in red. Text proposed by Sport-BLX and objected to by the Cypress Parties is shown in blue.

The Parties reserve their rights to submit supplemental and modified requests as may become necessary or appropriate in light of the proceedings.

Dated: December 15, 2025                    Respectfully submitted,

                                            */s/ Michael S. Schachter*
                                            WILLKIE FARR & GALLAGHER LLP
                                            Michael S. Schachter (MS0326)
                                            Shaimaa M. Hussein (SH9276)
                                            Meredith E. Mayer-Dempsey (5213202)
                                            787 Seventh Avenue
                                            New York, NY 10019-6099
                                            (212) 728-8000
                                            mschacter@willkie.com
                                            shussein@willkie.com
                                            mmayer-dempsey@willkie.com

                                            *Counsel for Defendants*

                                            */s/ Alexander Dudelson*
                                            Alexander M. Dudelson, Esq.

                                            *Counsel for Cypress Holdings, III, L.P.*