LAW OFFICES OF

# ALEXANDER M. DUDELSON

| | | |
|---|---|---|
| ALEXANDER M. DUDELSON | 26 COURT STREET - SUITE 2306<br>BROOKLYN, NEW YORK 11242<br>(718) 855-5100   FAX (718) 624-9552 | OF COUNSEL<br>LOUIS R. ROSENTHAL<br>JULIAN K. WHITE<br>YEHUDA FARKAS<br>FABIAN G. PALOMINO<br>(1924 - 2014) |

December 17, 2025

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Application GRANTED.** The deadline to respond to the pretrial memoranda is **ADJOURNED** to **December 30, 2025**.
>
> Dated: December 18, 2025
> New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   *Cypress Holdings, III, LLP v. George Hall, et al.*
        <u>Case No.: 22-cv-01243 (LGS)</u>

Your Honor:

    I am the attorney for plaintiff Cypress Holdings, III, L.P. ("Cypress"), and Michael Salerno ("Salerno"), in related case 1:22-cv-0811 (LGS). On October 15, 2025, Your Honor issued a Scheduling Order, which directed that joint requests to charge, joint voir dire, joint verdict form and any memorandum of law, as provided in the Court's individual rules, shall be filed by December 12, 2025, and the final pretrial order shall be filed December 19, 2025. On December 12, 2025, Your Honor extended the time to file the joint requests to charge, joint voir dire, joint verdict form and any memorandum of law to December 15, 2025. Said documents, including a pretrial memorandum of law from defendant Glassbridge Enterprises, Inc. were filed on December 15, 2025. Pursuant to Your Honor's Individual Trial Rules and Procedures (I)(A)(4), the date to respond to the pretrial memorandum of law would be December 22, 2025.

    It is respectfully requested that the parties time to file the joint final pretrial order and a response to the pretrial memorandum of law be extended from December 19, 2025 and December 22, 2025, respectively, to December 30, 2025. The reason for the request is length of the material that needs to be exchanged for the completion of the final pretrial order, the time to review same, and the upcoming holidays. This is the first application for an extension of these deadlines. This request is made on the consent of Michael Schachter, Esq., David Forrest, Esq., and David Gold, Esq., counsel for the respective defendants and plaintiff on the companion action.

    Thank you for your consideration.

Very truly yours,

*Alexander Dudelson*

Alexander M. Dudelson

**Via ECF:** All parties