# Exhibit A

**Plaintiff's Exhibit List**

| Ex | Date | Description | Bates No. | Objections | ID | ADM |
|---|---|---|---|---|---|---|
| A | 2/28/2019 | Stock Purchase Agreement (200 per share) | SPORTBLX_00000006 | ** | | |
| B | 2/28/2019 | Stock Purchase Agreement (95 per share) | SPORTBLX_00000020 | ** | | |
| C | | Excel Spreadsheet – De Perio | SPORTBLX_0273990 | Lack of Foundation; Hearsay. | | |
| D | 12/13/2019 | Shareholder Register | SPORTBLX_0266070 | Fed. R. Evid. 401 and 403; Lack of Foundation; Hearsay. | | |
| E | 12/12/2019 | Stock Purchase Agreement, Hall to GlassBridge | GBE_0015470 | ** | | |
| F | 12/12/2019 | Stock Purchase Agreement, De Perio to GlassBridge | SPORTBLX0225543-551 | ** | | |
| G | 12/30/2021 | Stock Purchase Agreement, GlassBridge to Fintech | GBE_0014750 | Fed. R. Evid. 401 and 403. | | |
| H | 7/31/2021 | Note Forgiveness Agreement | SPORTBLX0265521 | ** | | |
| I | 8/14/2019 | Sport-BLX Inc. Board Minutes | DePerio_0000021 | Fed. R. Evid. 401 and 403 to portions redacted by Sport-BLX. | | |
| J | 9/10/2019 | Sport-BLX Inc. Board Minutes | DePerio_0000017 | Fed. R. Evid. 401 and 403 to portions redacted by Sport-BLX. | | |
| K | 11/26/2019 | Sport-BLX Inc. Board Minutes | SPORTBLX_0265495 | Fed. R. Evid. 401 and 403 to portions redacted by Sport-BLX. | | |

| Ex | Date | Description | Bates No. | Objections | ID | ADM |
|---|---|---|---|---|---|---|
| L | 12/6/2019 | Sport-BLX Inc. Board Minutes | GBE_0000506 | ** | | |
| M | 12/9/2019 | Sport-BLX Inc. Board Minutes | SPORTBLX00039506-39508 | Fed. R. Evid. 401 and 403 to portions redacted by Sport-BLX. | | |
| N | 12/10/2019 | Sport-BLX Inc. Board Minutes | SPORTBLX_00039503 | Fed. R. Evid. 401 and 403 to portions redacted by Sport-BLX. | | |
| O | 12/23/2019 | Sport-BLX Inc. 2019 Annual Shareholder Meeting Notes | SPORTBLX0265510 | Hearsay. | | |
| P | 8/14/2019 | Audio Recording Sport-BLX Inc. Board Meeting | Cypress00000016 | Fed. R. Evid. 401 and 403 to portions. Sport-BLX will respond in full upon Plaintiff's identification of the portions it intends to use in its case-in-chief. | | |
| Q | 9/10/2019 | Audio Recording Sport-BLX Inc. Board Meeting | Cypress00000018 | Fed. R. Evid. 401 and 403 to portions. Sport-BLX will respond in full upon Plaintiff's identification of the portions it intends to use in its case-in-chief. | | |
| R | 11/22/2019 | Audio Recording Sport-BLX Inc. Board Meeting | Cypress00000001 | Fed. R. Evid. 401 and 403 to portions. Sport-BLX will respond in full upon Plaintiff's identification of the portions it intends to use in its case-in-chief. | | |
| S | 11/26/2019 | Audio Recording Sport-BLX Inc. Board Meeting | Cypress00000002 | Fed. R. Evid. 401 and 403 to portions. Sport-BLX will respond in full upon Plaintiff's identification of the portions it intends to use in its case-in-chief. | | |

| Ex | Date | Description | Bates No. | Objections | ID | ADM |
|---|---|---|---|---|---|---|
| T | 12/9/2019 | Audio Recording Sport-BLX Inc. Board Meeting | Cypress00000007 | Fed. R. Evid. 401 and 403 to portions. Sport-BLX will respond in full upon Plaintiff's identification of the portions it intends to use in its case-in-chief. | | |
| U | 12/9/2019 | GlassBridge Enterprises, Inc. Board Minutes | GBE_0009062-63 | ** | | |
| V | 12/11/2019 | GlassBridge Enterprises, Inc. Board Minutes | GBE_0009060-061 | ** | | |
| W | 12/12/2019 | GlassBridge Enterprises, Inc. Board Minutes | GBE_0015714-15 | ** | | |
| X | 12/12/2019 | Materials for 12/12/2019 GlassBridge Board Meeting | GBE0015399-GBE0015468 | Lack of Foundation; Hearsay; Relevance; Speculation. | | |
| Y | | Imation Consent to purchase Sport-BLX shares | GBE001474-GBE001476 | Lack of Foundation; Relevance. | | |
| Z | 10/18/2019 | Stock Purchase Agreement, Imation Enterprises Corp | GBE0015456-GBE0015465 | Lack of Foundation; Relevance. | | |
| AA | 4/17/2019 | Email Chain | SportBLX0065062-70 | Hearsay as to Salerno's statements if offered by Cypress; Fed. R. Evid. 401 and 403. | | |
| BB | 5/21/2019 | Email Chain | Cypress00001215-7 | Hearsay as to Salerno's statements if offered by Cypress; Fed. R. Evid. 401 and 403. | | |

| Ex | Date | Description | Bates No. | Objections | ID | ADM |
|---|---|---|---|---|---|---|
| CC | 5/29/2019 | Email Chain | SportBLX00048150-2 | Hearsay as to Salerno's statements if offered by Cypress; Fed. R. Evid. 401 and 403 to portions redacted by Sport-BLX. | | |
| DD | 6/5/2019 | Email Chain | Cypress00001650 | Hearsay as to Salerno's statements if offered by Cypress; Fed. R. Evid. 401 and 403. | | |
| EE | 6/10/2019 | Email Chain | SportBLX00015719 | Hearsay as to Salerno's statements if offered by Cypress; Hearsay as to Gross's statements; Fed. R. Evid. 401 and 403. | | |
| FF | 6/10/2019 | Email Chain | Cypress00001661 | Hearsay as to Salerno's statements if offered by Cypress; Hearsay as to Gross's statements; Fed. R. Evid. 401 and 403. | | |
| GG | 7/3/2019 | Email from Salerno to Hall | Cypress00001625 | Hearsay as to Salerno's statements if offered by Cypress; Fed. R. Evid. 401 and 403. | | |
| HH | 7/18/2019 | Email from Hall | Cypress 00001642 | Hearsay as to Salerno's statements if offered by Cypress; Fed. R. Evid. 401 and 403. | | |
| II | 7/20/2019 | Email from Hall | Clinton00007033-43 | Hearsay as to Salerno's statements if offered by Cypress; Fed. R. Evid. 401 and 403. | | |
| JJ | 8/21/2019 | Structured Capital Solutions valuation report | ORIX 0035 – ORIX 0039 | Foundation. Hearsay. Relevance. | | |
| KK | 12/2019 | Sport-BLX, Inc. Valuation Materials | GBE_0015451 – GBE_0015455 | Foundation. Hearsay. | | |
| LL | 12/19/2019 | Orix Memorandum | GBE_0015918 – GBE_0015923 | Foundation. Hearsay. Relevance. | | |

| Ex | Date | Description | Bates No. | Objections | ID | ADM |
|---|---|---|---|---|---|---|
| MM | 3/27/2019 | Final Orix Model | | Foundation. Hearsay. Relevance. | | |
| NN | | 2019 GlassBridge Enterprises, Inc. Form 10-K | | ** | | |
| OO | | 2020 GlassBridge Enterprises, Inc. Form 10-K | | ** | | |
| PP | | 2021 GlassBridge Enterprises, Inc. Form 10-K | | ** | | |
| QQ | 9/1/2023 | Rebuttal Report of Marcie D. Bour | | Hearsay. | | |