# Exhibit B

**Cypress Holdings, III, L.P. v. George Hall, Joseph Deperio, Sport-BLX, Inc. and Glassbridge Enterprises, Inc ,**
SDNY Case No. 1:22-cv-01243-LGS
**EXHIBIT B - Defendants' Trial Exhibit List**

| Ex. No. | Date | Description | Bates No. | Objections | ID | ADM |
|---|---|---|---|---|---|---|
| 1 | 11/4/2018 | Cypress LP Agreement | CYPRESS_0003118 | ** | | |
| 2 | 11/20/2018 | By Laws of SPORTBLX, INC. | GBE_0015493-508 | ** | | |
| 3 | 11/28/2018 | Minutes of the Regular Meeting of the Board of Directors of GlassBridge Enterprises, Inc. (redacted) | GBE_0016026-027 | ** | | |
| 4 | 1/10/2019 | Calendar invitation to M. Salerno to visit Clinton Group's Offices | SPORTBLX_0144639 | Lack of Foundation. Relevance. | | |
| 5 | 1/14/2019 | Email - H. Sullivan to Salerno with Sport-BLX materials | SPORTBLX_0147207 | Lack of Foundation. Hearsay. Relevance. | | |
| 6 | 1/14/2019 | Template Blank NDA Attached to 1.14.19 Email from H. Sullivan to Salerno with Sport-BLX materials | SPORTBLX_0147242 | Lack of Foundation. Hearsay. Relevance. | | |
| 7 | 1/14/2019 | Template SPA attached to 1.14.19 Email from H. Sullivan to Salerno with Sport-BLX materials | SPORTBLX_0147234 | Lack of Foundation. Hearsay. Relevance. | | |
| 8 | 1/14/2019 | Deck attached to 1.14.19 Email from H. Sullivan to Salerno with Sport-BLX materials | SPORTBLX_0147208 | Lack of Foundation. Hearsay. Relevance. | | |
| 9 | 1/14/2019 | FAQs attached to 1.14.19 Email from H. Sullivan to Salerno with Sport-BLX materials | SPORTBLX_0147230 | Lack of Foundation. Hearsay. Relevance. | | |
| 10 | 1/14/2019 | Wiring instructions attached to 1.14.19 Email from H. Sullivan to Salerno with Sport-BLX materials (redacted) | SPORTBLX_0147241 | Lack of Foundation. Hearsay. Relevance. | | |
| 11 | 2/1/2019 | Email - De Perio to Salerno (Hall cc'ed), attaching draft SPAs and Side Letter. | SPORTBLX_00000055 | Relevance. | | |
| 12 | 2/5/2019 | Email - Salerno to De Perio | SPORTBLX_0161008 | ** | | |
| 13 | 2/6/2019 | Email - J. De Perio to Salerno with Drafts of Agreements | SPORTBLX_0132646 | ** | | |
| 14 | 2/6/2019 | Draft Side Letter attached to 2.6.2019 Email from De Perio to Salerno. | SPORTBLX_0132672 | Lack of Foundation. Hearsay. Relevance. FRE 401 and 403 | | |
| 15 | 2/6/2019 | Redline of Side Letter attached to 2.6.2019 Email from De Perio to Salerno. | SPORTBLX_0132676 | Lack of Foundation. Hearsay. Relevance. FRE 401 and 403 | | |
| 16 | 2/6/2019 | Draft SPA (95 per share) attached to 2.6.2019 Email from De Perio to Salerno. | SPORTBLX_0132657 | Lack of Foundation. Hearsay. Relevance. FRE 401 and 403 | | |
| 17 | 2/6/2019 | Draft SPA (200 per share) attached to 2.6.2019 Email from De Perio to Salerno. | SPORTBLX_0132650 | Lack of Foundation. Hearsay. Relevance. FRE 401 and 403 | | |
| 18 | 2/6/2019 | Redline SPA (200 per share) attached to 2.6.2019 Email from De Perio to Salerno. | SPORTBLX_0132664 | Lack of Foundation. Hearsay. Relevance. FRE 401 and 403 | | |
| 19 | 2/19/2019 | Email - Salerno to De Perio with updated versions. | SPORTBLX_0148243 | Lack of Foundation. Hearsay. Relevance. FRE 401 and 403 | | |
| 20 | 2/19/2019 | Updated SPA (200 per share) attached to Feb. 19, 2019 Email from Salerno to De Perio | SPORTBLX_0148250 | Lack of Foundation. Hearsay. Relevance. FRE 401 and 403 | | |
| 21 | 2/19/2019 | Updated SPA (95 per share) attached to Feb. 19, 2019 Email from Salerno to De Perio | SPORTBLX_0148259 | Lack of Foundation. Hearsay. Relevance. FRE 401 and 403 | | |

*Cypress Holdings, III, L.P. v. George Hall, Joseph Deperio, Sport-BLX, Inc. and Glassbridge Enterprises, Inc,*
SDNY Case No. 1:22-cv-01243-LGS
**EXHIBIT B - Defendants' Trial Exhibit List**

| Ex. No. | Date | Description | Bates No. | Objections | ID | ADM |
|---|---|---|---|---|---|---|
| 22 | 2/19/2019 | Side Letter attached to Feb. 19, 2019 Email from Salerno to De Perio | SPORTBLX_0148271 | Lack of Foundation. Hearsay. Relevance. FRE 401 and 403 | | |
| 23 | 2/20/2019 | Email - De Perio to Salerno | SPORTBLX_0148275 | Lack of Foundation. Hearsay. Relevance. | | |
| 24 | 2/28/2019 | Email - De Perio to Salerno with Redlines of SPAs and Side Letter | SPORTBLX_00000001 | Lack of Foundation. Relevance. FRE 401 and 403 | | |
| 25 | 2/28/2019 | Execution Version Side Letter attached to Feb. 28, 2019 Email from De Perio to Salerno | SPORTBLX_00016292 | Lack of Foundation. Relevance. FRE 401 and 403 | | |
| 26 | 2/28/2019 | Execution Version SPA (95 per share) attached to Feb. 28, 2019 Email from De Perio to Salerno | SPORTBLX_00016296 | Lack of Foundation. Relevance. FRE 401 and 403 | | |
| 27 | 2/28/2019 | Redline SPA (95 per share) attached to Feb. 28, 2019 Email from De Perio to Salerno | SPORTBLX_00016326 | Lack of Foundation. Relevance. FRE 401 and 403 | | |
| 28 | 2/28/2019 | Execution Version SPA (200 per share) attached to Feb. 28, 2019 Email from De Perio to Salerno. | SPORTBLX_00016306 | Lack of Foundation. Relevance. FRE 401 and 403 | | |
| 29 | 2/28/2019 | Redline SPA (200 per share) attached to Feb. 28, 2019 Email from De Perio to Salerno | SPORTBLX_00016316 | ** | | |
| 30 | 2/28/2019 | Salerno's email response to De Perio's Feb. 28, 2019 Email | SPORTBLX_00018535 | ** | | |
| 31 | 2/28/2019 | Redline of Salerno's Changes to Side Letter | SPORTBLX_00000050 | ** | | |
| 32 | 2/28/2019 | Redline of Salerno's Changes to SPA (200 per share) | SPORTBLX_00000030 | ** | | |
| 33 | 2/28/2019 | Redline of Salerno's Changes to SPA (95 per share) | SPORTBLX_00000040 | ** | | |
| 34 | 2/28/2019 | Feb. 28, 2019 Executed SPA (200 per share) | SPORTBLX_00000006 | ** | | |
| 35 | 2/28/2019 | Feb. 28, 2019 Executed SPA (95 per share) | SPORTBLX_00000020 | ** | | |
| 36 | 2/28/2019 | Feb. 28, 2019 Side Letter | SPORTBLX_00000016 | ** | | |
| 37 | 3/29/2019 | Minutes of the Regular Meeting of the Board of Directors of GlassBridge Enterprises, Inc. | GBE_0006876-877 | ** | | |
| 38 | 5/29/2019 | Email - Hall and Salerno (redacted) | SPORTBLX00048150 | FRE 401 and 403 | | |
| 39 | 7/30/2019 | Email from K. Norensburg - FINRA's request for information. | SPORTBLX_0139092 | ** | | |
| 40 | 7/30/2019 | Attachment to K. Norsenburg email. | SPORTBLX_0139093 | Lack of Foundation, Hearsay, Authenticity | | |
| 41 | 8/9/2019 | Email thread - Cypress Owners | SPORTBLX00050629 | ** | | |
| 42 | 8/9/2019 | Email thread - Cypress Owners | CYPRESS_00001490 | ** | | |
| 43 | 8/9/2019 | Email thread - Cypress Owners | SPORTBLX00013008 | ** | | |
| 44 | 8/9/2019 | Email thread - Cypress Owners (redacted) | CYPRESS_00000518 | ** | | |
| 45 | 8/14/2019 | Sport-BLX August 14, 2019 Board Minutes (redacted) | DePerio0000021 | ** | | |
| 46 | 8/16/2019 | Email - Hall to De Perio (redacted) | SPORTBLX_0140202 | Hearsay with respect to Hall's Statement | | |
| 47 | 9/9/2019 | Email - Salerno and M. Cobert | CYPRESS_00001503 | Hearsay. Lack of Foundation | | |

**Cypress Holdings, III, L.P. v. George Hall, Joseph Deperio, Sport-BLX, Inc. and Glassbridge Enterprises, Inc ,**
**SDNY Case No. 1:22-cv-01243-LGS**
**EXHIBIT B - Defendants' Trial Exhibit List**

| Ex. No. | Date | Description | Bates No. | Objections | ID | ADM |
|---|---|---|---|---|---|---|
| 48 | 9/10/2019 | Sport-BLX September 10, 2019 Board Minutes (redacted) | DePerio_0000017 | ** | | |
| 49 | 9/16/2019 | Common Stock Purchase Agreement between Sport-BLX, Inc. and GlassBridge Enterprises, Inc. | GBE_0015400-409 | ** | | |
| 50 | 9/30/2019 | Imation Enterprises, Inc. Promissory Note for $4,000,000 | GBE_0002207-2221 | ** | | |
| 51 | 9/30/2019 | Equity Assignment Agreement between GlassBridge Enterprises, Inc. and Imation | SPORTBLX0272072 | ** | | |
| 52 | 9/30/2019 | Joint Written Consent of the Sole Stockholder and Board of Directors of Imation Enterprises Corp. | GBE_0008673-718 | ** | | |
| 53 | 10/1/2019 | GlassBridge - Demand Note | GBE_0015466-68 | ** | | |
| 54 | 10/1/2019 | Securities Purchase Agreement between GlassBridge Enterprises, Inc. and Orix PTP Holdings, LLC | GBE_0002141-2206 | **Relevance.** | | |
| 55 | 10/1/2019 | ORIX PTP Holdings, LLC Written Consent of the Sole Member | GBE_0008846-909 | **Relevance.** | | |
| 56 | 10/18/2019 | Stock Purchase Agreement | GBE_0015456 | ** | | |
| 57 | 11/15/2019 | Minutes of the Regular Meeting of the Board of Directors of GlassBridge Enterprises, Inc. | GBE_0005401-402 | ** | | |
| 58 | 11/26/2019 | Sport-BLX Nov. 26, 2019 Board Mintues (redacted) | SPORTBLX_0265495 | ** | | |
| 59 | 11/26/2019 | Minutes of the Related Party Transaction Committee of the BOD of Sport-BLX, Inc. | SPORTBLX00052282 | ** | | |
| 60 | 12/9/2019 | Minutes of the Regular Quarterly Meeting of the Board of Directors of Glassbridge Enterprises, Inc. | GBE_0009062-63 | ** | | |
| 61 | 12/9/2019 | Sport-BLX Dec. 9, 2019 Board Minutes (redacted) | SPORTBLX00039506-39508 | ** | | |
| 62 | 12/10/2019 | Sport-BLX Dec. 10, 2019 Board Minutes (redacted) | SPORTBLX_00039503 | ** | | |
| 63 | 12/11/2019 | Minutes of the Regular Meeting of the Board of Directors of GlassBridge Enterprises, Inc. | GBE_0009060-061 | ** | | |
| 64 | 12/12/2019 | Stock Purchase Agreement between GlassBridge Enterprises, Inc. and Joseph De Perio | SPORTBLX0225543-551 | ** | | |
| 65 | 12/12/2019 | Stock Purchase Agreement - Hall and GlassBridge | GBE_0015470 | ** | | |
| 66 | 12/12/2019 | Minutes of the Regular Meeting of the Board of Directors of Glassbridge Enterprises, Inc. | GBE_0015714-15 | **Missing Exhibit A to the Document** | | |
| 67 | 12/12/2019 | GlassBridge Enterprises, Inc. Promissory Note for $12,116,718 | SPORTBLX0174134 - 138 | ** | | |
| 68 | 12/12/2019 | GlassBridge Enterprises, Inc. Promissory Note for $5,455,782 | SPORTBLX0245778-782 | ** | | |
| 69 | 12/18/2019 | Proxy Statement of GlassBridge Enterprises, Inc. for the Sport-BLX, Inc. Annual Meeting of Shareholders | GBE_0015693-700 | ** | | |
| 70 | 12/19/2019 | Various Proxy Cards signed between 12/19/2019 - 12/23/2019 | Various | **FRE 401 and 403** | | |

**Cypress Holdings, III, L.P. v. George Hall, Joseph Deperio, Sport-BLX, Inc. and Glassbridge Enterprises, Inc ,**
**SDNY Case No. 1:22-cv-01243-LGS**
**EXHIBIT B - Defendants' Trial Exhibit List**

| Ex. No. | Date | Description | Bates No. | Objections | ID | ADM |
|---|---|---|---|---|---|---|
| 71 | 12/23/2019 | Oath of Inspector of Election Report | SPORTBLX0284468-70 | ** | | |
| 72 | 12/23/2019 | Notice - Dec. 23, 2019 Board Meeting (redacted) | SPORTBLX_0140111 | ** | | |
| 73 | 12/31/2019 | Sport-BLX Income and Expenses - 2019 | GBE_0000038 | ** | | |
| 74 | 4/3/2020 | Glassbridge Enterprises, Inc. 10-K | GBE_0001962-2130 | ** | | |
| 75 | 11/16/2020 | GlassBridge Enterprises. Inc. 10-Q for period ending 9/30/2020 | GBE_0001193-227 | **Relevance.** | | |
| 76 | 12/31/2020 | Goodwill Impairment Test Report | GBE_0008216-247 | **Relevance.** | | |
| 77 | 5/16/2021 | Minutes of the Meeting of the Audit and Finance Committee of the Board of Directors of GlassBridge Enterprises, Inc. | GBE_0009729-730 | **Relevance.** | | |
| 78 | 5/26/2021 | Minutes of the Regular Meeting of the Board of Directors of GlassBridge Enterprises, Inc. | GBE_0009726-727 | **Relevance.** | | |
| 79 | 7/31/2021 | Unanimous Written Consent of the Board of Directors of GlassBridge Enterprises, Inc. | GBE_0015250-GBE_0015274 | ** | | |
| 80 | 8/5/2021 | Minutes of the Regular Meeting of the Board of Directors of GlassBridge Enterprises, Inc. | GBE_0015248-249 | ** | | |
| 81 | 12/31/2021 | Glassridge Enterprises, Inc. 2021 10-K | MB0000698-778 | ** | | |
| 82 | 3/15/2019 | Excerpts of Recorded Call - De Perio and Salerno | Cypress 08: 00:00 - 00:55; 20:15 - 20:25 | ** | | |
| 83 | 4/16/2019 | Excerpts of Recorded Call - De Perio and Salerno | Cypress 09: 00:00 - 00:33; 31:50 - 32:40 | ** | | |
| 84 | 6/6/2019 | Excerpts of Recorded Call - Hall and Salerno | Cypress 13: 00:00 - 00:35; 20:20 - 20:35 | ** | | |
| 85 | 6/1/2019 | Excerpts of Recorded Call - Hall and Salerno | Cypress 12: 12:23 - 13:15; 21:15 - 21:35 | ** | | |
| 86 | 6/30/2019 | Excerpts of Recorded Call - Hall and Salerno | Cypress 15: 2:15 - 3:45 | ** | | |
| 87 | 8/14/2019 | Recording of Sport-BLX Board Meeting (Excerpts) | Cypress 16: 24:45 - 31:07 | ** | | |
| 88 | 9/10/2019 | Recording of Sport-BLX Board Meeting (Excerpts) | Cypress 18:  4:18 - 20:15 | ** | | |
| 89 | 11/26/2019 | Recording of Sport-BLX Board Meeting (Excerpts) | Cypress 02: 1:01:40 - 1:02:10 ; 1:05:10 - 1:07:21; 1:56:40 - 1:59:30; 2:55:35 - 2:56:35 | ** | | |
| 90 | 12/9/2019 | Recording of Sport-BLX Board Meeting (Excerpts) | Cypress 07: 0:00 - 7:00; 46:20 - 46:35; 1:00:20 -1:03:15 | ** | | |
| ** | ** | PLACEHOLDER - Gene Phillips Exhibits | ** | **Will Respond upon identification of Exhibits.** | | |