# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

January 5, 2026

**via ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Cypress Holdings, III, L.P. v. George Hall, et al.*,
      Case No. 22-cv-01243 (LGS), 22-cv-8111 (LGS)

Your Honor:

      We represent defendants George Hall and Sport-BLX, Inc. Pursuant to section I(B)(3) of the Court's Individual Rules and Procedures for Civil Cases, we respectfully request that the pretrial conference currently scheduled for January 15, 2026 at 3:00 p.m. be adjourned to either January 20, 2026 or the afternoon of January 21, 2026, due to a scheduling conflict. This is the parties' first request to adjourn the pretrial conference. All counsel consent to the requested adjournment and are available on the proposed dates.

      We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Michael S. Schachter
Michael S. Schachter
Shaimaa M. Hussein
Meredith E. Mayer-Dempsey
WILLKIE FARR & GALLAGHER LLP
Counsel for George Hall and Sport-BLX