UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CYPRESS HOLDINGS, III, L.P., individually and    Civil Action No. 1:22-cv-1243-LGS
derivatively on behalf of SPORT-BLX, INC.

Plaintiff,

v.

GEORGE HALL, JOSEPH DE PERIO, SPORT-
BLX, INC., SPORT-BLX SECURITIES, INC.,
CLINTON GROUP, INC., and GLASSBRIDGE
ENTERPRISES, INC.,

Defendants.

-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Michael S. Schachter of Willkie Farr & Gallagher LLP is

admitted or otherwise authorized to practice in this Court, and hereby appears as counsel of record

for SPORT-BLX Securities, Inc. and Clinton Group, Inc. in the above-captioned matters and

respectfully requests that copies of all papers in this action be served upon the undersigned.

DATED: January 5, 2026
        New York, New York

/s/ *Michael S. Schachter*
WILLKIE FARR & GALLAGHER LLP
Michael S. Schachter (MS0326)
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8102
mschachter@willkie.com
*Counsel for George Hall, Sport-BLX, Inc.,*
*SPORT-BLX Securities, Inc. and Clinton*
*Group, Inc.*