UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC. | Civil Action No. 1:22-cv-1243-LGS |
| Plaintiff, | |
| v. | |
| GEORGE HALL, JOSEPH DE PERIO, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP, INC., and GLASSBRIDGE ENTERPRISES, INC., | |
| Defendants. | |

-------------------------------------------------------------x

## NOTICE OF APPEARANCE

TO THE CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Shaimaa M. Hussein of Willkie Farr & Gallagher LLP is admitted or otherwise authorized to practice in this Court, and hereby appears as counsel of record for SPORT-BLX Securities, Inc. and Clinton Group, Inc. in the above-captioned matters and respectfully requests that copies of all papers in this action be served upon the undersigned.

DATED: January 5, 2026
    New York, New York

/s/ *Shaimaa M. Hussein*
WILLKIE FARR & GALLAGHER LLP
Shaimaa M. Hussein (SH9276)
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8638
Fax: (212) 728-9638
shussein@willkie.com
*Counsel for George Hall, Sport-BLX, Inc., SPORT-BLX Securities, Inc. and Clinton Group, Inc.*