UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC. | Civil Action No. 1:22-cv-1243-LGS |
| Plaintiff, | |
| v. | |
| GEORGE HALL, JOSEPH DE PERIO, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP, INC., and GLASSBRIDGE ENTERPRISES, INC., | |
| Defendants. | |

---------------------------------------------------------------x

**NOTICE OF APPEARANCE**

TO THE CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Meredith E. Mayer-Dempsey of Willkie Farr & Gallagher LLP is admitted or otherwise authorized to practice in this Court, and hereby appears as counsel of record for SPORT-BLX Securities, Inc. and Clinton Group, Inc. in the above-captioned matter and respectfully requests that copies of all papers in this action be served upon the undersigned.

DATED: January 5, 2026
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　/s/ *Meredith E. Mayer-Dempsey*
　　　　　　　　　　　　　　　　　　　WILLKIE FARR & GALLAGHER LLP
　　　　　　　　　　　　　　　　　　　Meredith E. Mayer-Dempsey (5213202)
　　　　　　　　　　　　　　　　　　　787 Seventh Avenue
　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　Tel: (202) 305-1156
　　　　　　　　　　　　　　　　　　　Fax: (202) 303-2000
　　　　　　　　　　　　　　　　　　　mmayer-dempsey@willkie.com
　　　　　　　　　　　　　　　　　　　*Counsel for George Hall, Sport-BLX, Inc., SPORT-BLX Securities, Inc. and Clinton Group, Inc.*