UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CYPRESS HOLDINGS, III, L.P.,                                :
*individually and derivatively on*                          :
*behalf of Sport-BLX, Inc.*,                                :
                                                            :
                              Plaintiff,    :   22 Civ. 1243 (LGS)
                                                            :
            -against-                                       :
                                                            :
SPORT-BLX, INC., et al.,                                    :
                                                            :
                              Defendants,   :
                                                            :
------------------------------------------------------------X   **ORDER**
                                                            :
SPORT-BLX, INC.,                                            :
                                                            :
                              Plaintiff,    :
                                                            :
            -against-                                       :
                                                            :   22 Civ. 8111 (LGS)
CYPRESS HOLDINGS, III, L.P, and                             :
MICHAEL M. SALERNO,                                         :
                              Defendants.   :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Sport-BLX parties filed a renewed motion to dismiss Count Twelve (the "Motion") under the theory that no predicate breach of fiduciary duty claim remains in this case. The Motion is currently pending. It is hereby

**ORDERED** that by **January 15, 2026**, each side shall file a letter (not to exceed 3 pages) addressing whether Count Twelve should be severed under Federal Rule of Civil Procedure 21.

Dated: January 13, 2026
       New York, New York

                                    _____
                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE