**WILLKIE FARR & GALLAGHER** LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Cypress Holdings, III, L.P. v. Hall, et al.*, Docket No. 22-cv-01243 (LGS) *Sport-BLX, Inc. v. Salerno, et al.*, Docket No. 22-cv-08111 (LGS)

Dear Judge Schofield:

As directed by the Court, we have met and conferred with counsel for Cypress regarding our objections to exhibits. We respectfully submit the attached, revised Sport-BLX Exhibit List reflecting those changes. Please note that Sport-BLX has withdrawn forty-one exhibits from its original list—Exhibits 2-3, 37-38; 49-52, 54-75, 59, 69-71, 74-86. Exhibits Sport-BLX no longer intends to offer are shaded in gray.

Counsel for Cypress has withdrawn its objections to Exhibits 40, 46, and 47. Cypress is awaiting receipt of Sport-BLX's demonstrative aids, which are marked as Exhibits 91 and 102.

Respectfully submitted,

/s/ *Michael S. Schachter*
Michael S. Schachter
Shaimaa M. Hussein
Meredith E. Mayer-Dempsey
WILLKIE FARR & GALLAGHER LLP
Counsel for George Hall, Sport-BLX, Sport-BLX Securities, and Clinton Group