LAW OFFICES OF
# ALEXANDER M. DUDELSON

26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100    FAX (718) 624-9552

ALEXANDER M. DUDELSON

OF COUNSEL
LOUIS R. ROSENTHAL
JULIAN K. WHITE
YEHUDA FARKAS
FABIAN G. PALOMINO
(1924 - 2014)

January 22, 2026

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Cypress Holdings, III, LLP v. George Hall, et al.*
             <u>Case No.: 22-cv-01243 (LGS)</u>

Your Honor:

    I am the attorney for plaintiff Cypress Holdings, III, L.P. ("Cypress"), and Michael Salerno ("Salerno"), in related case 1:22-cv-0811 (LGS).

    In furtherance of this Court's directive, we have conferred with counsel for George Hall and Sport-BLX, Inc. regarding the respective objections to exhibits. Plaintiff has withdrawn Exhibits O, R, MM and QQ. Defendants have added objections that were not on the prior list, namely: Exhibits NN, OO, PP. Plaintiff has also modified the Bates Stamp numbers to certain exhibits to reflect unredacted versions of the board minutes. Finally, plaintiff has added the time stamps for the relevant portions of the recordings.

    Thank you for your consideration.

                        Respectfully submitted,

                        *Alexander Dudelson*

                        Alexander M. Dudelson

**Via ECF:** All parties