**Cypress Holdings, III, L.P. v. George Hall, Joseph Deperio, Sport-BLX, Imc. and Glassbridge Enterprises, Inc.,**
**SDNY Case No. 1:22-cv-01243-LGS**
**Exhibit A- Plaintiff's Exhibit List**

| Ex. No. | Date | Description | Bates No. | Objections |
|---|---|---|---|---|
| A | 2/28/2019 | Stock Purchase Agreement (200 per share) | SPORTBLX_00000006 | ** |
| B | 2/28/2019 | Stock Purchase Agreement (95 per share) | SPORTBLX_00000020 | ** |
| C | | Excel Spreadsheet – Deperio | SPORTBLX_0273990 | Lack of Foundation; Hearsay. |
| D | 12/13/2019 | Shareholder Register | SPORTBLX_0266070 | Fed. R. Evid. 401 and 403; Lack of Foundation; Hearsay. |
| E | 12/12/2019 | Stock Purchase Agreement, Hall to Glassbridge | GBE_0015470 | ** |
| F | 12/12/2019 | Stock Purchase Agreement, DePerio to Glassbridge | SPORTBLX0225543-551 | ** |
| G | 12/30/2021 | Stock Purchase Agreement, Glassbridge to Fintech | GBE_00114750 | Fed. R. Evid. 401 and 403. |
| H | 7/31/2021 | Note Forgiveness Agreement | SPORTBLX0265521 | Relevance |
| I | 8/14/2019 | Sport-BLX Inc. Board Minutes | GBE_0003774 | Fed. R. Evid. 401 and 403 to portions redacted by Sport-BLX. |
| J | 9/10/2019 | Sport-BLX Inc. Board Minutes | GBE_0004248 | Fed. R. Evid. 401 and 403 to portions redacted by Sport-BLX. |
| K | 11/26/2019 | Sport-BLX Inc. Board Minutes | GBE_0004333 | Fed. R. Evid. 401 and 403 to portions redacted by Sport-BLX. |
| L | 12/6/2019 | Sport-BLX Inc. Board Minutes | Gbe_0000506 | ** |
| M | 12/9/2019 | Sport-BLX Inc. Board Minutes | GBE_0000507 | Fed. R. Evid. 401 and 403 to portions redacted by Sport-BLX. |
| N | 12/10/2019 | Sport-BLX Inc. Board Minutes | GBE_0000503 | Fed. R. Evid. 401 and 403 to portions redacted by Sport-BLX. |
| ~~O~~ | ~~12/23/2019~~ | ~~Sport-BLX Inc. 2019 Annual Shareholder Meeting Notes~~ | ~~SPORTBLX0265510~~ | ~~Hearsay.~~ |

**Cypress Holdings, III, L.P. v. George Hall, Joseph Deperio, Sport-BLX, Imc. and Glassbridge Enterprises, Inc.,**
**SDNY Case No. 1:22-cv-01243-LGS**
**Exhibit A- Plaintiff's Exhibit List**

| | | | | |
|---|---|---|---|---|
| P | 8/14/2019 | Audio Recording Sport-BLX Inc. Board Meeting | 0016: 40:06 - 40:40; 1:2 | Fed. R. Evid. 401 and 403 to portions. Sport-BLX will respond in full upon Plaintiff's identification of the portions it intends to use in its case-in-chief. |
| Q | 9/10/2019 | Audio Recording Sport-BLX Inc. Board Meeting | Cypress00000018: 30:30 - 33:15; 34:22-34:54; 41 | Fed. R. Evid. 401 and 403 to portions. Sport-BLX will respond in full upon Plaintiff's identification of the portions it intends to use in its case-in-chief. |
| ~~R~~ | ~~11/22/2019~~ | ~~Audio Recording Sport-BLX Inc. Board Meeting~~ | ~~Cypress00000001~~ | ~~Fed. R. Evid. 401 and 403 to portions. Sport-BLX will respond in full upon Plaintiff's identification of the portions it intends to use in its case-in-chief.~~ |
| S | 11/26/2019 | Audio Recording Sport-BLX Inc. Board Meeting | Cypress00000002: 2:02:57 - 2:03:52; 2:24:00-2:24:25; 2:29:00-2:30:30; 2:33:30-2:34:25 | Fed. R. Evid. 401 and 403 to portions. Sport-BLX will respond in full upon Plaintiff's identification of the portions it intends to use in its case-in-chief. |
| T | 12/9/2019 | Audio Recording Sport-BLX Inc. Board Meeting | Cypress00000007: 30:30-33:15; 34:23-34:53; 41:16 -42:45: 47:39-49:30;1:05:25-1:07:22; 1:08:28-1:09:07 | Fed. R. Evid. 401 and 403 to portions. Sport-BLX will respond in full upon Plaintiff's identification of the portions it intends to use in its case-in-chief. |
| U | 12/9/2019 | GlassBridge Enterprises, Inc. Board Minutes | GBE_0009062-63 | ** |
| V | 12/11/2019 | GlassBridge Enterprises, Inc. Board Minutes | GBE_0009060-061 | ** |
| W | 12/12/2019 | GlassBridge Enterprises, Inc. Board Minutes | GBE_0015714-15 | ** |
| X | 12/12/2019 | Materials for 12/12/2019 GlassBridge Board Meeting | GBE0015399-GBE0015468 | Lack of Foundation; Hearsay; Relevance; Speculation. |
| Y | | Imation Consent to purchase Sport-BLX shares | GBE0011474-GBE0011476 | Lack of Foundation; Relevance. |

**Cypress Holdings, III, L.P. v. George Hall, Joseph Deperio, Sport-BLX, Imc. and Glassbridge Enterprises, Inc.,**
**SDNY Case No. 1:22-cv-01243-LGS**
**Exhibit A- Plaintiff's Exhibit List**

| | | | | |
|---|---|---|---|---|
| Z | 10/18/2019 | Stock Purchase Agreement, Imation Enterprises Corp | GBE0015456-GBE0015465 | Lack of Foundation; Relevance. |
| AA | 4/17/2019 | Email Chain | SportBLX0065062-70 | Hearsay as to Salerno's statements if offered by Cypress; Fed. R. Evid. 401 and 403. |
| BB | 5/21/2019 | Email Chain | Cypress00001215-7 | Hearsay as to Salerno's statements if offered by Cypress; Fed. R. Evid. 401 and 403. |
| CC | 5/29/2019 | Email Chain | SportBLX00048150-2 | |
| DD | 6/5/2019 | Email Chain | Cypress00001650 | Fed. R. Evid. 401 and 403. |
| EE | 6/10/2019 | Letter from Gross to Hall | SportBLX00015719 | Fed. R. Evid. 401 and 403. |
| FF | 6/10/2019 | Email Chain | Cypress00001661 | Fed. R. Evid. 401 and 403. |
| GG | 7/3/2019 | Email from Salerno to Hall | Cypress00001625 | Fed. R. Evid. 401 and 403. |
| HH | 7/18/2019 | Email from Hall | Cypress 00001642 | Fed. R. Evid. 401 and 403. |
| II | 7/20/2019 | Email from Hall | Clinton00007033-43 | Fed. R. Evid. 401 and 403. |
| JJ | 8/21/2019 | Structured Capital Solutions valuation report | ORIX 0035 – ORIX 0039 | Foundation. Hearsay. Relevance. |
| KK | 12/1/2019 | SportBLX, Inc. Valuation Materials | GBE_0015451 – GBE_0015455 | Foundation. Hearsay. |
| LL | 12/19/2019 | Orix Memorandum | GBE_0015918 – GBE_0015923 | Foundation. Hearsay. Relevance. |
| ~~MM~~ | ~~3/27/2019~~ | ~~Final Orix Model~~ | | ~~Foundation. Hearsay. Relevance.~~ |
| NN | | 2019 Glassbridge Enterprises, Inc. Form 10-K | GBE_0001962 | **Foundation. Hearsay. Relevance. (Not objected to on prior list)** |
| OO | | 2020 Glassbridge Enterprises, Inc. Form 10-K | | **Foundation. Hearsay. Relevance. (Not objected to on prior list)** |
| PP | | 2021 Glassbridge Enterprises, Inc. Form 10-K | | **Foundation. Hearsay. Relevance. (Not objected to on prior list)** |
| ~~QQ~~ | ~~9/1/2023~~ | ~~Rebuttal Report of Marcie D. Bour~~ | | ~~Hearsay.~~ |
| | | | | |
| | | | | |
| | | | | |

**Cypress Holdings, III, L.P. v. George Hall, Joseph Deperio, Sport-BLX, Imc. and Glassbridge Enterprises, Inc.,**
**SDNY Case No. 1:22-cv-01243-LGS**
**Exhibit A- Plaintiff's Exhibit List**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |