UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CYPRESS HOLDINGS, III, L.P.,
*individually and derivatively on
behalf of Sport-BLX, Inc.*,

                              Plaintiff,        22 Civ. 1243 (LGS)

            -against-

SPORT-BLX, INC., et al.,

                              Defendants,
------------------------------------------------------------X     **ORDER**

SPORT-BLX, INC.,

                              Plaintiff,

            -against-
                                            22 Civ. 8111 (LGS)

CYPRESS HOLDINGS, III, L.P, and
MICHAEL M. SALERNO,

                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a second conference is necessary to address the parties' proposed trial exhibits was scheduled for **January 28, 2026, at 3:30 p.m.** It is hereby

      **ORDERED** that the conference is **ADJOURNED** to **January 29, 2026, at 4 p.m**. The hearing can be accessed by calling (855) 244-8681 and entering the access code 2311 193 8649.

Dated: January 23, 2026
       New York, New York

                                               LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE