UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CYPRESS HOLDINGS, III, L.P., individually and
derivatively on behalf of SPORT-BLX, INC.,

Plaintiff,

v.

GEORGE HALL, JOSEPH DE PERIO, DANIEL
STRAUSS, FRANCIS RUCHALSKI, CESAR
BAEZ, CHRISTOPHER JOHNSON, SPORT-
BLX, INC., SPORT-BLX SECURITIES, INC.,
CLINTON GROUP INC., and GLASSBRIDGE
ENTERPRISES, INC.,

Defendants.

---------------------------------------------------------------x

Civil Action No. 1:22-cv-1243-LGS

**STIPULATION OF SETTLEMENT
AND DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED by and between Cypress Holdings, III,

L.P. ("Cypress"), on the one hand, and Joseph De Perio ("De Perio"; together with Cypress, the

"Settling Parties"), on the other hand, that all remaining claims between the Settling Parties are

settled. Therefore, it is ordered by the Court that all claims between the Settling Parties are

discontinued without costs and without prejudice to the right to reopen the action if settlement is

not consummated.

SO STIPULATED AND AGREED, this 26th day of January 2026:

By: _____
Alexander M. Dudelson, Esq.
26 Court Street – Suite 2306
Brooklyn, New York 11242
adesq@aol.com
*Attorneys for Plaintiff, Cypress Holdings, III, L.P.*

By: _____
David S. Gold, Esq.
COLE SCHOTZ P.C.
25 Main Street
Hackensack, NJ 07601
dgold@coleschotz.com
*Attorneys for Defendant, Joseph De Perio*

**SO ORDERED:**

_____
Hon. Lorna G. Schofield, U.S.D.J.

62527/0004-52296143