UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CYPRESS HOLDING, III, L.P., individually and derivatively on behalf of PORT-BLX, INC.,

                Plaintiff,

v.

GEORGE HALL, JOSEPH DE PERIO, DANIEL TRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP INC., and GLASSBRIDGE ENTERPRISES, INC.,

                Defendants.

-----------------------------------------------------------x

Civil Action No. 1:22-cv-1243-LGS

**STIPULATION OF SETTLEMENT AND DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED by and between Cypress Holdings, III, L.P. ("Cypress"), on the one hand, and Joseph De Perio ("De Perio"; together with Cypress, the "Settling Parties"), on the other hand, that all remaining claims between the Settling Parties are settled. Therefore, it is ordered by the Court that all claims between the Settling Parties are discontinued without costs and without prejudice to the right to reopen the action if settlement is not consummated.

SO STIPULATED AND AGREED, this 26th day of January 2026:

By: _____  
Alexander M. Dudelson, Esq.  
26 Court Street – Suite 2306  
Brooklyn, New York 11242  
adesq@aol.com  
*Attorneys for Plaintiff, Cypress Holdings, III, L.P.*

By: _____  
David S. Gold, Esq.  
COLE SCHOTZ P.C.  
25 Main Street  
Hackensack, NJ 07601  
dgold@coleschotz.com  
*Attorneys for Defendant, Joseph De Perio*

So Ordered.

Dated: January 27, 2026
       New York, New York

_____  
LORNA G. SCHOFIELD  
UNITED STATES DISTRICT JUDGE

62527/0004-52296143