# EXHIBIT 1

# David Forrest

| | |
|---|---|
| **From:** | adesq <adesq@aol.com> |
| **Sent:** | Friday, January 16, 2026 2:06 PM |
| **To:** | Christian Carbone |
| **Cc:** | David Forrest |
| **Subject:** | Re: 22 civ. 1243 (LGS) Cypress Holdings, III, L.P. v. Sport-BLX, Inc. et al; FOR SETTLEMENT PURPOSES ONLY |

 External email

Do you want to file a letter that we have settled in principle? I consent.

Alexander M. Dudelson, Esq.
26 Court Street - Suite 2306
Brooklyn, New York 11242
718-855-5100


On Jan 16, 2026, at 11:52 AM, Christian Carbone <ccarbone@loeb.com> wrote:

I have no issue with a carve out tailored along those lines.

I think we should let the Court know in advance of the conference. Do you agree?

### Christian Carbone

*Partner and Co-Chair, Litigation*

<loeb-signature_000d7d87-4e7e-41bb-ae49-14a9072d3597.png>

345 Park Avenue | New York, NY 10154

**Direct Dial:** +1 212-407-4852 | **Fax:** 212.407.4990 | **E-mail:** ccarbone@loeb.com

Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Tysons | Beijing | Hong Kong | www.loeb.com

---

**From:** adesq <adesq@aol.com>
**Sent:** Friday, January 16, 2026 12:10:21 PM
**To:** Christian Carbone <ccarbone@loeb.com>
**Cc:** David Forrest <dforrest@loeb.com>
**Subject:** Re: 22 civ. 1243 (LGS) Cypress Holdings, III, L.P. v. Sport-BLX, Inc. et al; FOR SETTLEMENT PURPOSES ONLY

We have a deal in principle. There are certain changes that our client will require. For example, we need carve outs for Hall and De Perio. They are hold positions at glassbridge so we cannot give a blanket release.

Alexander M. Dudelson, Esq.
26 Court Street - Suite 2306
Brooklyn, New York 11242
718-855-5100

> On Jan 16, 2026, at 11:04 AM, Christian Carbone <ccarbone@loeb.com> wrote:
>
> Alex,
>
> Where are we on this? I'd like to be in position to advise the Court at today's conference.
>
> Regards,
>
> Chris
>
> **Christian Carbone**
>
> *Partner and Co-Chair, Litigation*
>
> <loeb-signature_000d7d87-4e7e-41bb-ae49-14a9072d3597.png>
>
> 345 Park Avenue | New York, NY 10154
>
> **Direct Dial:** +1 212-407-4852 | **Fax:** 212.407.4990 | **E-mail:** ccarbone@loeb.com
>
> Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Tysons | Beijing | Hong Kong | www.loeb.com
>
> ---
>
> **From:** adesq <adesq@aol.com>
> **Sent:** Thursday, January 15, 2026 6:30:15 PM
> **To:** Christian Carbone <ccarbone@loeb.com>
> **Cc:** David Forrest <dforrest@loeb.com>
> **Subject:** Re: 22 civ. 1243 (LGS) Cypress Holdings, III, L.P. v. Sport-BLX, Inc. et al; FOR SETTLEMENT PURPOSES ONLY
>
> I will send you my Iola info. Client was traveling today. He is reviewing agreement now.
>
> Regards,
>
> Alexander M. Dudelson, Esq.

26 Court Street - Suite 2306
Brooklyn, New York 11242
718-855-5100

> On Jan 15, 2026, at 10:57 AM, Christian Carbone <ccarbone@loeb.com> wrote:
>
> Alex,
>
> Attached is a short form settlement agreement memorializing our agreement. Per below, please provide payment information and any comments at your earliest opportunity.
>
> Regards,
>
> Chris
>
> ---
>
> **From:** Christian Carbone
> **Sent:** Thursday, January 15, 2026 10:41 AM
> **To:** 'adesq@aol.com' <adesq@aol.com>
> **Cc:** David Forrest <dforrest@loeb.com>
> **Subject:** RE: 22 civ. 1243 (LGS) Cypress Holdings, III, L.P. v. Sport-BLX, Inc. et al; FOR SETTLEMENT PURPOSES ONLY
>
> Alex,
>
> We will circulate a short form settlement agreement shortly.
>
> Please provide payment details for the settlement.
>
> Regards,
>
> Chris
>
> ---
>
> **From:** Christian Carbone
> **Sent:** Wednesday, January 14, 2026 6:04 PM
> **To:** 'adesq@aol.com' <adesq@aol.com>
> **Cc:** David Forrest <dforrest@loeb.com>
> **Subject:** RE: 22 civ. 1243 (LGS) Cypress Holdings, III, L.P. v. Sport-BLX, Inc. et al; FOR SETTLEMENT PURPOSES ONLY
>
> We have a deal.
>   1. $60,000;
>   2. Dismissal of the lawsuit with prejudice;

> 3. General release from your clients in favor of GlassBridge, Strauss and Ruchalski.

We will circulate a draft settlement agreement to you tomorrow.

I am authorized to accept service of any trial subpoenas on behalf of Strauss and/or Ruchalski.

Regards,

Chris

---

**From:** adesq@aol.com <adesq@aol.com>
**Sent:** Wednesday, January 14, 2026 5:54 PM
**To:** Christian Carbone <ccarbone@loeb.com>
**Cc:** David Forrest <dforrest@loeb.com>
**Subject:** Re: 22 civ. 1243 (LGS) Cypress Holdings, III, L.P. v. Sport-BLX, Inc. et al; FOR SETTLEMENT PURPOSES ONLY

Correct. But I will still need them to appear for trial as witnesses.

Alexander M. Dudelson, Esq.
26 Court Street - Suite 2306
Brooklyn, New York 11242
(718) 855-5100

This electronic mail transmission, including any attachments, is from a law firm and may contain legally privileged and/or confidential information intended for a specific individual and purpose, and is protected by law. Do not read this if you are not the person(s) named. Your receipt of this message is not intended to waive any applicable privilege. If you received this transmission in error, please notify the sender and delete the original transmission and its attachments without reading or saving in any manner; you are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited. This notice is automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure that this e-mail is virus free, and no responsibility is accepted by Alexander M. Dudelson, Esq. for any loss or damage arising in any way from its use.

On Wednesday, January 14, 2026 at 05:40:25 PM EST, Christian Carbone <ccarbone@loeb.com> wrote:

> Let me see what I can do. To be clear: 1) $60,000; 2) Dismissal of GlassBridge, with prejudice; 3) General release that covers GlassBridge, Strauss and Ruchalski.
>
> Please confirm.

4

**From:** adesq@aol.com <adesq@aol.com>
**Sent:** Wednesday, January 14, 2026 5:18 PM
**To:** Christian Carbone <ccarbone@loeb.com>
**Cc:** David Forrest <dforrest@loeb.com>
**Subject:** Re: 22 civ. 1243 (LGS) Cypress Holdings, III, L.P. v. Sport-BLX, Inc. et al; FOR SETTLEMENT PURPOSES ONLY

FOR PURPOSES OF SETTLEMENT ONLY

NOT TO BE USED FOR ANY OTHER PURPOSE:

Still in a mediation.  Just spoke to my client.  Get me $60K.  He will not take less.  I cannot go back to him with any other number.

Alexander M. Dudelson, Esq.

26 Court Street - Suite 2306

Brooklyn, New York 11242

(718) 855-5100

This electronic mail transmission, including any attachments, is from a law firm and may contain legally privileged and/or confidential information intended for a specific individual and purpose, and is protected by law. Do not read this if you are not the person(s) named. Your receipt of this message is not intended to waive any applicable privilege. If you received this transmission in error, please notify the sender and delete the original transmission and its attachments without reading or saving in any manner; you are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited. This notice is automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure that this e-mail is virus free, and no responsibility is accepted by Alexander M. Dudelson, Esq. for any loss or damage arising in any way from its use.

On Wednesday, January 14, 2026 at 02:37:44 PM EST, Christian Carbone <ccarbone@loeb.com> wrote:

> Sorry that I missed your call. I understand that you are in court.

5

I have some room, but not that much.  I can increase the client's offer to $45,000 with a general release and dismissal with prejudice.

Regards,

Chris

**From:** adesq@aol.com <adesq@aol.com>
**Sent:** Tuesday, January 13, 2026 4:23 PM
**To:** Christian Carbone <ccarbone@loeb.com>
**Cc:** David Forrest <dforrest@loeb.com>
**Subject:** Re: 22 civ. 1243 (LGS) Cypress Holdings, III, L.P. v. Sport-BLX, Inc. et al; FOR SETTLEMENT PURPOSES ONLY

FOR PURPOSES OF SETTLEMENT ONLY

NOT TO BE USED FOR ANY OTHER PURPOSE:

Unfortunately it is not enough.  I will need double to get it settled.  And we would very much like to get this case finished.

Regards,

Regards,

Alexander M. Dudelson, Esq.

26 Court Street - Suite 2306

Brooklyn, New York 11242

(718) 855-5100

6

This electronic mail transmission, including any attachments, is from a law firm and may contain legally privileged and/or confidential information intended for a specific individual and purpose, and is protected by law. Do not read this if you are not the person(s) named. Your receipt of this message is not intended to waive any applicable privilege. If you received this transmission in error, please notify the sender and delete the original transmission and its attachments without reading or saving in any manner; you are hereby notified that any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited. This notice is automatically appended to each e-mail. It is the recipient's responsibility to take measures to ensure that this e-mail is virus free, and no responsibility is accepted by Alexander M. Dudelson, Esq. for any loss or damage arising in any way from its use.

On Tuesday, January 13, 2026 at 03:16:40 PM EST, Christian Carbone <ccarbone@loeb.com> wrote:

I appreciate the call yesterday.

My client is not interested in splitting the difference, but is willing to increase its offer to $37,500 in full settlement as outlined below.

Regards,

Chris

**Christian Carbone**

*Partner and Co-Chair, Litigation*

<image003.png>

345 Park Avenue | New York, NY 10154
**Direct Dial:** +1 212-407-4852 | **Fax:** 212.407.4990 | **E-mail:** ccarbone@loeb.com
**Los Angeles | New York | Chicago | Nashville | Washington, DC | San Francisco | Tysons | Beijing | Hong Kong |** www.loeb.com

**From:** Christian Carbone <ccarbone@loeb.com>
**Sent:** Monday, January 12, 2026 8:17 AM
**To:** adesq@aol.com <adesq@aol.com>
**Cc:** David Forrest <dforrest@loeb.com>
**Subject:** Re: 22 civ. 1243 (LGS) Cypress Holdings, III, L.P. v. Sport-BLX, Inc. et al; FOR SETTLEMENT PURPOSES ONLY

Good morning,

In response to your clients' revised demand, I have been authorized to increase GlassBridge's settlement offer to $30,000 in exchange for a dismissal of the lawsuit with prejudice and a general release of my client and its employees.

Regards,

Chris

---

**From:** adesq@aol.com <adesq@aol.com>
**Sent:** Thursday, January 8, 2026 1:44 PM
**To:** Christian Carbone <ccarbone@loeb.com>
**Subject:** 22 civ. 1243 (LGS) Cypress Holdings, III, L.P. v. Sport-BLX, Inc. et al

FOR PURPOSES OF SETTLEMENT

NOT TO BE USED FOR ANY OTHER PURPOSE:

Cypress has authorized me to reduce the settlement offer to $200,000.00. As an aside, if this case were to settle, we would still need a rep of your client to testify at trial.

Thank you for your consideration.

Alexander M. Dudelson, Esq.

26 Court Street - Suite 2306

Brooklyn, New York 11242

(718) 855-5100

8

CONFIDENTIALITY NOTICE: This email, including its attachments, is from a law firm and may contain material that is confidential, attorney-client privileged, and/or attorney work product. If you are not the intended recipient, you may not review, copy, forward or otherwise distribute this email. If you received this email in error, please notify the sender immediately and delete all copies from your system.

<GlassBridge - [DRAFT] Settlement Agreement(242842128.2).docx>