LAW OFFICES OF

# ALEXANDER M. DUDELSON
26 COURT STREET - SUITE 2306
BROOKLYN, NEW YORK 11242
(718) 855-5100   FAX (718) 624-9552

ALEXANDER M. DUDELSON

OF COUNSEL
LOUIS R. ROSENTHAL
JULIAN K. WHITE
YEHUDA FARKAS
FABIAN G. PALOMINO
(1924 - 2014)

January 31, 2026

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Cypress Holdings, III, LLP v. George Hall, et al.*
              <u>Case No.: 22-cv-01243 (LGS)</u>

Your Honor:

      Cypress Holdings, III, L.P. and Michael M. Salerno respectfully requests pursuant to FRE § 201 that the Court take judicial notice of 6 Del. Code § 17-101(11) and provide the definition to the jury.

      6 Del. Code § 17-101(11), states:

> "Limited partnership" and "domestic limited partnership" mean a partnership formed under the laws of the State of Delaware consisting of 2 or more persons and having 1 or more general partners and 1 or more limited partners, and includes, for all purposes of the laws of the State of Delaware, a limited liability limited partnership.

      Judicial notice of legislative enactments is appropriate because the existence and content of a state statute are not subject to reasonable dispute and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. A central issue in this trial is whether Cypress and Salerno committed securities fraud by misrepresenting that Salerno was the only owner of Cypress, a Delaware Limited Partnership, and failing to disclose that there were other owners when Sport-BLX accepted Cypress as an investor.

      The jury should be informed that, as a matter of Delaware law, a Limited Partnership must consist of 2 or more persons. For the foregoing reasons, Cypress respectfully requests that the Court take judicial notice of 6 Del. C. § 17-101(11) and instruct the jury accordingly to ensure the proper notice of the law.

                                                Very truly yours,

                                                *Alexander Dudelson*
                                                Alexander M. Dudelson

**Via ECF:** All parties