# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

January 31, 2026

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Cypress Holdings, III, L.P. v. George Hall, et al.*,
      Case No. 22-cv-01243 (LGS)

Your Honor:

We write in response to the request at ECF 319 by Cypress Holdings, III, L.P. and Michael M. Salerno that the Court take judicial notice of 6 Del. Code § 17-101(11) and to provide it to the jury. We have no objection to those requests, provided the Court also instructs the jury regarding 6 Del. Code § 17-101(16), which defines "Person" as it is used in § 17-101(11). 6 Del. Code § 17-101(16) states:

> "Person" means a natural person, **partnership** (whether general or limited), **limited liability company**, **trust** (including a common law trust, business trust, statutory trust, voting trust or any other form of trust), **estate**, association (including any group, organization, co-tenancy, plan, board, council or committee), corporation, government (including a country, state, county or any other governmental subdivision, agency or instrumentality), custodian, nominee or any other individual or entity (or series thereof) in its own or any representative capacity, in each case, whether domestic or foreign. (emphasis added).

Failing to include subsection 16 would mislead jurors into incorrectly concluding that a partnership requires an agreement between two natural persons, when a partnership can be limited to a natural person and a limited liability company he owns or a trust of which he is a trustee or beneficiary.

Respectfully submitted,

/s/ *Michael S. Schachter*
Michael S. Schachter
Shaimaa M. Hussein
Meredith E. Mayer-Dempsey
WILLKIE FARR & GALLAGHER LLP
Counsel for George Hall and Sport-BLX