UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.,

    Plaintiff,

-against-

GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP INC. and GLASSBRIDGE ENTERPRISES, INC.,

    Defendants.

------------------------------------------------------------ X

SPORT-BLX, INC.,

    Plaintiff,

-against-

CYPRESS HOLDINGS, III, L.P., and MICHAEL M. SALERNO,

    Defendants.

------------------------------------------------------------ X

Case No. 22-cv-01243 (LGS)

So Ordered.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 314.

Dated: February 2, 2026
       New York, New York

*Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Case No. 1:22-cv-8111-LGS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cypress Holdings, III, L.P. and Defendant GlassBridge Enterprises, Inc. ("GlassBridge"), hereby stipulate that this action be and hereby is dismissed as against GlassBridge with prejudice, with each party bearing its own fees and costs.

Dated: New York, New York
January 30, 2026

| LAW OFFICES OF ALEXANDER M. DUDELSON | LOEB & LOEB LLP |
|---|---|
| _____ <br> Alexander Martin Dudelson <br> 26 Court Street <br> Suite 2306 <br> Brooklyn, NY 11242 <br> 718-855-5100 <br> Email: adesq@aol.com | /s/ Christian D. Carbone <br> _____ <br> Christian D. Carbone <br> 345 Park Avenue <br> New York, NY 10154 <br> 212-407-4000 <br> ccarbone@loeb.com |
| *Attorneys for Plaintiff Cypress Holdings, III, L.P.* | *Attorneys for Defendant GlassBridge Enterprises, Inc.* |

242842128.8
233797-10018