# Cypress v. Sport-BLX // Sport-BLX v. Cypress Holdings
# 22 Civ. 1243 // 22 Civ. 8111

## COURT EXHIBTS