Cypress Holdings v. Sport-BLX // Sport-BLX v. Cypress Holdings
22 Civ. 1243 // 22 Civ. 8111

## VERDICT FORM (DAMAGES)

Please begin with Question 1 and follow the directions after each question to determine which question to answer next.

**A. SPORT-BLX'S CLAIMS**

### CLAIM 3: BREACH OF FIDUCIARY DUTY

1. What amount of compensatory damages, if any, did Sport-BLX prove, by a preponderance of the evidence, were proximately caused by the misconduct you found on Claim 3?

    $ __$99,750.00__

2. Do you find that Cypress and Mr. Salerno acted together in an intentional act that violated Sport-BLX's rights such that they are jointly liable for the injury?

    Yes __X__   No ____

*Answer Question 3 only if you answered "No" to Question 2. Otherwise, skip to Cypress's Claim (Question 4).*

3. If not jointly liable, state how you allocate the amount of Sport-BLX's damages from Claim 3. The two amounts must add up to the amount awarded in Question 1.

    Cypress Holdings:   $ _____
    Michael Salerno:    $ _____

*Proceed to Cypress's Claim (Question 4).*

1

B. **CYPRESS'S CLAIM**

### BREACH OF THE IMPLIED COVENANT OF
### GOOD FAITH AND FAIR DEALING

4. What amount of compensatory damages, if any, did Cypress prove, by a preponderance of the evidence, were proximately caused by the misconduct that you found on Cypress's claim?

    $ __$644,080.00__

5. Do you find that Sport-BLX and Mr. Hall acted together in an intentional act that violated Cypress's rights such that they are jointly liable for the injury?

    Yes __X__   No ____

*Answer Question 6 only if you answered "No" to Question 5. Otherwise, you are finished.*

6. If not jointly liable, state how you allocate the amount of damages from Cypress's claim. The two amounts must add up to the amount awarded in Question 4.

    Sport-BLX:    $ _____
    George Hall:  $ _____



SIGNATURE PAGE

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____  ForePerson
7. _____
8. _____
9. _____
10. _____
11. _____

Dated: __2/5/26__  5:36 pm ET