UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CYPRESS HOLDINGS, III, L.P.,                                 :
*individually and derivatively on*                           :
*behalf of Sport-BLX, Inc.*,                                 :
                                                             :
                                    Plaintiff,      :         22 Civ. 1243 (LGS)
                                                             :
                   -against-                                 :
                                                             :
SPORT-BLX, INC., et al.,                                     :
                                    Defendants,   :
                                                             :         **SCHEDULING**
-------------------------------------------------------------X         **ORDER**
                                                             :
SPORT-BLX, INC.,                                             :
                                    Plaintiff,      :
                                                             :
                   -against-                                 :
                                                             :         22 Civ. 8111 (LGS)
CYPRESS HOLDINGS, III, L.P, and                              :
MICHAEL M. SALERNO,                                          :
                                    Defendants.   :
                                                             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        It is hereby **ORDERED** that the following briefing schedule shall apply to post-trial

motions:

        (a) Any post-trial motions must be filed by **March 6, 2026**.

        (b) Any oppositions must be filed by **April 3, 2026**.

        (c) Any replies must be filed by **April 17, 2026**.

Dated:  February 9, 2026
        New York, New York

                                    **LORNA G. SCHOFIELD**
                                    **UNITED STATES DISTRICT JUDGE**