UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CYPRESS HOLDINGS, III, L.P.,                                   Civil Action No. 1:22-cv-1243-LGS

        Plaintiff,

        v.

GEORGE HALL and SPORT-BLX, INC.,

        Defendants.

---------------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendants Sport-BLX, Inc. and George Hall, shall move before the Honorable Lorna G. Schofield, U.S.D.J., of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States District Courthouse, 500 Pearl Street, New York, New York, on March 6, 2026, for an Order remitting the damages awarded to Cypress Holdings, III, L.P. to nominal damages and for a new trial on Cypress' claim for breach of the implied covenant of good faith and fair dealing. Defendants separately move for a new trial on damages awarded to Sport-BLX on its claim against Cypress and Salerno for breach of fiduciary duty.

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, are to be filed with the Court and served on counsel for the Defendants on or before April 3, 2026.

Dated: March 6, 2026

Respectfully submitted,

/s/ *Michael S. Schachter*
WILLKIE FARR & GALLAGHER LLP
Michael S. Schachter (MS0326)
Shaimaa M. Hussein (SH9276)
Meredith E. Mayer-Dempsey (5213202)
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
mschachter@willkie.com
shussein@willkie.com
mmayer-dempsey@willkie.com

*Counsel for Defendants*