# EXHIBIT A

# December 9, 2019: The Big Lie

## To the Board

### $50/share

Worth $6.5 million

## Secret Sale Price

### $355/share

Worth $50 million