# EXHIBIT B

# The Cycle of Self-Dealing (Part 1)

- Mr. Hall sells shares to GlassBridge: $355/share
- Total: $19.5 million to Mr. Hall and Mr. De Perio
- GlassBridge controlled by Mr. Hall employees
- Mr. Salerno removed from board

# The Cycle of Self-Dealing (Part 2)

- 2020: Strauss writes down value $42 million
- 2021: GlassBridge sells shares for $2 each
- Buyer: Fintech Debt Corp (owned by Mr. Hall)
- Mr. Hall buys back his own shares plus all the additional GlassBridge purchased shares for pennies
- Mr. Hall profits millions of dollars
- Cypress and other shareholdes lose everything