# EXHIBIT C

# The Math is Simple

Hall sells for $355

↓

Removes Salerno

↓

Buys back for $2