# EXHIBIT D

# What Mr. Hall and Mr. De Perio Did

- Nov. 26, 2019: Hall promises tag-along rights
- Dec. 9, 2019: Told board worth $50/share
- Dec. 12, 2019: Secretly sold their shares for $355/share
- Sport-Blx is out of business and currently worth nothing
- Put self interests before Sport-Blx shareholders'
- Never offered Cypress or other shareholders tag-along rights
- Stripped assets, bought back for pennies