**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC.,

Plaintiff,

v.

GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP, INC., and GLASSBRIDGE ENTERPRISES, INC.,

Defendants.

---

Case No. 1:22-cv-1243-LGS

Application **DENIED** without prejudice as proof of service upon the client has not been filed on the docket.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 336.

Dated:  April 6, 2026
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

## MOTION AND DECLARATION PURSUANT TO LOCAL RULE 1.4 FOR LEAVE FOR THE WITHDRAWAL OF JOSEPH P. KLEMME AS ATTORNEY OF RECORD

I, Joseph P. Klemme, an attorney of record for Defendants Sport-BLX, Inc., Sport-BLX Securities, Inc., George Hall, Clinton Group, Inc., Cesar Baez, and Christopher Johnson Smith (hereinafter, "the Defendants"), hereby move the Court pursuant to Local Rule 1.4 for an order, substantially in the form attached hereto as **Exhibit A**, granting leave to withdraw my individual appearance as an attorney of record in this action.  In support thereof, and pursuant to 28 U.S.C. § 1746, I declare as follows:

1.      Effective as of the close of business April 3, 2026, I will no longer be associated with Morvillo Abramowitz Grand Iason & Anello P.C., one of the firms which represented the Defendants.

2.      Counsel from Willkie Farr & Gallagher LLP, (including Michael Steven Schachter, Meredith Erin Mayer-Dempsey, and Shaimaa Hussein), and counsel from Wylie Stecklow PLLC (including Wylie M. Stecklow, and Jon Avins), and counsel from Cohen &

Green P.L.L.C. (including Remy Green) will continue to represent the Defendants in this action. The remaining attorneys are all fully familiar with the litigation and proceedings to date.

3.  Because the Motion herein will not result in a change of the law firm representing the Defendants, I respectfully submit that my withdrawal as counsel of record will not affect this action in any way, will not alter the posture of the case, and will not prejudice any party.

4.  I am not asserting a retaining or charging lien.

5.  For the foregoing reasons, I hereby request that I be removed as counsel of record from the Electronic Case Filing ("ECF") system, and that no further documents, notices, or other pleadings in this action be served upon me.

6.  The filing of this Motion electronically using the Court's ECF system constitutes good and proper service on all parties and their registered attorneys of record.  A copy of this Motion and Exhibit A shall also be provided to the Defendants.

7.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 3, 2026
New York, New York

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By:    _s/ Joseph P. Klemme_
Joseph P. Klemme

565 Fifth Avenue
New York, New York 10017
(212) 880-9541 (phone)
(212) 856-9494 (fax)
jklemme@maglaw.com