**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CYPRESS HOLDINGS, III, L.P., individually and derivatively on behalf of SPORT-BLX, INC., <br><br> Plaintiff, <br><br> v. <br><br> GEORGE HALL, JOSEPH DE PERIO, DANIEL STRAUSS, FRANCIS RUCHALSKI, CESAR BAEZ, CHRISTOPHER JOHNSON, SPORT-BLX, INC., SPORT-BLX SECURITIES, INC., CLINTON GROUP, INC., and GLASSBRIDGE ENTERPRISES, INC., <br><br> Defendants. | Case No. 1:22-cv-1243-LGS |
| SPORT-BLX, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYPRESS HOLDINGS, III, L.P, and MICHAEL M. SALERNO, <br><br> Defendants. | Case No. 22 Civ. 8111 (LGS) |

**MOTION AND DECLARATION PURSUANT TO LOCAL RULE 1.4**
**FOR LEAVE FOR THE WITHDRAWAL OF JOSEPH P. KLEMME**
**AS ATTORNEY OF RECORD**

I, Edward M. Spiro, an attorney with Morvillo Abramowitz Grand Iason & Anello P.C.,

co-counsel of record for Sport-BLX, Inc. and George Hall (collectively, the "Sport-BLX

Parties"), hereby move this Court pursuant to Local Rule 1.4 for an order, substantially in the

form attached hereto as **Exhibit A**, granting leave to withdraw the individual appearance of

Joseph P. Klemme (hereinafter, "Mr. Klemme") as an attorney of record in these related actions.

In support thereof, and pursuant to 28 U.S.C. § 1746, I declare as follows:

1.      By order of this Court granting summary judgment, defendants Cesar Baez and Christopher Johnson were dismissed from the action, No. 22-cv-01243, on September 30, 2025 (22-cv-01243, Dkt. #252; 22-cv-08111, Dkt. #102).

2.      By order of this Court, defendants Sport-BLX Securities, Inc. and Clinton Group, Inc., were dismissed from the action, No. 22-cv-01243, on January 28, 2026 (Dkt. #313).

3.      The only remaining Sport-BLX parties in the action, No. 22-cv-01243, are George Hall and Sport-BLX, Inc.

4.      Effective April 3, 2026, Mr. Klemme resigned from Morvillo Abramowitz Grand Iason & Anello P.C., and is no longer affiliated with the firm.  Prior to Mr. Klemme's resignation, he moved the Court to be relieved as counsel (22-cv-01243, Dkt. #336; 22-cv-08111, Dkt. #127 and Dkt. #128) but the Court denied the motions without prejudice and directed that the clients be served with a copy of his motions (22-cv-01243, Dkt. #338; 22-cv-08111, Dkt. #130).

5.      Pursuant to the Court's instruction, a copy of this Motion and **Exhibit A** has now been provided to George Hall, both in his individual capacity and as principal representative of Sport-BLX, Inc.  Mr. Hall consents to this motion.

6.      Mr. Klemme will not assert a retaining or charging lien in connection with his withdrawal.

7.      For the foregoing reasons, I respectfully request that Mr. Klemme be removed as counsel of record from the Electronic Case Filing ("ECF") system, and that no further documents, notices, or other pleadings in this action be served upon him in this action.

8.      The filing of this Motion electronically using the Court's ECF system constitutes proper service on all parties and their registered attorneys of record.

2

9.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2026
       New York, New York

                                          MORVILLO ABRAMOWITZ GRAND
                                          IASON & ANELLO P.C.

                                          By:    /s/ Edward M. Spiro
                                                 Edward M. Spiro

                                          565 Fifth Avenue
                                          New York, New York 10017
                                          (212) 880-9460 (phone)
                                          (212) 856-9494 (fax)
                                          espiro@maglaw.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2026, I caused a true and correct copy of the foregoing Motion for Joseph P. Klemme to Withdraw as Attorney to be served upon all counsel of record via the Court's Electronic Case Filing ("ECF") system.

I further certify that on April 14, 2026, a copy of the foregoing Motion was served by electronic mail upon George Hall, individually and as principal representative of Sport-BLX, Inc., at the following email address: **george.hall@clinton.com.**

/s/ Edward M. Spiro
Edward M. Spiro